UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    **Petitioners,**

**v.**

**MICHAEL W. MEADE, et al.,**

    **Respondents.**

_____/

## NOTICE IN RESPONSE TO THE DISTRICT COURT'S ORDER

Respondents, by and through the undersigned counsel, file this notice addressing the District Court's order in [DE: 31], requesting that Respondents re-file the Notice of Declarations in [DE:30] as public filings or file a motion for leave to file the declarations under seal explaining the reasons for such request.

Respondents advise the Court that the declarations in [DE:30] were not filed under seal. Since this is an immigration case, the docket in Pacer may be restricted and might not be available to the public. However, Respondents never sought to restrict access to the declarations. As the District Court noted, the Respondents will be filing a supplemental notice of declaration to address all the issues raised.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

By:   **Dexter A. Lee**
       DEXTER A. LEE
       ASSISTANT U.S. ATTORNEY
       Florida Bar No. 0936693
       E-mail: dexter.lee@usdoj.gov

          99 N.E. 4th Street, Suite 300
          Miami, Florida 33132
          Telephone: (305) 961-9320
          *Counsel for Respondents*

By: **Natalie Diaz**
    NATALIE DIAZ
    ASSISTANT U.S. ATTORNEY
    Florida Bar No. 85834
    E-mail: Natalie.Diaz@usdoj.gov
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33132
    Telephone: (305) 961-9306
    *Counsel for Respondents*