UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21553-CIV-COOKE

PATRICK GAYLE, et al.,

      Petitioners/Plaintiffs,

vs.

MICHAEL W. MEADE,
Field Office Director, Miami Field
Office, U.S. Immigration and
Customs Enforcement, et al.,

      Respondents/Defendants.
_____/

## DEFENDANTS' NOTICE OF ATTORNEY APPEARANCE

Defendants file their Notice of Attorney Appearance, and state:

Assistant U.S. Attorney Dexter A. Lee appears as counsel for defendants Michael W. Meade; Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement; and William P. Barr, Attorney General of the United States.  Please send Notices, documents, and Orders to the following address:

    Dexter A. Lee, AUSA
    Office of the U.S. Attorney
    99 N.E. 4th Street, Suite 300
    Miami, Florida  33132
    (305) 961-9320
    Fax:  (305) 530-7139
    E-mail:  dexter.lee@usdoj.gov

DATED:  April 16, 2020        Respectfully submitted,

                            ARIANA FAJARDO ORSHAN
                            UNITED STATES ATTORNEY

By:   s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

  s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney