# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 20-21553-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Plaintiffs,

v.

MICHAEL W. MEADE, et al.,

    Defendants.

_____/

## POST-HEARING ADMINISTRATIVE ORDER

On April 17, 2020, the Undersigned held a video hearing on Petitioners' Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction for Proposed Class. [ECF Nos. 4; 29]. At the hearing, the Undersigned **ordered** as follows:

1. By Sunday April 19, 2020 at 12:00 p.m., defense counsel may file a list of authorities of cases involving similar class action (or multi-party) application(s) by detainees held in immigration detention centers where the application(s) was **denied**. If counsel decides to file this list of authorities, then the list shall include the case names, numbers, and at most a one sentence objective parenthetical summary of the relevant holding. As discussed at the hearing, the Undersigned does not want argument or a disguised memorandum of law.

2. By Sunday April 19, 2020 at 12:00 p.m., Plaintiffs' counsel may file a list of authorities of cases involving similar class action (or multi-party) application(s) by detainees held in immigration detention centers where the application(s) was **granted**. If counsel decides to file this list of authorities, then the list shall include the case names, numbers, and at most a one sentence objective parenthetical summary of the relevant holding. As discussed at the hearing, the Undersigned does not want argument or a disguised memorandum of law.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on April 17, 2020.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All counsel of record