UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Petitioners,

v.

MICHAEL W. MEADE, et al.,

    Respondents.

_____/

**RESPONDENTS' NOTICE REGARDING TRANSFERS OF DETAINEES**

Respondents, by and through the undersigned counsel, file this notice addressing the District Court's order in [DE: 45] requesting Respondents' position on the transfer of detainees and petitioners. In support, Respondents state:

1. Respondents agree to not transfer any of the 34 petitioners during the pendency of litigation as long as the restriction does not include: executing a removal order of a petitioner, transfer of a petitioner to a hospital, or transfer of a petitioner's custody to another law-enforcement agency, upon request by the law enforcement agency.

2. Respondents cannot agree to not transfer any other detainee located at any of the three facilities.

3. Respondents cannot agree to not accept any new detainee at any of the three facilities.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   **Dexter A. Lee**
      DEXTER A. LEE
      ASSISTANT U.S. ATTORNEY
      Florida Bar No. 0936693
      E-mail: dexter.lee@usdoj.gov
      99 N.E. 4th Street, Suite 300
      Miami, Florida 33132
      Telephone: (305) 961-9320

By: **<u>Natalie Diaz</u>**
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

*Counsel for Respondents*