UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

    Petitioners-Plaintiffs, on behalf of themselves and those similarly situated

v.

**MICHAEL W. MEADE**, *et al.*,

    Respondents-Defendants.
_____/

**PETITIONERS-PLAINTIFFS' NOTICE OF FILING DECLARATIONS OF PROPOSED NEW NAMED PETITIONERS-PLAINTIFFS**

Petitioners-Plaintiffs hereby give notice of filing the declarations of the proposed new named petitioners-plaintiffs referenced in their motion to add new petitioners-plaintiffs (ECF 60), pursuant to the Court's order of April 22, 2020 (ECF 62).

Dated: April 22, 2020

                              Respectfully submitted,
                              By: /s/ Rebecca Sharpless

                              REBECCA SHARPLESS
                              Florida Bar No. 0131024
                              ROMY LERNER
                              Florida Bar No. 116713
                              KATARINA M. GOMEZ, Law Student
                              MEREDITH HOFFMAN, Law Student
                              MARIA A. LLORENS, Law Student
                              OLIVIA G. PARISE, Law Student
                              **UNIVERSITY OF MIAMI SCHOOL OF LAW**
                              **IMMIGRATION CLINIC**
                              1311 Miller Drive Suite, E-273

Coral Gables, Florida 33146
Tel: (305) 284-3576
Fax: (305) 284-6092
rsharpless@law.miami.edu

GREGORY P. COPELAND*
SARAH T. GILLMAN*
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004
Tel.: (212) 843-0910
Fax: (212) 257-7033
gregory@defensenetwork.org
sarah@defensenetwork.org

**Appearing Pro Hac Vice*

MARK ANDREW PRADA
Fla. Bar No. 91997
ANTHONY RICHARD DOMINGUEZ
Fla. Bar No. 1002234
**PRADA URIZAR, PLLC**
3191 Coral Way, Suite 500
Miami, FL 33145
Tel.:   (786) 703-2061
Fax:    (786) 708-9508
mprada@pradaurizar.com
adominguez@pradaurizar.com

PAUL R. CHAVEZ
FL Bar No. 1021395
MAIA FLEISCHMAN
FL Bar No. 1010709
**SOUTHERN POVERTY LAW CENTER**
2 S. Biscayne Blvd., Ste. 3200
Miami, FL 33101
Tel: (305) 537-0577
paul.chavez@splcenter.org
maia.fleischman@splcenter.org

ANDREA MONTAVON-MCKILLIP
Florida Bar No. 56401
**LEGAL AID SERVICE OF BROWARD COUNTY, INC**.
491 North State Road 7
Plantation, Florida 33317

Tel. (954) 736-2493
Fax (954) 736-2484
amontavon@legalaid.org

LISA LEHNER
Florida Bar No. 382191
**AMERICANS FOR IMMIGRANT JUSTICE**
5355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel: (305) 573-1106 Ext. 1020
Fax: (305) 576-6273
Llehner@aijustice.org

*Counsel for Petitioners-Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on April 22, 2020, I filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Southern District of Florida via the CM/ECF electronic filing system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Rebecca Sharpless*
Rebecca Sharpless
Florida Bar No. 0131024
Immigration Clinic
University of Miami School of Law
1311 Miller Drive Suite E-273
Coral Gables, Florida 33146
Tel: (305) 284-3576, direct
Tel: (305) 284-6092, clinic
rsharpless@law.miami.edu