# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

      Petitioners/Plaintiffs,

  v.

MICHAEL W. MEADE,
Field Office Director, Miami Field
Office, U.S. Immigration and
Customs Enforcement, et al.,

      Respondents/Defendants.
_____/

## NOTICE OF APPEARANCE

**COMES NOW** the United States of America, through its attorney, Michael A. Celone, Senior Litigation Counsel, District Court Section, Office of Immigration Litigation, Civil Division, U.S. Department of Justice, and gives notice that the undersigned enters his appearance as counsel of record for Respondents/Defendants in the above-captioned civil action for all purposes.

| | |
|---|---|
| Dated: April 24, 2020 | Respectfully submitted, |
| ARIANA FAJARDO ORSHAN<br>United States Attorney<br>Southern District of Florida | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division, U.S. Department of Justice |
| DEXTER A. LEE<br>Assistant U.S. Attorney<br>Fla. Bar No. 0936693<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br>(305) 961-9320<br>Email: dexter.lee@usdoj.gov | WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>YAMILETH G. DAVILA<br>Assistant Director |
| NATALIE DIAZ<br>Assistant U.S. Attorney<br>Florida Bar No. 85834<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br>(305) 961-9306<br>Email: Natalie.Diaz@usdoj.gov | */s/ Michael A. Celone*<br>MICHAEL A. CELONE<br>Senior Litigation Counsel<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division, U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-2040<br>Email: Michael.A.Celone@usdoj.gov |
| | *Attorneys for Respondents/Defendants* |