UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

GAYLE et al.,

         *Petitioners-Plaintiffs,*

  v.

FIELD OFFICE DIRECTOR MIAMI FIELD OFFICE *et al.*,

Case No. 1:20-cv-21553-MGC

         *Respondents-Defendants.*
_____/

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned appear in this case as counsel for the Petitioners and request service of all notices, pleadings, and other papers in this case as required by the Federal Rules of Procedure or by Order of this Court. Scott M. Edson, Kathryn S. Lehman, and Chad A. Peterson are admitted to practice in this Court.

Date: April 24, 2020

                                                Respectfully Submitted,

                                                */s/ Scott M. Edson*
                                                Scott M. Edson, Esq.
                                                Florida Bar No. 17258
                                                **KING & SPALDING LLP**
                                                1700 Pennsylvania Avenue NW, STE 200
                                                Washington, DC 20006-4707
                                                Telephone: (202) 737-0500
                                                Facsimile: (202) 626-3737
                                                sedson@kslaw.com

                                                Kathryn S. Lehman
                                                Florida Bar No.: 95642
                                                Chad A. Peterson
                                                Florida Bar No.: 91585
                                                **KING & SPALDING LLP**

1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
klehman@kslaw.com
cpeterson@kslaw.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, STE 200
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
sedson@kslaw.com

*Attorney for Petitioners*