UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

      Petitioners-Plaintiffs, on behalf of
      themselves and those similarly situated,

**v.**

**MICHAEL W. MEADE**, *et al.*,

      Respondents-Defendants.

_____/

**PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Petitioners, by and through undersigned counsel, submit this notice of supplemental authority in support of their Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction for Proposed Class.[1]  [ECF 4.]

The supplemental authority is an April 29, 2020 Order that discusses Petitioners' COVID-19 due process arguments and Judge Goodman's Report and Recommendations as it relates to the application of *Gomez v. United States*, 899 F.2d 1124 (11th Cir. 1990).  Order at 5-9, *Spaulding v. Moore*, No. 1:20-cv-21378-UU (S.D. Fla. Apr. 29, 2020) (Ungaro, J.) (copy attached).  This authority was unavailable at the time the parties completed briefing on Petitioners' Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction for Proposed Class.

---

[1] Notices of supplemental authority are not barred by Local Rule 7.1(c).  *Barron v. Snyder's Lance, Inc.*, No. 13-62496-CIV, 2014 WL 2686060, at *1 (S.D. Fla. Jun. 13, 2014) (*citing Pellegrino v. Koecktritz Dev. of Boca Raton, LLC*, No. 08-80164-CIV, 2008 WL 4753726, at *2 n.2 (S.D. Fla Oct. 27, 2008); *Williams v. Heritage Operating, L.P.*, No. 8:07CV977 T24MSS, 2007 WL 2302131, at *1 (M.D. Fla. Aug. 8, 2007)).

In light of the foregoing, Petitioners request that the Court consider this new authority in ruling upon the above noted motion.

Date:   April 29, 2020

Respectfully submitted,

*/s/ Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258

Gregory P. Copeland*
Sarah T. Gillman*
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004
Tel.: (212) 843-0910
Fax: (212) 257-7033
gregory@defensenetwork.org
sarah@defensenetwork.org
*Appearing Pro Hac Vice*

Scott M. Edson, Esq.
Florida Bar No. 17258
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, STE 200
Washington, DC 20006-4707
Telephone:   (202) 737-0500
Facsimile:  (202) 626-3737
sedson@kslaw.com

Rebecca Sharpless
Florida Bar No. 0131024
Romy Lerner
Florida Bar No. 116713
Katarina M. Gomez, Law Student
Meredith Hoffman, Law Student
Maria A. Llorens, Law Student
Olivia G. Parise, Law Student
**UNIVERSITY OF MIAMI SCHOOL OF LAW - IMMIGRATION CLINIC**
1311 Miller Drive Suite, E-273
Coral Gables, Florida 33146
Tel: (305) 284-3576
Fax: (305) 284-6092
rsharpless@law.miami.edu

Kathryn S. Lehman
Florida Bar No.: 95642
Chad A. Peterson
Florida Bar No.: 91585
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
klehman@kslaw.com
cpeterson@kslaw.com

Paul R. Chavez
FL Bar No. 1021395
Maia Fleischman
FL Bar No. 1010709
**SOUTHERN POVERTY LAW CENTER**
2 S. Biscayne Blvd., Ste. 3200
Miami, FL 33101
Tel: (305) 537-0577
paul.chavez@splcenter.org
maia.fleischman@splcenter.org


Lisa Lehner
Florida Bar No. 382191
**AMERICANS FOR IMMIGRANT JUSTICE**
5355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel: (305) 573-1106 Ext. 1020
Fax: (305) 576-6273
Llehner@aijustice.org

Mark Andrew Prada
Fla. Bar No. 91997
Anthony Richard Dominguez
Fla. Bar No. 1002234
**PRADA URIZAR, PLLC**
3191 Coral Way, Suite 500
Miami, FL 33145
Tel.:   (786) 703-2061
Fax:   (786) 708-9508
mprada@pradaurizar.com
adominguez@pradaurizar.com

Andrea Montavon McKillip
Florida Bar No. 56401
**LEGAL AID SERVICE OF BROWARD COUNTY, INC.**
491 North State Road 7
Plantation, Florida 33317
Tel. (954) 736-2493
Fax (954) 736-2484
amontavon@legalaid.org

*Counsel for Petitioners*