UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

    Petitioners,

vs.

MICHAEL W. MEADE, *et al.*,

    Respondents.

_____/

**ORDER ON PETITIONERS'
MOTION FOR CLARIFICATION**

**THIS MATTER** is before the Court on the Petitioners' Motion for Clarification (the "Motion"). (ECF No. 77). The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

Petitioners' Motion for Clarification (ECF No. 77) is hereby **GRANTED *in part*** and **DENIED *in part***. The Court's Order dated April 30, 2020, (ECF No. 76), is clarified to include all fifty-eight (58) named Petitioners in the instant action. (*See* ECF No. 65 (granting Petitioners' Motion to Add Named Petitioners)).

The Court further clarifies its April 30, 2020, Order to permit Immigration and Customs Enforcement ("ICE") to transfer detainees from the three facilities at issue. However, ICE may only transfer detainees after first evaluating each detainee and making a determination as to the detainees' eligibility for release pursuant to ICE's COVID-19 April 10, 2020 Pandemic Response Requirements.

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of May 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*