IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

### DECLARATION OF ACTING OFFICER IN CHARGE LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome and I oversee the operations at Glades. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item Six of the court's order, dated April 30, 2020.

### Krome

3. On Wednesday, April 29, 2020, ICE staff at Krome issued every detainee a surgical mask. Krome posted instructions in English, Spanish and Creole regarding the proper use of the masks and will exchange the masks every Wednesday.

4. Krome will continue to provide, at no cost, adequate amounts of soap, water and cleaning materials to ICE detainees. Upon intake, ICE detainees are given an opportunity to shower and are issued clean clothing, bedding, towels and personal

1

    hygiene items, to include soap, which is replenished upon request. Bedding and towels are washed and exchanged two times per week. Disinfecting wipes are also provided to detainees to allow for cleaning of mattresses and bunks.

5. The dormitory units at Krome are all equipped with antibacterial soap dispensers, running water and paper towels.

6. Krome will continue to clean and disinfect surfaces and objects that are frequently touched in all common areas using Peroxide Multi-Surface Cleaner and Disinfectant, an EPA registered disinfectant.

7. Further, Purell Hand Sanitizer dispensers have been installed in all housing units. The facility's health and safety unit visits each housing unit daily and replenishes supplies daily.

## **Glades**

8. On Friday, May 1, 2020, during the regularly scheduled supply issuance, Glades County Detention staff issued every ICE detainee a surgical mask. Staff also posted instructions in English, Spanish and Creole regarding the proper use of the masks and will exchange the masks every Friday.

9. Glades will continue to provide, at no cost, adequate amounts of soap, water and cleaning materials to ICE detainees. Upon intake, ICE detainees are given an opportunity to shower and are issued clean clothing, bedding, towels and personal hygiene items, to include soap, which is replenished upon request. All ICE detainees are issued a clean, pre-sanitized mattress upon arrival to the facility. All bedding is washed and exchanged once a week. Towels are washed and exchanged three times per week.

10. The dormitory units at Glades are all equipped with antibacterial soap dispensers, running water and paper towels.

11. Glades will continue to clean and disinfect surfaces and objects that are frequently touched in all common areas using "Mint" a multi-surface cleaner and disinfectant which is an EPA registered disinfectant.

12. Dormitories at Glades continue to be sanitized twice daily.

13. Detainees at Glades are also provided an individual allotment of 4 oz of antibacterial soap, for individual use, which is replenished as needed.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE.

DATED: May 2, 2020

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

Scanned with CamScanner