# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

    Petitioners-Plaintiffs, on behalf of
themselves and those similarly situated,

v.

MICHAEL W. MEADE, *et al.*,

    Respondents-Defendants.

_____/

## ORDER ON PETITIONERS' EXPEDITED MOTION FOR CLASS CERTIFICATION

This matter is before me on Petitioners' Expedited Motion for Class Certification, and being good cause shown,

It is hereby ordered that this Motion is GRANTED. The Court orders the following class to be certified:

> All civil immigration detained individuals held by Respondents at the Krome Service Processing Center ("Krome"), the Broward Transitional Center ("BTC"), or at Glades County Detention Facility ("Glades") when this action was filed, since this action was filed, or in the future.

The following Plaintiffs will be class representatives: Patrick Gayle, Aparicio P. Jeronimo, Tolentino Martinez-Rios, Wilder Perez Limones, Javier Antonio Arias-Martinez, Juan Carlos Alfaro Garcia, Fermin Tepetate-Martinez, Abdul Jalloh, Darwyn Yovanny Navarrete Sanchez, Muhammad Alam Khan, Jose Chavez, Lazaro Ocana Guzman, Naim Arrak, Agane Warsame, Hassan Mohamed Farah, Ruben Orlando Flores Ramos, Mohamed Hasan, Eliseo Antonio Zamora Mendoza, Cesar Ariel Mendez Escobar, Julio Edwards, Eitan Yefet, Fernando Goncalves, Manuel Lopez Perez, Ricardo Perezo Alonzo, Thomas Lenor, Alejandro Vincenzo Mugaburu Tapia, Ariel Lucien, Mohamed Hassan Ali, Carlos Hedman Perdomo, Evarado Orantes Acevedo, Jose Galdino Montalvo Rodriguez, Roseline Ostine, Tahimi Perez, Franklin Ramon Gonzalez, Francisco Rivero Valeron, Irvin Mendoza Silis, Gerardo Vargas, Dairon Barredo Sanchez, Rolando Aguabella Martinez, Yaniel

Machado Aguila, Omar Lopez-Jaramillo, Farhan Nawabit, Maxual a de Souza, Rene Jonathan Rosas Cardens, Adrian Sosa Fletes, Alejandro Ferreira Borges, Maikel Betancourt, Gelber Sontay Funez, Sirvanildo Bibiano Soares, Maykel Valera Ramirez, Ervin David Rodas Pedro, Abel Carrillo, Maikel Carrasco Polo, Miguel Angel Marroquin Perez, Maria Eugenia Rodriguez Claras, Crisley Sacrab-Bin, Danny Ruiz Garcia, and Deivys Perez Valladares.

The Court designates King & Spalding LLP; the Immigration Clinic of the University of Miami School of Law; Rapid Defense Network; The Southern Poverty Law Center (SPLC); Prada Urizar, PLLC; Americans for Immigrant Justice; and Legal Aid Service of Broward County as counsel for the class pursuant to Federal Rule of Civil Procedure 23(g).

**IT IS SO ORDERED.**

Date:  May __, 2020

                                                The Honorable Marcia G. Cooke
                                                UNITED STATES DISTRICT JUDGE