UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

    Petitioners-Plaintiffs, on behalf of
themselves and those similarly situated,

v.

**MICHAEL W. MEADE**, *et al.*,

    Respondents-Defendants.
_____/

## SECOND NOTICE OF APPEARANCE OF COUNSEL

Petitioners hereby give notice of the appearance of Kathryn S. Lehman, of the law firm King & Spalding LLP, as counsel on behalf of Petitioners and hereby request service of all notices, pleadings, and other papers in this case as required by the Federal Rules of Procedure or by Order of this Court.[1]

Date: May 6, 2020

                                      Respectfully Submitted,

                                      */s/ Kathryn S. Lehman*
                                      Kathryn S. Lehman
                                      Florida Bar No.: 95642
                                      **KING & SPALDING LLP**
                                      1180 Peachtree Street, N.E.
                                      Atlanta, GA 30309
                                      Telephone: (404) 572-4600
                                      Facsimile: (404) 572-5100

---

[1] Counsel previously entered an appearance on April 24, 2020 [ECF 69] but is filing a second notice of appearance to ensure receipt of electronic filings.

2

klehman@kslaw.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Kathryn S. Lehman*
Kathryn S. Lehman
Florida Bar No.: 95642
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
klehman@kslaw.com

*Counsel for Petitioners*