IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF ACTING OFFICER IN CHARGE LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 5 of the court's order of April 30, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 6:00 a.m. on May 14, 2020, ICE detained 1194 detainees at Krome, BTC, and Glades.

4. ICE is housing 462 detainees at BTC; 403 detainees at Krome; and 329 at Glades.

5. Of the 1194 detainees, 860 detainees are considered to be subject to mandatory detention.

6. Of the 462 detainees housed at BTC, 108 have criminal convictions and 354 do not have criminal convictions. However, 94 of the 354 detainees with no criminal convictions are pending criminal charges.

7. Of the 403 detainees housed at Krome, 229 have criminal convictions and 174 do not have criminal convictions. However, 116 of the 174 detainees with no criminal convictions are pending criminal charges.

8. Of the 329 detainees housed at Glades, 246 have criminal convictions and 83 do not have criminal convictions. However, 83 of the detainees with no criminal convictions are pending criminal charges.

DATED: May 14, 2020

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement