UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21553-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Plaintiffs,

v.

MICHAEL W. MEADE, et al.,

    Defendants.

_____/

**POST-HEARING ADMINISTRATIVE ORDER**

On May 14, 2020, the Undersigned held a Zoom video hearing on Petitioners' Expedited Motion for Class Certification. [ECF Nos. 81; 98]. At the hearing, the Undersigned **ordered** as follows:

    1.    By Monday, May 18, 2020, Petitioners may file an optional memorandum of up to five double-spaced pages (excluding case caption, signature block, and certificate of service) to address *Money v. Pritzker*, No. 20-CV-2093, 2020 WL 1820660 (N.D. Ill. Apr. 10, 2020). If Petitioners do not want to submit a memorandum on *Money v. Pritzker*, then they shall file a short, one-line notice indicating that they will not be filing the memorandum.

If Petitioners choose to file the memorandum, then the Defendants may file a response memorandum of up to five double-spaced pages (excluding case caption,

signature block, and certificate of service).

2. As discussed at the hearing, defense counsel shall check with his client to see whether there is any objection to voluntarily producing the blank form/spreadsheet, as well as the filled-out forms/spreadsheets reflecting decisions made since the filing of this lawsuit.

If Defendant agrees to voluntarily produce the blank form/spreadsheet, then Defendant shall produce it to Petitioners by May 20, 2020. If Defendant agrees to voluntarily produce the completed forms/spreadsheets since the lawsuit was filed, then Defendant shall have until May 25, 2020 to produce them to Petitioners. Defendant may redact any personal or medical information.

If Defendant does not wish to voluntarily produce the documents, then defense counsel shall file a notice indicating Defendant's decision by May 18, 2020.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 15, 2020.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All counsel of record