UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    **Petitioners,**

**v.**

**MICHAEL W. MEADE, et al.,**

    **Respondents.**

_____/

**NOTICE OF DECLARATION IN RESPONSE TO THE COURT'S ORDER ADOPTING IN PART MAGISTRATE JUDGE'S <u>REPORT AND RECOMMENDATIONS</u>**

Respondents, by and through the undersigned counsel, file the Declaration of Acting Officer in Charge Liana J. Castano in reference to item 4 in the District Court's Order Adopting in Part Magistrate Judge's Report and Recommendations [DE:76].

1.    Declaration of Liana J. Castano, Acting Officer in Charge (OIC), *See* Exhibit A.

                                **Respectfully submitted,**

                                **ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY**

              By:    s/ Dexter A. Lee
                     DEXTER A. LEE
                     Assistant U.S. Attorney
                     Fla. Bar No. 0936693
                     99 N.E. 4th Street, Suite 300
                     Miami, Florida 33132
                     (305) 961-9320
                     Fax: (305) 530-7139
                     E-mail: dexter.lee@usdoj.gov

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

ATTORNEYS FOR RESPONDENTS