UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

    Petitioners-Plaintiffs, on behalf of
    themselves and those similarly situated,

**v.**

**MICHAEL W. MEADE**, *et al.*,

    Respondents-Defendants.
_____/

**PROPOSED ORDER ON PETITIONERS' EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S APRIL 30, 2020 TEMPORARY RESTRAINING ORDER**

**THIS CAUSE**, having come before the Court on Defendants' Emergency Motion to Compel Compliance With The Court's April 30, 2020 Temporary Restraining Order, and the Court having reviewed the Motion, it is hereby

**ORDERED AND ADJUDGED** that:

Defendants' Motion Compel Compliance With The Court's April 30, 2020 Temporary Restraining Order is GRANTED. It is hereby ordered that

(1) Respondents must comply immediately with the requirements in its April 30 and May 2 Orders;

(2) Respondents must provide documentation of its evaluations for release before any transfer is executed;

(3) Respondents may not transfer of any detained individual to a facility that does not comply with the requirements in the Court's April 30 Order;

(4) Respondents must refrain from acts of retaliation against any Named Petitioners, putative Class Members, or other people in their custody for participating in this case or cooperating with Petitioners and their counsel in prosecuting this action; and

(5) ICE must educate and monitor all persons acting under its authority with respect to the people outlined in Paragraph (4) to ensure that no prohibited acts of retaliation occur.

**DONE AND ORDERED** in Chambers this \_\_\_\_ day of May, 2020.

_____
THE HONORABLE MARCIA G. COOKE
DISTRICT JUDGE

cc:  All Counsel on the Attached Service List