# Ex. A

# U.S. Immigration and Customs Enforcement
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. ☑ ☐ ☐

2) Is the detainee currently:
   - In medical isolation? ☐ ☑ ☐
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☑ ☐
   - Awaiting COVID-19 test results? ☐ ☐ ☑
   - Cohorted due to COVID-19 exposure? ☐ ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ ☐ ☑ ☐

   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☑ ☐

   For **transfers and removals only**, is the detainee medically cleared to travel? ☐ ☑ ☐

   Record method of travel: Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. ☑ ☐

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

   b. Stop the Spread of Germs.

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. _____ ☐ ☐

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☑ ☐

   b. Did a family member or friend provide transportation? ☑ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☑ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☑ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | DATE |
|---|---|---|---|
| [redacted] | [redacted] | | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE |
|---|---|
| [redacted] | |