UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Petitioners,

v.

MICHAEL W. MEADE, et al.,

    Respondents.

_____/

NOTICE OF DECLARATION IN RESPONSE TO THE COURT'S ORDER ADOPTING
IN PART MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS

Respondents, by and through the undersigned counsel, file the Declaration of Acting Officer in Charge Liana J. Castano in reference to item 4 in the District Court's Order Adopting in Part Magistrate Judge's Report and Recommendations [DE:76].

1. Declaration of Liana J. Castano, Acting Officer in Charge (OIC), *See* Exhibit A.

            **Respectfully submitted,**

            **ARIANA FAJARDO ORSHAN**
            **UNITED STATES ATTORNEY**

By:   s/ Dexter A. Lee
       DEXTER A. LEE
       Assistant U.S. Attorney
       Fla. Bar No. 0936693
       99 N.E. 4th Street, Suite 300
       Miami, Florida 33132
       (305) 961-9320
       Fax: (305) 530-7139
       E-mail: dexter.lee@usdoj.gov

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

ATTORNEYS FOR RESPONDENTS