IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

### DECLARATION OF ACTING OFFICER IN CHARGE
### LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 5 of the court's order of April 30, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on May 25, 2020, ICE detained 1201 detainees at Krome, BTC, and Glades.

4. ICE is housing 449 detainees at BTC; 421 detainees at Krome; and 331 at Glades.

5. Of the 1201 detainees, 931 detainees are considered to be subject to mandatory detention.

6. Of the 449 detainees housed at BTC, 95 have criminal convictions and 354 do not have criminal convictions. However, 96 of the 354 detainees with no criminal convictions are pending criminal charges.

7. Of the 421 detainees housed at Krome, 235 have criminal convictions and 186 do not have criminal convictions. However, 135 of the 186 detainees with no criminal convictions are pending criminal charges.

8. Of the 331 detainees housed at Glades, 245 have criminal convictions and 86 do not have criminal convictions. However, 65 of the 86 detainees with no criminal convictions are pending criminal charges.

DATED: May 25, 2020

_____
Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement