UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    **Petitioners,**

v.

**MICHAEL W. MEADE, et al.,**

    **Respondents.**

_____/

**RESPONDENTS' CONSENT TO EXTENSION OF TEMPORARY
RESTRAINING ORDER TO JUNE 5, 2020**

Respondents, by and through their undersigned counsel, file their Consent to Extension of Temporary Restraining Order to June 5, 2020, and state:

On April 30, 2020, this Court issued its temporary restraining order, which was valid for a period of fourteen (14) days.  D.E. 76 at 11.  On May 15, 2020, the Court extended its April 30, 2020 temporary restraining order for an additional 14 days.  D.E. 101.

Pursuant to Fed.R.Civ.P. 65(b)(2), respondents consent to an extension of the temporary restraining order until June 5, 2020.

                              **Respectfully submitted,**

                              **ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY**

By:    s/ Dexter A. Lee
        DEXTER A. LEE
        Assistant U.S. Attorney
        Fla. Bar No. 0936693
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        (305) 961-9320
        E-mail: dexter.lee@usdoj.gov

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

ATTORNEYS FOR RESPONDENTS