IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 5 of the court's order of April 30, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on May 28, 2020, ICE detained 1183 detainees at Krome, BTC, and Glades.

4. ICE is housing 420 detainees at BTC; 439 detainees at Krome; and 324 at Glades.

5. Of the 1183 detainees, 915 detainees are considered to be subject to mandatory detention.

6. Of the 420 detainees housed at BTC, 91 have criminal convictions and 329 do not have criminal convictions. However, 92 of the 329 detainees with no criminal convictions are pending criminal charges.

7. Of the 439 detainees housed at Krome, 246 have criminal convictions and 193 do not have criminal convictions. However, 139 of the 193 detainees with no criminal convictions are pending criminal charges.

8. Of the 324 detainees housed at Glades, 242 have criminal convictions and 82 do not have criminal convictions. However, 62 of the 82 detainees with no criminal convictions are pending criminal charges.

DATED: May 28, 2020

Digitally signed by LIANA J CASTANO
Date: 2020.05.28 14:48:27 -04'00'

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement