UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

    Petitioners-Plaintiffs, on behalf of
    themselves and those similarly situated,

**v.**

**MICHAEL W. MEADE**, *et al.*,

    Respondents-Defendants.

_____/

## PETITIONERS' WITNESS DISCLOSURE AND REQUEST FOR ASSISTANCE COORDINATING WITNESSES' ATTENDANCE AT HEARING

Petitioners hereby submit this disclosure of witnesses who may be called to testify at the June 2, 2020 hearing in this matter. As discovery is ongoing, Petitioners reserve the right to amend and/or supplement this disclosure, including in response to any disclosure or motion by Defendants.

    1. Deivys Perez Valladares (named plaintiff)

Deivys Perez Valladares is expected to testify about his health and the conditions of detention, including without limitation the availability of healthcare, the ability to social distance, sleeping conditions, eating conditions, the availability of soap and personal protective equipment such as masks, and transfers.

*\*Deivys Perez Valladares is currently detained by ICE. Petitioners request Respondents' assistance to coordinate his attendance via Zoom at the hearing on June 2, 2020.*

    2. Alejandro Ferrera Borges (named plaintiff)

Alejandro Ferrera Borges is expected to testify about his health and the conditions of detention, including without limitation the availability of healthcare, the ability to social

1

distance, sleeping conditions, eating conditions, the availability of soap and personal protective equipment such as masks, and transfers.

*Alejandro Ferrera Borges is currently detained by ICE. Petitioners request Respondents' assistance to coordinate his attendance via Zoom at the hearing on June 2, 2020.*

    3. Steve Cooper

Steve Cooper is expected to testify about his health and the conditions of detention, including without limitation the availability of healthcare, the ability to social distance, sleeping conditions, eating conditions, the availability of soap and personal protective equipment such as masks.

*Steve Cooper is currently detained by ICE. Petitioners request Respondents' assistance to coordinate his attendance via Zoom at the hearing on June 2, 2020.*

    4. Joseph Shin, M.D., MSc.

Dr. Shin has reviewed the declarations in this case and may testify, based on his education and experience, about the significance of the conditions of detainment outlined in the declarations as it relates to the risk of infection and spread of COVID-19. His testimony will be consistent with his declaration previously submitted in this case.

Date:   June 1, 2020

Respectfully Submitted,

*/s/ Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258

Gregory P. Copeland*
Sarah T. Gillman*
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004
Tel.: (212) 843-0910
Fax: (212) 257-7033
gregory@defensenetwork.org
sarah@defensenetwork.org
**Appearing Pro Hac Vice*

Rebecca Sharpless
Florida Bar No. 0131024
Romy Lerner
Florida Bar No. 116713
**UNIVERSITY OF MIAMI SCHOOL OF LAW - IMMIGRATION CLINIC**
1311 Miller Drive Suite, E-273
Coral Gables, Florida 33146
Tel: (305) 284-3576
Fax: (305) 284-6092
rsharpless@law.miami.edu

Paul R. Chavez
FL Bar No. 1021395
Maia Fleischman
FL Bar No. 1010709
**SOUTHERN POVERTY LAW CENTER**
2 S. Biscayne Blvd., Ste. 3200
Miami, FL 33101
Tel: (305) 537-0577
paul.chavez@splcenter.org
maia.fleischman@splcenter.org

Scott M. Edson, Esq.
Florida Bar No. 17258
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, STE 200
Washington, DC 20006-4707
Telephone:   (202) 737-0500
Facsimile:  (202) 626-3737
sedson@kslaw.com

Kathryn S. Lehman
Florida Bar No.: 95642
Chad A. Peterson
Florida Bar No.: 91585
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
klehman@kslaw.com
cpeterson@kslaw.com

Mark Andrew Prada
Fla. Bar No. 91997
Anthony Richard Dominguez
Fla. Bar No. 1002234
**PRADA URIZAR, PLLC**
3191 Coral Way, Suite 500
Miami, FL 33145
Tel.:  (786) 703-2061
Fax:   (786) 708-9508
mprada@pradaurizar.com
adominguez@pradaurizar.com

| | |
|---|---|
| Lisa Lehner<br>Florida Bar No. 382191<br>**AMERICANS FOR IMMIGRANT JUSTICE**<br>5355 NW 36 Street, Suite 2201<br>Miami, FL 33166<br>Tel: (305) 573-1106 Ext. 1020<br>Fax: (305) 576-6273<br>Llehner@aijustice.org | Andrea Montavon McKillip<br>Florida Bar No. 56401<br>**LEGAL AID SERVICE OF BROWARD COUNTY, INC.**<br>491 North State Road 7<br>Plantation, Florida 33317<br>Tel. (954) 736-2493<br>Fax (954) 736-2484<br>amontavon@legalaid.org |

*Counsel for Petitioners-Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of June, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      */s/ Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, STE 200
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
sedson@kslaw.com

*Attorney for Petitioners-Plaintiffs*