IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

### DECLARATION OF ACTING OFFICER IN CHARGE LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 5 of the court's order of April 30, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on June 1, 2020, ICE detained 1,195 detainees at Krome, BTC, and Glades.

4. ICE is housing 444 detainees at BTC; 431 detainees at Krome; and 320 at Glades.

5. Of the 1,195 detainees, 917 detainees are considered to be subject to mandatory detention.

6. Of the 444 detainees housed at BTC, 101 have criminal convictions and 343 do not have criminal convictions. However, 99 of the 343 detainees with no criminal convictions are pending criminal charges.

7. Of the 431 detainees housed at Krome, 252 have criminal convictions and 179 do not have criminal convictions. However, 132 of the 179 detainees with no criminal convictions are pending criminal charges.

8. Of the 320 detainees housed at Glades, 239 have criminal convictions and 81 do not have criminal convictions. However, 62 of the 81 detainees with no criminal convictions are pending criminal charges.

DATED: June 1, 2020

_____
Digitally signed by LIANA J CASTANO
Date: 2020.06.01 13:46:10 -04'00'

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement