IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S.
Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

DECLARATION OF ACTING OFFICER IN CHARGE
LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome).  I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3. In my current position, I am responsible for oversight of detained case management at Krome Service Processing Center, as well as Glades County Detention Center.

4. This declaration supplements my prior declarations and provides updated information regarding efforts to mitigate the risk of COVID-19 at Krome and Glades.

5. As of 6:00 a.m. on June 1, 2020, Krome reports the following information:

   a. There are 3 detainees with a laboratory confirmed case of COVID-19 housed at Krome who are being medically isolated per CDC guidelines.

b.  38 Krome detainees have been tested for COVID- 19.

c.  There are 13 staff members with a laboratory confirmed case of COVID-19. They have been removed from the schedule and are following CDC quarantine guidelines.

d.  To date, there is one group of detainees subject to cohorting:

  • Pod 2, which includes 37 detainees, the projected end date for their cohort is June 11, 2020.

  • The group is subject to cohorting measures due to the possible exposure to a person who tested positive for COVID-19. Housing units under cohort status are monitored daily and issued surgical masks. The CDC recommends that "if cohorted, quarantined individuals should wear face masks at all times to prevent transmission."

e.  To date, all detainees subject to cohorting are asymptomatic for COVID-19.

f.  When a housing unit is placed under cohort status, IHSC performs daily dormitory rounds. I have been informed by IHSC that a dormitory round consists of a nurse visiting the housing unit daily, who provides education regarding proper hygiene, to include hand washing. The nurse also provides information to the detainee population regarding procedures in place for health care and the sick call process. The medical staff conducting daily dormitory rounds also assesses the population for any individuals reporting symptoms and refers the detainee to the clinic for evaluation. If symptoms are not suspicious for COVID 19 or other respiratory illness, the patient is treated based on history and symptoms presentation. If the symptoms are suspicious for COVID 19, a surgical mask is placed on the detainee's face and he is placed in isolation, pending further testing to rule out non COVID 19 infection (e.g. influenza A or B)and/or referral to emergency department for further evaluation and testing.  Sick call and the pill line are conducted by medical staff at each of the housing units.

g.  I have been advised by the medical staff at Krome that the medical facility has a limited number of COVID 19 test kits provided by LABCORP. At present, suspected cases that have tested negative for Influenza A and B have been referred to a community hospital for management and COVID 19 testing, as the turnaround time for the in-hospital test is only 24-48 hours, provided there is no back log, as opposed to 5-6 days with LABCORP.

  • Cohorting a group of people that have been exposed to a person with suspected or confirmed COVID 19 infection is the prescribed management by the Immigration Health Services Corps as per Interim Reference Sheet on 2019-Novel Coronavirus (COVID 19): Detainee

Care Version 9.1, April 6, 2020. Space constraint dictates the use of group cohort vs. individual isolation.

6. Krome has populations within its approved capacities and is not overcrowded. As of June 1, 2020, the population is at 60% capacity, in compliance with the guidelines published on April 10.

7. Krome's population has been under 75% capacity in accordance with the PRR since May 7, 2020, for the past 3.5 weeks.

8. Based on the population reduction at Krome, ICE maintains an average of 23 empty beds in each housing unit of building 8.  To achieve maximum social distancing in building 8, detention staff have listed as "off limits" certain bunk beds that were identified as not having 6 feet of space between them.  Detention staff limit bed assignments and only use those beds that allow maintenance of approximately 6 feet distance.  Beds are arranged to follow head to toe sleeping arrangements.  Both top and bottom bunks are used for each usable bunk.

9. Based on the population reduction at Krome, ICE maintains an average of 25 empty beds in Building 11.  When we assign beds in this housing unit, our goal is to alternate bed assignment in a top / bottom fashion to maximize social distancing, as follows:

| TOP ASSIGNED | EMPTY | TOP ASSIGNED |
|---|---|---|
| EMPTY | BOTTOM ASSIGNED | EMPTY |

10. Since the average distance between bunks in building 11 is slightly over 3 feet, then skipping a bunk results in a distance between detainees of 6 feet.

11. Based on the population reduction at Krome, ICE maintains an average of 20 empty beds in Building 14A. When we assign beds in this housing unit, our goal is to leave an empty bunk bed in between and assign the top bunk on one side and the bottom bunk on the other side to separate the bunks to maximize social distancing, as follows:

| TOP ASSIGNED | EMPTY | EMPTY |
|---|---|---|
| EMPTY | EMPTY | BOTTOM ASSIGNED |

12. Based on the population reduction at Krome, ICE maintains an average of 30 empty beds in Building 14B. When we assign beds in this housing unit, our goal is to leave an empty bunk bed in between and assign the top bunk on one side and the bottom bunk on the other side to maximize the distance between bunks, as follows:

| TOP ASSIGNED | EMPTY | EMPTY |
|---|---|---|
| EMPTY | EMPTY | BOTTOM ASSIGNED |

13. Since the average distance in building 14 is approximately 3.5 feet, then skipping a bunk results in over 6 feet of space between detainees.

14. Between April 9 2020 and May 27, 2020, staff at Krome have issued the detainee population 6,120 face masks.

15.   As of 9:00 a.m. on June 1, 2020, Glades County Detention Center reports the following information:

- There are 2 detainees with a laboratory confirmed case of COVID-19 housed at Glades who are being medically isolated per CDC guidelines.
- 57 Glades detainees have been tested for COVID- 19.
- In the event a detainee exhibits flu like symptoms, the detainee is immediately isolated from the rest of the population and a mask and gloves are issued to him/her.  A detainee with a suspected case of COVID-19 may also be placed in a negative pressure cell.  If symptoms are suggestive of COVID-19, the detainee will be transported for further testing.

- There are six confirmed case of COVID-19 of a Sheriff's Deputy at Glades County Detention Center.   They are no longer on the schedule and are self-quarantined.

- There are 320 detainees who are cohorted as a precautionary measure, per the established protocol. These detainees are medically assessed twice a day.  All detainees remain afebrile. The cohort is scheduled to end 14 days after the initiation of the cohort, on June 3, 2020.

- There have been zero ICE officers who have tested positive for COVID-10 at the Glades County Detention Center.

16. Glades County Detention Center has populations within its approved capacities and is not overcrowded. As of June 1, 2020, the population is at 69% capacity, in compliance with the guidelines published on April 10.

17. Glades' population as consistently been below 75% capacity, in accordance with the PRR since May 7, 2020, for the past 3.5 weeks.

18. Based on the population reduction at Glades, ICE maintains an average of 100 empty beds in the male population units which house ICE detainees.  Based on the population reduction at Glades, ICE maintains an average of 37 empty beds in the female population unit which houses ICE detainees.

19. To achieve social distancing in the dormitories, Glades staff limits bunk bed assignment and only use those that allow maintenance approximately 6 feet distance. Glades continues to promote and encourage head to toe sleeping arrangements. Housing units are configured to 6 to a cubicle.  Two bunk beds are located against opposite sides of the partition, which allow for 5'9'' of distance between each bed and 2'11" distance

between the top and bottom bunk. Two single beds are located in front of each of the bunk bed with 8.5" of separation from the bunkbed; the distance increases to approximately 6' when head to toe sleeping arrangements are observed.  The single beds are located opposite of each other, which allow for 5'9'' of distance between each bed, a photo of which has been attached as Exhibit A.

20. Between May 1, 2020 and May 29, 2020, Glades staff have issued the detainee population approximately 2,000 face masks.

DATED: June 1, 2020

Digitally signed by LIANA J CASTANO
Date: 2020.06.01 16:48:55 -04'00'

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

# Exhibit A

