IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR JUAN A. LOPEZ VEGA

I, Juan A. Lopez Vega, Assistant Field Office Director (AFOD), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting Officer in Charge (AIOC) of the Broward Transitional Center (BTC). I have held this position since September 29, 2019. I have been employed with DHS since April 1, 2003.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3. In my current position, I am responsible for oversight of detained case management at BTC.

4. This declaration supplements my prior declarations and provides updated information regarding efforts to mitigate the risk of COVID-19 at BTC.

5. As of 10:00am on June 1, 2020, BTC reports the following information:

- a. There are 19 detainees with a laboratory confirmed case of COVID-19 housed at BTC who are being medically isolated per CDC guidelines. 50 detainees have been tested at BTC for COVID- 19.

- b. There are no staff members with a laboratory confirmed case of COVID-19.

- c. There are 84 detainees who are cohorted as a precautionary measure, per the established protocol. These detainees are medically assessed twice a day for symptoms of COVID-19. All detainees remain afebrile. The cohorts are scheduled to end 14 days after the initiation of the cohorts. Since new detainees are cohorted upon arrival at BTC, cohorts end on different 14-day schedules, depending on the date the detainees are booked in.

- d. To date, the cohorted detainees are asymptomatic for COVID-19.

- e. Cohorting a group of people that have been exposed to a person with suspected or confirmed COVID 19 infection is the prescribed management by the Immigration Health Services Corps as per Interim Reference Sheet on 2019-Novel Coronavirus (COVID 19): Detainee Care Version 9.1, April 6, 2020. Space constraint dictates the use of group cohort vs. individual isolation.

- f. I have been advised by the medical staff at BTC that the medical facility has 60 COVID 19 test kits provided by Cardiotropic Labs. At present, the turnaround time for the inhouse testing is 24-48 hours.

6. BTC has populations within its approved capacities and is not overcrowded. As of June 1, 2020, the population is at 64% capacity, in compliance with the guidelines published on April 10.

7. BTC's population has been under 75% capacity in accordance with the PRR since March 25, 2020, for the past 9 weeks.

8. Based on the population reduction at BTC and to facilitate social distancing, detainee rooms at BTC are comprised of six beds (three bunks) with four occupants maximum, and four rooms that only have four beds (two bunks) with three occupants maximum. This translates to 66% of our total 700-bedspace capacity. The current male population is 56% capacity, and the current female population is 55% capacity. The bunks in the 3-bunk rooms are arranged in a "U-shape" configuration with the center bunks approximately 24" from two outside perpendicular bunks. See Exhibit A. Photograph of BTC housing unit with three bunks. Detainees are assigned to bunks in a head-to-foot orientation along the bottom beds and one on the top (or vice versa), or one on the bottom and another on the top of the two outside bunks.

9. Between April 9, 2020 and June 1, 2020, staff at BTC have issued the detainee population 8,750 face masks.

10. The dining hall at BTC is open. To facilitate proper spacing and distance between detainees to and from the dining hall, the number of detainees simultaneously released from the unit for each meal has been reduced and six-foot demarcations on the floor serve as reminders for detainees to maintain proper distance amongst themselves. To facilitate proper spacing between detainees within the dining hall, six-foot floor demarcations along the serving line provide the guides for detainees to remain appropriately distanced. The number of tables in the dining hall has been reduced. Furthermore, every other stool from each table has been removed such that no detainee can sit directly next to or across from each other. The surface areas within the dining hall are thoroughly sanitized after each use.

11. The female day room is in use. The day room occupancy rate has been reduced from 50 to 40 detainees. There are exercise bikes available in the female day room. Although the two bike stations are rarely used, they are sanitized when they are used and have been re-spaced greater than six feet apart. Signage (in Spanish, Haitian Creole, Chinese, and French) is in place as a reminder to sanitize equipment after use; and general high touch areas are sanitized after use.

12. The male billiard room occupancy rate has been reduced from 35 to 8 occupants to facilitate appropriate social distancing. Table edges, billiard equipment, and other high touch areas are sanitized after use with signage in place as a reminder (in Spanish, Haitian Creole, Chinese, and French).

13. Access to the beauty salon and barber shop are open by appointment only. These facilities reopened after staff was able to rearrange the space to maximize social distancing.

14. The library has limited access which is overseen by BTC staff. Capacity is capped to adhere to social distancing guidelines.

15. "No Mask - No Entry" signage is in place at the entry points of the male and female day rooms, beauty salon, barber shop, and library. See Exhibit B, Photograph of "No Mask, No Entry" Sign at BTC Library.

16. When a detainee needs to be seen for a sick call, he or she fills out a medical request and places it in our box. The sick calls are triaged up to 3 times a day, and the detainee will be seen within 24 hours or sooner if it is of an urgent matter.

17. For detainees who are in general population visiting the medical unit, the number of detainees allowed in the waiting area has been limited and the seating has been arranged so no detainees are sitting directly next to each other. When detainees who are cohorted need to be seen by the doctor, the medical staff only allows that one detainee or room to be in the medical unit at that appointment time. The medical staff

never allows detainees who have tested positive and negative for COVID-19 in the unit at once, and the medical staff sanitizes all chairs after each group exits the unit.

DATED: June 1, 2020

_____
Juan A. Lopez Vega
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

# Exhibit A



# Exhibit B

## LIBRARY

(Photograph of a wall with a "NO MASK NO ENTRY" / "NO FACE MASK, NO ENTRY / USA UNA MÁSCARA" sign posted on a door to the left, and a framed bulletin board to the right labeled "LIBRARY" containing multiple posted documents including notary public hours (Monday – Friday / Lunes – Viernes, 10:00am – 11:00am), Library Rules / Reglas De La Biblioteca, Law Library information and Law Library Hours, and notices regarding potential rights for parents separated from minor children in English and Spanish.)