IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 5 of the court's order of April 30, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on June 4, 2020, ICE detained 1,136 detainees at Krome, BTC, and Glades.

4. ICE is housing 408 detainees at BTC; 417 detainees at Krome; and 311 at Glades.

5. Of the 1,136 detainees, 854 detainees are considered to be subject to mandatory detention.

6. Of the 408 detainees housed at BTC, 93 have criminal convictions and 315 do not have criminal convictions. However, 96 of the 315 detainees with no criminal convictions are pending criminal charges.

7. Of the 417 detainees housed at Krome, 238 have criminal convictions and 179 do not have criminal convictions. However, 134 of the 179 detainees with no criminal convictions are pending criminal charges.

8. Of the 311 detainees housed at Glades, 230 have criminal convictions and 81 do not have criminal convictions. However, 61 of the 81 detainees with no criminal convictions are pending criminal charges.

DATED: June 4, 2020

Digitally signed by LIANA J CASTANO
Date: 2020.06.04 14:50:23 -04'00'

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement