**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 20-21553-CIV-COOKE/GOODMAN**

**PATRICK GAYLE, et al.,**

    Petitioners,

v.

**MICHAEL W. MEADE, et al.,**

    Respondents.

_____/

**RESPONDENTS' NOTICE TO STRIKE DOCKET ENTRY [D.E.155]**

Respondents, by and through the undersigned Assistant U.S. Attorney, respectfully submits Respondents' Notice To Strike Docket Entry 155 [D.E. 155]. Respondents inadvertently filed those documents without including the Westlaw citation.

                         **Respectfully submitted,**

                         **ARIANA FAJARDO ORSHAN**
                         **UNITED STATES ATTORNEY**

By:   s/ Dexter A. Lee
        DEXTER A. LEE
        Assistant U.S. Attorney
        Fla. Bar No. 0936693
        99 N.E. 4th Street, Suite 300
        Miami, Florida  33132
        (305) 961-9320
        E-mail: dexter.lee@usdoj.gov

        s/Natalie Diaz
        NATALIE DIAZ
        ASSISTANT U.S. ATTORNEY
        Florida Bar No. 85834
        E-mail: Natalie.Diaz@usdoj.gov
        99 N.E. 4th Street, Suite 300
        Miami, Florida  33132
        Telephone: (305) 961-9306
        ATTORNEYS FOR RESPONDENTS