UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Petitioners,

v.

MICHAEL W. MEADE, et al.,

    Respondents.

_____/

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Respondents, notify the Court of the following supplemental authority:

<u>A.S.M., et al. v. Warden, Stewart County Detention Center, et al.</u>, -- F.Supp.3d --, 2020 WL 2988307 (M.D. Ga. June 3, 2020).

                              **Respectfully submitted,**

                              **ARIANA FAJARDO ORSHAN**
                              **UNITED STATES ATTORNEY**

By:    s/ Dexter A. Lee
         DEXTER A. LEE
         Assistant U.S. Attorney
         Fla. Bar No. 0936693
         99 N.E. 4th Street, Suite 300
         Miami, Florida 33132
         (305) 961-9320
         E-mail: dexter.lee@usdoj.gov

         s/Natalie Diaz
         NATALIE DIAZ
         ASSISTANT U.S. ATTORNEY
         Florida Bar No. 85834
         E-mail: Natalie.Diaz@usdoj.gov
         99 N.E. 4th Street, Suite 300
         Miami, Florida 33132
         Telephone: (305) 961-9306
         ATTORNEYS FOR RESPONDENTS