IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S.
Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to item 2(i) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. Between June 5, 2020 and June 12, 2020 at 11:00 a.m., ICE released, transferred or removed a total of 74 detainees. Those detainees were released, transferred or removed from the following facilities: 43 detainees from Krome, 9 detainees from Glades and 22 detainees from BTC.

1

4.  The nature of the 43 cases from Krome are as follows:

    a.  10 detainees were released on bond.
    b.  20 detainees were removed from the United States.
    c.  1 detainee was released on an order of recognizance subsequent to a procedural ERO custody review.
    d.  1 detainee was released after the immigration judge terminated proceedings.
    e.  2 detainees were transferred to another field office to be staged for a scheduled removal flight.
    f.  5 detainees were transferred to another field office after a custody re-evaluation.
    g.  4 detainees departed the United States voluntarily.

5.  The nature of the 9 cases from Glades are as follows:

    a.  5 detainees were released on bond.
    b.  1 detainee was released because an immigration judge granted relief from removal.
    c.  2 detainees were released on an order of supervision subsequent to a procedural ERO custody review.
    d.  1 detainee was transferred to a local hospital for medical evaluation and treatment.

6.  The nature of the 22 cases from BTC are as follows:

    a.  3 detainees were released on bond.
    b.  2 detainees were released on an order of supervision subsequent to a procedural ERO custody review.
    c.  9 detainees were removed from the United States.
    d.  6 detainees were transferred to another field office to be staged for a scheduled removal flight.
    e.  1 detainee was transferred from BTC to Krome based upon risk classification and bed space needs after a custody re-evaluation.
    f.  1 detainee was transferred to a local hospital for mental health evaluation and treatment.

DATED: June 12, 2020,       _____
                            Liana J. Castano
                            Assistant Field Office Director
                            Enforcement and Removal Operations
                            U.S. Immigration and Customs Enforcement