UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Petitioners,

v.

MICHAEL W. MEADE, et al.,

    Respondents.

_____/

## NOTICE OF FILING DECLARATIONS AND TRANSFER EVALUATIONS IN RESPONSE TO THE PRELIMINARY INJUNCTION

Respondents, by and through the undersigned counsel, file this notice of filing containing the following declaration and transfer evaluations in response to the Court's order in item 2(j) and 4(b) (D.E.158):

1. Declaration of Liana J. Castano, Acting Officer in Charge (OIC). *See* Exhibit A.

2. Declaration of Liana J. Castano, Acting Officer in Charge (OIC). *See* Exhibit B.

3. Pre-transfer Evaluations- Krome. *See* Composite Exhibit C.

4. Pre-transfer Evaluations- BTC. *See* Composite Exhibit D.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

By:    **Natalie Diaz**
        NATALIE DIAZ
        ASSISTANT U.S. ATTORNEY
        Florida Bar No. 85834
        E-mail: Natalie.Diaz@usdoj.gov
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Telephone: (305) 961-9306
        *Counsel for Respondents*