**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 2(j) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on June 15, 2020, ICE detained 1,217 detainees at Krome, BTC, and Glades.

4. ICE is housing 433 detainees at BTC; 478 detainees at Krome; and 306 at Glades.

5. Of the 1,217 detainees, 941 detainees or 77% are considered to be subject to mandatory detention.

6. Of the 433 detainees housed at BTC, 102 have criminal convictions and 331 do not have criminal convictions.  However, 92 of the 331 detainees with no criminal convictions are pending criminal charges.

7. Of the 478 detainees housed at Krome, 289 have criminal convictions and 189 do not have criminal convictions. However, 137 of the 189 detainees with no criminal convictions are pending criminal charges.

8. Of the 306 detainees housed at Glades, 228 have criminal convictions and 78 do not have criminal convictions.  However, 58 of the 78 detainees with no criminal convictions are pending criminal charges.

DATED: June 15, 2020  _____
Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement