#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

### DECLARATION OF ACTING OFFICER IN CHARGE
### LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 4(b) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. In accordance with the June 5, 2020 order item 4b, ICE shall submit weekly documentation demonstrating our evaluation of each prospective transfer. During the 6/5/2020 – 6/12/2020 reporting period, ICE transferred a total of 14 detainees, as follows:

### **KROME**

   a. 2 detainees were transferred to another field office to be staged for a scheduled removal flight.
   b. 5 detainees were transferred to another field office after a custody re-evaluation.

### **BTC:**

   a. 6 detainees were transferred to another field office to be staged for a scheduled removal flight.
   b. 1 detainee was transferred from BTC to Krome based upon risk classification and bed space needs after a custody re-evaluation.

### **Glades:**

   a. No detainees were transferred during the reporting period.

4. Each detainee was issued a new mask prior to transfer.

5. A pre-transfer custody review, as well as a COVID-19 checklist, is attached for each detainee referenced above, in accordance with the court's order.

DATED: June 15, 2020    _____
                                          Liana J. Castano
                                          Assistant Field Office Director
                                          Enforcement and Removal Operations
                                          U.S. Immigration and Customs Enforcement