

**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name **Mercedes-Ramos**  Alien Number ███████ **658**  COC **Dom. Rep**

Date of Transfer **6/11/2020**   Date of Review **6/10/2020**

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☒ INA 241   ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☒

Criminal History         Yes ☒    No ☐

### Nature of Transfer

IAO Flight Staging    ☒  SCHEDULED
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☒
Other                 ☐   Comments **Flight scheduled out of Alexandria Staging**

**Custody Decision** Release ☐   Continue Custody ☒

Reviewed by _____/s/ Castano_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) officers with steps they must take when transferring, removing, or releasing an alien from ERO custody and to ensure mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history.  ☒ ☐

2) Is the detainee currently:
- In medical isolation?  ☐ ☒
- Experiencing symptoms commonly associated with COVID-19?  ☐ ☒
- Awaiting COVID-19 test results?  ☐ ☒
- Cohorted due to COVID-19 exposure?  ☐ ☒

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:
  
  _____  ☐ ☐ ☒

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or small) and a temperature check.
Record temperature here: __98.3__  ☒ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ☐

For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ☒   Commercial flight ☐  ☒ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  AR  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☒ ☐

  AR  b. Stop the Spread of Germs.  ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? __ALEXANDRIA S.F. OAKDALE, LA__  ☒ ☐

  b. Did a family member or friend provide transportation?  ☐ ☒

  c. Was the alien provided with a personal protective equipment mask upon release?  ☒ ☐

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐ ☒

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☒

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| MERCEDES-RAMOS, MAICOL | A███████658 | X Mercedes | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| A. Rodriguez | | [signature] | 6/11/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

Miami Field Office

## PRE-Transfer Custody Review

Name  Alvarez-Carrasco, R   Alien Number ▇▇▇322   COC  Dom Rep
Date of Transfer  6/11/2020              Date of Review  6/10/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors       Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging       ☑    SCHEDULED
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☑
Other                    ☐    Comments  Removal SCHEDULED to occur from Alexandria staging

**Custody Decision**  Release ☐       Continue Custody ☑

Reviewed by _____Castano_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff all of the common steps required prior to transferring, removing, or releasing an alien from ERO custody and tools that mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.1__ °F
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ☒   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

AR   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

AR   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? __ALEXANDRIA S.F. (OAKDALE)__

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ALVAREZ-CARRASCO, ROBERTO | A███ 322 | X Roberto |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| H. Rodriguez | [signature] | 6/11/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

Miami Field Office

## PRE-Transfer Custody Review

Name GARCIA-Hernandez, Wemy   Alien Number ████ 359   COC Guatemala

Date of Transfer 6/8/2020   Date of Review 6/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors   Yes ☐   No ☐

Criminal History   Yes ☐   No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital   ☐
Within Field Office   ☐
Out of Field Office   ☑
Other   ☐   Comments  Tfer / next ICE Air Flight to Guatemala

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by ____Castano____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | X | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | X | |
| • Experiencing symptoms commonly associated with COVID-19? | | X | |
| • Awaiting COVID-19 test results? | | X | |
| • Cohorted due to COVID-19 exposure? | | X | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | X |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | X |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.7 Temp Sea, PR  98.9 | X | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | X |
| For **transfers and removals only**, is the detainee medically cleared to travel? | X | | |

Record method of travel:  Ground [X]   ICE Air [ ]   Commercial flight [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| CK a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | X | |
| CK b. Stop the Spread of Germs. | X | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Garcia, Werny | [redacted]359 | X [signature] | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| C Clark   G44C | | [signature] | 6-2-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name: Juarez-Tomas     Alien Number: [redacted] 382     COC: Guatemala
Date of Transfer: 6/8/2020     Date of Review: 6/8/2020

**Detention Authority**

[ ] INA 235   [ ] INA 236(a)   [ ] INA 236(c)   [✓] INA 241   [ ] Other _____

COVID 19 Risk Factors     Yes [ ]     No [✓]

Criminal History     Yes [✓]     No [ ]

**Nature of Transfer**

IAO Flight Staging [✓]
Hospital [ ]
Within Field Office [ ]
Out of Field Office [✓]
Other [ ]     Comments: TFER to ATL ERO

