
BTC



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
U.S. Department of Homeland Security

Miami Field Office

## PRE-Transfer Custody Review

Name **Mendoza-Vasquez, Juan**   Alien Number **_____527**   COC **Guatemala**

Date of Transfer **6-5-2020**   Date of Review **6-5-2020**

### Detention Authority

☐ INA 235   ☐ INA 236   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐   Comments _____

Custody Decision  Release ☐   Continue Custody ☑

Reviewed by **Delgado** _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __97.9__ | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☐  ICE Air ☐  Commercial flight- ☐ | ✓ | | |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | | |
| b. Stop the Spread of Germs. | | | |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? __Home__ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | ✓ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MENDOZA VELASQUEZ, [redacted] | [redacted]307 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| V. Delgado | | 6-5-20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
U.S. Department of Homeland Security

Miami Field Office

## PRE-Transfer Custody Review

Name **Sagar, Md Sah Alam**       Alien Number ███████ **417**     COC **Bangladesh**

Date of Transfer **06/11/2020**          Date of Review **6/11/2020**

### Detention Authority

☐ INA 235    ☐ INA 236    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors      Yes ☑       No ☐

Criminal History              Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐        Comments  Subject transferred to Dallas
for SITPC flight on 6/15/20.

Custody Decision Release ☐       Continue Custody ☑

Reviewed by _____ /s/ _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: [redacted]

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.4__ | ✓ | | |
| For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For transfers and removals only, is the detainee medically cleared to travel? | ✓ | | |

Record method of travel: Ground ✓   ICE Air ✓   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome__ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | ✓ |
| Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | ✓ |

Sagar, MD
D.O.B: [redacted]   Age: [redacted]
[redacted] 17 Bangl   BTC Male

ALIEN'S SIGNATURE: [signature]

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: Brossard Transitional Center / Sejodi Jackson, RN

OFFICER'S/CONTRACTED STAFF'S SIGNATURE: SAGAR [signature]   DATE: 6/10/20

BTC



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

Miami Field Office

## PRE-Transfer Custody Review

Name: Hossain, Zakir        Alien Number: ███747        COC: Bangladesh
Date of Transfer: 06/11/2020        Date of Review: 6/11/2020

### Detention Authority

☐ INA 235    ☐ INA 236    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☑ ⟵    No ☑
Criminal History         Yes ☑ ⟵    No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☑
Other                 ☐    Comments: Subject transferred to Dallas for SHRC flight 6/15/20.

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by: _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: [redacted]

| | YES | NO |
|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ |
| 2) Is the detainee currently: | | |
| • In medical isolation? | ☐ | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ |
| • Awaiting COVID-19 test results? | ☐ | ☑ |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.2__ ☑ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐

For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐
Record method of travel: Ground ☑  ICE Air ☑  Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

b. Stop the Spread of Germs. ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? __[illegible]__ ☑ ☐

b. Did a family member or friend provide transportation? ☐ ☑

c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

Hossain, Zak[redacted]
D.O.B: [redacted]  Age: [redacted]
A[redacted] 47 BTC Bangl Male

ALIEN'S SIGNATURE: [signature]

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: Broward Transitional Center / [illegible] Jackson, RN

OFFICER'S/CONTRACTED STAFF'S SIGNATURE: [signature]

DATE: 6/10/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Fermin Arias, Carlos Jose   Alien Number ███817   COC DR

Date of Transfer 06/11/2020   Date of Review 6/11/2020

### Detention Authority

☐ INA 235    ☐ INA 236    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐    Comments Subject was transferred to Oakdale until DR IAO on 6/16/20.

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

| | Yes | No |
|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ |
| 2) Is the detainee currently: | | |
| • In medical isolation? | ☐ | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ |
| • Awaiting COVID-19 test results? | ☐ | ☑ |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: **97.9**
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑    ICE Air ☐    Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? **Knock**

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

**ALIEN'S PRINTED NAME:** Fermin-Arias, Carlos
D.O.B.: ███ Age: ███
███817  DR  BTC  Male

**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Diana A Joseph, RN
Broward Transitional Center

**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** [signature]

**DATE:** 6/11/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

Miami Field Office

## PRE-Transfer Custody Review

Name: Gervacio-Pimentel, Ruddy Alexis   Alien Number: ▮▮▮722   COC: DR

Date of Transfer: 06/11/2020   Date of Review: 6/11/2020

### Detention Authority

- [ ] INA 235
- [ ] INA 236
- [✓] INA 241
- [ ] Other _____

COVID 19 Risk Factors    Yes [ ]    No [✓]

