IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

_____

Case No. 20cv21553

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Petitioners' emergency motion to compel compliance with the court's order of June 5, 2020, granting injunctive relief.

3. Petitioners contend that detainees lack cleaning supplies and that common areas of Krome and Glades are not adequately sanitized. The Health and Safety team at Krome conducts daily sanitation of the intake area, holding cells, detainee housing units, bathrooms, law library, recreation yards and exercise equipment. At Glades, general cleaning of the housing area is done after every meal, for a total of three times per day. Additionally, in response to COVID19, Glades staff conducts sanitation of all housing units two times per day to include all surfaces in the common area. To ensure

compliance with Items 2(a) and (b) of the June 5, 2020 order, Glades and Krome have created logs to document each time that cleaning is conducted in the housing units.

4. I am aware that some detainees have alleged that they are not provided masks, or that staff at Krome or Glades have not worn their masks while in contact with detainees. Krome has an adequate supply of surgical masks. Upon intake, detainees are issued a surgical mask. In order to document this practice, Krome staff have created a mask issuance receipt for incoming detainees and require that the detainee sign for the mask upon intake. Upon transfer, detainees are issued a surgical mask. In order to document this practice, Krome staff have created a mask issuance receipt for outgoing detainees and require that the detainee sign for the mask prior to departure.

5. All staff at Krome have been issued Personal Protective Equipment to include gloves and N-95 respirator masks. Security contract staff assigned to the main gate have been issued a face shield, N95 respirator mask and gloves. All janitorial and maintenance staff at Krome have been issued Personal Protective Equipment to include gloves and N-95 respirator masks. Staff working in the housing units and in close proximity to detainees are required to wear their PPE while on duty.

6. Similarly, I have been advised that all staff at Glades County were issued masks and nitrile gloves, which are available throughout the facility.

7. All detainees at Krome and Glades are issued surgical masks on a weekly basis and are encouraged to use their masks at all times. All detainees are provided education and a visual guide on the proper use of a face covering. Detainees are not required to wear their surgical mask. Some detainees at Krome and Glades have chosen to not wear their issued surgical mask.

8. To comply with Item 2(f) of the court's order, ICE has developed a seating chart for its vans and buses to maximize social distancing while transporting ICE detainees, copies of which are attached as reference.

9. I am aware of allegations that the soap dispensers are not refilled with sufficient speed at Glades and Krome, and that hand sanitizer is unavailable at Glades. At Krome, Purell Hand Sanitizer dispensers have been installed in all housing units. The facility's health and safety unit visits each housing unit daily and replenishes supplies daily. Krome continues to provide, at no cost, adequate amounts of soap, water and cleaning materials to ICE detainees. Upon intake, ICE detainees are given an opportunity to shower are issued clean clothing, bedding, towels and personal allotment of hygiene items, to include soap, which is replenished upon request.

10. Glades continues to provide, at no cost, adequate amounts of soap, water and cleaning materials to ICE detainees. Upon intake, ICE detainees are given an opportunity to shower and are issued clean clothing, bedding, towels and personal allotment of hygiene items, to include soap, which is replenished upon request.

11. To comply with item 2(a) of the June 5, 2020 order, ICE has approved funding for the procurement of hand sanitizer dispensers and product at Glades. Installation of the dispensers is anticipated to occur on June 22, 2020.

12. To comply with item 2(h) of the court's order regarding education, signage and educational information flyers are located in all common areas at Krome and Glades. At Krome, medical staff visited all housing units and gave an oral presentation about COVID-19 and allowed for a question and answer session. Glades is working with their IT department to produce a DVID from the latest CDC videos as an enhancement to be played in medical to detainees in the waiting room area.

13. I am aware of complaints from detainees at Glades that laboratory-confirmed cases of COVID-19 were commingled with asymptomatic individuals.

14. Pursuant to the CDC Interim Guidance on Management of Coronavirus Disease 2019, Glades quarantined entire housing units due to contact with a confirmed case of COVID-19. During this time, no new individuals were added to the group. The entire group was monitored and assessed by medical staff twice a day for COVID-19 symptoms. All symptomatic detainees were tested for COVID-19.

15. After the fourteen-day medical observation period, medical staff assessed each detainee using the following criteria:
    a. At least 3 *days* (72 hours) have passed *since recovery* defined as resolution of fever without *the* use of fever-reducing medications **and** improvement in respiratory symptoms (e.g., cough, shortness of breath); **AND**,
    b. At *least* 7 days have *passed since symptoms first appeared,* **AND**
    c. A minimum of 14 days has passed since the first specimen collection resulting in a positive confirmatory test for an FDA EUA COVID-19 molecular assay for detection of SARS-CoV-2.

