"Legal Mail"

WEST PALM BCH FL 334

26 MAY 2020 PM 1 L

RECEIVED
JUN 01 2020

To: [illegible]
Attn: [illegible] Mr. [illegible] Mr. Jonathan Goodman
99 N.E. Fourth Street (Room 1168)
Miami Florida 33132.



To: Honorable Jonathan Goodman

From: Roberto Amado Herning, Doci A#0... 719 ...

Date: 5-21-20.

Subject: fear of getting coronavirus/Covid dead a suspicion. Illness, my detainees At glade Love, intention

Honorable Honorable Goodman, I ... with great respect & agency That I write This To you, As A federal detainee in ICC custody as a Cuban of status, 5... years old, deported Since march 15th FBM. I Arrived to the US as ... [illegible] left when ... [illegible] under the custody of my mister 20 in 2000, 3 Father Luis I.V... living here and both US citizens, & were ... [illegible] ... [illegible] Seeing purity, ... [illegible] ... June 3, ... and [illegible] ... Respect To ... [illegible] ... Sentence To life with a 25yr min ... with 30/3 5 yrs I was released under the grace of parole as April in 2020. ... the $... seen in ICC custody. I have the Parole will (US) constitutionally ... Yes ... for a no Review of docket 35... now that ... gotten ... a by ... of my [illegible] please allow me To ... The real ... of my [illegible] To you. Here of Glades Loving ... letter from when I am with ... you for out g great concerns & agency, Sheriff agility, 3 Medical Department are completely ... neglecting the seriousness ... wat IS There ... The ... between ... hub ... as Those 3K agent ... in a small ... in 5 seconds, say of ... in cabin ... day ... Social distance ... A time ... As ... Today you have 4 detainees who were Rel

from this [illegible] B-1 due to their temperature, also three (3) more were [illegible] denied their right to be Tested or treated after Recording [illegible], [illegible], [illegible]. They were The [illegible] of Today and the majority of The 69 in The [illegible] are aching from pain, Their body is sore, They are all [illegible]. I need as a detainee with numerous pre-existing conditions such as Pre-diabetes, High cholesterol, High blood pressure, chronic asthma, & chronic pulmonary disease clinic for you to intervene and stop this capricious & arbitrary behavior by ICE, for we are all going to die. I am Requesting your immediate attention into this matter, my brother & fiancee have video Evidence of our living conditions if needed.

I sincerely appreciate your attention in this matter, Respectfully

[signature]

18201 SW 12TH Street
Miami, Florida 33194

JONATHAN gOODMAN

United States District Court
Southern District Of Florida.



RECEIVE
JUN 15 2020

SALLY PORT
CLEARE X-RAY



FOREVER
USA

Barn Swallow

$0.50 0
US POSTAGE
FIRST-CLASS
062S0009684070
33194

99 NE 4 ST ROOM 1168   MiAMi FL 33132

UNITED STATES DISTRICT COURT FOR THE

ORDER TO SHOW CAUSE

Petitioners/detainees

v.

AGS SECURITIES, UNITED STATES HOME LAND SECURITY
IMMIGRATION SERVICES

Defendants

Detainees are requesting hearings on later dates with the facts attached in the documents
below. The defendnats will not suffer lost or the govetment will not suffer lost with the request
here. We are asking the judge to sigh the order to show based on the facts attached. We are
not claiming damages at this time based on the facts but will later file amended complaints
with the lawyers corrections based on the laws.

The defendants  violated 24 U.S.C  1983. The defendnats reached an agreement in corrupt
conspiracy among each other and with private citizens to violate the constitutional rights of the
detainees, falsely arrested and falsely imprisoned the detainees. NAACP V. HUNT stated false
arrest and false imprisonment are not allowed under the constitution of the United States of
America. The facts are attached below in the documents..

Defendants are ordered to release all detainees in Building 11 of the address attached.

THE UNITED STATES MARSHALS MUST SERVE THE SIGNED CERTIFY COPY UPON DEFENDANTS.

_____

IN THE UNITED STATES DISTRICT COURT OF

AFFIDAVIT IN SUPPORT
OF ORDER TO SHOW CASUE

Petitioners/detainees

v.

AGS SECURITIES, UNITED STATES HOME LAND SECURITY
IMMIGRATION SERVICES

Defendants

THE AFFIDAVIT OF THE DETAINEES IN BUILDING 11 IN THE IMMIGRATION DETENTION
CENTER AT _____, BEING SWORN DEPOSES AND STATES.

The United States Immigration Services has housed us the detainees in Building 11 of the
address below since the COVID 19 epidemic. We requested to receive face mask, sanitizers,
cleaning supplies, detergent, and other cleaning supplies in February, 2020, in March 2020,
April 2020. Then on April 3, 2020, the defendnats moved us from building 14, to building 11 of
the address below. We saw the defendans had several detainees moved to other facilities, to
let us be in the building. There were over one hundred and fifty detainees illegally held in
building 11 in illegal quarintine. The detainees were ordered to sleep in dirty beds other sick
detainees slept in from the beginning of 2020 to present. We were told on April 3. 2020, we are
in quarintine. The defendants  violated 24 U.S.C  1983. The defendnats reached an agreement
in corrupt conspiracy among each other and with private citizens to violate the constitutional
rights of the detainees, falsely arrested and falsely imprisoned the detainees. NAACP V. HUNT
stated false arrest and false imprisonment are not allowed under the constitution of the United
States of America. The defendnats have violated the Public Accommodation Rights of the
detaineed, secured under 42 US.C   1981, TITLE SEVEN, WITH THE RULES GOVERNING Public
Accommodation. The AGS SECURITIES AND ICE IMMIGRATION Officers had treated the
detainees badly, insulted us, screamed at us. EMORY v. Peeler. The defendnats are not allowed

to falsely arrest and falsely imprison the detainees. The facts are attached below in the documents from Exhibit "1 through six".

There are document attached below the judge must review to sign the order to show cause that was prepared in a rush because the lawyers did not come to the court to file an emergency injuction, or order to show casue to release the detainees from the illegal quarantine. The information written in the document attached are facts not for calims of damages at this time but we will present amended complaints with lawyers assistance in several hearings that will be held on several dates.

**At EXHIBIT 1, is the medical record of the dertainee on bed 8** is tested positive for the convid 19 virus; he willk infect all of the othere detaineeas.

I NEVER HAD SEX IN MY LIFE WITH ANY PERSON IN THE UNITED STATES AND THE DEFENDANTS LIED IN THE POLICE RECORD AGAINST ME. THE MIAMI POLICE OFFICERS HAD FALSELY ARRESTED ME ON OCTOBER 10, 2019 AND ILLEGALLY IMPRISONED ME SINCE, AND IN OCTOBER, DEPORTATION OFFICER ENRIQUES TOLD ME I DO NOT HAVE CONVICTIONS AGAINST MY NAME, HE KNEW I DO NOT HAVE CHARGES AGAISNE MY NMAE, AND HAD FALSELY IMPRISON ME INVIOLATIONS OF MY CONSTITUTIONAL RIGHTS. I DID NOT SDEE A JUDGE SINCE OCTOBER 1O, 2019, SINCE DEFENDANTS ICE OFFICER ENRIQUES TOLD ME I WILL NEVER SEE A JUDGE. I NEVER SAW A JUDGE IN EIGHT MONTHS. THEY MUST RELEASE ME FROM IMMIGRATION JAIL. THE DEFENDANTS HAD REACHED AN AGREEMENT IN CORRUPT CONSPIRACY AMONG EACH OTHER AND WITH PRIVATE CITIZENS TO FALSELY ARREST ME AND FALSELY IMPRISON ME IN VIOLATION OF MY RIGHTS SECURED UNDER 42 U.S.C.   1983. EMORY v. Peeler.

Defendants told all detainees that they are imprisoning us a second time and will prosecute us an try us for the charges we served time in the county jail and state jails. The defendants have violated DOUBLE JEOPARDY. The facts are written in the documents attached as exhibits.

**THE JUDGE MUST SIGN OR DO NOT FILE . THE DEFENDANTS ARE ORDERED TO RELEASE PETITIONERS AND DETAINEES.**

THE UNITED STATES MARSHALS MUST SERVE THE SIGNED CERTIFY COPY UPON DEFENDANTS.

PLEASE ADD DETAINEES NAMES AS ARE WRITTEN IN THE DOCUMENTS ATTORNEYS HAVE.


Ask attorneys to write a ordet to show cause with the facts wrtitten in the documents for the judge to sign.

We are currently held in illegal quarintine since April 3, 2020, before and were requesting the defendants gave us mask, soap, celaning supplies and they refused but beat, physically assault the detainees. The facts ae written below.

KERRY PRESENDIEU
Notary Public - State of Florida
Commission # GG 055710
My Comm. Expires Feb 12, 2021
Bonded through National Notary Assn.

_____

_____   6-10-2020


Sworn to before me, this

_____ 10ᵗʰ,

day of ____JUNE____, 2020

AD>



# RAMIREZ, FRANCISCO FRANCO

**U.S. Immigration and Customs Enforcement**

A: 2███████ SubID: ████
Facility Code: KRO Housing Area: ,,,
49 Y old Male, DOB: 0████
Account Number:████
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

**05/14/2020**

**Appointment Provider: Blondine Daout, RN**



**eason for Appointment**
MHU Nursing Round Note

**istory of Present Illness**
atient Identification:
  Patient Identification
    Patient properly identified by 2 sources including: *Verbally, Wrist Band*
    Chaperone Present? *No*
    What language do you speak? *Spanish, English*
    Interpretation provided? *Patient speaks English fluently*
ain Assessment:
  Pain Are you currently in pain? No.
arrative:

COVID-19 Screening:
  Screening

COVID-19:
  COVID-19
    Is the patient age 65 years or older? *No*
    Does the patient have chronic lung disease? *No*
    Does the patient have moderate to severe asthma? *No*
    Does the patient have a cardiac condition? *No*
    Is the patient immune compromised? *No*
    Does the patient have a BMI over 40? *No*
    Does the patient have diabetes? *No*
    Does the patient have CKD/dialysis? *No*
    Does the patient have liver disease? *No*
    Did you answer "Yes" to any of the questions above? *No*

**Vital Signs**

| | | Temp | |
|---|---|---|---|
| | | 05/14/2020 05:52:20 PM Eastern Daylight Time | Blondine Daout RN |
| | | **HR** | |
| | | 05/14/2020 05:52:20 PM Eastern Daylight Time | Blondine Daout RN |
| | | **BP** | |
| | | 05/14/2020 05:52:20 PM Eastern Daylight Time | Blondine Daout RN |
| | | **RR** | |
| | | 05/14/2020 05:52:20 PM Eastern Daylight Time | Blondine Daout RN |
| | | **Ht** | |



**Americans for Immigrant Justice**

*formerly Florida Immigrant Advocacy Center*

04/17/2020

Saludos,

Le estamos escribiendo porque alguien (miembro de la familia, amigo, etc.) se ha puesto en contacto con nosotros con su información preguntando si podemos ayudarle con su caso de inmigración.

Americans pro Justicia de Inmigrantes es un bufete de abogados de inmigración sin fines de lucro, lo que significa que no cobramos por ninguno de los servicios que ofrecemos a las personas que buscan ser liberados de la detención inmigratoria. Ofrecemos servicios en Broward Transitional Center, Krome Processing Center y Glades detention Center. Normalmente, iríamos a los centros de detención para proporcionar consultas jurídicas en persona, pero debido a la pandemia de Covid19, nuestro acceso a los centros de detención ha sido limitado y por lo tanto sólo podemos proporcionar consultas legales a través de videochat.

Como usted sabe, Krome le ha proporcionado a todos con varias tabletas para utilizar con el fin de ponerse en contacto con las personas. Podemos proporcionarle una consulta legal gratuita con un abogado a través de su cuenta de GettingOut en la tableta. Para que podamos ponernos en contacto con usted, debe agregar el de correo electrónico detentionhotline@aijustice.org a su lista de personas aprobadas para que podamos comunicarnos con usted.

**Por favor, tenga en cuenta que si bien podemos ofrecerle una consulta gratuita con consejos sobre cómo avanzar en su caso, no podemos garantizar la representación legal en la corte de inmigración. Una consulta legal de nuestra oficina no significa que hayamos acordado ser su abogado.** Podemos ofrecer información, materiales, y en el caso de que no aceptemos su caso, a veces remitimos a personas a otros bufetes de abogados.

Por último, si desea llamar a nuestras oficinas de forma gratuita desde Krome, siga las instrucciones a continuación.

1. Marque el 2 para español
2. Marque su número de PIN
3. Marque el 6 para entrar al sistema automático de PRO BONO
4. Marque el 569# para llamar a nuestra oficina
5. Marque el 1250 para llamar nuestra línea gratis de detención

TO ATTORNEY AND JUDGE:

I NEVER COMMITTED A CRIME IN MY LI.
THE DETAINEES IN THIS
BUILDING SERVED TIME IN
THE COUNTY JAIL AND STATE
PRISON FOR DUI, DWI OR
OTHER CRIMES. THE LAWS STATE
AMERICAN AND CITIZENS SERVE
JAIL SENTENCES ONE TIME FOR ANY
CRIME BUT ICE AND IMMIGRA
ION OFFICERS TOLD ALL DETAI
NEES THEY ARE ARRESTING
THEM A SECOND TIME AND
IMPRISONING THEM A SECOND TIME
AND WILL TRY THEM FOR THE
SAME CRIMES THEY WERE
LOCKUP ONE TIME. THIS IS
DOUBLE JEOPARDY AND DISCRIM
INATIONS AGAINST THE DETAINE
NATIONAL ORIGIN IN VIOLATION
OF 42 U.S.C § 1983. ICE
WROTE THE SAME STATEMENTS ON
THE N.T.A.
                    CASE LAWS NAACP.
V. HUNT. IT IS ILLEGAL TO
FALSELY IMPRISON PERSONS BASE
ON NATIONAL ORIGIN, RACE, COLO
RELIGION

I NEVER HAD SEX WITH ANY PERSON
IN THE UNITED STATE. THE POLICE
I WAS STANDING WITH NOTHING IN HAND,
FORWARD TO GROUND, RAISED UP WITH
N IN HAND, THEN THREATEN TO SHOOT N

2. THE POLICE LIED ON ME. IC, IMMOVEVE AND NOT RECEIVE NOTICE CHECK FOR WEDDING CERTIFICATES DEATH CERTIFICATES, BIRTH CERTIFICATES IN RECORD. I WAS OUT OF THE COUNTRY FOR THOSE BUSINESSES AND IMMIGRATION STATED BASED ON THE CERTIFICATES ATTACHED IN FILE, THEY WERE NOT CANCEL (VOID) MY IMMIGRATION PAPERS FILED, BUT THEY VOID ILLEGALLY THE PAPERS AND I MOVED FROM ADDRESS. I NEVER RECEIVE NOTICE FROM U.S. IMMIGRATION.

→ BASED ON FACTS WHEN IMMIGRATION VOID PAPERS ON THE DATE, CITIZENSHIP WOULD HAVE BEEN GRANTED. THE U.S. IMMIGRATION AND COURTS ARE WRONG AND ARE ILLEGALLY HOLDING ME IN JAIL FOR EIGHT MONTS. JAMES BISHOP.

BAD ACTS → FILE ORDER TO SHOW

JEMES WROTE THEC PETTCION FOR
IMIGVATION

16 APRIL 20

TO

Detainees Qvarantined are 150 iN US
Immigration Jail, iN yoUR ciTy. IT is illegal iN JAIL, CELL
We Need Today To be released FROM Jail.

