UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Petitioners,

v.

MICHAEL W. MEADE, et al.,

    Respondents.

_____/

**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT**

THIS MATTER is before the Court upon Respondents' Unopposed Motion for Extension of Time to File a Response to the Complaint. Having carefully considered the same, and finding good cause has been shown, it is **ORDERED and ADJUDGED** as follows:

Defendants shall have up to and including June 29, 2020, to file an answer or other response to the complaint.

**DONE AND ORDERED** in Chambers, Miami, Florida this ___ day of June, 2020

                                                              _____
                                                              MARCIA G. COOKE
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of Record*