### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S.
Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

_____

### DECLARATION OF ACTING OFFICER IN CHARGE
### LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 2(j) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 11:00 a.m. on June 22, 2020, ICE detained 1088 detainees at Krome, BTC, and Glades.

4. ICE is housing 407 detainees at BTC; 387 detainees at Krome; and 294 at Glades.

5. Of the 1088 detainees, 824 detainees or 76% are considered to be subject to mandatory detention.

6.  Of the 407 detainees housed at BTC, 104 have criminal convictions and 303 do not have criminal convictions.  However, 89 of the 303 detainees with no criminal convictions are pending criminal charges.

7.  Of the 387 detainees housed at Krome, 234 have criminal convictions and 153 do not have criminal convictions. However, 111 of the 153 detainees with no criminal convictions are pending criminal charges.

8.  Of the 294 detainees housed at Glades, 209 have criminal convictions and 85 do not have criminal convictions.  However, 67 of the 85 detainees with no criminal convictions are pending criminal charges.

DATED: June 22, 2020

Digitally signed by LIANA J CASTANO
Date: 2020.06.22 15:59:19 -04'00'

_____
Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement