IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

**DECLARATION OF ACTING OFFICER IN CHARGE
LIANA J. CASTANO**

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 4(b) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. In accordance with the June 5, 2020 order item 4b, ICE shall submit weekly documentation demonstrating our evaluation of each prospective transfer. During the 6/12/2020 – 6/19/2020 reporting period, ICE transferred a total of 129 detainees, as follows:

### **KROME**

    a. 36 detainees were transferred to be staged for a scheduled removal flight.
    b. 18 detainees were transferred to Glades County Detention Center after a custody re-evaluation.
    c. 23 detainees were transferred to Broward Transitional Center after a custody re-evaluation
    d. 23 detainees were transferred to Baker County Detention Center after a custody re-evaluation.

### **BTC:**

    a. 4 detainees were transferred to another field office to be staged for a scheduled removal flight.
    b. 4 detainees were transferred from BTC to Glades based upon risk classification and bed space needs after a custody re-evaluation.

### **Glades:**

    a. 21 detainees were transferred be staged for a scheduled removal flight.

4. Each detainee was issued a new mask prior to transfer.

5. A pre-transfer custody review, as well as a COVID-19 checklist, is attached for each detainee referenced above, in accordance with the court's order.

DATED: June 23, 2020

                                      *Digitally signed by LIANA J CASTANO*
                                      *Date: 2020.06.23 14:03:42 -04'00'*

                            Liana J. Castano
                            Assistant Field Office Director
                            Enforcement and Removal Operations
                            U.S. Immigration and Customs Enforcement



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. ☑ ☐

2) Is the detainee currently:
   - In medical isolation? ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☑
   - Awaiting COVID-19 test results? ☐ ☑
   - Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.2 ☑ ☐

   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐

   For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐
   Record method of travel: Ground ☑  ICE Air ☐  Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

   b. Stop the Spread of Germs. ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? GLASS ☑ ☐

   b. Did a family member or friend provide transportation? ☐ ☑

   c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☑ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☑ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Medina Zelaya, Waleska | A[redacted] 5/16 | Waleska Medina. | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| r. Flores en | | [signature] | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

### PRE-Transfer Custody Review

Name __Medina-Zelaya, Waleska__ Alien Number __███████ 516__ COC __Hondo__

Date of Transfer __6/16/20__  Date of Review __6/15/20__

### Detention Authority

[X] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other_____

COVID 19 Risk Factors    Yes [ ]    No [X]

Criminal History         Yes [X]   No [ ]

### Nature of Transfer

IAO Flight Staging    [ ]
Hospital              [ ]
Within Field Office   [X]
Out of Field Office   [ ]
Other                 [ ]    Comments __transferred because of classification__

**Custody Decision** Release [ ]    Continue Custody [X]

Reviewed by __Pabba D.C.__

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO |
|---|---|---|

1) Verify the detainee's current health status and exposure history. ☑ ☐

2) Is the detainee currently:
   - In medical isolation?  ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
   - Awaiting COVID-19 test results?  ☐ ☑
   - Cohorted due to COVID-19 exposure?  ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____  ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __97.1__  ☑ ☐
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ ☐ ☐
   For transfers and removals only, is the detainee medically cleared to travel?  ☑ ☐ ☐
   Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑ ☐
   b. Stop the Spread of Germs.  ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? __GLADES__  ☑ ☐
   b. Did a family member or friend provide transportation?  ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release?  ☑ ☐
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☑ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☑ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Martinez-Moya, Jocelyn | A[redacted] | [signature] | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| [signature] R. Flanagan RN | | [signature] | 6/11/[redacted] |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

Miami Field Office

## PRE-Transfer Custody Review

Name _Martinez-Moya, Joselyn_ Alien Number _[redacted] 789_ COC _Dom Rep_
Date of Transfer _6/16/20_    Date of Review _6/15/20_

### Detention Authority

- [x] INA 235
- [ ] INA 236
- [ ] INA 241
- [ ] Other _____

COVID 19 Risk Factors     Yes [ ]     No [x]
Criminal History          Yes [x]    No [ ]

### Nature of Transfer

IAO Flight Staging [ ]
Hospital [ ]
Within Field Office [x]
Out of Field Office [ ]
Other [ ]     Comments _____

**Custody Decision**  Release [ ]   Continue Custody [x]

Reviewed by _Parker_  D.O.

