UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    **Petitioners,**

**v.**

**MICHAEL W. MEADE, et al.,**

    **Respondents.**

_____/

**NOTICE OF FILING SUPPLEMENTAL EXHIBITS IN SUPPORT OF DECLARATION IN RESPONSE TO THE COURT'S ORDER**

Respondents, by and through the undersigned counsel, file additional exhibits in support of Declaration of Acting Officer in Charge Liana J. Castano [DE 176] in reference to item 4(b) in the District Court's Omnibus Order [DE:158].

1. Krome Transfers (Pre-transfer and COVID-19 Checklist), *See* Exhibit A.

2. Glades Transfer (Pre-transfer and COVID-19 Checklist), *See* Exhibit B.

        **Respectfully submitted,**

        **ARIANA FAJARDO ORSHAN**
        **UNITED STATES ATTORNEY**

By:   s/ Dexter A. Lee
      DEXTER A. LEE
      Assistant U.S. Attorney
      Fla. Bar No. 0936693
      99 N.E. 4th Street, Suite 300
      Miami, Florida 33132
      (305) 961-9320
      E-mail: dexter.lee@usdoj.gov

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

ATTORNEYS FOR RESPONDENTS