**Custody Decision**  Release [ ]     Continue Custody [✓]

Reviewed by: _[signature]_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | X | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | X | |
| • Experiencing symptoms commonly associated with COVID-19? | | X | |
| • Awaiting COVID-19 test results? | | X | |
| • Cohorted due to COVID-19 exposure? | | X | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | X |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | X |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.6 Tawa Jeo 1PM  [✓ YES]

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  [N/A]

For **transfers and removals only**, is the detainee medically cleared to travel?  [✓ YES]
Record method of travel:  Ground [X]   ICE Air [ ]   Commercial flight [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

CKC  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   [X YES]
CKC  b. Stop the Spread of Germs.   [X YES]

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Juarez, Jose | [redacted]382 | X Jose Juarez |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Clark 6446 | [signature] | 6-7-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Juan Felipe, Joel    Alien Number: ███████702   COC: Guatemala
Date of Transfer: 6/8/2020    Date of Review: 6/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐    Comments: Tfer to Atlanta ERO

---

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by: _____Castano_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| # | Item | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history. | X | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | | X |
| | • Experiencing symptoms commonly associated with COVID-19? | | | X |
| | • Awaiting COVID-19 test results? | | | X |
| | • Cohorted due to COVID-19 exposure? | | | X |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | X |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | X |
| 3 | Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.5 Tauna Leon 15 0130a | X | | |
| | For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | X |
| | For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground [X]   ICE Air [ ]   Commercial flight [ ] | X | | |
| 4 | Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| CRC a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | X | | |
| CLC b. | Stop the Spread of Germs. | X | | |
| 5 | For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. | Did a family member or friend provide transportation? | | | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

**ALIEN'S PRINTED NAME:** Juan, Joel
**A#:** [redacted]702
**ALIEN'S SIGNATURE:** x [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** C. Clark 6446
**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** [signature]
**DATE:** 6-7-20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

# PRE-Transfer Custody Review

Name **Francisco, Ruben**  Alien Number ▓▓▓▓▓▓ 732  COC **Guatemala**

Date of Transfer **6/8/2020**    Date of Review **6/8/2020**

## Detention Authority     * Re-entry

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History         Yes ☑    No ☐

## Nature of Transfer

IAO Flight Staging     ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☑
Other                  ☐     Comments **Atlanta ERO**

**Custody Decision**  Release ☐    Continue Custody ☑

Reviewed by _____*Castaño*_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | X | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | X | |
| • Experiencing symptoms commonly associated with COVID-19? | | X | |
| • Awaiting COVID-19 test results? | | X | |
| • Cohorted due to COVID-19 exposure? | | X | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | X |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | X |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: T 97-5 Tamaston Pa  0300 | X | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | X |
| For **transfers and removals only**, is the detainee medically cleared to travel? | X | | |

Record method of travel:  Ground [X]    ICE Air [ ]    Commercial flight [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| CKC  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | X | | |
| CKC  b. Stop the Spread of Germs. | X | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Francisco, Ruben | ███████ 73a | X (signature) |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Clark  644C | (signature) | 6-7-26 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Almonte Bigay, F   Alien Number: ███████394   COC: Dom. Rep
Date of Transfer: 6/8/2020   Date of Review: 6/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☒ INA 241   ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☒

Criminal History    Yes ☒    No ☐

### Nature of Transfer

IAO Flight Staging ☒
Hospital ☐
Within Field Office ☐
Out of Field Office ☒
Other ☐    Comments: Atlanta ERO

---

**Custody Decision** Release ☐    Continue Custody ☒

Reviewed by: _[signature] Castano_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | X | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | X | |
| • Experiencing symptoms commonly associated with COVID-19? | | X | |
| • Awaiting COVID-19 test results? | | X | |
| • Cohorted due to COVID-19 exposure? | | | X |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | X |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | X |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.2  Town Jeo, PW  0130 | X | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | X |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground [X]  ICE Air [ ]  Commercial flight [ ] | X | | |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| CKC  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | X | | |
| CKC  b. Stop the Spread of Germs. | X | | |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Almonte, Franklyn | [redacted] 394 | X Refuse | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Clark 6446 | [signature] | 6-7-20 |