Criminal History    Yes [ ]    No [✓]

### Nature of Transfer

- IAO Flight Staging [ ]
- Hospital [ ]
- Within Field Office [ ]
- Out of Field Office [✓]
- Other [ ]   Comments: Subject is being transferred to Oakdale until IAO flight on 6/16/20

Custody Decision Release [ ]   Continue Custody [✓]

Reviewed by ___*signature*___

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

| | Yes | No |
|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | |
| 2) Is the detainee currently: | | |
| • In medical isolation? | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ |
| • Awaiting COVID-19 test results? | | ✓ |
| • Cohorted due to COVID-19 exposure? | | ✓ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __97.6__  ✓

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ✓

For transfers and removals only, is the detainee medically cleared to travel?  ✓
Record method of travel:  Ground ✓   ICE Air ✓   Commercial flight ✓

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? __Home__
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

**ALIEN'S PRINTED NAME:** Gervacio- Pimentel, Ruddy
D.O.B: [redacted]  Age: [redacted]
A[redacted] 722 DR BTC Male

**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Diana A Joseph, RN
Broward Transitional Center

**CTD STAFF'S SIGNATURE:** [signature]  **DATE:** 6/11/20



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Jimenez-Castro, Andres     Alien Number ███368   COC DR
Date of Transfer 06/11/2020         Date of Review 6/11/2020

## Detention Authority

[✓] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other _____

COVID 19 Risk Factors      Yes [✓]      No [ ]

Criminal History           Yes [ ]      No [✓]

## Nature of Transfer

IAO Flight Staging    [ ]
Hospital              [ ]
Within Field Office   [ ]
Out of Field Office   [✓]
Other                 [ ]   Comments  Subject transferred to Oakdale for DR IAO on 6/16/20.

Custody Decision Release [ ]   Continue Custody [✓]

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

1) Verify the detainee's current health status and exposure history. ☑ ☐

2) Is the detainee currently:
   - In medical isolation? ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☑
   - Awaiting COVID-19 test results? ☐ ☑
   - Cohorted due to COVID-19 exposure? ☐ ☑

   For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.1__ ☑ ☐

   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐

   For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐

   Record method of travel: Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☐ ☐
   b. Stop the Spread of Germs. ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? __Leon__ ☑ ☐
   b. Did a family member or friend provide transportation? ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

**ALIEN'S PRINTED NAME:** Jimenez-Castro, Andres
D.O.B: [redacted]  Age: [redacted]
A[redacted] 368 DR BTC Male

**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Diana A Joseph, RN, Broward Transitional Center

**CTEO STAFF'S SIGNATURE:** [signature]

**DATE:** 6/11/20



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
U.S. Department of Homeland Security

Miami Field Office

PRE-Transfer Custody Review

Name Rosado Val, Sergio Jose    Alien Number ▮▮▮▮726    COC DR
Date of Transfer 06/11/2020                Date of Review 6/11/2020

## Detention Authority

[✓] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other_____

COVID 19 Risk Factors    Yes [ ]    No [✓]

Criminal History    Yes [ ]    No [✓]

## Nature of Transfer

IAO Flight Staging    [ ]
Hospital              [ ]
Within Field Office   [ ]
Out of Field Office   [✓]
Other                 [ ]    Comments Subject was transferred to Oakdale for an IAO flight on 6/16/20.

Custody Decision Release [ ]    Continue Custody [✓]

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☐ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___98.2___  ✓ ☐
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ✓ ✓ ☐
For **transfers and removals only**, is the detainee medically cleared to travel?  ✓ ☐ ☐
Record method of travel:  Ground ✓   ICE Air ✓   Commercial flight ✓

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☐ | ☐ | |
| b. Stop the Spread of Germs. | ☐ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? ___home___ | ✓ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ✓ |

**ALIEN'S PRINT:** Rosado Val, Sergio Jose
D.O.B: [redacted]  Age: [redacted]
A[redacted]726 BTC DR Male

**ALIEN'S SIGNATURE:** Sergio

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Diana A Joseph, RN
Broward Transitional Center

**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** D. ayee

**DATE:** 6/11/20