16. As of June 14, 2020, there are no detainees under cohort status at Glades.

17. Glades medical staff continue to monitor the detainee population and conducts twice daily temperature checks of detainees and staff as a precaution. Glades tests symptomatic detainees for COVID-19 and positive cases are medically isolated, and referred to a local hospital, if necessary.

18. At Krome all detainees previously cohorted as a result of being a close contact of a laboratory confirmed case of COVID 19, were tested for COVID 19. Ten of those cases tested positive for COVID 19. They are now in medical isolation and are being medically monitored.

19. All cohorts at Krome have been discontinued as of June 15, 2020.

DATED: June 19, 2020

_____
Digitally signed by LIANA J CASTANO
Date: 2020.06.19 13:50:59 -04'00'

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

# Composite Exhibits




## (INCOMING) COVID MASK ISSUANCE RECEIPT

DATE RECEIVED: 6/10/20   FROM: ▮▮▮▮▮▮

DETAINEE NAME: ▮▮▮▮

Name: ▮▮▮▮
DOB: ▮▮▮▮   COB: ▮▮▮▮
A#/BOP: ▮▮▮▮ 449/
Subject ID: ▮▮▮▮   Classification Level ▮▮▮▮
DOA: ▮▮▮▮   I-77#:

ALIEN NUMBER: ▮▮▮▮

SIGNATURE: X ▮▮▮▮

### ISSUED BY:

OFFICER INITIALS: TD    OFFICERS EMPLOYEE # 6457

---




## (OUTGOING) COVID MASK ISSUANCE RECEIPT

DATE RECEIVED: _____   TO: _____

DETAINEE NAME: _____

ALIEN NUMBER: _____   COUNTRY: _____

SIGNATURE: _____

### ISSUED BY:

OFFICER INITIALS: _____   OFFICERS EMPLOYEE # _____

Effective: 6/10/20

 **U.S. Immigration and Customs Enforcement** 

## (INCOMING) COVID MASK ISSUANCE RECEIPT

DATE RECEIVED: 6/10/20     FROM: ███████

DETAINEE NAME: ███████     Name: ███████
                           DOB: ███████   COB ███████
ALIEN NUMBER: ___          A#/BOP: ███████
                           Subject ID: ███████   Classification Level: ███
                           DOA: June 10, 2020   I-77#:

SIGNATURE: ███████

### ISSUED BY:

OFFICER INITIALS: TD     OFFICERS EMPLOYEE # 6457

---

 **U.S. Immigration and Customs Enforcement** 

## (OUTGOING) COVID MASK ISSUANCE RECEIPT

DATE RECEIVED: _____     TO: _____

DETAINEE NAME: _____

ALIEN NUMBER: _____     COUNTRY: _____

SIGNATURE: _____

### ISSUED BY:

OFFICER INITIALS: _____     OFFICERS EMPLOYEE # _____

Effective: 6/10/20





## (INCOMING) COVID MASK ISSUANCE RECEIPT

DATE RECEIVED: 6/10/20        FROM: ███████

DETAINEE NAME: ███   Name: ███████
ALIEN NUMBER: ___   DOB: ███  COB: HONDU
A#/BOP: ███
Subject ID: ███   Classification Level: ██
DOA: ███   I-77#: ███

SIGNATURE: ███████████

### ISSUED BY:

OFFICER INITIALS: TD    OFFICERS EMPLOYEE # 6457

---





## (OUTGOING) COVID MASK ISSUANCE RECEIPT

DATE RECEIVED: _____        TO: _____

DETAINEE NAME: _____
ALIEN NUMBER: _____    COUNTRY: _____

SIGNATURE: _____

### ISSUED BY:

OFFICER INITIALS: _____    OFFICERS EMPLOYEE # _____

Effective: 6/10/20

| AGS | CONTRACT: HSCEDM-14-D-00002 |
|---|---|
| | DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR |
| | KROME SERVICE PROCESSING CENTER |

## BUS # 1

SEATING CHART

| 1 | 2 | | 3 | 4 |
|---|---|---|---|---|
| 5 | 6 | | 7 | 8 |
| 9 | 10 | | 11 | 12 |
| 13 | 14 | | 15 | 16 |
| 17 | 18 | | 19 | 20 |
| 21 | 22 | | 23 | 24 |
| 25 | 26 | | 27 | 28 |
| 29 | 30 | | 31 | 32 |