Inmates were told Two inmates contracted
COVID-19 VIRUS FROM Two AGS SECURITY
GUARDS; We complained, and requested To
securities Beat inmates, slamed Them
To The ground, Kicked SEVERAL INMATES,
pvnched MANY INMATES, slamed Them
To WALLS, THREW CHAIRS, THEN FALSELY
Arrest and beat The INMATES. ON APRIL 7-20

IN VIOLATIONS of 42 U.S.C § 1983 LAW
WERE Are iN The ILLegal. since April
3, 2020, OVER ONE HUNDRED FIFTY OF US
Are iN THIS ROOM

PLEASE COME To SEE US IMMEDIATELY
AND OR SEND INVESTIGATORS To release US
FROM The jail. We may die and are afraid.
They MERGED Two pods (DORMS) since
APRIL 03 2020 We WERE SERVED spoil
FOODS, starving, BATHROOMS ARE BAD.
VIOLATIONS of RIGHTS, HUMAN TRAFFICKING,
To pay Jails NOT HAVE INMATES, beds
are TWO feet APART AND NOT SIX feet
RELEASE US FROM Jail NOW. SIGNATURES HERE
                                    (27)



Cesar A Mendez Escobar Guatemala [redacted]
Angel Nufio Ramos Honduras [redacted]
Ediberto mendez Jacobo Guatemala # [redacted]
Paul Frantz Hendz Haiti [redacted]
Delva Nado Haiti # [redacted]
Julio César Pérez Felipe [redacted]
Labonté Joel Haiti [redacted]
Denis Fandez Handuras [redacted]
Eliseo Zamora Nicaragua [redacted]
Ricardo Perez Guatemala [redacted]
~~[illegible] [illegible] [illegible] [illegible]~~
Francisco Rueda MEXico [redacted]
Rufino eduardo Carrillo Guate [redacted]
Jesus Jimenez Ros [redacted]
Eric isaul [redacted]
Gerardo Ramirez Martinez [redacted] Mexico
Frander López Roblero [redacted] Guatemala
Tomas Morales saquic [redacted]
Eliandres DIAZ [redacted] Cuba
Bacfun Aguilar quintero [redacted]
Carlos Andres Cardona [redacted] Colombia
Francisco Franco Ramirez [redacted]
Hugo Sanchez Lopez [redacted] Mexico
Wilman Henandez lopez [redacted] Guate
Lopez Ortiz Guatemala [redacted]
Ordoñez Pelicó Ruben [redacted]
Kevin Peña VENEZUELA [redacted]
Moran Sánchez celso [redacted]
ISaas vasquez Perez MEXICO
Alexander Ortiz Quero [redacted] Cuba
~~[illegible] [illegible] [illegible] [illegible]~~
Andy Rivero [redacted] Cuba
Gerson Portillo [redacted] el salvador

Roberto Perez Moset ████
Hector Varda ████
Dennis HON ████

- Byron jose silu Zamora ████
  Byron Siles Nicaragua
  Jean Perez Guatemala ████

✱ Jose Santos ≠ ████ ≠ France ≠ Cuba
  ~~Feix Rdolfo Reyes~~

✱ Tolentino Martinez Rios MEXICO ████ .

MAY 11 2020

TO THE ATTORNEY AND COURTS

ICE and Immigration are in non compliance with COURTS orders DATED(April 24 2020) and Most detainees DO NOT have any Criminal records and MUST be released Immediately.

All detainees have received the letter and Courts order from JUDGE COOKE / GOODMAN and from the Attorneys that are representing US, and said letter and Courts orders that ICE and Immigration must report to the Courts and JUDGES on Monday and Thursday of each week by 4:00 pm which facility detainees were released from and the nature of the detainees released (e·g in a high risk category because of age or a specific documented medical Conditions etc within TEN 10 DAYS of this order ICE SHALL....

'a' How many detainees it is housing on the date of reporting
'b' At which of the three centers the detainees are being housed
'c' Which of the detainees are considered mandatory detainees and
'd' Which of the detainees have no prior criminal convictions and no pending Criminal charges. Again ICE and Immigrations officials are in non compliance with Courts ORDERED.

AGS officers and ICE lied about Sanitizing beds Sick people Slept on
On (May 5 2020) all detainees from building 11 H/B were instructed to removed their Sheets, Blankets and all others items from the beds to clean and Sanitize beds and all other areas because of Sick people Slept on them within the covid 19 pandemic period, which we were made aware of that it was a trick to take pictures to lied to the Courts about our released they told us to go outside for 1½ hour then upon returning about 100 beds and all others areas were not cleaned or Sanitize for the

pass 6 six Months. all the beds are severely dirty with mould, bacteria and mildew that were here, Send inspector with Courts order to Show cause to inspect and release all detainees from building 11, A/B immediately based on the facts written in this letter and the letter attached that most detainees Signs.

Most Detainees DO NOT have criminal records and we are adding names with numbers and Countries of detainees to this class action CASE.

Their actions are in violations of 42 U.S.C § 1983 and 42 U.S.C § 1981, TITLE 4 SEVEN with the RULES governing public accomodations.

NEW YORK^ GOVERNER MARIO CUOMO at stated ICE and Immigration Cannot put people in detention Center for immigration problems and the State will not cooperate with them and 'FIFTEEN '15' others States had stated the Same. We will like the Attorneys to file an ORDER TO SHOW CAUSE with the UNITED STATES district Courts and or for the JUDGE TO SIGN it the Same day to released us from Detention Center CROME of building ELEVEN 11 at the address below, as the violations occured in the TWO 2 letters attached. They also ignored deliberately the Symptoms we suffer from the COVID 19 pandemic.

We all Should be receiving 'U' visa 1820  SW 12th Street
GREEN CARD / CITIZENSHIP          Miami, FLORIDA 33194.

Prepared by JAMES BISHOP  Amb

1/
TO                    ARRESTED    TO WRITE-RUSH PREPARE

U.S. IMMIGRATION WRITE WE ARE IN JAIL
TWO TIMES FOR SAME CRIMES.
      AMERICANS SERVE ONE JAIL TIME
FOR DUI AND DRUG POSSESSION BUT
FOREIGNERS SERVE TWO OR THREE
JAIL SENTENCES (TIME) FOR THE
SAID CRIMES BECAUSE THEY ARE
NOT CITIZENS OF THE UNITED
STATES OF AMERICA. IMMIGRATION
AND ICE OFFICERS TELL US IN
WRITING ON N.T.A. AND IN WORDS
THER ARE PUTTING US IN JAIL
FOR THE SAID CRIMES WE WERE
IN JAIL FOR IN THE COUNTY
JAILS, AND STATE JAILS OR FEDERAL
PRISONS). THEIR ACTIONS ARE
ILLEGAL AND VIOLATE THE CONSTITUH
RIGHTS OF THE FOREIGNORS WITH
ALIEN CARDS AND VISAS.
      CITIZENS OF THE UNITED STATES
AND FOREIGN NATIONALS WILL NOT
GO TO JAIL FOR THE SAME CRIMES
TWO TIMES. IF THE LAWS REQUIR
PERSONS TO GO TO JAIL SO THIRTY
(30) DAYS FOR CRIMES AS DUI,
DWI AND GUN POSSEUSION, THI
STANDARD MUST NOT DISCI VIOLATE
FOREIGNORS NATIONAL ORIGIN
PROTECTED IN THE LAWS OF THE
UNITED STATES CONSTITUTION. FOREIGN
NATIONALS ARE TOLD BY ICE
POLICE AND IMMIGRATION OFF.
THAT THEY ARE ARRESTING U.
THE CRIMES WE WENT TO
FOR IN THE COUNTY IF

2/. STATE PRISON, AND FEDERAL PRISONS. ICE POLICE OFFICERS, AND IMMIGRATION OFFICERS TOLD ALL MILLIONS OF FOREIGN NATIONALS WE ARE GOING TO JAIL A SECOND TIME FOR THE CRIMES WE WENT TO JAIL FOR IN THE COUNTY JAILS, AND U.S IMMIGRATION WRITE THE CRIMES ON THE NTA AND SAY WE WILL BE TRIED A SECON TIME AND THREE OTHER TIMES BY JUDGE AFTER WE WENT TO JAIL AND WERE TRIED BY JUDGES IN THE COUNTY JAIL AND STATE PRISON

THE ICE OFFICERS FALSELY ARREST ALL FOREIGN NATIONALS AND FALSELY IMPRISON US A SECOND TIME AND THIRD TIME VIOLATING OUR CONSTITUTIONAL RIGHTS SECURED UNDER 42 U.S.C. § 1983. THEY ARREST US ON THE STREET FALSELY, IN STORES,

3/. AT PARTIES, AT BUS STATIONS,
IN OUR YARDS, FENCEDYARDS,
AND TELL US WE ARE GOING
TO JAIL A SECOND TIME FOR
CRIMES WE WENT TO JAIL FOR
AND DISCRIMINATE AGAINST
OUR NATIONAL ORIGIN, COLOR,
AND RACE, IN VIOLATIONS OF
OUR RIGHTS PROTECTED IN
THE US. CONSTITION, AND INTERNAT-
IONAL LAWS, STATE THAT ALL
MEMBER COUNTRIES OF THE
UNITED NATIONS CAN ONLY
ARREST PERSONS WHEN THEY
COMMIT A CRIME. NOT HAVING
PAPERS TO ENTERING A COUNTRY
OR US. OR OVER STAYING A
SIX MONTH VISA ARE NOT
CRIMES FOR FINANTIAL REASON OR
ACCIDENTS, ILLNESS, OR OTHER REASONS
VIOLATIONS OF PAPERS IN IMMIGRAT
DEPARTMENTS. ICE REACHED AN UNDERST-
ANDING IN CORRUPT CONSPIRACY WITH
AGS SECURITIES TO PHYSICALLY
ASSAULT US VIOLATING OUR

CONSTITUTIONAL RIGHTS SECURED
UNDER 42 U.S.C § 1983, AND 42 U.S.C.
~~§§ 1981 § 1982~~ § 1981, TITLE SEVEN
WITH THE RULES GOVERNING
PUBLIC ACCOMMODATION.

~~○a~~ DETAINEE HAND WRITING
May 30TH 2020 DETAINEE TOLD ME
HE WAS SLEEPING AND AGS SECURITY
CAME TO HIS BED AND SEARCH HIM,
FRISK HIM AND DID NOT SEARCH
OTHER PERSON. DETAINEE STARTED
TO WRITE STATMENT ABOVE THEM
SAID HE WAS AFRAID AND STOP
WRITING.
~~JUDGE~~ RE: SIGN ORDER TO SHOW
CAUSE TO RELEASE US.

I NEVER COMMITTED A CRIME
AND ICE OFFICERS TOLD ME
I AM NOT VIOLENT, NOT COMMIT
DWI, NOT COMMIT DWI, NOT SHOP
LIFT, NO GUN POSSESSION, NO
DRUGS, NO SEX CRIMES BUT
FALSELY IMPRISON ME SINCE OCTOBER
2019 FOR A SECOND TIME LIES.

of THE COUNTY JUDGE TOLD ME
I AM NOT A VIOLENT PERSON
AND HE DOES NOT BELIEVE
THE OFFICERS ON OCTOBER
- 2019. ICE AND IMMIG-
RATION OFFICERS STATED
THAT I NEVER HAD DRUGS,
GUNS, NO RAPE, NO DUI, NO
DWI, NO CONVECTIONS. J
WAS THE WRONG PERSON ARRESTED
MUST BE RELEASE.
PERSON ARRESTED. I WAS WRONG
THE TWO (W) GES STATED THE
on 10-11-19 AND 10-17-19
SAME AND ICE HAS A HOLD
ON ME. THEY ILLEGALLY
IMPRISON ME AND VIOLATED MY RIGHTS.
on 4/3/20 WE WERE REQUESTING TO HAVE
MASK, SANITIZERS, AND THERE WERE
ONE HUNDRED AND FIFTY OR MORE
OF DETAINEES ILLEGALLY HELD IN
A CAFETERIA IN BUILDING II AND WE
REQUESTED TO BE RELEASE AND AGS AND
FCB OFFICERS BEAT US. PHYSICALLY ASSAULTED.



Honorable Judge Jonathan Goodman
James Lawrence King Federal Justice Building
99 N.E. Fourth Street Room 1168
Miami, Fl. 33132
06/10/20

Dear Judge Goodman,

My name is Rodney London my Alien # is ███████

I am currently detained at the Glades County Detention Center. I wrote you recently because I need your assistance I am ordered removed but cannot go anywhere because my country is not accepting anyone. It has just been brought to my attention that there are about sixty one detainee case and eleven staff member cases of COVID-19 at this facility. My problem is the Constitution of the United States says that we should pursue life, liberty, and the pursuit of happiness. It also states Liberty and Justice for all.

I have not been afforded those rights in the current COVID-19 pandemic at this facility. I cannot speak to my deportation officer, I was told by one of then their union would not allow them to come to work here because of the pandemic. So if they do not want to be here or not allowed to come why on earth should we be detained here, our lives matter just as much as the next person. This shows a total disregard for our safety and well being, and should not be the way human beings act especially not during this COVID-19 pandemic. We have a number to call our deportation officers when we do we get a service that relays a message, they cannot call us back and they are not coming here so that defeats the purpose. As previously stated in my last letter, I would like to seek some form of release from detention in the form of House Arrest, GPS Monitoring, A Bond, all of the above or whatever I.C.E. deem necessary. I am one of those high risk people, I am over the age of 50 years old and suffer from ██████████████████████████

██████. **I am worried for my mental and physical health if I am exposed to coronavirus or get sick.** No one should be forgotten or left to die at any facility in the United States of America especially now. Thank you in advance for your help in this matter.

Yours Respectfully,

Rodney London

MNI ███████ . A# ███████
Glades County Detention Center.
1297 East State Road 78
Moore Haven, FL. 33471.

To: Judge, Jonathan Goodman

United States
District Court

Southern District of FL

99 NE 45T Room 1168

Miami FL 33132

Royal Faith 860

TUE 02 JUN 2020

RECEIVE
JUN 04 2020
SALLY PORT
CLEARE K-RAY

JEMES WROTE THEC# PETICION FER
IMIGVATION

TO: SONATHAN GOODMAN                    16 APRIL 20.

Detainees Qvarantined are 150 in U.S
Immigration Jail, in your city. It is illegal in JAIL#,
We need today to be released from Jail.

Inmates were told Two inmates contracted
COVID-19 VIRUS FROM TWO AGS security
GUARds; We complained, and requested To
securities Beat inmates, slamed Them
to The ground, Kicked several inmates,
punched MANY inmates, slamed Them
To walls, threw chairs, Then FAlsely
Arrest and beat The inmates. ON APRIL 7-20

IN violations of 42 U.S.C§ 1983 law
Were Are in The Illegal. since April
3, 2020, over one Hundred FIFTY of US
Are in This Room

Please come To see US IMMEDIATEly
AND OR send investigators To release U's
from the jail. We may die and are afraid.
They MERGED Two pods (DORMS) since
April 03, 2020 We were SERVED spoil
Foods, starving, Bathrooms ARE BAD.
violations of Rights, huMAN TRAfficKing,
To pay Jails not have INMATES, beds
are Two feet APART AND NOT six feet
Release US FROM Jail NOW. SIGNATURES HERE?



Guate EN

Ruben Flores: ███ Honduras
3805 mesques: ███ Bresil
Andre Philip Ribuo ███ Brazil
Geovany Mazariegos ███ Guatemala
Jaime Torres Torres ███ mexico
Carlos Andres Cardenas            Colombia
Manuel E. Rangel                  Venezuela
noel v Tejido Aguiz               Cuba
Hector Vacquer                    CubA.
Diego Vega Sanchez                Chile
Hugo Sanchez Lopez                Mexico
Litier Cancio Ferrer              Cuba.
Eliandres Diaz Natanjo            Coba
Joel Hernandez Drellano.          MEXICO.
GUILHERME GOMES                   BRAZIL
Alixender Ortiz Queero            Cuba
Chris Morseth                     Canada
                                  ███
Edibarto Lopez                    Honduros
                                  ███
Travis Tcharles                   GUYANA
Domingo Hernandez                 MEXICO
Jonathon Castillo                 Hon
Domingo Lopez                     Guatemala
Arturo Martinez                   Honduras
Nelson Lopez                      Honduras
Ronald Diaz                       Guatemala
Vausqi Lucas                      Geatamala
Joudy Zacharie                    Haiti
Catalion Team                     Haiti
Ed.n SCP max                      guatemaia



Cesar A Mndz Escobar  Guatemala
An Sel Nufio Ramos  Honduras
Ediberto Mendez Jacobo Guatemala
Paul Frntz Hendz  Haiti
DelVa Nado , Haiti #
Julio Cesar Perez Felipe
labouté Joel  Haiti
Paws Fanchz  Hondaras
E 1 s ee Za moaNic ctA9
Ricardo Perez  Guatemala

Francisco Rueda  MEXico
Rufino eduardo Carillo Guate
Jesus Simiar Ros
Eric Isaul
Gerardo Ramirce alortinu  Mexico
Frander Lopez Roblero  Guatemala
Tomas Morales saquic
EliAndres Diaz  Cuba
Bscufon Aguilar quintad
Carlos ANdros Cordary  Colenta
Francisco Franco Ramirez
Hugo Sanchez Lopez  Mexico
Witman Henandez lopez  GUATe
Lopez ortiz Guatemalte
Ordoñez Pelico Ruben
Kevin Peña  VENEZUELA
Moran Sanchez celso
Isas Vasquez Perez MEXICO
Alexandis Ortiz Quero  Cuba
Andy Rivero  Cuza
Gerson Portillo  elsalvador



Hector Verde

Dennis HON

- Byron Josi Silis Zamora
  Byron Silis Nicaragua
  Juan Perez Guatemala

* Jose Santos # ≠ France ≠ Cuba

* Tolentino Martinez Rios MEXICO



Humberto ▮ Guate
Ven

Ruben Flores: ▮ Honduras
3805 mesaques : ▮ Bresil
Andre Philpa Ribino. BraZil
Ceovany Mozariegos ▮ Guatemala

Jaime Torres Torres: ▮ Me
Carlos ANDiGo CardGnas Colombia
Manuel E. Rangel Venezuela
noel v Tejido Piguez Cuba
Hector Jaeguer Cuba
Diego Vega Sanchez Chile
Hugo Sanchez Lopez Mexico
Litier Cancio Ferrer Cuba
Eliandres Diaz Naranjo Cuba
Joel Hernandez Drellano Mexico.
GUILHERME GOMES BRAZIL
Alixender Ort.E Queeo Cuba
Chris Morseth Canada
▮
Eziberto Lopez Honduras
Travis Charles GUYANA
Domingo Hernendez. MEXICO
Jonathan Castillo Hon
Domingo Lopez Guatemala
Arturo Martinez Honduras
Nelson Lopez Honduras
Ronald Diaz. Guatemala
Vausai Lucas Guatemala
Jeudy Zacharie Haiti
Cavalier Team Haiti
Edin Scp max guatemala

JEMES WROTE THEC PETICION FCR
IMIGVATION

To                                              16 APRIL 20.