Rev. 06/2020



# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**ICE | ERO**

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.   **YES | NO | N/A**

1) Verify the detainee's current health status and exposure history.  ☑ ☐

2) Is the detainee currently:
   - In medical isolation?  ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
   - Awaiting COVID-19 test results?  ☐ ☑
   - Cohorted due to COVID-19 exposure?  ☐ ☑

   For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____  ☐ ☐ ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __97.2__  ☑ ☐

   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ☑ ☐

   For **transfers and removals only**, is the detainee medically cleared to travel?  ☑ ☐ ☐

   Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑ ☐

   b. Stop the Spread of Germs.  ☑ ☐

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to?  __GLADES__  ☑ ☐

   b. Did a family member or friend provide transportation?  ☐ ☑

   c. Was the alien provided with a personal protective equipment mask upon release?  ☑ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☑

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☑

| DETAINEE'S PRINTED NAME | A# | DETAINEE'S SIGNATURE |
|---|---|---|
| Lopez, Roxana | A###-###-386 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| R. Flanagan | [signature] | 6-16-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name **Lopez, Roxana**   Alien Number ███ **386**  COC **argentina**
Date of Transfer **6/16/20**         Date of Review **6/15/20**

## Detention Authority

[X] INA 235   [ ] INA 236   [ ] INA 241   [ ] Other _____

COVID 19 Risk Factors      Yes [ ]      No [X]

Criminal History           Yes [X]      No [ ]

## Nature of Transfer

IAO Flight Staging   [ ]
Hospital             [ ]
Within Field Office  [X]
Out of Field Office  [ ]
Other                [ ]   Comments _____

**Custody Decision** Release [ ]    Continue Custody [X]

Reviewed by _____ _Vandan_  _P.O_ _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☐ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.4 | ☑ | ☐ | |
| For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | ☐ |
| For transfers and removals only, is the detainee medically cleared to travel? | ☑ | ☐ | ☐ |

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| a. Did ICE provide transportation? If yes, where was the alien transported to? GLADES | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☑ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☑ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Vasquez, Francisca | A[redacted]480 | Francisc |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| K Flanagan EO | [signature] | 6/16/20 |



# U.S. Immigration and Customs Enforcement

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name  Vazquez-cruz, Francisca   Alien Number [REDACTED] 480  COC Mex

Date of Transfer  6/16/20   Date of Review  6/19/20

### Detention Authority

[X] INA 235   [ ] INA 236   [ ] INA 241   [ ] Other_____

COVID 19 Risk Factors    Yes [ ]    No [X]

Criminal History         Yes [X]   No [ ]

### Nature of Transfer

IAO Flight Staging     [ ]
Hospital               [ ]
Within Field Office    [X]
Out of Field Office    [ ]
Other                  [ ]    Comments_____

**Custody Decision** Release [ ]   Continue Custody [X]

Reviewed by _____D.O_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name  Ramirez Guerrero, Rolando     Alien Number ▓▓▓ 103     COC  CUBA

Date of Transfer  06/17/2020                Date of Review  06/17/2020

## Detention Authority

[✓] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other_____

COVID 19 Risk Factors     Yes [ ]     No [✓]

Criminal History          Yes [ ]     No [✓]

## Nature of Transfer

IAO Flight Staging   [✓]
Hospital             [ ]
Within Field Office  [ ]
Out of Field Office  [ ]
Other                [ ]     Comments  Transfer to Oakdale, LA Processing Center on 06/18/2020
Transfer to Oakdale, LA Processing Center on 06/18/2020

**Custody Decision** Release [ ]     Continue Custody [✓]

Reviewed by  Chak Ng, DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.3__ ✓
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ✓
For transfers and removals only, is the detainee medically cleared to travel? ✓
Record method of travel: Ground ✓   ICE Air ✓   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome Airport__ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | ✓ |