DESTINATION: _____

**PRINT AND SIGN**

TRANSPORTATION (1) _____

TRANSPORTATION (2) _____



**CONTRACT: HSCEDM-14-D-00002**
**DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR KROME SERVICE PROCESSING CENTER**

# BUS # 2

SEATING CHART

| | | | | |
|---|---|---|---|---|
| 1 | 2 | | 3 | 4 |
| 5 | 6 | | 7 | 8 |
| 9 | 10 | | 11 | 12 |
| 13 | 14 | | 15 | 16 |
| 17 | 18 | | 19 | 20 |
| 21 | 22 | | 23 | 24 |
| 25 | 26 | | 27 | 28 |
| 29 | 30 | | 31 | 32 |
| 33 | 34 | | 35 | 36 |
| 37 | 38 | | 39 | 40 |

**DESTINATION:** _____

**PRINT AND SIGN**

**TRANSPORTATION (1)** _____

**TRANSPORTATION (2)** _____

**AGS**

| | CONTRACT: HSCEDM-14-D-00002 |
|---|---|
| | DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR |
| | KROME SERVICE PROCESSING CENTER |

## BUS # 3
SEATING CHART

| | | | | |
|---|---|---|---|---|
| 1 | 2 | | 3 | 4 |
| 5 | 6 | | 7 | 8 |
| 9 | 10 | | 11 | 12 |
| 13 | 14 | | 15 | 16 |
| 17 | 18 | | 19 | 20 |
| 21 | 22 | | 23 | 24 |
| 25 | 26 | | 27 | 28 |
| 29 | 30 | | 31 | 32 |
| 33 | 34 | | 35 | 36 |
| 37 | 38 | | 39 | 40 |
| 41 | 42 | | 43 | 44 |
| 45 | 46 | | 47 | 48 |
| 49 | 50 | | | |

**DESTINATION:** _____

**PRINT AND SIGN**

**TRANSPORTATION (1)** _____

**TRANSPORTATION (2)** _____



**CONTRACT: HSCEDM-14-D-00002**
**DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR KROME SERVICE PROCESSING CENTER**

# VAN # 2

DATE _____

## SEATING CHART

| 1 | 2 | 3 |
|---|---|---|
| 4 | 5 | 6 |
| 7 | 8 | 9 |
| 10 | 11 | |

DESTINATION: _____

_____
TRANSPORTATION (1)  PRINT /SIGN

_____
TRANSPORTATION (2)   PRINT /SIGN

| AGS | **CONTRACT: HSCEDM-14-D-00002**<br>**DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR**<br>**KROME SERVICE PROCESSING CENTER** |
|---|---|
| | # VAN # 3 |

## SEATING CHART

| 1 | 2 | 3 |
|---|---|---|
| | | |
| 4 | 5 | 6 |
| 7 | 8 | 9 |
| 10 | 11 | |

DESTINATION:

TRANSPORTATION OFFICERS:

1 _____ PRINT/SIGN

2 _____ PRINT/SIGN

| AGS | **CONTRACT: HSCEDM-14-D-00002**<br>**DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR**<br>**KROME SERVICE PROCESSING CENTER** |
|---|---|
| | **VAN # 4** |

## SEATING CHART

| 1 | 2 | 3 |
|---|---|---|
|   |   |   |
| 4 | 5 | 6 |
| 7 | 8 | 9 |
| 10 | 11 |   |

DESTINATION:

TRANSPORTATION OFFICERS:

1 _____ PRINT/SIGN

2 _____ PRINT/SIGN

| AGS | **CONTRACT: HSCEDM-14-D-00002**<br>**DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR**<br>**KROME SERVICE PROCESSING CENTER** |
|---|---|
| | **VAN # 5** |

## SEATING CHART

| 1 | 2 | 3 |
|---|---|---|
|   |   |   |
| 4 | 5 | 6 |
| 7 | 8 | 9 |
| 10 | 11 |   |

DESTINATION:

TRANSPORTATION OFFICERS:

1 _____ PRINT/SIGN

2 _____ PRINT/SIGN



**CONTRACT: HSCEDM-14-D-00002**
**DETENTION MANAGEMENT, TRANSPORTATION, AND FOOD SERVICES FOR**
**KROME SERVICE PROCESSING CENTER**

# VAN # 6

**SEATING CHART**

| 1 | 2 | 3 |
|---|---|---|
| 4 | 5 | 6 |
| 7 | 8 | 9 |
| 10 | 11 | |

DESTINATION:

TRANSPORTATION OFFICERS:

1 _____ PRINT/SIGN

2 _____ PRINT/SIGN