Detainees Ovarantined are 150 in US
Immigration Sail in your ciTy. It is illegal. IN JAIL CELL#,
We need Today To be released from Sail.

Inmates were Told Two inmates conTracTed
COVID-19 VIRUS FROM TWO AGS SecuriTy
GUARDs; We complained, and requested To
securiTies Beat inmates, slamed Them
To The ground, Kicked sEVERAl iNMATES,
punched MANy iNMATes, SLamED THEm
To wAlls, Threw chAiKs, Then FAlSEly
ArresT and beat The iNMATES. ON APRIL 7-20

IN violATions of 42 U.S.C§ 1983 lAw
Were Are iN The ILlegal.  since April
3, 2020, over ONE HUNDRED FIFTy of US
Are iN This ROOM

PlEAse COME TO SEE US IMMEDIATELy
AND OR SEND iNVESTigATors To release v's
from The jail. We may die and are afraid.
They MERGED Two pod's (DORMS) since
April 03, 2020 We WERE SERVED spoil
FOODS, sTarVING, BaTh ROOMS ARE BAD.
ViolATions of RighTs, hUMAN TRAFFicKing,
To pay Jails NoT hAVE INMATES, beds
are Two feet APART AND NoT six feet
RelEASE US FROM JAil NOW. SigNATURES HEre?
                    PHIl   (27)
ZulkumNoue,              Cavalaaaala   18%

May 17 2020

TO THE ATTORNEY AND COURTS

ICE and Immigration are in non compliance with COURTS orders DATED (April 24 2020) and Most detainees DO NOT have any Criminal records and MUST be released Immediately.

All detainees have received the letter and Courts order from JUDGE COOKE / GOODMAN and from the Attorneys that are representing US, and said letter and Courts orders that ICE and Immigration must report to the Courts and JUDGES on Monday and Thursday of each week by 4:00 pm which facility detainees were released from and the nature of the detainees released (e.g in a high risk category because of age or a specific documented medical Conditions etc within TEN 10 DAYS of this order ICE SHALL....

'a' How many detainees it is housing on the date of reporting
'b' At which of the three centers the detainees are being housed
'c' Which of the detainees are considered mandatory detainees and
'd' which of the detainees have no prior criminal convictions and no pending Criminal charges. Again ICE and Immigrations officials are in non compliance with Courts ORDERD.

AGS officers and ICE lied about Sanitizing beds Sick people slept on
On (May 5 2020) all detainees from building 11 A/B were instructed to removed their Sheets, Blankets and all others items from the beds to clean and Sanitize beds and all other areas because of Sick people Slept on them within the COVID 19 pandemic period, which we were made aware of that it was a trick to take pictures to lied to the Courts about our released They told us to go outside for 1½ hour then apon returning about 100 beds and all others areas were not cleaned or Sanitize for the

pass 6 six Months. all the beds are severely dirty with mould, bacteria and mildew that were here, Send inspectors with Courts order to Show cause to inspect and release all detainees from building 11, A/B immediately based on the facts written in this letter and the letter attached that most detainees Signs.

Most Detainees DO NOT have criminal records and we are adding names with numbers and Countries of detainees to this class action CASE.

Their actions are in violations of 42 U.S.C § 1983 and 42 U.S.C § 1981, TITLE 7 SEVEN with the RULES governing public accommodations.

NEW YORK GOVERNER MARIO CUOMO at stated ICE and Immigration Cannot put people in detention Center for immigration problems and the State will not cooperate with them and 'FIFTEEN '15' others States had stated the Same We will like the Attorneys to file an ORDER TO SHOW CAUSE with the UNITED STATES district Courts and or for the JUDGE TO SIGN it the Same day to released us from Detention Center CROME of building ELEVEN 11 at the address below, as the violations occured in the TWO 2 letters attached. They also ignored deliberately the Symptoms we suffer from the covid 19 pandemic.

We all Should be receiving 'U' visa       18201 SW 12th Street
GREEN CARD / CITIZENSHIP              Miami, FLORIDA 33194

Prepared by JAMES BISHOP AND

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

      Petitioners,

vs.

MICHAEL W. MEADE, *et. al.*,

      Respondents.

_____/

### ORDER ADOPTING IN PART MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 63), regarding Petitioners' Petition for Writ of Habeas Corpus (ECF No. 1), and Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction for Proposed Class (ECF No. 4). On April 24, 2020, both Petitioners and Respondents filed Objections to the R&R (ECF Nos. 70; 71).

The Court may "accept, reject, modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a *de novo* review of those findings. S*ee Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *see also* 28 U.S.C. § 636(b)(1). However, the Court must review legal conclusions *de novo. See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *United States v. Rice*, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007). I have reviewed the matter *de novo*. Having done so, I find the Magistrate Judge's R&R should be adopted in part for reasons explained herein.

### BACKGROUND

In a matter of a mere three months, Coronavirus ("COVID-19") has thrust humankind into an unprecedented global public health crisis. COVID-19 is a highly communicable respiratory disease that spreads among people who are in close contact—less

were particularly vulnerable to the Coronavirus.[4] Mr. Barr issued a second directive expanding the group of federal inmates eligible for early release.[5] Mr. Barr directed the bureau to immediately maximize the number of appropriate transfers to home confinement.[6]

The U.S. Immigration and Customs Enforcement ("ICE") has also issued a set of pandemic response guidelines titled ICE's COVID-19 April 10, 2020 Pandemic Response Requirements ("PRR"). ICE reportedly developed the guidelines in consultation with the CDC and calls for compliance with the CDC's guidelines in correctional and detention facilities.[7] ICE's guidelines also require the identification of any detainee who meets the CDC's guidelines for populations at higher-risk for serious illness from COVID-19.[8]

## DISCUSSION

The Petitioners in this case are 34 immigrant detainees. Petitioners claim that they are housed at one of three immigration detention centers in Florida: the Krome Detention Center in Miami ("Krome"), the Broward Transitional Center in Pompano Beach ("BTC"), and the Glades County Detention Center in Moore Haven ("Glades")[9]. Petitioners maintain that they are particularly vulnerable to COVID-19 for different underlying chronic ailments and are at imminent risk of contracting the virus because the overflow of detainees within

---

[4] Office of the Attorney General, Washington, DC, Memorandum for Director of Bureau Prisons, Prioritization of Home Confinement as Appropriate in Response to COVID-19 Pandemic (Mar. 26, 2020), https://www.politico.com/f/?id=00000171-1826-d4a1-ad77-fda671420000.

[5] April 3, 2020 Memorandum of Hon. W. Barr to the Director of Bureau of Prisons, at 1. "[W]e are experiencing significant levels of infection at several of our facilities. . . .We have to move with dispatch in using home confinement, where appropriate, to move vulnerable inmates out of these institutions." *Id.*

[6] Although Mr. Barr's Memorandums are directed to the Federal Bureau of Prisons, ICE's guidelines contain specific standards that mirror Mr. Barr's directives with respect to which detainees should be immediately released.

[7] ICE's Enforcement and Removal Operations, April 10, 2020, at 3, https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf.
[8] *Id.* at 5-6.

[9] Although Glades is located in the Middle District, this Court finds that it has jurisdiction to review claims related to conditions of confinement there. *See Masingene v. Martin*, 424 F. Supp. 3d 1298, 1303 (S.D. Fla. 2020) ("[A] district court acts within its respective jurisdiction. . .as long as the custodian can be reached by service of process.") (internal citations omitted).

3

detainee as a prisoner rather than as a civil detainee). And civil detainees are afforded "more constitutional protection, more considerate treatment, and conditions of confinement than criminals whose conditions of confinement are designed to punish." *Youngberg v. Romeo*, 457 U.S. 307, 321-22 (1982). The Government may not impose on civil detainees conditions that would violate a convicted prisoner's Eighth Amendment rights. *See Hamm v. DeKalb Cty.*, 774 F.2d 1567, 1573-74 (11th Cir. 1985) (citing *City of Revere v. Mass. Gen. Hosp.*, 463 U.S. 239, 244 (1983) ("[T]he due process rights of a [pretrial detainee] are at least as great as the Eighth Amendment protections available to a convicted prisoner.").

The Eighth Amendment prohibits the infliction of cruel and unusual punishment. *Robinson v. California*, 370 U.S. 660 (1962). Under that provision, the Government may not impose punishments that shock the conscience, involve unnecessary and wanton infliction of pain, offend evolving notions of decency, or are grossly disproportionate to the offense for which they are imposed. *See Estelle v. Gamble*, 429 U.S. 97, 102-03 (1976); *Gregg v. Georgia*, 428 U.S. 153, 173 (1976); *Trop v. Dulles*, 356 U.S. 86, 101 (1958). Various conditions, "alone or in combination, may deprive inmates of the minimal civilized measure of life's necessities. Such conditions could be cruel and unusual under the contemporary standard of decency." *Rhodes v. Chapman*, 452 U.S. 337, 347 (1981). On that basis, courts have held that states violate the Eighth Amendment when they are deliberately indifferent to a prisoner's serious medical needs. *See, e.g. Estelle*, 429 U.S. at 106.

The minimum standard of care to be provided to civil detainees under the Due Process Clause is the same as that allowed by the Eighth Amendment for convicted persons. *Hamm*, 774 F.2d at 1574; *see also Bell v. Wolfish*, 441 U.S. 520, 535 n. 16 (1979) (holding that the Due Process Clause rights of a civil detainee are at least as great as the Eighth Amendment protections available to a convicted prisoner).

When the Government takes people into custody and detains them against their will, the Constitution confers upon the Government a duty to assume responsibility for those detainees' safety and general well-being. *See Helling v. McKinney*, 509 U.S. 25, 32 (1993).

The Due Process Clause similarly "imposes a duty on state actors to protect or care for citizens when the state affirmatively places a particular individual in a position of danger the individual would not otherwise have faced." *Gregory v. City of Rogers, Ark*, 974 F.2d 1006, 1010 (8th Cir. 1992) (en banc). The Government violates an individual's right to due process

5

conditions at the three detention centers constitute a violation of the Petitioners Fifth and Eighth Amendment rights.

## B. Application of the *Accardi* Doctrine

Petitioners assert that Government agencies are required to follow their own rules and regulations and that an agency which violates its own rules and regulations violates the Administrative Procedures Act and the Fifth Amendment's Due Process Clause. Petitioners further allege that ICE has failed to follow the National Detention Center Guidelines, which Petitioners argue require ICE to also follow CDC Guidelines. In the R&R, the Magistrate Judge found that Petitioners had not established a substantial likelihood of prevailing on the merits because "the applicable CDC Guidelines contain a substantial amount of flexibility and courts confronted with emergency motions to release state and federal prisoners and detainees because of COVID-19 have relied on this adaptability when denying applications for release of inmates or detainees." (ECF No. 63 at 61.) The Court respectfully disagrees.

When the Government has promulgated "[r]egulations with the force and effect of law," those regulations "supplement the bare bones" of federal statutes. *United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260, 266, 268 (1954). Agencies must follow their own "existing valid regulations," even where Government officers have broad discretion, such as in the area of immigration. *Id.* at 268; *see also Gonzalez v. Reno*, 212 F.3d 1338, 1349 (11th Cir. 2000) ("Agencies must respect their own procedural rules and regulations."); *Morton v. Ruiz*, 415 U.S. 199, 235 (1974) ("[I]t is incumbent upon agencies to follow their own procedures . . . even where [they] are possibly more rigorous than otherwise would be required.").

A violation of the *Accardi* doctrine may constitute a violation of the Fifth Amendment's Due Process Clause. *United States v. Teers*, 591 F. App'x 824, 840 (11th Cir. 2014) (recognizing that an *Accardi* violation may be a due process violation,); *Jean v. Nelson*, 727 F.2d 957, 976 (11th Cir. 1984) ("Agency deviation from its own regulations and procedures may justify judicial relief in a case otherwise properly before the court.").

ICE is an agency that operates its detention system under a set of National Detention Standards ("NDS"), which set forth the medical care that must be provided to individuals in immigration detention. Both Krome and BTC are subject to ICE's 2011 Performance-Based National Detention Standards ("PBNDS"). (*See Compl.*, Appx. I, Ex. K, at 152, 156.) Glades is subject to ICE's NDS. (*Id.*, Appx. I, Ex. K, at 152, 156.) Section

7

Immigration Appeals is required to follow its own regulations even when exercising discretion). Moreover, the Due Process Clause is implicated here because Petitioners are relying on ICE and the CDC's regulations promulgated for their guidance or benefit during this pandemic. It is easily conceivable that in failing to comply with its own guidelines, ICE caused Petitioners to suffer substantially because of their violations.

Accordingly, the Court finds that ICE has violated Petitioners' Due Process Clause protections pursuant to the *Accardi* doctrine.

### C. Habeas Corpus Release Under *Gomez*

In their Objection, Petitioners assert that the Magistrate Judge misunderstood their request and erred in his interpretation of *Gomez v. United States*, 899 F.2d 1124 (11th Cir. 1990). Petitioners argue that *Gomez* allows this Court to provide the Petitioners relief because it recognizes court's inherent authority to grant release on a writ of habeas corpus under the "extraordinary circumstances" standard. Petitioners cite to no Eleventh Circuit cases; however, they urge the Court to consider whether this habeas petition raises substantial claims and makes release necessary.

In *Gomez v. United States*, 899 F.2d 1124 (11th Cir. 1990), petitioner, who was serving a 10-year sentence of imprisonment for a controlled substance violation, was suffering from Acquired Immune Deficiency Syndrome. *Id.* at 1125. Petitioner filed a habeus corpus petition, alleging that the medical treatment he was receiving in prison was inadequate, and therefore unconstitutional. *Id.* The district court granted bail, but the Eleventh Circuit reversed the bail and release order stating, "the district court apparently overlooked the fact that even if Gomez prevailed on his habeas corpus petition, he would not be entitled to be released from prison." *Id.* Noting a split in the circuits, the Eleventh Circuit held that a prisoner is not entitled to release even if he proves an allegation of mistreatment in prison that amounts to cruel and unusual punishment. *Id.* at 1126.

Petitioners' interpretation of *Gomez* is misplaced. First, the facts in *Gomez* are not analogous to the instant matter as *Gomez* dealt with a convicted criminal, not civil detainees. Next, the Court interprets *Gomez* to stand for the proposition that the appropriate relief from prison conditions that violate the Eighth Amendment is to require the discontinuance of any improper practices, or to require correction of any condition causing cruel and unusual punishment. *Id.* Requirement of a discontinued practice does not amount to releasing

9

    b.  Which facility they were released from; and

    c.  The nature of the detainee released (e.g., in a high-risk category because of age or a specific, documented medical condition, etc.).

5.  ·  Within **ten (10) days** of this Order, ICE shall submit twice-weekly (every **Monday and Thursday by 4:00 P.M.**) reports on the following:

    a.  How many detainees it is housing on the date of reporting;

    b.  At which of the three centers the detainees are being housed;

    c.  Which of the detainees are considered "mandatory detainees"; and

    d.  Which of the detainees have no prior criminal convictions and no pending criminal charges.

6.    ICE shall immediately comply with the CDC and ICE guidelines on providing adequate amounts of soap and water and cleaning materials to detainees at each of the three detention centers at issue. Further, within **two (2) days** of this Order, ICE shall provide masks to all detainees and shall replace those masks at least once per week.

7.    ICE shall provide education and training about measures to reduce the health risks associated with COVID-19 to all staff members and detainees and to any new detainees or employees. ICE shall provide such education and training without any costs to the detainees.

8.    This Temporary Order is valid for a limited period of **14** days or until further order of this Court, or until ICE demonstrates that it has substantially complied with this Order. The Court's ruling is subject to change based on a more fully developed record.