**ALIEN'S PRINTED NAME:** RAMIREZ G. Rolando
**A#:** A[redacted]103
**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** [redacted] Transitional Center
**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** [signature]
**DATE:** 6/18/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name  Galban Ojea, Abdiel            Alien Number ███ 621       COC  CUBA

Date of Transfer  06/17/2020                 Date of Review  06/17/2020

**Detention Authority**

[✓] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other_____

COVID 19 Risk Factors         Yes [ ]    No [✓]

Criminal History              Yes [ ]    No [✓]

**Nature of Transfer**

IAO Flight Staging      [✓]
Hospital                [ ]
Within Field Office     [ ]
Out of Field Office     [ ]
Other                   [ ]    Comments  Transfer to Oakdale, LA Processing Center on 06/18/2020
Transfer to Oakdale, LA Processing Center on 06/18/2020

**Custody Decision**  Release [ ]    Continue Custody [✓]

Reviewed by  Chak Ng, DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.2__  ✓
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ✓
For transfers and removals only, is the detainee medically cleared to travel?  ✓
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome Airport__ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ✓ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | ✓ |

Galban-Ojea, Abdiel
D.O.B: [redacted]   Age: [redacted]
A[redacted]621   Cuba   BTC   Male

ALIEN'S SIGNATURE: Abdiel

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: [signature] Broward Transitional Center [...] Jackson, RN

OFFICER'S/CONTRACTED STAFF'S SIGNATURE: a Raji

DATE: 6/18/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

## PRE-Transfer Custody Review

Name **Barrett, Tiniel**          Alien Number **▮▮▮▮155**     COC **JAMAICA**

Date of Transfer **06/17/2020**                Date of Review **06/17/2020**

### Detention Authority

[✓] INA 235     [ ] INA 236     [ ] INA 241     [ ] Other _____

COVID 19 Risk Factors       Yes [ ]       No [✓]

Criminal History            Yes [ ]       No [✓]

### Nature of Transfer

IAO Flight Staging    [✓]
Hospital              [ ]
Within Field Office   [ ]
Out of Field Office   [ ]
Other                 [ ]     Comments **Transfer to Oakdale, LA Processing Center on 06/18/2020**
Transfer to Oakdale, LA Processing Center on 06/18/2020


**Custody Decision** Release [ ]      Continue Custody [✓]


Reviewed by **Chak Ng, DO**

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.3__   ✓
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ✓
For transfers and removals only, is the detainee medically cleared to travel?   ✓
Record method of travel:  Ground ✓    ICE Air ✓    Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? __Kwme/Airport__ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | ✓ |

**ALIEN'S:** Barrett, Tiniel
D.O.B: [redacted]   Age: 36
A [redacted] 155 Jamai   BTC   Female

**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** [signature] Broward Transitional Center

**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** [signature]

**DATE:** 6/18/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

## PRE-Transfer Custody Review

Name  Giraldo Valencia, Ximena        Alien Number ▓▓▓▓ 122    COC  COLOMBIA

Date of Transfer  06/17/2020              Date of Review  06/17/2020

### Detention Authority

[✓] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other _____

COVID 19 Risk Factors          Yes [ ]    No [✓]

Criminal History               Yes [ ]    No [✓]

### Nature of Transfer

IAO Flight Staging   [✓]
Hospital             [ ]
Within Field Office  [ ]
Out of Field Office  [ ]
Other                [ ]    Comments  Transfer to Oakdale, LA Processing Center on 06/18/2020
Transfer to Oakdale, LA Processing Center on 06/18/2020

**Custody Decision** Release [ ]    Continue Custody [✓]

Reviewed by  Chak Ng, DO

Rev. 06/2020



# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**ICE | ERO**

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: **99.4** | ✓ | | |
| For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For transfers and removals only, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel: Ground ✓   ICE Air ✓   Commercial flight ☐ | | | |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |
| 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? **Krome/Airport** | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

**Giraldo-Valencia, Ximena**
D.O.B.: [redacted]   Age: [redacted]
A[redacted] 122   Colom   BTC   Female

**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** [redacted] Transitional Center
**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** [signature]
**DATE:** 6/18/20