9.    The Court recognizes that complying with this Order poses several procedural and logistical hurdles for ICE, however, at the time of this writing there are at least 30,000 confirmed COVID-19 cases and over 1,000 related deaths in Florida alone. Time is of the essence. Accordingly, the Court fully expects ICE to work with a sense of urgency to meet the deadlines set forth and refrain from requests for extensions of time absent extenuating circumstances.

UNITED STATES

ORDER TO SHOW
CAUSE

V

PETITIONERS

ORDER DEFENDANTS TO RELEASE

UNITED STATES

ORDER TO SHOW
CAUSE

V

PETITIONERS

ORDER DEFENDANTS TO RELEASE

COVID 19 EPIDEMIC

ICE OFFICERS AND AGS OFFICERS
BEAT AND PHYSICALLY ASSAULT THE
DETAINEES BECAUSE THE NEEDED
FACE MASK AND REQUESTED TO
MOVE BECAUSE THE TEMPORARY
BEDS WERE ONE FOOT APART AND
ABOUT SIXTY AGS OFFICERS AND
ICE OFFICERS CAME INTO ~~BITH~~
BUILDING 11 AND PHY

THE DETAINEES REQUESTED
TO LEAVE OR THEY WILL DIE
WITH REGARDS TO COVID 19
VIRUS AND ICE OFFICERS AND
AGS OFFICERS KICK BEAT, PUNC
PUNCH ~~SA~~ ANY DETAINEE'S.

I CAUSE SIGN ORDER TO SHOW
I NEVER COMMITTED A
CRIME, I NEVER [HA]
SEX WITH ONE PERSON
IN THE UNITED STATES
THE POLICE FILED
FALSE CHARGES AGAINST
MY NAME.

I NEVER HAD SEX
WITH ANY PERSON IN

U.S.A THEY VIOLATED 4:
§ 1981, TITLE SEVEN WITH THE RULE
GOVERNING PUBLIC
ACCOMMODATI

COVID 19 EPIDEMIC.

ICE OFFICERS AND AGS OFFICERS BEAT AND PHYSICALLY ASSAULT THE DETAINEES BECAUSE THE NEEDED FACE MASK AND REQUESTED TO MOVE BECAUSE THE TEMPORARY BEDS WERE ONE FOOT APART AND ABOUT SIXTY AGS OFFICERS AND ICE OFFICERS CAME INTO ~~BUILD~~ BUILDING 11 AND P64

THE DETAINEES REQUESTED TO LEAVE OR THEY WILL DIE WITH REGARDS TO COVID 19 VIRUS AND ICE OFFICERS AND AGS OFFICERS KICK BEAT, PUNCH MANY DETAINEE'S.

CAUSE SIGN ORDER TO SHOW I NEVER COMMITTED A CRIME, I NEVER [HAD] SEX WITH ONE PERSON IN THE UNITED STATES THE POLICE FILED FALSE CHARGES AGAINST MY NAME.

I NEVER HAD SEX WITH ANY PERSON IN U.S.A THEY VIOLATED 4:
§ 1981, TITLE SEVEN WITH THE RULE GOVERNING PUBLIC ACCOMMODATI

To: Jonathan Goodman
U.S. District Court
Southern District of Florida
400 NE 1st Street # 1168
Miami, FL 33128

RECEIVE
JUN 17 2020
s. M. PORT 3
CLERK K-RAY

01, SW 12th Street
Miami, FL 33104

Rusl+

UNITED STATES DISTRICT COURT FOR THE

DETAINEES   NAMES

ORDER TO SHOW CAUSE

Petitioners/detainees

v.

AGS SECURITIES, UNITED STATES HOME LAND SECURITY
IMMIGRATION SERVICES

Defendants

Detainees are requesting hearings on later dates with the facts attached in the documents
below. The defendnats will not suffer lost or the govetment will not suffer lost with the request
here. We are asking the judge to sigh the order to show based on the facts attached. We are
not claiming damages at this time based on the facts but will later file amended complaints
with the lawyers corrections based on the laws.

The defendants  violated 24 U.S.C §1983. The defendnats reached an agreement in corrupt
conspiracy among each other and with private citizens to violate the constitutional rights of the
detainees, falsely arrested and falsely imprisoned the detainees. NAACP V. HUNT stated false
arrest and false imprisonment are not allowed under the constitution of the United States of
America. The facts are attached below in the documents..

Defendants are ordered to release all detainees in Building 11 of the address attached.

THE UNITED STATES MARSHALS MUST SERVE THE SIGNED CERTIFY COPY UPON DEFENDANTS.

_____

IN THE UNITED STATES DISTRICT COURT OF

$\mathcal{D}\text{ETAIN}\text{EES} \quad \text{NAMES}$

AFFIDAVIT IN SUPPORT
OF ORDER TO SHOW CASUE

Petitioners/detainees

v.

AGS SECURITIES, UNITED STATES HOME LAND SECURITY
IMMIGRATION SERVICES

Defendants

THE AFFIDAVIT OF THE DETAINEES IN BUILDING 11 IN THE IMMIGRATION DETENTION
CENTER AT _____, BEING SWORN DEPOSES AND STATES.

The United States Immigration Services has housed us the detainees in Building 11 of the
address below since the COVID 19 epidemic. We requested to receive face mask, sanitizers,
cleaning supplies, detergent, and other cleaning supplies in February, 2020, in March 2020,
April 2020. Then on April 3, 2020, the defendnats moved us from building 14, to building 11 of
the address below. We saw the defendans had several detainees moved to other facilities, to
let us be in the building. There were over one hundred and fifty detainees illegally held in
building 11 in illegal quarintine. The detainees were ordered to sleep in dirty beds other sick
detainees slept in from the beginning of 2020 to present. We were told on April 3. 2020, we are
in quarintine. The defendants violated 24 U.S.C 1983. The defendnats reached an agreement
in corrupt conspiracy among each other and with private citizens to violate the constitutional
rights of the detainees, falsely arrested and falsely imprisoned the detainees. NAACP V. HUNT
stated false arrest and false imprisonment are not allowed under the constitution of the United
States of America. The defendnats have violated the Public Accommodation Rights of the
detaineed, secured under 42 US.C 1981, TITLE SEVEN, WITH THE RULES GOVERNING Public
Accommodation. The AGS SECURITIES AND ICE IMMIGRATION Officers had treated the
detainees badly, insulted us, screamed at us. EMORY v. Peeler. The defendnats are not allowed



to falsely arrest and falsely imprison the detainees. The facts are attached below in the documents from Exhibit "1 through six". *THE DETAINEES ASKED FOR FACE MASK AND TO BE TESTED FOR COVID-19 VIRUS SINCE APRIL 3- 20 AND ICE REFUSED BUT BEAT*

There are document attached below the judge must review to sign the order to show cause *DETAIN* that was prepared in a rush because the lawyers did not come to the court to file an emergency *EES-* injuction, or order to show casue to release the detainees from the illegal quarentine. The *READ* information written in the document attached are facts not for calims of damages at this time *EXHIB.* but we will present amended complaints with lawyers assistance in several hearings that will be held on several dates. *WE DO NOT KNOW IF A LAWYER FILE CASE FOR US. DETAINEES AGREED TO FACTS. COUID-19 DETAFNEE POSITIVE IS FROM GUATEMALA BUT ICE WROTE HE IS FROM HUNDRAS AND LIED HE WAS NOT POSSITIVE* **At EXHIBIT 1, is the medical record of the dertainee on bed 8** is tested positive for the convid *RELEASI* 19 virus; he willk infect all of the othere detaineeas. *US.* *WE CAN DIE · THE VIRUS TRAVELS 2 6 FEET AFTER LEAVING NOSE-MOUTH· RELEASE ALL DETAINERS WE CAN DIE.*

I NEVER HAD SEX IN MY LIFE WITH ANY PERSON IN THE UNITED STATES AND THE DEFENDANTS LIED IN THE POLICE RECORD AGAINST ME. THE MIAMI POLICE OFFICERS HAD FALSELY ARRESTED ME ON OCTOBER 10, 2019 AND ILLEGALLY IMPRISONED ME SINCE, AND IN OCTOBER, DEPORTATION OFFICER ENRIQUES TOLD ME I DO NOT HAVE CONVICTIONS AGAINST MY NAME, HE KNEW I DO NOT HAVE CHARGES AGAISNE MY NMAE, AND HAD FALSELY IMPRISON ME INVIOLATIONS OF MY CONSTITUTIONAL RIGHTS. I DID NOT SDEE A JUDGE SINCE OCTOBER 1O, 2019, SINCE DEFENDANTS ICE OFFICER ENRIQUES TOLD ME I WILL NEVER SEE A JUDGE. I NEVER SAW A JUDGE IN EIGHT MONTHS. THEY MUST RELEASE ME FROM IMMIGRATION JAIL. THE DEFENDANTS HAD REACHED AN AGREEMENT IN CORRUPT CONSPIRACY AMONG EACH OTHER AND WITH PRIVATE CITIZENS TO FALSELY ARREST ME AND FALSELY IMPRISON ME IN VIOLATION OF MY RIGHTS SECURED UNDER 42 U.S.C. 1983. EMORY v. Peeler. *DEFENDANTS WRITTEN STATMENTS CAUSED THE GUYANESE DETAINE TO SAY I WAS ARRESTED BECAUSE I AM A CHILI* Defendants told all detainees that they are imprisoning us a second time and will prosecute us an try us for the charges we served time in the county jail and state jails. The defendants have *MOLES-* violated DOUBLE JEOPARDY. The facts are written in the documents attached as exhibits. *TER· (JAMES)*

**THE JUDGE MUST SIGN OR DO NOT FILE . THE DEFENDANTS ARE ORDERED TO RELEASE PETITIONERS AND DETAINEES.**

THE UNITED STATES MARSHALS MUST SERVE THE SIGNED CERTIFY COPY UPON DEFENDANTS.

PLEASE ADD DETAINEES NAMES AS ARE WRITTEN IN THE DOCUMENTS ATTORNEYS HAVE.
TABLETS IN BUILDING 11 ARE ORDERED TURN OVER TO
COURT ALSO COMPUTERS, HARD DRIVES AND PHONES, MEMORY
CARDS OF ICE, POLICE OFFICERS, IMMIGRATION TO REMOVE
Ask attorneys to write a ordet to show cause with the facts wrtitten in the documents for the FALSE
judge to sign.           ARREST
          VIOLATIONS OF AZ U.S.C § 1985 TITLE VIII PUBLIC IMPRISO
We are currently held in illegal quarintine since April 3, 2020, before and were requesting the
defendants gave us mask, soap, celaning supplies and they refused but beat, physically assault
the detainees. The facts ae written below.

KERRY PRESENDIEU
Notary Public - State of Florida
Commission # GG 055710
My Comm. Expires Feb 12, 2021
Bonded through National Notary Assn.

Francisco Franco Ramirez

6-10-2020

Sworn to before me, this

10th

day of   JUNE   , 2020

AD>



# RAMIREZ, FRANCISCO FRANCO

A:    SubID:
Facility Code: KRO Housing Area: MHU
49 Y old Male, DOB:
Account Number:
18201 S.W. 12TH ST., MIAMI, FL-33194
Appointment Facility: Krome North SPC

**05/18/2020**       **Appointment Provider: Deysi Mederos-Perez, NP**

## Current Medications
Taking

## Past Medical History

## Allergies

## Reason for Appointment
1. MHU Round

## History of Present Illness
Patient Identification:
    Patient Identification
      Patient properly identified by 2 sources including: *Verbally, Wrist Band*
      Chaperone Present? *Yes AGS officer*
      What language do you speak? *Spanish*
      Interpretation provided? *Provider fluent in patient's native language*
Pain Assessment:
    Pain  Are you currently in pain? No.
Narrative:



COVID-19:
    COVID-19
      Is the patient age 65 years or older? *No*
      Does the patient have chronic lung disease? *No*
      Does the patient have moderate to severe asthma? *No*
      Does the patient have a cardiac condition? *No*
      Is the patient immune compromised? *No*
      Does the patient have a BMI over 40? *No*
      Does the patient have diabetes? *No*
      Does the patient have CKD/dialysis? *No*
      Does the patient have liver disease? *No*
      Did you answer "Yes" to any of the questions above? *No*

## Vital Signs

| | Temp | |
|---|---|---|
| | 05/18/2020 10:49:14 AM Eastern Daylight Time | Deysi Mederos-Perez NP |
| | **HR** | |
| | 05/18/2020 10:49:14 AM Eastern Daylight Time | Deysi Mederos-Perez NP |
| | **BP** | |
| | 05/18/2020 10:49:14 AM Eastern Daylight Time | Deysi Mederos-Perez NP |
| | **RR** | |
| | 05/18/2020 10:49:14 AM Eastern Daylight Time | Deysi Mederos-Perez NP |
| | **Ht** | |
| | 05/18/2020 10:49:14 AM Eastern Daylight Time | Deysi Mederos-Perez NP |
| | **Oxygen sat %** | |



US ICE | Patient Name :RAMIREZ,FRANCISCO|DOB :0 ███████ |A ███████



| | 05/18/2020 10:49:14 AM Eastern Daylight Time | Deysi Mederos-Perez NP |
|---|---|---|
| RA/#Liters O2 via: | | |
| | 05/18/2020 10:49:14 AM Eastern Daylight Time | Deysi Mederos-Perez NP |

**Examination**

**Assessments**

**Treatment**
1. Cough

2. Others
Notes:

**Follow Up**
Daily

**Appointment Provider: Deysi Mederos-Perez, NP**

**Electronically signed by Deysi Mederos-Perez NP on 05/18/2020 10:49:56 (Eastern Daylight Time)**

**Sign off status: Completed**

---

**Krome North SPC**
**18201 S.W. 12TH ST.**
**MIAMI, FL 33194**
**Tel: 305-207-2170**
**Fax:**

TO ATTORNEY AND JUDGE:

I NEVER COMMITTED A CRIME IN MY L
THE DETAINEES IN THIS
BUILDING SERVED TIME IN
THE COUNTY JAIL AND STATE
PRISON FOR DUI, DWI OR
OTHER CRIMES. THE LAWS STATE
AMERICAN AND CITIZENS SERVE
JAIL SENTENCES ONE TIME FOR ANY
CRIME BUT ICE AND IMMIGR.
ION OFFICERS TOLD ALL DETAI
NEES THEY ARE ARRESTING
THEM A SECOND TIME AND
IMPRISONING THEM A SECOND TIM
AND WILL TRY THEM FOR THE
SAME CRIMES THEY WERE
LOCKUP ONE TIME & THIS IS
DOUBLE JEOPARDY AND DISCRIM.
INATIONS AGAINST THE DETAINE
NATIONAL ORIGIN IN VIOLATION
OF 42 U.S.C § 1983. ICE
WROTE THE SAME STATEMENTS ON
THE N.T.A.
                    CASE LAWS NAACP.
V. HUNT. IT IS ILLEGAL TO
FALSELY IMPRISON PERSONS ISAST
ON NATIONAL ORIGIN, RACE, COLD
RELIGION

I NEVER HAD SEX WITH ANY PERSON
IN THE UNITED STATE. THE POLICE
I WAS STANDING WITH NOTHING IN HAND,
FORWARD TO GROUND, RAISED UP WITH
IN HAND, THEN THREATEN TO SHOOT M

2. THE PROCEDURE TO [?]
IMMOVE AND NOT RECEIVE NOTICE
CHECK FOR WEDDING CERTIFICATE,
DEATH CERTIFICATES, BIRTH CERTIF-
ATES IN RECORD. I WAS OUT OF THE
COUNTRY FOR THOSE BUSINESSES
AND IMMIGRATION STATED BASED
ON THE CERTIFICATES ATTACHED
IN FILE, THEY WERE NOT
CANCEL (VOID) MY IMMIGRATION
PAPERS FILED, BUT THEY VOID
ILLEGALLY THE PAPERS AND
I MOVED FROM ADDRESS. I [crossed out]
NEVER RECEIVE NOTICE FROM
U.S. IMMIGRATION.

⟹      BASED ON FACTS WHEN
IMMIGRATION VOID PAPERS ON
THE DATE, CITIZENSHIP WOULD
HAVE BEEN GRANTED. THE
U.S. IMMIGRATION AND COURTS
ARE WRONG AND ARE ILLEGALLY
HOLDING ME IN JAIL FOR
EIGHT MONTS. JAMES BISHOP

READ
FACTS      FILE ORDER TO SHOW
CAUSE FOR ALL DETAINEES.

JEMES WROTE THEC PETICION FOR
IMIGVATION

TO                                      16 APRIL 20.

Detainees Quarantined are 150 in US
Immigration Jail, in your city. IT is illegal. IN JAIL CELL #,
SELF
We need today to be released from Jail.

Inmates were told Two inmates contracted
COVID-19 VIRUS FROM TWO AGS SECURITY
GUARDS; We complained and requested To
securities Beat inmates, slamed Them
to The ground, Kicked SEVERAL INMATES,
punched MANY INMATES, SLAMED THEM
To WALls, THREW CHAIRS, THEN FALSELY
Arrest and beat The INMATES. ON APRIL 7-20

IN violations of 42 U.S.C § 1983 LAW
Were Are in The Illegal.      SINCE April
3, 2020, over ONE HUNDRED FIFTY of US
ARE IN THIS ROOM

PLEASE COME To SEE US IMMEDIATELY
AND OR SEND INVESTIGATORS To release U'S
FROM the jail. We may die and are afraid.
They MERGED Two pods (DORMS) since
April 03 2020 We WERE SERVED spoil
FOODS, starving, BATHROOMS ARE BAD.
Violations of RIGHTS, HUMAN TRAFFICKING,
To pay Jails not hAVE INMATES, beds
are TWO feet APART AND NOT six feet
RELEASE US FROM Jail NOW. SIGNATURES HERE&
27)



Humberto          Guate ██████
                  ven
Ruben Flores:     ██████  Honduras
3805 mesques:     ██████  Bresil
Andri Phillipa Ribero    ██████  Brazil
Geovany Mozaricgos:   ██████  Guatemala
Jaime Torres Torres:  ██████  Mexico
Carlos Andigo Cardenas          Colombia
Manuel E.    R angel            Venezuela
noel v Tesido Piguez            Coba
Hector Jaeguer                  Cuba.
  Diego Vega Sanchez            Chile
Hugo Sanchez Lopez              Mexico
Litier Cancio Ferrer            Cuba.
Eliandres Diaz Naranjo          Coba
Joel Hernandez Orellano         Mexico.
GUILHERME  GOMES                BRAZIL
Alexender Ont. & Quevo          Cuba
Chris Morseth                   Canada
~~████████~~                    ~~████~~
Eziberto Lopez                  HonduRos
Travis Charles                  GUYANA
Domingo Hernandez.              Mexico
Jonathon Castillo               Hon
Domingo Lopez                   Guatemala
Arturo   Martinez               Honduras
Nelson  Lopez                   HonDuras
Ronald Diaz.                    Guatemala.
Vausqi Lucas                    Geatamala
Teudy Zacharie                  Haiti
Catalien Team                   Haiti
Ed.n  SCP max                   guatemala



Oscar A Mudr Escobar  Guatemala
Angel Nufio Ramos  Honduras
Ediberto mendez Jacobo Guatemala
Paul fritz Hende  Haiti
Delva Nado , Haiti #
Julio César Perez Felipe
Laborité Joel  Haiti
Dens Fandez  Honduras
Fisco Zamora Nicaragua/
Ricardo Perez  Guatemala

Francisco  Rueda  MEXico
Rufino Eduardo Carrillo Guate
Jesus , Jimeare  Ros
Eric, Isaul
Gerardo Ramirez Martinez  Mexico
Frander López Robleio  Guatemala
Tomas Morales saquic  97
Eli Andres Diaz  Cuba
Bscefun Aguilar quintero
Carlos Andres Cordova  Colenta
Francisco Franco Ramirez
Hugo Sanchez Lopez  Mexico
Witman Henandez lopez  Guabe
López ortiz Guatemala
Ordoñez Pelicó Ruben
Kevin Peña  VENEZUELA
Moran Sanchez celso
Isas Vasquez Perez MEXICO
Alexandro Ortiz Quevo  Cuba
Cuza
Any Rivero
Gerson Portillo  el salvador



Roberto Peset Mosel
Hector Varda [redacted]
Dennis HON [redacted]

- Byron Josi Silis Zamora [redacted]
  Byron Siles Nicaragua
  Juan Perez Guatemala [redacted]

✳ Jose' SanTos # [redacted] [redacted]  ≠ France ≠ Cuba

✳ Tolentino Martinez Rios   MEXICO  [redacted]

MAY 17 2020

TO THE ATTORNEY AND COURTS

ICE and Immigration are in non compliance with COURTS orders DATED (April 24 2020) and Most detainees DO NOT have any Criminal records and MUST be released Immediately.

All detainees have received the letter and Courts order from JUDGE COOKE / GOODMAN and from the Attorneys that are representing US, and said letter and Courts orders that ICE and Immigration must report to the Courts and JUDGES on Monday and Thursday of each week by 4:00 pm which facility detainees were released from and the nature of the detainees released (e.g in a high risk category because of age or a specific documented medical Conditions etc within TEN 10 DAYS of this order ICE SHALL....

'a' How many detainees it is housing on the date of reporting
'b' At which of the three centers the detainees are being housed
'c' Which of the detainees are considered mandatory detainees and
'd' Which of the detainees have no prior criminal convictions and no pending criminal charges. Again ICE and Immigrations officials are in non Compliance with Courts ORDERD.

AGS officers and ICE lied about Sanitizing beds Sick people Slept on
On (May 5 2020) all detainees from building 11 H/B were instructed to removed their sheets, Blankets and all others items from the beds to clean and Sanitize beds and all other areas because of Sick people Slept on them within the COVID 19 pandemic period, which we were made aware of that it was a trick to take pictures to lied to the Courts about our released they told us to go outside for 1½ hour then upon returning about 100 beds and all others areas were not cleaned or Sanitize for the

pass 6 six Months. all the beds are severely dirty with mould, bacteria and mildew that were here, Send inspector with Courts order to show cause to inspect and release all detainees from building 11, A/B immediately based on the facts written in this letter and the letter attached that most detainees Signs.

Most Detainees DO NOT have criminall records and we are adding names with numbers and Countries of detainees to this class action CASE.

Their actions are in violations of 42 U S C § 1983 and 42 U.S.C § 1981, TITLE # SEVEN with the RULES governing public accommodations.

NEW YORK^ GOVERNER MARIO CUOMO at stated ICE and Immigration Cannot put people in detention center for immigration problems and the State will not cooperate with them and 'FIFTEEN '15' others States had stated the Same We will like the Attorneys to file an ORDER TO SHOW CAUSE with the UNITED STATES distract Courts and or for the JUDGE TO SIGN it the Same day to released us from Detention Center CROME of building ELEVEN 11 at the address below, as the violations accured in the Two 2 letters attached. They also ignored deliberately the Symptoms we suffer from the COVID 19 pandemic.

We all Should be receiving 'U'visa 1820 SW 12ᵗʰ Street
GREEN CARD / CITIZENSHIP            Miami, FLORIDA 33194

Prepared by JAMES BISHOP  AMD

U.S. IMMIGRATION WRITE WE ARE IN JAIL
TWO TIMES FOR SAME CRIMES.
    AMERICANS SERVE ONE JAIL TIME
FOR DUI AND DRUG POSSESSION BUT
FOREIGNERS SERVE TWO OR THREE
JAIL SENTENCES (TIME) FOR THE
SAID CRIMES BECAUSE THEY ARE
NOT CITIZENS OF THE UNITED
STATES OF AMERICA. IMMIGRATION
AND ICE OFFICERS TELL US IN
WRITING ON N.T.A. AND IN WORDS
THEY ARE PUTTING US IN JAIL
FOR THE SAID CRIMES WE WERE
IN JAIL FOR IN THE COUNTY
JAILS, AND STATE JAILS OR FEDERAL
PRISONS). THEIR ACTIONS ARE
ILLEGAL AND VIOLATE THE CONSTITU
RIGHTS OF THE FOREIGNORS WITH
ALIEN CARDS. AND VISAS.
    CITIZENS OF THE UNITED STATE
AND FOREIGN NATIONALS WILL NOT
GO TO JAIL FOR THE SAME CRIME
TWO TIMES. IF THE LAWS REQUI
PERSONS TO GO TO JAIL FOR THIRTY
(30) DAYS FOR CRIMES AS DUI,
DWI AND GUN POSSESSION, TH
STANDARD MUST NOT DISCI VIOLATE
FOREIGNORS NATIONAL ORIGIN
PROTECTED IN THE LAWS OF THE
UNITED STATES CONSTITUTION. FOREIG
NATIONALS ARE TOLD BY ICE
POLICE AND IMMIGRATION OFF.
THAT THEY ARE ARRESTING U.
THE CRIMES WE WENT TO
FOR IN THE COUNTY JF

2/ STATE PRISON, AND FEDERAL PRISONS. ICE
POLICE OFFICERS, AND IMMIGRATION
OFFICERS TOLD ALL MILLIONS OF FOREIGN
NATIONALS WE ARE GOING TO JAIL
A SECOND TIME FOR THE
CRIMES WE WENT TO JAIL FOR
IN THE COUNTY JAILS, AND U·S
IMMIGRATION WRITE THE
CRIMES ON THE NTA AND
SAY WE WILL BE TRIED A SECON
TIME AND THREE OTHER
TIMES BY JUDGE AFTER
WE WENT TO JAIL AND WERE
TRIED BY JUDGES IN THE
COUNTY JAIL AND STATE PRISON
      THE ICE OFFICERS FALSELY
ARREST ALL FOREIGN NATIONALS
AND FALSELY IMPRISON US
A SECOND TIME AND THIRD TIME
VIOLATING OUR CONSTITUTIONAL
RIGHTS SECURED UNDER 42 U·S·C·
§ 1983· THEY ARREST US ON
THE STREET FALSELY, IN STORES,

3/. AT PARTIES, AT BUS STATIONS, IN OUR YARDS, FENCEDYARDS, AND TELL US WE ARE GOING TO JAIL A SECOND TIME FOR CRIMES WE WENT TO JAIL FOR AND DISCRIMINATE AGAINST OUR NATIONAL ORIGIN, COLOR AND RACE, IN VIOLATIONS OF OUR RIGHTS PROTECTED IN THE US. CONSTITION, AND INTERNATIONAL LAWS, STATE THAT ALL MEMBER COUNTRIES OF THE UNITED NATIONS CAN ONLY ARREST PERSONS WHEN THEY COMMIT A CRIME. NOT HAVING PAPERS TO ENTERING A COUNTRY OR US. OR OVER STAYING A SIX MONTH VISA ARE NOT CRIMES FOR FINANTIAL REASON OR ACCIDENTS, ILLNESS, OR OTHER REASONS VIOLATIONS OF PAPERS IN IMMIGRAT DEPARTMENTS. ICE REACHED AN UNDERST ANDING IN CORRUPT CONSPIRACY WITH AGS SECURITIES TO PHYSICALLY ASSAULT US VIOLATING OUR

4/ CONSTITUTIONAL RIGHTS SECURED
UNDER 42 U.S.C § 1983, AND 42 U.S.C.
~~§ 1981~~ § 1981, TITLE SEVEN
WITH THE RULES GOVERNING
PUBLIC ACCOMMODATION.

~~(A) ICE DETAINEE HAND WRITING~~
May 30TH 2020 DETAINEE TOLD ME
HE WAS SLEEPING AND AGS SECURITY
CAME TO HIS BED AND SEARCH HIM,
FRISK HIM AND DID NOT SEARCH
OTHER PERSON. DETAINEE STARTED
TO WRITE STATEMENT ABOVE THEN
SAID HE WAS AFRAID AND STOP
WRITING.

JUDGE SIGN ORDER TO SHOW
CAUSE TO RELEASE US.

I NEVER COMMITTED A CRIME
AND ICE OFFICERS TOLD ME
I AM NOT VIOLENT, NOT COMMIT
DWI, NOT COMMIT DWI, NOT SHOP
LIFT, NO GUN POSSESSION, NO
DRUGS, NO SEX CRIMES BUT
FALSELY IMPRISON ME SINCE OCTOBER
2019 FOR A SECOND TIME LIES.

5) THE COUNTY JUDGE TOLD ME
I AM NOT A VIOLENT PERSON
AND HE DOES NOT BELIEVE
THE OFFICERS ON OCTOBER
— 2019. ICE AND IMMIG-
RATION OFFICERS STATED
THAT I NEVER HAD DRUGS)
GUNS) NO RAPE )NO DUI, NO
DWI )NO CONVECTIONS. I
WAS THE WRONG PERSON ARRESTED
MUST BE RELEASE. I WAS WRONG
PERSON ARRESTED.
THE TWO (U)GES STATED THE
on 10-11-19 and 101719
SAME AND ICE HAS A HOLD
ON ME. THEY ILLEGALLY
IMPRISON ME AND VIOLATED MY RIGHTS

ON 4/3/20 WE WERE REQUESTING TO HAVE
MASK, SANITIZERS, AND THERE WERE
ONE HUNDRED AND FIFTY OR MORE
OF DETAINEES ILLEGALLY HELD IN
A CAFETERIA IN BUILDING 11 AND WE
REQUESTED TO BE RELEASE AND AGS AND
ICE OFFICERS BEAT US. PHYSICALLY ASSAULTED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

        Petitioners,

vs.

MICHAEL W. MEADE, *et. al.*,

        Respondents.

_____/

## ORDER ADOPTING IN PART MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 63), regarding Petitioners' Petition for Writ of Habeas Corpus (ECF No. 1), and Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction for Proposed Class (ECF No. 4). On April 24, 2020, both Petitioners and Respondents filed Objections to the R&R (ECF Nos. 70; 71).

The Court may "accept, reject, modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a *de novo* review of those findings. S*ee Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *see also* 28 U.S.C. § 636(b)(1). However, the Court must review legal conclusions *de novo. See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *United States v. Rice*, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at \*1 (M.D. Fla. May 14, 2007). I have reviewed the matter *de novo.* Having done so, I find the Magistrate Judge's R&R should be adopted in part for reasons explained herein.

### BACKGROUND

In a matter of a mere three months, Coronavirus ("COVID-19") has thrust humankind into an unprecedented global public health crisis. COVID-19 is a highly communicable respiratory disease that spreads among people who are in close contact—less

were particularly vulnerable to the Coronavirus.[4] Mr. Barr issued a second directive expanding the group of federal inmates eligible for early release.[5] Mr. Barr directed the bureau to immediately maximize the number of appropriate transfers to home confinement.[6]

The U.S. Immigration and Customs Enforcement ("ICE") has also issued a set of pandemic response guidelines titled ICE's COVID-19 April 10, 2020 Pandemic Response Requirements ("PRR"). ICE reportedly developed the guidelines in consultation with the CDC and calls for compliance with the CDC's guidelines in correctional and detention facilities.[7] ICE's guidelines also require the identification of any detainee who meets the CDC's guidelines for populations at higher-risk for serious illness from COVID-19.[8]

## DISCUSSION

The Petitioners in this case are 34 immigrant detainees. Petitioners claim that they are housed at one of three immigration detention centers in Florida: the Krome Detention Center in Miami ("Krome"), the Broward Transitional Center in Pompano Beach ("BTC"), and the Glades County Detention Center in Moore Haven ("Glades")[9]. Petitioners maintain that they are particularly vulnerable to COVID-19 for different underlying chronic ailments and are at imminent risk of contracting the virus because the overflow of detainees within

---

[4] Office of the Attorney General, Washington, DC, Memorandum for Director of Bureau Prisons, Prioritization of Home Confinement as Appropriate in Response to COVID-19 Pandemic (Mar. 26, 2020), https://www.politico.com/f/?id=00000171-1826-d4a1-ad77-fda671420000.

[5] April 3, 2020 Memorandum of Hon. W. Barr to the Director of Bureau of Prisons, at 1. "[W]e are experiencing significant levels of infection at several of our facilities. . . . We have to move with dispatch in using home confinement, where appropriate, to move vulnerable inmates out of these institutions." *Id.*

[6] Although Mr. Barr's Memorandums are directed to the Federal Bureau of Prisons, ICE's guidelines contain specific standards that mirror Mr. Barr's directives with respect to which detainees should be immediately released.

[7] ICE's Enforcement and Removal Operations, April 10, 2020, at 3, https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf.

[8] *Id.* at 5-6.

[9] Although Glades is located in the Middle District, this Court finds that it has jurisdiction to review claims related to conditions of confinement there. *See Masingene v. Martin*, 424 F. Supp. 3d 1298, 1303 (S.D. Fla. 2020) ("[A] district court acts within its respective jurisdiction. . . as long as the custodian can be reached by service of process.") (internal citations omitted).

3

detainee as a prisoner rather than as a civil detainee). And civil detainees are afforded "more constitutional protection, more considerate treatment, and conditions of confinement than criminals whose conditions of confinement are designed to punish." *Youngberg v. Romeo*, 457 U.S. 307, 321-22 (1982). The Government may not impose on civil detainees conditions that would violate a convicted prisoner's Eighth Amendment rights. *See Hamm v. DeKalb Cty.*, 774 F.2d 1567, 1573-74 (11th Cir. 1985) (citing *City of Revere v. Mass. Gen. Hosp.*, 463 U.S. 239, 244 (1983) ("[T]he due process rights of a [pretrial detainee] are at least as great as the Eighth Amendment protections available to a convicted prisoner.").

The Eighth Amendment prohibits the infliction of cruel and unusual punishment. *Robinson v. California*, 370 U.S. 660 (1962). Under that provision, the Government may not impose punishments that shock the conscience, involve unnecessary and wanton infliction of pain, offend evolving notions of decency, or are grossly disproportionate to the offense for which they are imposed. *See Estelle v. Gamble*, 429 U.S. 97, 102-03 (1976); *Gregg v. Georgia*, 428 U.S. 153, 173 (1976); *Trop v. Dulles*, 356 U.S. 86, 101 (1958). Various conditions, "alone or in combination, may deprive inmates of the minimal civilized measure of life's necessities. Such conditions could be cruel and unusual under the contemporary standard of decency." *Rhodes v. Chapman*, 452 U.S. 337, 347 (1981). On that basis, courts have held that states violate the Eighth Amendment when they are deliberately indifferent to a prisoner's serious medical needs. *See, e.g. Estelle*, 429 U.S. at 106.

The minimum standard of care to be provided to civil detainees under the Due Process Clause is the same as that allowed by the Eighth Amendment for convicted persons. *Hamm*, 774 F.2d at 1574; *see also Bell v. Wolfish,* 441 U.S. 520, 535 n. 16 (1979) (holding that the Due Process Clause rights of a civil detainee are at least as great as the Eighth Amendment protections available to a convicted prisoner).

When the Government takes people into custody and detains them against their will, the Constitution confers upon the Government a duty to assume responsibility for those detainees' safety and general well-being. *See Helling v. McKinney*, 509 U.S. 25, 32 (1993).

The Due Process Clause similarly "imposes a duty on state actors to protect or care for citizens when the state affirmatively places a particular individual in a position of danger the individual would not otherwise have faced." *Gregory v. City of Rogers, Ark*, 974 F.2d 1006, 1010 (8th Cir. 1992) (en banc). The Government violates an individual's right to due process

5

conditions at the three detention centers constitute a violation of the Petitioners Fifth and Eighth Amendment rights.

## B. Application of the *Accardi* Doctrine

Petitioners assert that Government agencies are required to follow their own rules and regulations and that an agency which violates its own rules and regulations violates the Administrative Procedures Act and the Fifth Amendment's Due Process Clause. Petitioners further allege that ICE has failed to follow the National Detention Center Guidelines, which Petitioners argue require ICE to also follow CDC Guidelines. In the R&R, the Magistrate Judge found that Petitioners had not established a substantial likelihood of prevailing on the merits because "the applicable CDC Guidelines contain a substantial amount of flexibility and courts confronted with emergency motions to release state and federal prisoners and detainees because of COVID-19 have relied on this adaptability when denying applications for release of inmates or detainees." (ECF No. 63 at 61.) The Court respectfully disagrees.

When the Government has promulgated "[r]egulations with the force and effect of law," those regulations "supplement the bare bones" of federal statutes. *United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260, 266, 268 (1954). Agencies must follow their own "existing valid regulations," even where Government officers have broad discretion, such as in the area of immigration. *Id.* at 268; *see also Gonzalez v. Reno*, 212 F.3d 1338, 1349 (11th Cir. 2000) ("Agencies must respect their own procedural rules and regulations."); *Morton v. Ruiz*, 415 U.S. 199, 235 (1974) ("[I]t is incumbent upon agencies to follow their own procedures . . . even where [they] are possibly more rigorous than otherwise would be required.").

A violation of the *Accardi* doctrine may constitute a violation of the Fifth Amendment's Due Process Clause. *United States v. Teers*, 591 F. App'x 824, 840 (11th Cir. 2014) (recognizing that an *Accardi* violation may be a due process violation,); *Jean v. Nelson*, 727 F.2d 957, 976 (11th Cir. 1984) ("Agency deviation from its own regulations and procedures may justify judicial relief in a case otherwise properly before the court.").

ICE is an agency that operates its detention system under a set of National Detention Standards ("NDS"), which set forth the medical care that must be provided to individuals in immigration detention. Both Krome and BTC are subject to ICE's 2011 Performance-Based National Detention Standards ("PBNDS"). (*See Compl.*, Appx. I, Ex. K, at 152, 156.) Glades is subject to ICE's NDS. (*Id.*, Appx. I, Ex. K, at 152, 156.) Section

7

Immigration Appeals is required to follow its own regulations even when exercising discretion). Moreover, the Due Process Clause is implicated here because Petitioners are relying on ICE and the CDC's regulations promulgated for their guidance or benefit during this pandemic. It is easily conceivable that in failing to comply with its own guidelines, ICE caused Petitioners to suffer substantially because of their violations.

Accordingly, the Court finds that ICE has violated Petitioners' Due Process Clause protections pursuant to the *Accardi* doctrine.

### C. Habeas Corpus Release Under *Gomez*

In their Objection, Petitioners assert that the Magistrate Judge misunderstood their request and erred in his interpretation of *Gomez v. United States*, 899 F.2d 1124 (11th Cir. 1990). Petitioners argue that *Gomez* allows this Court to provide the Petitioners relief because it recognizes court's inherent authority to grant release on a writ of habeas corpus under the "extraordinary circumstances" standard. Petitioners cite to no Eleventh Circuit cases; however, they urge the Court to consider whether this habeas petition raises substantial claims and makes release necessary.

In *Gomez v. United States*, 899 F.2d 1124 (11th Cir. 1990), petitioner, who was serving a 10-year sentence of imprisonment for a controlled substance violation, was suffering from Acquired Immune Deficiency Syndrome. *Id.* at 1125. Petitioner filed a habeus corpus petition, alleging that the medical treatment he was receiving in prison was inadequate, and therefore unconstitutional. *Id.* The district court granted bail, but the Eleventh Circuit reversed the bail and release order stating, "the district court apparently overlooked the fact that even if Gomez prevailed on his habeas corpus petition, he would not be entitled to be released from prison." *Id.* Noting a split in the circuits, the Eleventh Circuit held that a prisoner is not entitled to release even if he proves an allegation of mistreatment in prison that amounts to cruel and unusual punishment. *Id.* at 1126.

Petitioners' interpretation of *Gomez* is misplaced. First, the facts in *Gomez* are not analogous to the instant matter as *Gomez* dealt with a convicted criminal, not civil detainees. Next, the Court interprets *Gomez* to stand for the proposition that the appropriate relief from prison conditions that violate the Eighth Amendment is to require the discontinuance of any improper practices, or to require correction of any condition causing cruel and unusual punishment. *Id.* Requirement of a discontinued practice does not amount to releasing

9

      b.  Which facility they were released from; and

      c.  The nature of the detainee released (e.g., in a high-risk category because of age or a specific, documented medical condition, etc.).

5.      Within **ten (10) days** of this Order, ICE shall submit twice-weekly (every **Monday and Thursday by 4:00 P.M.**) reports on the following:

      a.  How many detainees it is housing on the date of reporting;

      b.  At which of the three centers the detainees are being housed;

      c.  Which of the detainees are considered "mandatory detainees"; and

      d.  Which of the detainees have no prior criminal convictions and no pending criminal charges.

6.      ICE shall immediately comply with the CDC and ICE guidelines on providing adequate amounts of soap and water and cleaning materials to detainees at each of the three detention centers at issue. Further, within **two (2) days** of this Order, ICE shall provide masks to all detainees and shall replace those masks at least once per week.

7.      ICE shall provide education and training about measures to reduce the health risks associated with COVID-19 to all staff members and detainees and to any new detainees or employees. ICE shall provide such education and training without any costs to the detainees.

8.      This Temporary Order is valid for a limited period of **14** days or until further order of this Court, or until ICE demonstrates that it has substantially complied with this Order. The Court's ruling is subject to change based on a more fully developed record.

9.      The Court recognizes that complying with this Order poses several procedural and logistical hurdles for ICE, however, at the time of this writing there are at least 30,000 confirmed COVID-19 cases and over 1,000 related deaths in Florida alone. Time is of the essence. Accordingly, the Court fully expects ICE to work with a sense of urgency to meet the deadlines set forth and refrain from requests for extensions of time absent extenuating circumstances.

To: JONATHAN GOODMAN

United states District
Court Southern District
of Florida.

99 NE 4ST Room 1168

MIAMI FL 33132

RECE' ...

JUN ... 2020

S ... L13...

Royal Palm P&DC 330
WED 03 JUN 2020



**Americans for**
**Immigrant Justice**
6355 NW 36 Street, Suite 2201, Miami, FL 33166

RE: *Gayle v. Field Office Director* Class Action Lawsuit

Greetings,

Thank you for being a named petitioner/plaintiff in the *Gayle v. Field Office Director* class action lawsuit, which asks for a temporary restraining order that requires ICE to release people from Krome, Glades, and BTC due to COVID-19.

*It is very important that we know about what is happening at the detention center.* Please stay in contact with your lawyer. if you have one. Americans for Immigrant Justice has a hotline open for calls about the conditions in Glades County Detention Center, Krome Service Processing Center, and the BTC. Please contact us to help provide the Gayle legal team with updated information on the conditions inside of the detention centers. We would also like to know whether you are receiving any sort of retaliation for reporting conditions. We want to hear from you.

Anyone detained in Krome/Glades/BTC can call us for free Monday through Friday from 9am to 11am and 2pm to 4pm. *You will be able to speak with a representative from Americans from Immigrant Justice during this time.* If you call and cannot reach us, it might be because we are on the line with someone. Please try calling us again, we want to hear from you. Please also share our hotline information with other people in the detention center who want to report conditions information or have questions about the Gayle case.

If you are detained at **Glades County Detention Center**, you can call us using the following steps:

1. Press 1 for English
2. Dial your PIN
3. Dial 555
4. Dial your Alien number
5. Dial 569# to call our office
6. Dial extension 1460 to call our detention hotline

If you are detained at **Krome Processing Center**, you can call us using the following steps:

1. Dial 1 for English
2. Dial your PIN number
3. Dial 6 to go into the automatic PRO BONO system
4. Dial 569# to call our office
5. Dial 1460 to call our conditions hotline

If you are detained at the **Broward Transitional Center**, you can call us using the following steps:

1. Press 1 for English
2. Press your PIN number
3. Press 6 to enter the automatic system
4. Press 569# to call our office
5. Dial 1460 to call our conditions hotline

 **Americans for Immigrant Justice**

6355 NW 36 Street, Suite 2201, Miami, FL 33166

RE: *Gayle v. Field Office Director* Class Action Lawsuit

Saludos,

Gracias por ser un peticionario/demandante nombrado en la demanda colectiva de Gayle v. Field Office Director, que pide una orden de restricción temporal que requiere que ICE libere a la gente de Krome, Glades y BTC debido a COVID-19

***Es muy importante que nos informe sobre lo que está sucediendo en el centro de detención.*** Por favor, manténgase en contacto con su abogado, si tiene uno. Americanos por Justicia de inmigrantes tiene una línea directa abierta para llamadas sobre las condiciones en Glades, Krome, y BTC. Por favor contáctenos para ayudar al equipo legal de Gayle con información actualizada sobre las condiciones dentro de los centros. También nos gustaría saber si está recibiendo algún tipo de represalia por informarnos sobre las condiciones. Queremos escuchar de usted.

Cualquier persona detenida en Krome/Glades/BTC puede llamarnos de formar gratuita de lunes a viernes de 9 a.m. a 11 p.m. y de 2 p.m. a 4 p.m. **Podrá hablar con un representante de Americanos por Justicia de Inmigrantes durante este tiempo.** Si llama y no puede comunicarse con nosotros, puede ser porque estamos en la línea con alguien. Intente llamarnos nuevamente, queremos escuchar de usted. Por favor también comparta la información de nuestra línea directa con otras personas en el centro de detención que quieran compartir información sobre las condiciones o tengan preguntas sobre el caso Gayle.

Si está detenido en el Centro de Detención del Condado de **Glades**, Puede llamarnos siguiendo los siguientes pasos:

1. Marque el 2 para español
2. Marque su PIN
3. Marque 555
4. Marca tu número de Alien
5. Marca 569# para llamar a nuestra oficina
6. Marque la extensión 1460 para llamar a nuestra línea directa de detención

Si está detenido en **Krome**, puede llamarnos siguiendo los siguientes pasos:

1. Marque el 2 para español
2. Marque su número de PIN
3. Marque el 6 para entrar al sistema automático de PRO BONO
4. Marque el 569# para llamar a nuestra oficina
5. marque la extensión 1460

Si está detenido en el **BTC**, puede llamarnos siguiendo los siguientes pasos:

1. Marque el 2 para español
2. Marque su número de PIN
3. Marque el 6 para entrar al sistema automático
4. Marque el 569# para llamar a nuestra oficina

May 17 2020

TO THE ATTORNEY AND COURTS

ICE and Immigration are in non compliance with COURTS orders DATED (April 24 2020) and Most detainees DO NOT have any Criminal records and MUST be released Immediately.

All detainees have received the letter and Courts order from JUDGE COOKE/GOODMAN and from the Attorneys that are representing US, and said letter and Courts orders that ICE and Immigration must report to the Courts and JUDGES on Monday and Thursday of each week by 4:00 pm which facility detainees were released from and the nature of the detainees released (e.g in a high risk category because of age or a specific documented medical Conditions etc within TEN 10 DAYS of this order ICE SHALL....

'a' How many detainees it is housing on the date of reporting
'b' At which of the three centers the detainees are being housed
'c' Which of the detainees are Considered monditory detainees an
'd' which of the detainees have no prior criminal convictions and no pending Criminal charges. Again ICE and Immigrations officials are in non Compliance with Courts ORDERD.

AGS officers and ICE lied about Sanitizing beds Sick people Slept on
On (May 5 2020) all detainees from building 11 A/B were instructed to removed their Sheets, Blankets and all others items from the beds to clean and Sanitize beds and all other areas because of Sick people Slept on them within the COVID 19 pandemic period, which we were made aware of that it was a trick to take pictures to lied to the Courts. about our release They told us to go outside for 1½ hour then apon returning about 100 beds and all others areas were not Cleaned or Sanitize for ↳

pass 6 six Months. all the beds are severely dirty with mould, bacteria and mildew that were here, send inspectors with Courts order to show cause to inspect and release all detainees from building 11, A|B immediately based on the facts written in this letter and the letter attached that most detainees signs.

Most Detainees DO NOT have criminal records and we are adding names with numbers and Countries of detainees to this class action CASE.

Their actions are in violations of 42 U.S.C § 1983 and 42 U.S.C § 1981, TITLE 4 SEVEN with the RULES governing public accomadations.

NEW YORK^ GOVERNER MARIO CUOMO at stated ICE and Immigration Cannot put people in detention center for immigration problems and the State will not cooperate with them and FIFTEEN '15' others States had stated the Same We will like the Attorneys to file an ORDER TO show CAUSE with the UNITED STATES district Courts and o for the JUDGE TO SIGN it the Same day to released us from Detention Center CROME of building ELEVEN 11 at the address below, as the violations accored in the Two 2 letters attached. They also ignored deliberately the Symptoms we suffer from the COVID 19 pandemic.

18201 SW 12^t Street
Miami, FLORIDA 33194

Prepared by JAMES BISHOP AND

JEMES WROTE THECP PETICION FOR
IMIGVATION

TO                                              16 APRIL 20.


Detainees Qvarantined are 150 in U.S
Immigration Jail, CELL in your city. IT is illegal IN JAIL CELL #,
We need today to be released from Jail.

Inmates were told Two inmates contracted
COVID-19 VIRUS FROM TWO AGS SECURITY
GUARDS; We complained, and requested To
securities Beat inmates, slamed Them
to The ground, Kicked SEVERAL INMATES,
punched MANY INMATES, SLAMED Them
To wAlls, THREW cHAiRS, THEN FAISELY
ArresT and beat The iNMATES. ON APRIL 7-20

IN VIOLATIONS of 42 U.S.C§ 1983 LAW
Were Are iN The Illegal.        since April
3, 2020, OVER ONE HUNDRED FIFTy of US
ARE iN This ROOM

PLEASE COME TO SEE US IMMEDIATELY
AND OR SEND INVESTIGATORS TO release u's
fROM The jail. We may die and are afraid.
they MERGED Two pods (DORMS) since
April 03 2020 We WERE SERVED spoil
FOODS, starving, BATHROOMS ARE BAD.
VIOLATIONS of RIghTS, hUMAN TRAFFICKING
To pay Jails, Not have INMATES, beds
are TWO feet APART AND NOT six feet
RELEASE US fROM JAiL NOW. SIGNATURES HERE
                              PUL (27)





Cesar A Mende Escobar Guatemala
Angel Nufio Ramos Honduras
Ediberto mendez Jacobo Guatemala
Raul frantz Hendz Haiti
Delva Nado, Haiti
Julio César Perez Felipe
labonté Joel Haiti
Davis Sanchez Honduras
Erisco Zamora Nicaragua
Ricardo Perez Guatemala

Francisco Rueda MEXICO
Rufino Eduardo Carrillo Guate
Jesus Jimenez Ros
Eric Isaul
Gerardo Ramirez Martinez Mexico
Frander López Roblero Guatemala
Tomas Morales Saquic
Eliandres Diaz Cuba
Breufor Aguilar quintero
Carlos ANDROS Cardany Colenta
Francisco Franco Ramirez
Hugo Sanchez Lopez Mexico
Wilman Henandez lopez GUAtE
Lopez ortiz Guatemala
Ordoñez Pelico Ruben
Kevin Peña VENEZUELA
Moran Sanchez celso
Isas vasquez Perez MEXICO
Alexander Ortiz Olivo Cuba
Cuza
Amy Rovere
Gerson Portillo el salvador



(Roberto Pérez Moseos ▮▮▮▮

Hector Varda ▮▮▮▮

Dennis HON ▮▮▮

- Byron José Silos Zamora ▮▮▮▮

    Byrn / Silos Nicaragua

Juan Pérez Guatemala ▮▮▮▮

* José Santos # ▮▮▮▮  ≠ France ≠ Cuba

~~——————~~

* Tolentino Martínez Rios   MÉXICO ▮▮▮▮



| Name | Signature | Country |
|---|---|---|
| JEAN Hubertaud CAVALièR | | Haiti |
| RAVIS TRAULIN CHARLES | | GUYANA |
| Jeudy Zacharie | | Haïti |
| Chris Morseth | | CAN |
| Andre Philipe Ribeiro de GUz | | BRA |
| ANTONiO EVANGiLiSTA dA SiLVA | | BRA |
| drauand JEAN-REMY | | Haïti |
| icardo perez Alonzo | | Guatem |
| Heriberto de Jesus Hernandez | | HonduRa |
| TEODORO VELASQUEZ-Morales. | | Guato |
| gobeito Godinez Perez | Rigoberto | Guate |
| ufino Eduardo carrillopera | | Guate |
| Domingo Lopez Lopez | | Guate |
| ANgel NUFio Ramos | | HonDut |
| ronos Mendez aree | | Guate |
| Edgar pascual Roque | | Guate |
| Deng Aleti Sanchez | | Hondur |
| Jose Santos Ramirez | | Cebo/Fron |
| fumberto Astudillo Bolivar | | VE |
| Peter Saradin | | SLO |
| lloeilo Lopez Ortiz | | Guate |
| Rain Perea | | NENE |
| uben Ordañez Pelico | | Guate. |
| Ediberto mendez Jacobo | | Guate |
| bristian Amador | | Hondu |
| Ichonel Tomás | | guate |
| Edin martinsep mar | | guate |
| Cesaramel Mendez Escobar | Cesar amel Mendez | Guate |
| Varsai Lucas | | Guato |
| Atubo Martinez Vúil | | Honda |
| Jaime Torres Torres | | Mex |
| alberta Menunder | | Hondu |

ARRESTED TO WRITE MUSH PREPARE

U.S. IMMIGRATION WRITE WE ARE IN JAIL
TWO TIMES FOR SAME CRIMES-
    AMERICANS SERVE ONE JAIL TIME
FOR DUI AND DRUG POSSESSION BUT
FOREIGNERS SERVE TWO OR THREE
JAIL SENTENCES (TIME) FOR THE
SAID CRIMES BECAUSE THEY ARE
NOT CITIZENS OF THE UNITED
STATES OF AMERICA- IMMIGRATION
AND ICE OFFICERS TELL US IN
WRITING ON N.T.A, AND IN WORDS
THEY ARE PUTTING US IN JAIL
FOR THE SAID CRIMES WE WERE
IN JAIL FOR IN THE COUNTY
JAILS, AND STATE JAILS OR FEDERAL
PRISONS). THEIR ACTIONS ARE
ILLEGAL AND VIOLATE THE CONSTITU-
RIGHTS OF THE FOREIGNORS WITH
ALIEN CARDS AND VISAS-
    CITIZENS OF THE UNITED STATE
AND FOREIGN NATIONALS WILL NOT
GO TO JAIL FOR THE SAME CRIMES
TWO TIMES. IF THE LAWS REQUIR
PERSONS TO GO TO JAIL SO THIRTY
(30) DAYS FOR CRIMES AS DUI,
    DWI AND GUN POSSEUSION, TH
STANDARD MUST NOT DISCI VIOLATE
FOREIGNORS NATIONAL ORIGIN
PROTECTED IN THE LAWS OF THE
UNITED STATES CONSTITUTION. FOREIG
NATIONALS ARE TOLD BY ICE
POLICE AND IMMIGRATION OFF
THAT THEY ARE ARRESTING U.
THE CRIMES WE WENT TO
FOR IN THE COUNTY IF

2/. STATE PRISON, AND FEDERAL PRISONS. ICE POLICE OFFICERS, AND IMMIGRATION OFFICERS TOLD ALL MILLIONS OF FOREIGN NATIONALS WE ARE GOING TO JAIL A SECOND TIME FOR THE CRIMES WE WENT TO JAIL FOR IN THE COUNTY JAILS, AND U.S IMMIGRATION WRITE THE CRIMES ON THE NTA AND SAY WE WILL BE TRIED A SECOND TIME AND THREE OTHER TIMES BY JUDGE AFTER WE WENT TO JAIL AND WERE TRIED BY JUDGES IN THE COUNTY JAIL AND STATE PRISON

THE ICE OFFICERS FALSELY ARREST ALL FOREIGN NATIONALS AND FALSELY IMPRISON US A SECOND TIME AND THIRD TIME VIOLATING OUR CONSTITUTIONAL RIGHTS SECURED UNDER 42 U.S.C. § 1983. THEY ARREST US ON THE STREET FALSELY, IN STORES.

36.9 AT PARTIES, AT BUS STATIONS,
IN OUR YARDS, FENCEDYARDS,
AND TELL US WE ARE GOING
TO JAIL A SECOND TIME FOR
CRIMES WE WENT TO JAIL FOR
AND DISCRIMINATE AGAINST
OUR NATIONAL ORIGIN, COLOR,
AND RACE, IN VIOLATIONS OF
OUR RIGHTS PROTECTED IN
THE US. CONSTITION, AND INTERNAT-
IONAL LAWS, STATE THAT ALL
MEMBER COUNTRIES OF THE
UNITED NATIONS CAN ONLY
ARREST PERSONS WHEN THEY
COMMIT A CRIME. NOT HAVING
PAPERS TO ENTERING A COUNTRY
OR US. OR OVER STAYING A
SIX MONTH VISA DEI ARE NOT
CRIMES FOR FINANTIAL REASON OR
ACCIDENTS, ILLNESS, OR OTHER REASONS,
VIOLATIONS OF PAPERS IN IMMEGRATI
DEPARTMENTS. ICE REACHED AN UNDERST-
ANDING IN CORRUPT CONSPIRACY WITH
AGS SECURITIES TO PHYSICALLY WITH
ASSAULT US VIOLATING OUR

4/ CONSTITUTIONAL RIGHTS SECURED UNDER 42 U.S.C § 1983, AND 42 U.S.C. ~~§ 1985 & 1986~~ § 1981, TITLE SEVEN WITH THE RULES GOVERNING PUBLIC ACCOMMODATION.

ــ ❧ LE DETAINEE HAND WRITING
MAY 30TH 2020 DETAINEE TOLD ME HE WAS SLEEPING AND AGS SECURITY CAME TO HIS BED AND SEARCH HIM, FRISK HIM AND DID NOT SEARCH OTHER PERSON. DETAINEE STARTED TO WRITE STATEMENT ABOVE THEM SAID HE WAS AFRAID AND STOP WRITING.

JUDGE SIGN ORDER TO SHOW CAUSE TO RELEASE US.

I NEVER COMMITTED A CRIME AND ICE OFFICERS TOLD ME I AM NOT VIOLENT, NOT COMMIT DUI, NOT COMMIT DWI, NOT SHOP LIFT, NO GUN POSSESSION, NO DRUGS, NO SEX CRIMES BUT FALSELY IMPRISON ME SINCE OCTOBER 2019 FOR A SECOND TIME. ICE,

3) THE COUNTY JUDGE TOLD ME
I AM NOT A VIOLENT PERSON
AND HE DOES NOT BELIEVE
THE OFFICERS ON OCTOBER
— 2019. ICE AND IMMIG-
RATION OFFICERS STATED
THAT I NEVER HAD DRUGS)
GUNS, NO RAPE, NO DWI, NO
DWI, NO CONVECTIONS. I
WAS THE WRONG PERSON ARRESTED.
MUST BE RELEASE. I WAS WRONG
PERSON ARRESTED.
THE TWO (2) JUDGES STATED THE
SAME ON 10-11-19 AND 10-17-19 AND ICE HAS A HOLD
ON ME. THEY ILLEGALLY
IMPRISON ME AND VIOLATED MY RIGHTS.

ON 4/3/20 WE WERE REQUESTING TO HAVE
AASK, SANITIZERS, AND THERE WERE
ONE HUNDRED AND FIFTY OR MORE
OF DETAINEES ILLEGALLY HELD IN
A CAFETERIA IN BUILDING 11 AND WE
REQUESTED TO BE RELEASE AND AGS AND)
3)(B DETECTIVE

PLEASE WRITE
AN ORDER TO
SHOW CAUSE
TO RELEASE ALL
DETAINEES IN
BUILDING 11 AND
LAWYER MUST SEE
TAKE TO JUDGE
JUDGE MUST SEND
LETTER AND ORDER
TO ALL DETAINEES
WITH SECRETARY PHONE
NUMBER TO CALL JUDGE
IF YOU RECEIVE PACKAGE

0 Lb 13.40 Oz
1006

EXPECTED DELIVERY DAY:  06/05/20

C092

SHIP
TO:
99 NE 4TH ST
RM 1168
MIAMI FL 33132-2139

## USPS TRACKING®NUMBER



9505 5161 3971 0156 1179 40

This mail originated from the Glades County Jail

Overnight
Priority

RECEIVE
JUN 05 2020
SALLY L FORTY
CLEARED N RAT

UNITED STATES POSTAGE
$ 007.50

Honorable Judge Jonathan Goodman
James Lawrence King Federal Justice Building
99 N.E. Fourth Street Room 1168
Miami, Fl. 33132
06/03/20

Dear Judge Goodman,

My name is Rodney London my Alien # is ▮▮▮▮▮▮▮▮▮
I am currently detained at the Glades County Detention Center. I am writing you
because I need you assistance I am ordered removed but cannot go anywhere
because my country is not accepting anyone. Due to the *COVID-19 Pandemic,*
I would like to seek some form of release from detention in the form of House
Arrest, GPS Monitoring, A Bond, all of the above or whatever I.C.E. deem
necessary. I am one of those high risk people, I am over the age of 50 years old and
suffer from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. **I am worried for
my mental health if I am exposed to coronavirus or get sick.** Due to the nature
of my ▮▮▮▮▮▮▮▮▮▮▮▮▮ my appetite and sleep has been severely affected
by the constant worrying of not if, but when the COVID-19 will make its way to
the current facility in which I am being detained. The lack of social distancing,
hygienic products and facemasks are a recipe for disaster. Just as it has been for
Krome Processing Center, a facility with MULTIPLE reported cases in which
detainees have been transferred from without being screened for the virus, some of
them having flu-like symptoms.

Based on an article published by Center for Disease Control, *Coronavirus
Disease 2019 (COVID-19), If You Are at Higher Risk.* Medical conditions that
increase a person's susceptibility to the COVID-19 disease and its complications
include lung disease, heart disease, chronic liver or kidney disease, diabetes,
epilepsy, hypertension, compromised immune system, blood disorders, inherited
metabolic disorders, stroke, pregnancy, anxiety and other mental health illnesses.
*See* World Health Organization, *Report of the WHO-China Joint Mission on
Coronavirus Disease (COVID-19)* at 12 (finding highest fatality rates for patients
with cardiovascular disease, diabetes, hypertension, chronic respiratory disease,
and cancer).

There are currently numerous requests for the release of inmates, especially
those who have cardiac problems, diabetes, asthma, epilepsy and mental disorders
such as anxiety and depression and who do not pose a risk to the community.

Several congress representatives, physicians, and prestigious organizations have united in the demand for the release of these inmates and have agreed that the risk of maintaining individuals in detention Facilities outweighs its purpose. The present risk of spreading the **CORONAVIRUS (COVID-19** Virus in detention centers is not only to the detainees but also to the staff working in these centers, and their families.

Facts show that detention centers are crowded and do not have the necessary sanitary conditions to take the necessary precautions to avoid the spread of the virus. There is poor ventilation and minimal access to hygienic products. Notwithstanding, reliable sources have informed that some inmates from this facility were taken to the hospital after showing **FLU-LIKE** symptoms and areas of the center were quarantined. I am currently in a dome where the sick people with temperatures of over 106 degrees stay in with the people that are not sick or showing any signs of sickness. There are currently two confirmed case of COVID-19 at this facility one was tested here by the medical staff and one by an outside physician. They are showing a total disregard for our safety and well being due to their inability to keep us safe during this pandemic. I do not want to die here or get sick for someone else's inability to house us or keep us safe..

Due to the imminent threat of the COVID-19 Pandemic, and the current situation in detention facilities, I am requesting your help in getting release from detention with some form of GPS Monitoring, House Arrest, Bond or whatever ICE deems an appropriate form of supervision. Upon release I will be residing with my mother and young daughter. I have to take care of my mother since my father recently passed away she is alone and grieving, I don't her to die from grief or the COVID-19 pandemic. I have enclosed a copy of my medical records so you can see my medical issues and why I at risk. Your Honor I beg and pray for your help in this matter, if you cannot help please forward this to someone that you trust that can. Thank you in advance for your help in this matter and I look forward to hearing from you soon.

Yours Respectfully

Rodney London

MNI # ███████     A: ███████
Glades County Detention Center.
1297 East State Road 78
Moore Haven, FL. 33471.

5/8/2020 10:16:44 AM

------------------------------------------------------------------------------

LONDON, RODNEY

Current Problems as of 5/8/2020 10:16:42 AM:

Problem                         Code                        Start

------------------------------------------------------------------------------

```
5/8/2020 10:16:53 AM
-------------------------------------------------------------------------------

LONDON, RODNEY

Current Medications as of 5/8/2020 10:16:51 AM:

Drug            Strength            Start
-------------------------------------------------------------------------------
```

## Encounter                                                    04-24-2020 Fri 07:23 PM

### LONDON, RODNEY �In ▌                          Gender: Male     DOB ▌

| Dictation: | Keep-on-Person (KOP) Contract PT-062: |
| --- | --- |
| | Patient Name: RODNEY LONDON |
| | ▌ |
| | Sex: Male |
| | Location: 1*DORM 1*B*046 1*DORM 1*B*046 |
| | Date: 04-24-2020 Fri |
| | Medications: |
| | proctozone HC |
| | |
| | Electronic Signature: |
| | DSMITH on: 04-24-2020 Fri 07:23 PM |
| | |
| | KOP Contract PT-062 Created. |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Smith, Dwaine, Armor Correctional Health Services ID: |

## Encounter                                                    04-23-2020 Thu 07:27 PM

### LONDON, RODNEY ▌                          Gender: Male     ▌

| Dictation: | PT SEEN ON 04/22/20, ALL ISSUES ADDRESSED. NO FURTHER TREATMENT NEEDED |
| --- | --- |
| | Electronically Approved by Gloria Garcia, LPN on 04-23-2020 07:28:43 PM. |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

## Encounter                                                    04-23-2020 Thu 09:53 AM

### LONDON, RODNEY ▌                          Gender: Male     DOB ▌

| Dictation: | ▌ |
| --- | --- |
| | |
| | Patient Name: RODNEY LONDON |
| | Date of Birth: ▌ |
| | MNI Number: ▌ |



Location: 1*DORM 1*B*046 1*DORM 1*B*046
Sex: Male

PHYSICAL EXAM:

ASSESSMENT:

PLAN/EDUCATION:

Vitals:

| Condition Related To: |  |
|---|---|
| Dates: | |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: SaintCharles, Jean Max, ID: |

| **Encounter** | **04-22-2020 Wed 02:47 PM** |
|---|---|
| **LONDON, RODNEY** | **Gender: Male** |

| Dictation: | VITAL SIGNS:

Electronically Approved by Gloria Garcia, LPN on 04-22-2020 03:24:30 PM. |
|---|---|
| Vitals: | |
| Condition Related To: | |

| Dates: | Current Illness Date: |
|---|---|
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |



**Encounter**                                              04-17-2020 Fri 04:52 PM

**LONDON, RODNEY**                            **Gender: Male**

Dictation:

Other Comments: None at this time.



| Vitals: | |
|---|---|
| Condition Related To: | · |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:  ·<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Jones, Brittney, Armor Correctional Health Services ID: |

| Encounter | 03-31-2020 Tue 03:03 PM |
|---|---|
| **LONDON, RODNEY** | **Gender: Male** |

Dictation:





| | |
|---|---|
| Vitals: | |
| Condition Related To: | |
| Dates: | |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

**Encounter**                                          03-27-2020 Fri 07:23 PM

**LONDON, RODNEY**                        **Gender: Male**

| | |
|---|---|
| Dictation: | Keep-on-Person (KOP) Contract PT-062:<br><br>Patient Name: RODNEY LONDON<br><br><br><br><br>Electronic Signature:<br>DSMITH on: 03-27-2020 Fri 07:24 PM<br><br>KOP Contract PT-062 Created. |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness: |

| | Unable To Work Dates: |
|---|---|
| | Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Smith, Dwaine, Armor Correctional Health Services ID: |

**Encounter** 03-27-2020 Fri 07:53 AM

**LONDON, RODNEY** Gender: Male

Dictation:



Patient Name: RODNEY LONDON

OBJECTIVE:

Electronically Approved by Gloria Garcia, LPN on 03-27-2020 07:58:10 AM.

Electronically Approved by Yolanda Stoker, RN on 04-13-2020 12:31:12 AM.

| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

| Encounter | 03-27-2020 Fri 07:32 AM |
|---|---|
| LONDON, RODNEY | Gender: Male |

| Dictation: | duplicate order |
|---|---|
| | Electronically Approved by Gloria Garcia, LPN on 03-27-2020 07:32:20 AM. |
| Vitals: | |

| Condition Related To: | |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

## Encounter                                          03-13-2020 Fri 02:37 PM

**LONDON, RODNEY**                          **Gender: Male**

Dictation: NURSING PROTOCOL - SOAP:PER SICK CALL

Electronically Approved by Brittney Jones, LPN on 03-13-2020 02:50:50 PM.

Electronically Approved by Yolanda Stoker, RN on 04-13-2020 01:03:30 AM.

Vitals:

| Condition Related To: | ████████████ |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Jones, Brittney, Armor Correctional Health Services ID: |

---

**Encounter**                                                    **03-11-2020 Wed 01:38 PM**

**LONDON, RODNEY** ████████████        **Gender: Male** ████████

| Dictation: | NURSING PROTOCOL - SOAP:SICKCALL REQUEST |
|---|---|
| | ████████████████████████████████ |

Electronically Approved by Karlacedra Hughes, LPN on 03-11-2020 01:48:38 PM.

Electronically Approved by Yolanda Stoker, RN on 04-13-2020 12:57:53 AM.

| Vitals: | ████████████ |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Hughes, Karlacedra, ID: |

---

**Encounter**                                                    **03-05-2020 Thu 11:55 AM**



**LONDON, RODNEY** — **Gender: Male**

Dictation:



Electronically Approved by Jean Max SaintCharles, MD on 03-05-2020 12:46:55 PM.

**Vitals:**

**Condition Related To:**

**Dates:**

**Diagnosis:**

**Procedures:**

**Providers:** ID:

**Encounter** 02-25-2020 Tue 03:16 PM

**LONDON, RODNEY** **Gender: Male**

| Dictation: | VITAL SIGNS: |
|---|---|

| Vitals: | Weight ... ... |
|---|---|

| Condition Related To: | |
|---|---|

| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
|---|---|
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

---

**Encounter**  02-17-2020 Mon 07:22 PM

**LONDON, RODNEY**  **Gender: Male**

| Dictation: | Keep-on-Person (KOP) Contract PT-062: |
|---|---|

| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Westberry, Erica, Armor Correctional ID: |

---

**Encounter**          02-17-2020 Mon 10:01 AM

**LONDON, RODNEY**          **Gender: Male**

| Dictation: | NURSING PROTOCOL - SOAP: PER SICK CALL |
|---|---|
| | Electronically Approved by Brittney Jones, LPN on 02-17-2020 10:03:09 AM. |
| | Electronically Approved by Yolanda Stoker, RN on 02-23-2020 03:24:58 AM. |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |

| Providers: | Attending Provider: Jones, Brittney, Armor Correctional Health Services ID: |
|---|---|

### Encounter 01-26-2020 Sun 07:33 AM

**LONDON, RODNEY**   **Gender: Male**

| Dictation: | Keep-on-Person (KOP) Contract PT-062: |
|---|---|
| | Patient Name: RODNEY LONDON |
| | |
| | KOP Contract PT-062 Created. |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Fahie, Tara, Armor Correctional Health Services ID: |

### Encounter 01-25-2020 Sat 04:26 PM

**LONDON, RODNEY**   **Gender: Male**

Dictation:



**Vitals:**

**Condition Related To:**

**Dates:**

**Diagnosis:**
**Procedures:**
**Providers:**

**Encounter**                                              01-23-2020 Thu 07:08 PM

**LONDON, RODNEY**                              **Gender: Male**

| Dictation: | |
|---|---|
| | |

Vitals:

Condition Related To:

| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
|---|---|
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Drayton, Marion, Armor Correctional Health Services ID: |

**Encounter**                                              01-22-2020 Wed 10:45 AM

**LONDON, RODNEY**                              **Gender: Male**



|  |  |
|---|---|
|  | Electronically Approved by Gloria Garcia, LPN on 01-22-2020 10:53:30 AM. |
|  | Electronically Approved by Yolanda Stoker, RN on 01-23-2020 01:13:36 PM. |
| **Vitals:** |  |
| **Condition Related To:** |  |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** |  |
| **Procedures:** |  |
| **Providers:** | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

## Encounter                                          01-01-2020 Wed 02:38 PM

### LONDON, RODNEY                          Gender: Male

**Dictation:**





| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Jones, Brittney, Armor Correctional Health Services ID: |

| **Encounter** | **12-30-2019 Mon 07:30 PM** |
|---|---|
| **LONDON, RODNEY** | **Gender: Male** |
| Dictation: | Keep-on-Person (KOP) Contract PT-062: |

| Vitals: | |
|---|---|
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Westberry, Erica, Armor Correctional ID: |

## Encounter                                                12-28-2019 Sat 12:56 PM

**LONDON, RODNEY**                              **Gender: Male**

Dictation:



| Vitals: | ████████████████████████████ |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: WADE, JOHN, ID: |



**Encounter**                              12-25-2019 Wed 12:01 PM

**LONDON, RODNEY**    ████████████    **Gender: Male**    ████████

Dictation:



| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date: <br> 1st Date Of Illness: <br> Unable To Work Dates: <br> Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: BONNER, ANNMARIE, Armor Correctional ID: |



**Encounter**     12-10-2019 Tue 10:13 AM

**LONDON, RODNEY**     **Gender: Male**

Dictation:





| Condition Related To: | |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: SaintCharles, Jean Max, ID: |



**Encounter**                                     12-09-2019 Mon 04:55 PM

**LONDON, RODNEY**                          **Gender: Male**

Dictation:



| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |



**Encounter**      12-06-2019 Fri 11:45 AM

**LONDON, RODNEY**      **Gender: Male**

Dictation:

| Vitals: | |
|---|---|
| Condition Related To: | |

| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
|---|---|
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Hughes, Karlacedra, ID: |

**Encounter**                                   12-04-2019 Wed 12:34 PM

**LONDON, RODNEY** ████████████    **Gender: Male** ████████

| Dictation: | ████████ |
|---|---|

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Hughes, Karlacedra, ID: |

**Encounter**                                   12-03-2019 Tue 04:30 PM

**LONDON, RODNEY** ████████████    **Gender: Male** ████████

Dictation:





| Vitals: | |
| --- | --- |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

 **Encounter**                                    **12-03-2019 Tue 01:02 PM**



**LONDON, RODNEY** ▮▮▮▮▮▮▮▮   Gender: Male   ▮▮▮▮▮▮

Dictation:



| Condition Related To: | |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: SaintCharles, Jean Max, ID: |



**Encounter**                                    **11-25-2019 Mon 07:48 PM**

**LONDON, RODNEY**                    **Gender: Male**

| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Fahie, Tara, Armor Correctional Health Services ID: |



**Encounter**                                    **11-24-2019 Sun 03:45 PM**

**LONDON, RODNEY**                    **Gender: Male**



| | |
|---|---|
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: WADE, JOHN, ID: |



**Encounter**                                    11-19-2019 Tue 05:26 PM

**LONDON, RODNEY**                    **Gender: Male**

Dictation:





| Condition Related To: | |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Jones, Brittney, Armor Correctional Health Services ID: |



**Encounter**                                      11-10-2019 Sun 05:39 PM

**LONDON, RODNEY**                        **Gender: Male**

Dictation:



| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |

| Diagnosis: | |
|---|---|
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

### Encounter                                              11-02-2019 Sat 09:09 PM

**LONDON, RODNEY** ▮▮▮▮▮▮▮▮▮         **Gender: Male** ▮▮▮▮▮▮



| Dictation: | |
|---|---|
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Fahie, Tara, Armor Correctional Health Services ID: |

### Encounter                                              11-01-2019 Fri 05:58 PM

**LONDON, RODNEY** ▮▮▮▮▮▮▮▮▮         **Gender: Male** ▮▮▮▮▮▮

Dictation:





Vitals:



| Condition Related To: | |
| Dates: | |
| Diagnosis: | |
| Procedures: | |
| Providers: | |

**Encounter**                                                      10-27-2019 Sun 06:26 PM

**LONDON, RODNEY**                         **Gender: Male**

| Dictation: | |

| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |



**Encounter**                                                      10-27-2019 Sun 06:18 PM

**LONDON, RODNEY**                         **Gender: Male**

| Dictation: | |





| Condition Related To: | |
|---|---|
| Dates: | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

**Encounter**                                                          10-20-2019 Sun 06:02 PM

**LONDON, RODNEY**                                        **Gender: Male**

Dictation:





| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Montoya, Lea, Aromor Correctional Health Services ID: |

**Encounter**                                        **10-09-2019 Wed 05:36 PM**

**LONDON, RODNEY**          MNI# GCSO19MNI004446          Gender: Male          DOB 10-19-1969



| Dictation: | |
| --- | --- |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Drayton, Marion, Armor Correctional Health Services ID: |

**Encounter**          10-08-2019 Tue 10:16 AM

**LONDON, RODNEY**          Gender: Male



Dictation:



| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: SaintCharles, Jean Max, ID: |

**Encounter** **10-07-2019 Mon 07:04 PM**

**LONDON, RODNEY** **Gender: Male**

| Dictation: | NU |
|---|---|
| | Pat |
| | NO |





| Vitals: | |
| --- | --- |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Jones, Brittney, Armor Correctional Health Services ID: |

| Encounter | 10-05-2019 Sat 06:02 PM |
| --- | --- |
| LONDON, RODNEY | Gender: Male |
| Dictation: | |



Vitals:

| Condition Related To: | ████████████████ |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Jones, Brittney, Armor Correctional Health Services ID: |

| 🔬 **Encounter** | **09-26-2019 Thu 10:26 AM** |
|---|---|

**LONDON, RODNEY** ████████████   **Gender: Male** ████████████

| Dictation: | Issuance of Aids to Impairment PT-036:<br>████████████████████████ |
|---|---|
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Parnell, Shuntee, Armor Correctional Health Services ID: |

| 🔬 **Encounter** | **09-26-2019 Thu 09:45 AM** |
|---|---|

**LONDON, RODNEY** ████████████   **Gender: Male** ████████████



| Dictation: | |
|---|---|

Vitals:

Condition Related To:

Dates:

Diagnosis:
Procedures:

Providers: | Attending Provider: SaintCharles, Jean Max, ID:

| Encounter | 09-25-2019 Wed 05:37 PM |

**LONDON, RODNEY** | **Gender: Male**

Dictation:

| | |
|---|---|
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

| Encounter | 09-21-2019 Sat 07:42 PM |
|---|---|
| **LONDON, RODNEY** | **Gender: Male** |

**Dictation:**

| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Cleutscale, Constance L, ID: |

**Encounter**                                    09-14-2019 Sat 11:23 AM

**LONDON, RODNEY**                **Gender: Male**

Dictation:



| | Electronically Approved by Yolanda Stoker, RN on 09-23-2019 11:49:54 AM. |
|---|---|
| **Vitals:** | ██████████████ |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

| **Encounter** | **09-13-2019 Fri 07:23 PM** |
|---|---|

**LONDON, RODNEY** ████████████   **Gender: Male** ██████████

| | |
|---|---|
| **Dictation:** | ██████████████████ |
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Smith, Dwaine, Armor Correctional Health Services ID: |



| **Encounter** | **09-12-2019 Thu 08:14 PM** |
|---|---|

**LONDON, RODNEY** ████████████   **Gender: Male** ██████████

| | |
|---|---|
| **Dictation:** | ██████████████████ |

| | Electronic Signature: |
|---|---|
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Clentscale, Constance L, ID: |

**Encounter**                                              **09-11-2019 Wed 08:08 PM**

**LONDON, RODNEY**                              **Gender: Male**



| | |
|---|---|
| **Dictation:** | |
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Clentscale, Constance L, ID: |

**Encounter**                                              **09-11-2019 Wed 09:08 AM**

**LONDON, RODNEY**                              **Gender: Male**

**Dictation:**







**Vitals:**

**Condition Related To:**

**Dates:**

**Diagnosis:**

**Procedures:**
**Providers:**

**Encounter**                                          09-04-2019 Wed 06:32 PM

**LONDON, RODNEY**                          **Gender: Male**

**Dictation:**     NURSING PROTOCOL - GASTROINTESTINAL -



| Vitals: | |
| Condition Related To: | |
| Dates: | |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

**Encounter**                                                     08-27-2019 Tue 07:40 PM

**LONDON, RODNEY**                         Gender: Male

| Dictation: | |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date: <br> 1st Date Of Illness: <br> Unable To Work Dates: <br> Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

**Encounter**                                                     08-26-2019 Mon 03:24 PM

**LONDON, RODNEY**                         Gender: Male

| Dictation: | |









| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Hughes, Karlacedra, ID: |

### Encounter                                08-20-2019 Tue 07:43 PM

**LONDON, RODNEY**                          **Gender: Male**

Dictation:





| Vitals: | |
|---|---|
| **Condition Related To:** | |
| **Dates:** | |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Drayton, Marion, Armor Correctional Health Services ID: |



| Encounter | 08-15-2019 Thu 01:59 PM |
|---|---|
| **LONDON, RODNEY** | **Gender: Male** |

| Dictation: | INITIAL HEALTH ASSESSMENT: |
|---|---|
| | Patient Name: RODNEY LONDON |









| Condition Related To: | |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: HERNANDEZ, EVELYN, Armor Correctional ID: |

**Encounter**                                          08-14-2019 Wed 11:59 AM

**LONDON, RODNEY**                     **Gender: Male**







| | |
|---|---|
| Condition Related To: | |
| Dates: | ███████████████████ |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: SaintCharles, Jean Max, ID: |

---

**Encounter**       08-09-2019 Fri 08:02 PM

**LONDON, RODNEY**    ██████████████   **Gender: Male**   ████████

| | |
|---|---|
| Dictation: | |
| Vitals: | |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Clentscale, Constance L, ID: |

---

**Encounter**       08-08-2019 Thu 06:55 AM

**LONDON, RODNEY**    ██████████████   **Gender: Male**   ████████

| | |
|---|---|
| Dictation: | |





| Vitals: | |
|---|---|
| Condition Related To: | |
| Dates: | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Smith, Dwaine, Armor Correctional Health Services ID: |



| Encounter | 08-08-2019 Thu 06:45 AM |
|---|---|
| LONDON, RODNEY | Gender: Male |
| Dictation: | |









Vitals:

| Condition Related To: | |
|---|---|
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | CCHRT - Chronic Disease Clinic - Cardiovascular |
| Procedures: | |
| Providers: | Attending Provider: Smith, Dwaine, Armor Correctional Health Services ID: |

09/11/2019                         Lab Report                                    09:33

**Integrated Regional**
**Laboratories**
**5361 NW 33rd Ave**
**Ft. Lauderdale, FL 33309**

**(800)552-0232**

**Armor Correctional – Glades Facility**
**1297 East State Road 78**
**Moore Haven, FL 33471**
**(863)946-1600 ext 2145**

Status: Final

| CLIENT NUMBER | | ACCESSION # | |
|---|---|---|---|
| L | | | |
| | PATIENT NAME | | SPECIMEN # |
| **LONDON,RODNEY** | | | |
| PATIENT ID # | D.O.B. | AGE | SEX |
| | | 49 Years | · Male |
| PATIENT PHONE # | | CHART # | |
| | ORDERING PHYSICIAN | | |
| **SaintCharles,Jean M** | | | |
| REQ. # | | COLLECTED 09/06/2019  04:07 | |
| RECEIVED 09/07/2019 19:39 | | REPORTED 09/08/2019 03:56 | |



Result Name                          Result      Abnormal        Reference Range  Lab

MEDICAL RECORD REVIEWED
DATE:
SIGNATURE