

**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

### PRE-Transfer Custody Review

Name Huynh, Ninh          Alien Number ███ 684     COC Vietnam

Date of Transfer 06/19/2020          Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237(a)(2)(A)(iii)

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital             ☐
Within Field Office  ☑
Out of Field Office  ☐
Other                ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
   - In medical isolation? — NO ☑
   - Experiencing symptoms commonly associated with COVID-19? — NO ☑
   - Awaiting COVID-19 test results? — NO ☑
   - Cohorted due to COVID-19 exposure? — NO ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __97.1 @ 6/19/20 0013 @__ — YES ☑

   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

   For transfers and removals only, is the detainee medically cleared to travel? — N/A ☑

   Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

   b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| HUYNH,NINH | A█████84 - VIETN | N/O |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Jean, Francenet          Alien Number ▓▓▓686          COC Haiti

Date of Transfer 06/18/2020          Date of Review 06/18/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐     Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _96.9_ (illegible)

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| (temperature) | ✓ | | |
| (screening clear) | ✓ | | |
| (medically cleared) | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs.  T.J | ✓ | | |

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| JEAN, FRANCENET | ▮▮▮686 | X (signature) |

| OFFICER'S, CONTRACTED STAFF'S PRINTED NAME | OFFICER'S, CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T.S. JACKSON | T. Jackson | 6·17·20 |



**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Fyffe, Jermaine Roshane St O Brian  Alien Number ███346  COC JAMAICA

Date of Transfer 06/17/20  Date of Review 06/16/20

### Detention Authority

☐ INA 235  ☐ INA 236(a)  ☐ INA 236(c)  ☑ INA 241  ☐ Other_____

COVID 19 Risk Factors  Yes ☐  No ☑

Criminal History  Yes ☑  No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐  Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐  Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | ✓ | |
| | • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| | • Awaiting COVID-19 test results? | | ✓ | |
| | • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.1 Afebrile, Pa___

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ✓ ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel? ✓ ☐ ☐
Record method of travel:  Ground- ✓  ICE Air- ✓  Commercial flight- ☐  _ground_ ✓ ☐ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. _J.L_

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ✓ ☐

b. Stop the Spread of Germs. ✓ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. _J.L_ ✓ ☐

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation? ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| FYFFE, JERMAINE | A███████846, JAMAI | X REFUSED |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| J.Lenh | J.N | 6/14/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Sheikh, Basit Javed     Alien Number ████ 412     COC Pakis

Date of Transfer 06/19/2020     Date of Review 06/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237(a)

COVID 19 Risk Factors       Yes ☑       No ☐

Criminal History           Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.3 6/9/20 @ 0014_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SHEIKH,BASIT | A███12 , PAKIS | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Taylor | | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Nhomme, Gregory          Alien Number ███233   COC Haiti

Date of Transfer 06/18/2020          Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital                        ☐
Within Field Office          ☐
Out of Field Office          ☐
Other                          ☐          Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___98.1°___ *[illegible handwriting]*

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| (temperature/screening) | ✓ | | |
| (clear screening) | ✓ | | |
| (medically cleared to travel) | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| NHOMME, GREGORY | ■■■■233 | x *[signature]* |
| **OFFICER'S CONTRACTED STAFF'S PRINTED NAME** | **OFFICER'S CONTRACTED STAFF'S SIGNATURE** | **DATE** |
| T. SJACKSON | T. SJackson | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Whiters, Charmaine Suzette      Alien Number ▉▉▉▉517      COC Jamaica

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors            Yes ☑            No ☐

Criminal History                 Yes ☑            No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐        Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER


**Custody Decision** Release ☐        Continue Custody ☑


Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___97.1___ *verbal*

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. Stop the Spread of Germs. | ✓ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Whiters, Charmaine | ████517 | X. Charmaine |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| TJeckson | T. Jerckson | 6.18.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name LOPEZ OSPINA, Luis    Alien Number ██ 344    COC COLOMBIA

Date of Transfer 06/18/20                    Date of Review 06/17/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☐          No ☑

## Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐      Comments BTC XFER
BTC XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | ✓ | |
| | • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| | • Awaiting COVID-19 test results? | | | ✓ |
| | • Cohorted due to COVID-19 exposure? | | | ✓ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.5 °F_ ~~~~~

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ✓
For transfers and removals only, is the detainee medically cleared to travel?   ✓
Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐   ✓

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ✓

b. Stop the Spread of Germs.   ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? | | | |
| b. Did a family member or friend provide transportation? | | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LOPEZ OSPINA,LUIS | ▮▮344 , COLOM | ✗ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| | | 6-7-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name SILES-Zamora, Byron Jose    Alien Number ███277   COC Nicaragua

Date of Transfer 06/18/2020                  Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐      Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | ☐ | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | ☐ | ✓ | |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| | • Awaiting COVID-19 test results? | ☐ | ✓ | |
| | • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | | | | |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.2 (afebrile)___

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ✓   ICE Air ✓   Commercial flight- ☐
___ICE ATR___

|  | | YES | NO | N/A |
|---|---|---|---|---|
| | | ✓ | ☐ | |
| | | ✓ | ☐ | ☐ |
| | | ✓ | ☐ | ☐ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| N/A a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| AR b. | Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| SILES ZAMORA, BYRON JOSE | ███ 277 - NICAR | X Byrm Siley | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| A. Rodriguez | | | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name TORO-Botero, Mateu          Alien Number ███ 351          COC Colombia

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐          Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☑ | ☐ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and take temperature check. Record temperature here: **96.9**

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

|  | YES | NO | N/A |
|---|---|---|---|
| (screening) | ☑ | ☐ | |
| (medically cleared) | ☑ | ☐ | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | | |
| b. Stop the Spread of Germs. | ☑ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | ☑ | | |

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| TORO BOTERO,MATEU | ▮▮▮351 - COLOM | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 6-17-20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Valarezo Rojas, Jorge Daniel    Alien Number ▉▉▉ 095    COC ECUADOR

Date of Transfer 06/17/20                           Date of Review 06/16/20

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History             Yes ☑        No ☐

## **Nature of Transfer**

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐       Comments BAKER XFER_____
BAKER XFER

**Custody Decision** Release ☐         Continue Custody ☑

Reviewed by DO J. H. Martinez _____

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
 * In medical isolation? — NO ☑
 * Experiencing symptoms commonly associated with COVID-19? — NO ☑
 * Awaiting COVID-19 test results? — NO ☑
 * Cohorted due to COVID-19 exposure? — NO ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

 a. **For released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

 b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____98.2 Explain ice_____

 For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑

 For **transfers and removals only,** is the detainee medically cleared to travel? — YES ☑

 Record method of travel: Ground ☑  ICE Air ☐  Commercial flight- ☐ — YES ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

 a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒

 b. Stop the Spread of Germs. — ☒

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. — ☒

 a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐

 b. Did a family member or friend provide transportation? — ☐ ☐

 c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐

 d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐

 e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| VALAREZO ROJAS, JORGE | ████ 095 - ECUAD | 90 |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Lambert | | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name James, Andrew          Alien Number ███229    COC Jamaica

Date of Transfer 06/19/2020          Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237(a)

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.3  6/19/20 @ 0014 @__
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| JAMES,ANDREW | ☐229 , JAMAI | x Refusal |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Taylor | | 6/8-20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Mendoza-Velasquez, Juan      Alien Number ███ 327      COC Guate

Date of Transfer 06/18/2020                 Date of Review 06/18/2020

#### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other ER

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                 Yes ☑          No ☐

#### Nature of Transfer

IAO Flight Staging          ☐
Hospital                    ☐
Within Field Office         ☑
Out of Field Office         ☐
Other                       ☐      Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | N/A |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __97-6__ ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. N/A

For **transfers and removals only**, is the detainee medically cleared to travel? ✓

Record method of travel:   Ground ☒   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ☒ | |
| b. | Stop the Spread of Germs. | | ☑ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. | Did a family member or friend provide transportation? | | | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Mendoza Juan | ███ 327 | X (signature) |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| JDlne | (signature) | 6/18/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Zuema, Sergia _____ Alien Numbe██████ 758 _____ COC Haiti _____

Date of Transfer 06/18/2020 _____        Date of Review 06/18/2020 _____

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments IAO- ALEXANDRIA XFER _____
IAO- ALEXANDRIA XFER _____


**Custody Decision** Release ☐      Continue Custody ☑


Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _____ 96.8 (illegible)

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | | |
| b. Stop the Spread of Germs.   S/A | ☒ | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Zuema, Sergia | ███ 758 | × X060723758 |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| Garcia, J | J Garcia | 6. 17. 2020 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Turner, Dahiema Roberta     Alien Number ███ 160     COC Jamaica

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐     Comments IAO- ALEXANDRIA XFER_____
IAO- ALEXANDRIA XFER_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|:---:|:---:|:---:|
| 1) | Verify the detainee's current health status and exposure history | ✓ | ☐ | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | ☐ | ✓ | |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| | • Awaiting COVID-19 test results? | ☐ | ✓ | |
| | • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions if the answers are "No," complete Questions 3 – 5.

|  | | YES | NO | N/A |
|---|---|:---:|:---:|:---:|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ *96.4 Lopez , en*

| | YES | NO | N/A |
|---|:---:|:---:|:---:|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | ☐ | ☐ |
| Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐ | ✓ | ☐ | ☐ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO |
|---|---|:---:|:---:|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ |
| b. | Stop the Spread of Germs. | ✓ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|:---:|:---:|:---:|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| TURNER,DAHIEMA | ███ 160 , JAMAI | X *Dahiema Turner* | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| *T. S Jackson* | | *T S Jackson* | *6/7/20* |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Qin, Chuliang     Alien Number A███720    COC CHINA

Date of Transfer 6/18/2020      Date of Review 6/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a1B

COVID 19 Risk Factors     Yes ☐    No ☑

Criminal History     Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I.BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ✓

2) Is the detainee currently:
   - In medical isolation? — N/A ✓
   - Experiencing symptoms commonly associated with COVID-19? — N/A ✓
   - Awaiting COVID-19 test results? — N/A ✓
   - Cohorted due to COVID-19 exposure? — N/A ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.7°F — YES ✓

   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A

   For **transfers and removals only**, is the detainee medically cleared to travel?

   Record method of travel: Ground ✓   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

   b. Stop the Spread of Germs. — YES ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| QIN,CHULIANG | ██████ 20 , CHINA | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Taylor | | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Antoine, Renel                Alien Numbe ▇▇▇▇ 662    COC Haiti

Date of Transfer 06/18/2020              Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐    Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

|  | | | |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.8 °Fmild flu — ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — ✓

Record method of travel:   Ground ☐   ICE Air ☒   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. Stop the Spread of Germs. | ✓ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| b. Did a family member or friend provide transportation? | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | |

| ALIEN'S PRINTED NAME | ALIEN'S SIGNATURE |
|---|---|
| ANTOINE Renel ▮▮▮▮ 662 | _[signature]_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T.J JACKSON | T. Jackson | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Kerr, Kwesi Omari          Alien Number ███ 072   COC Jamaica

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors       Yes ☑       No ☐

Criminal History            Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐   Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER


**Custody Decision** Release ☐      Continue Custody ☑


Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | | | |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.3 (place 7.)_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| KERR,KWESI | A    072,JAMAI | X Refused | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| T. TSJackson | | T. Jackson | 6.17.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Rojas-Jimenez, Jose         Alien Number ▮▮623     COC ECUADOR

Date of Transfer 6/18/2020                 Date of Review 6/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ✔ Other 237a1B

COVID 19 Risk Factors          Yes ☐          No ✔

Criminal History                Yes ✔          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ✔
Out of Field Office     ☐
Other                   ☐      Comments_____

_____

**Custody Decision** Release ☐        Continue Custody ✔

Reviewed by I.BLANCO D.O._____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.75_ — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ROJAS-JIMENEZ,JOSE | A███623 - SPAIN | _signature_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _illegible_ | _signature_ | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Rosales Zamora, Denis        Alien Number ██████057    COC Nicar

Date of Transfer 06/19/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237(a)

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐        Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.0  6/19/20 @ 0012 ()

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |
| For transfers and removals only, is the detainee medically cleared to travel? | ☐ | ☐ | ☑ |
| Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ☐ | ☑ | ☑ | ☐ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? ____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ROSALES ZAMORA, DENIS | 057 , NICAR | Rosale |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | | 6·18·20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Tapaszto, Tibor _____ Alien Number ███ 003 ____ COC HUNGARY

Date of Transfer 06/17/20 _____ Date of Review 06/16/20 _____

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ✓ INA 241   ☐ Other _____

COVID 19 Risk Factors        Yes ✓        No ☐

Criminal History             Yes ☐        No ✓

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ✓
Out of Field Office ☐
Other ☐          Comments Baker Xfer - Attorney - ROHANY, Karya attorney@karyalaw.com  Phone# 888-200-2846

Baker Xfer - Attorney - ROHANY, Karya ███          Phone# ███

NOTIFIED

**Custody Decision** Release ☐      Continue Custody ✓

Reviewed by DO J. H. Martinez _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.8 degrees, RN_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ✓ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?  ✓ ☐

Record method of travel: Ground ☒  ICE Air ☐  Commercial flight- ☐  ✓ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. <u>Steps to Help Prevent the Spread of COVID-19 if You are Sick</u>; and | ☒ | ☐ | |
| b. <u>Stop the Spread of Germs</u>. | ☒ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| TAPASZTO,TIBOR | A███003,HUNGA | ✗ REFUSED |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| _[signature]_ | _[signature]_ | 4/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Louis, Jacques Junior          Alien Number ███ 357     COC Haiti

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital                    ☐
Within Field Office         ☐
Out of Field Office         ☐
Other                       ☐     Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER


**Custody Decision** Release ☐          Continue Custody ☑


Reviewed by_____

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___ 96.∨ _____

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |

For **transfers and removals only**, is the detainee medically cleared to travel?

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |

Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LOUIS JACQUES | ███ 557 | ✗ M̸ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| T. SJACKSON | T. SJackson | 6·17·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Felix, Josue _____  Alien Number ███985 ___ COC Haiti _____

Date of Transfer 06/18/2020 _____  Date of Review 06/18/2020 _____

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital             ☐
Within Field Office  ☐
Out of Field Office  ☐
Other                ☐    Comments IAO- ALEXANDRIA XFER _____
IAO- ALEXANDRIA XFER _____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___96·7___ _____

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. <u>Steps to Help Prevent the Spread of COVID-19 if You Are Sick</u>; and | ☑ | ☐ | |
| b. <u>Stop the Spread of Germs</u>. | ☑ | ☐ | |

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| FELIX JUOSUE | ▉▉▉▉▉185 | |
| OFFICER S/CONTRACTED STAFF'S PRINTED NAME | OFFICER S/CONTRACTED STAFF'S SIGNATURE | DATE |
| T. SJACKSon | T.SJackson | 6.17.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ACEVEDO-Builes, Ivan Dario   Alien Number ████603   COC Colombia

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER


**Custody Decision** Release ☐        Continue Custody ☑


Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: _98.4 Lup phase Temp_ | | | ✓ |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel: Ground ☐ ICE Air ☑ Commercial flight- ☐ | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

| b. Stop the Spread of Germs. | ✓ | | |

| 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | ✓ | | |

| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ACEVEDO-BUILES, IVAN | A███603, COLOM | ✗ Ivan D. Acevedo |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE |
| [signature] | | DATE 6-12-20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Pierre Louis, Ritchie          Alien Number ███████ 007          COC Haiti

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ✓ INA 241      ☐ Other_____

COVID 19 Risk Factors          Yes ✓          No ☐

Criminal History          Yes ✓          No ☐

### Nature of Transfer

IAO Flight Staging          ✓
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐          Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐          Continue Custody ✓

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history.  — YES ☑

**2)** Is the detainee currently:

- In medical isolation?  — NO ☑
- Experiencing symptoms commonly associated with COVID-19?  — NO ☑
- Awaiting COVID-19 test results?  — NO ☑
- Cohorted due to COVID-19 exposure?  — N/A ☑

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases,** if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____  — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  — N/A ☑

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___ 98.8  Quito  fr  — YES ☑

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  — YES ☑

For **transfers and removals only,** is the detainee medically cleared to travel?  — YES ☑
Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  — YES ☒

b. Stop the Spread of Germs.  — YES ☒

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____  — ☐ ☐

b. Did a family member or friend provide transportation?  — ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release?  — ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  — ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  — ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Pierre Louis, Ritchie | ▮▮▮ 001 | x _signature_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Harcia, S | J. LaMarce | 6.17.2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Fu, Yangjia   Alien Number A███573   COC CHINA

Date of Transfer 6/18/2020   Date of Review 6/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☐   No ☑

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐   Comments _____

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by I.BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ✓

2) Is the detainee currently:
   - In medical isolation? — NO ✓
   - Experiencing symptoms commonly associated with COVID-19? — NO ✓
   - Awaiting COVID-19 test results? — NO ✓
   - Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.2 L5n_ — YES ✓
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A
For **transfers and removals only**, is the detainee medically cleared to travel? — N/A
Record method of travel: Ground ✓   ICE Air ☐   Commercial flight ☐ — N/A

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

   b. Stop the Spread of Germs. — YES ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| FU, YANGJIA | A___573 , CHINA | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Taylor | | 4·18·20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sawyers, Derrick ___ Alien Number ▮▮▮108 ___ COC Jamaica ___

Date of Transfer 06/18/2020 ___ Date of Review 06/18/2020 ___

## Detention Authority

☐ INA 235  ☐ INA 236(a)  ☐ INA 236(c)  ☑ INA 241  ☐ Other ___

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History             Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging     ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐     Comments IAO- ALEXANDRIA XFER ___
IAO- ALEXANDRIA XFER ___

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by ___

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **96.9 afbrit**

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ✓   ICE Air ✓   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | |
| b. Did a family member or friend provide transportation? | | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| SAWYERS,DERRICK | 08 , JAMAI | | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| Israel | | | 6.17.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name D'Angelo Dino, Dean     Alien Number A███████B74     COC BAHAMAS

Date of Transfer 6/18/2020        Date of Review 6/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a2Ail

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I.BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.5___ ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?   N/A

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| D'ANGELO DINO,DEAN | A███374,BAHAM | ea∩ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Tgq||2 | | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Monge, Windys Faro          Alien Number ▮▮▮170   COC Haiti

Date of Transfer 06/18/2020               Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)   ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐      Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _96.9_ ☑ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐

For **transfers and removals only**, is the detainee medically cleared to travel? ☑ ☐ ☐

Record method of travel:  Ground ☐    ICE Air ☑    Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MUNOE WINDY'S | ███ 170 | x windymarsi |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T.S. JACKSON | T.S. Jackson | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name PHILLIPS, Ajiha          Alien Number ███671          COC JAMAICA

Date of Transfer 06/16/20                    Date of Review 06/15/20

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☐          No ☑

## Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐          Comments BTC XFER _____
BTC XFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____98.9_____

| | | | |
|---|---|---|---|
| For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | |
| For transfers and removals only, is the detainee medically cleared to travel? ✓ | ☑ | ☐ | |
| Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight- ☑ | ☑ | ☐ | |

ground BTC

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PHILLIPS, AJIHA | A███571, JAMAI | X Aidha Phillips |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| LAMBERT | J.~ | 6/16/21 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Guthrie, Garrion Donavon        Alien Number ███591        COC Jamaica

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## Detention Authority

☐ INA 235        ☐ INA 236(a)        ☐ INA 236(c)        ✓ INA 241        ☐ Other_____

COVID 19 Risk Factors            Yes ✓            No ☐

Criminal History                    Yes ✓            No ☐

## Nature of Transfer

IAO Flight Staging        ✓
Hospital                        ☐
Within Field Office        ☐
Out of Field Office        ☐
Other                            ☐        Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐            Continue Custody ✓

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.2 ~~temperature~~

| | | | |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | ☐ |
| Record method of travel: Ground ☐   ICE Air ☒   Commercial flight ☐ | ☑ | ☐ | ☐ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| GUTHRIE, GARRION DONAVON | A███591,JAMAI | *Gr. Guthrie* | |
| **OFFICER S/CONTRACTED STAFF'S PRINTED NAME** | **OFFICER S/CONTRACTED STAFF'S SIGNATURE** | | **DATE** |
| Liacia d | Jarue | | 6.17.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Suarez-Alvarez, Leonardo Antonio   Alien Numbe ████ 656   COC ECUADOR

Date of Transfer 06/17/20                          Date of Review 06/16/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐        Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and Contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history  ☑ ☐

2) Is the detainee currently:
   * In medical isolation?   ☐ ☑
   * Experiencing symptoms commonly associated with COVID-19?   ☐ ☑
   * Awaiting COVID-19 test results?   ☐ ☑
   * Cohorted due to COVID-19 exposure?   ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:   ☐ ☐ ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.   ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 97.4 byface, RN_____

   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ☑ ☐

   For transfers and removals only, is the detainee medically cleared to travel?   ☑ ☐
   Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐   ☑ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ☑ ☐

   b. Stop the Spread of Germs.   ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.   ☑ ☐

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?   ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release?   ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?   ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?   ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SUAREZ-ALVAREZ,LEONARDO | A███ 656 - ECUAD | ✗ _____ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.Lamb | J.W | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Livingston, Ryan Shawn        Alien Numbe ▉437    COC Jamaica

Date of Transfer 06/18/2020            Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History        Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐      Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ |  |  |

2) Is the detainee currently:

|  | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? |  | ✓ |  |
| • Experiencing symptoms commonly associated with COVID-19? |  | ✓ |  |
| • Awaiting COVID-19 test results? |  | ✓ |  |
| • Cohorted due to COVID-19 exposure? |  | ✓ |  |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: |  |  | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. |  |  | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____97.7 [illegible]_____

|  | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ |  |  |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ |  |  |
| Record method of travel:  Ground ✓   ICE Air ✓   Commercial flight- ☐ | ✓ |  |  |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ |  |
| b. Stop the Spread of Germs. | ✓ |  |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ |  |  |  |
| b. Did a family member or friend provide transportation? |  |  |  |
| c. Was the alien provided with a personal protective equipment mask upon release? |  |  |  |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? |  |  |  |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? |  |  |  |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LIVINGSTON,RYAN | ███437 - JAMAI | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | [signature] | 6.17.20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Koshman, Vasiliy          Alien Number ▮▮▮480   COC UKRAI

Date of Transfer 06/17/20                    Date of Review 06/16/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☑

Criminal History             Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020

 **U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.7_ _____

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ☑ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?   ☑ ☐ ☐

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐   ☑ ☐ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☑ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☑ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| KOSHMAN, VASILIY | A██████80 , UKRAI | ✗ REFUSED | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| J. Land | | J.L. | 6/66/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name LIZARAZO-Mendoza, Ivan Andres  Alien Number ███ 461  COC Colombia

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐       Comments IAO- ALEXANDRIA XFER _____
IAO- ALEXANDRIA XFER _____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | ☐ |  |
| 2) Is the detainee currently: |  |  |  |
| • In medical isolation? | ☐ | ✓ |  |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ |  |
| • Awaiting COVID-19 test results? | ☐ | ✓ |  |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ |  |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98-4  [illegible]

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | ☐ |  |

For transfers and removals only, is the detainee medically cleared to travel? | ✓ | ☐ |  |

Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ |  |

b. Stop the Spread of Germs. | ✓ | ☐ |  |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| a. Did ICE provide transportation? If yes, where was the alien transported to? | ☐ | ☐ |  |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |  |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |  |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |  |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |  |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LIZARAZO MENDOZA, IVAN |  461 . COLOM |  |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 6/2 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MOJICA-Valderrama, John Fredy   Alien Number ███ 378   COC Colombia

Date of Transfer 06/18/2020                              Date of Review 06/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital             ☐
Within Field Office  ☐
Out of Field Office  ☐
Other                ☐          Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | | | |
| 2) Is the detainee currently: | ✓ | | |
|    * In medical isolation? | | | |
|    * Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
|    * Awaiting COVID-19 test results? | | ✓ | |
|    * Cohorted due to COVID-19 exposure? | | ✓ | |
| | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 98.4 Deputice jra

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?  ✓ ☐

Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. <u>Steps to Help Prevent the Spread of COVID-19 if You are Sick</u>; and

   b. <u>Stop the Spread of Germs</u>.  ☐ ✓ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.  ☐ ✓ ☐

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?  ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release?  ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MOJICA-VALDERRAMA, JOHN | 378 , COLOM | X John Mojica |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Castillo | | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Douglas, Kemisha Sasha       Alien Number ███975   COC Jamaica

Date of Transfer 06/18/2020                 Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments Transfer to Glades
Transfer to Glades      _____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ |  |  |
| 2) Is the detainee currently: |  |  |  |
| • In medical isolation? |  | ✓ |  |
| • Experiencing symptoms commonly associated with COVID-19? |  | ✓ |  |
| • Awaiting COVID-19 test results? |  | ✓ |  |
| • Cohorted due to COVID-19 exposure? |  | ✓ |  |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: |  |  | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. |  |  | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 97.1 °F

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ |  |  |
| Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐ | ✓ |  |  |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ |  |  |
| b. Stop the Spread of Germs. | ✓ |  |  |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ |  |  |  |
| b. Did a family member or friend provide transportation? |  |  |  |
| c. Was the alien provided with a personal protective equipment mask upon release? |  |  |  |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? |  |  |  |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? |  |  |  |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DOUGLAS,KEMISHA | A███975,JAMAI | ✗ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| 1. S JACKSON | 1. Jackson | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Diogene, Benjamin          Alien Number ████ 464     COC Haiti

Date of Transfer 06/18/2020               Date of Review 06/18/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ✓ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ✓

Criminal History          Yes ✓          No ☐

### Nature of Transfer

IAO Flight Staging     ✓
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐     Comments Transfer to Glades
Transfer to Glades

**Custody Decision** Release ☐          Continue Custody ✓

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. ☐ ☐

2) Is the detainee currently:
- In medical isolation? ☐ ☐
- Experiencing symptoms commonly associated with COVID-19? ☐ ☐
- Awaiting COVID-19 test results? ☐ ☐
- Cohorted due to COVID-19 exposure? ☐ ☐

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _____ ☐ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel? ☐ ☐ ☐
Record method of travel:   Ground ☐     ICE Air ☑     Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and ☑ ☐

b. Stop the Spread of Germs.   T.J ☒ ☐

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

b. Did a family member or friend provide transportation? ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DIOGENE, BENJAMIN | ████ 464 | KDioge Bely Olini |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T. S. JACKSON | T.S Jackson | 6.17.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name JIMENEZ, Juan Felipe     Alien Number ███████773   COC Colombia

Date of Transfer 06/18/2020              Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐            Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | | | | |
| 2) Is the detainee currently: | | ✓ | | |
| • In medical isolation? | | | | |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ | |
| • Awaiting COVID-19 test results? | | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | | ✓ | |
| | | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and oral temperature check. Record temperature here: _____ 98.7 alphila,____

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | |
| b. Stop the Spread of Germs. | ✓ | |

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| JIMENEZ, JUAN | ███773 - COLOM | ✗ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| | | 6-17-20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Csaba, Danso _____  Alien Numb████ 236 ___ COC HUNGARY ___

Date of Transfer 06/17/20 _____  Date of Review 06/16/20 _____

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☐        No ☑

## Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐     Comments BAKER XFER _____
BAKER XFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO J. H. Martinez _____

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  |  | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | | ✓ | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | ✓ | |
| | • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| | • Awaiting COVID-19 test results? | | | ✓ |
| | • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.7 _____ , ℞

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ✓ ☐

For **transfers and removals only**, is the detainee medically cleared to travel? ✓ ☐

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐ ✓ ☐

ground

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ✓ ☐

b. Stop the Spread of Germs. ✓ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

b. Did a family member or friend provide transportation? ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CSABA,DANSO | ████236,HUNGA | X |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| d.Lambert | J.W | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Pintos Cardozo          Alien Number ███ 232    COC Urugu

Date of Transfer 06/19/2020          Date of Review 06/18/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237(a)

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.1  4/19/2020 0013/0 — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑

Record method of travel: Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PINTOS CARDOZO,LUCIANO | A███232 , URUGU | *(signature)* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Tayla | *(signature)* | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name SEGURA-Galvis, Carlos Alberto  Alien Number ███989  COC Colombia

Date of Transfer 06/18/2020  Date of Review 06/18/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors   Yes ☑   No ☐

Criminal History   Yes ☑   No ☐

## Nature of Transfer

IAO Flight Staging   ☑
Hospital   ☐
Within Field Office   ☐
Out of Field Office   ☐
Other   ☐   Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

|  | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _78.4 Celsius, 6-17-20_

|  | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |

Record method of travel:   Ground ☐   ICE Air ✓   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

|  | YES | NO | N/A |
|---|---|---|---|
| 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | ✓ | | |

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

|  | YES | NO | N/A |
|---|---|---|---|
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SEGURA-GALVIS, CARLOS | A   989 , COLOM | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Law Tibeck | | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Adrien, Edouard          Alien Number ███-153   COC Haiti

Date of Transfer 06/18/2020          Date of Review 06/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital                    ☐
Within Field Office         ☐
Out of Field Office         ☐
Other                       ☐     Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ✓

2) Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.8___ *(illegible handwriting)* — YES ✓
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ✓
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓
Record method of travel: Ground ✓   ICE Air ✓   Commercial flight ☐
*ICE AIR*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

b. Stop the Spread of Germs. — YES ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ADRIEN,EDOUARD | A██████53,HAITI | X *(signature)* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | *(signature)* | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name BELLORIN-Reyes, Jose Angel   Alien Number ███ 358   COC Nicaragua

Date of Transfer 06/18/2020   Date of Review 06/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ✓ INA 241   ☐ Other _____

COVID 19 Risk Factors   Yes ✓   No ☐

Criminal History   Yes ☐   No ✓

### Nature of Transfer

IAO Flight Staging   ✓
Hospital   ☐
Within Field Office   ☐
Out of Field Office   ☐
Other   ☐   Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐   Continue Custody ✓

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |
| | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and
the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 97.1 degrees . XA

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel: Ground ☐ ICE Air ☐ Commercial flight- ☐ | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BELLORIN-REYES,JOSE | A███358,NICAR | X _[signature]_ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| | | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name AYALA-Gil, Jose Ricardo      Alien Number ▮▮▮888   COC Colombia

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## <u>Detention Authority</u>

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History              Yes ☑        No ☐

## <u>Nature of Transfer</u>

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐        Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER
_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by_____

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.6_ (unclear handwriting) RN

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐ | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | | |
| b. Stop the Spread of Germs. | ✓ | | |

| | YES | NO | N/A |
|---|---|---|---|
| 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | ✓ | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| AYALA-GIL,JOSE | ███88,COLOM | (signature) |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Cantleup | (signature) | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name VASQUEZ, Isas        Alien Number ████████ 997        COC MEXICO

Date of Transfer 06/16/20        Date of Review 06/15/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History        Yes ☐        No ☑

## Nature of Transfer

IAO Flight Staging        ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐        Comments BTC XFER _____
BTC XFER

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.6 ~~Rafael~~ | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | ☐ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | ☐ |
| Record method of travel: Ground ☑  ICE Air ☑  Commercial flight- ☑   ① ground BTC | | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| VASQUEZ-PEREZ, ISAS | ▇▇▇97 , MEXIC | X ~~signature~~ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| LAMBERT | J. — | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name WEHDEKING-Prada, Leonardo    Alien Number ███ 376    COC Colombia

Date of Transfer 06/18/2020    Date of Review 06/18/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

## Nature of Transfer

IAO Flight Staging    ☑
Hospital    ☐
Within Field Office    ☐
Out of Field Office    ☐
Other    ☐    Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ N.16 RG/bh/ev _____

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |

For **transfers and removals only**, is the detainee medically cleared to travel?

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |

Record method of travel: Ground ☐    ICE Air ☑    Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| b. Stop the Spread of Germs. | ☑ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| WEHDEKING PRADA,LEONARDO | A███376,COLOM | X ▢▢ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| WTRbnh | | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Mcneil, Lowell          Alien Number ███ 098   COC Jamaica

Date of Transfer 06/18/2020          Date of Review 06/18/2020

### **Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### **Nature of Transfer**

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐     Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and
the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature
check. Record temperature here: ___97.8 Spl14 14___

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ☐    ICE Air ✗    Commercial flight- ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |
| | ☐ | | |
| | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | <u>Steps to Help Prevent the Spread of COVID-19 if You are Sick</u>; and | ✓ | | |
| b. | <u>Stop the Spread of Germs</u>. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO |
|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? ___ | ☐ | ☐ |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MCNEIL, LOWELL | A███098 , JAMAI | X L. Mc Neil |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T.Sjackson | T.Njackson | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Gonzalez Ortiz, Hythalo Rodrigues   Alien Number ███████913   COC BRAZIL

Date of Transfer 06/17/20                Date of Review 06/16/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History             Yes ☐        No ☑

### Nature of Transfer

IAO Flight Staging    ☐
Hospital             ☐
Within Field Office  ☑
Out of Field Office  ☐
Other                ☐    Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☐ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.9_ _Sypher, RN_

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | |

Record method of travel:   Ground ☑   ICE Air ☑   Commercial flight- ☐
_ground_   (JH)

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.  ☑

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GONZALEZ ORTIZ,HYTHALO RODRIGUES | ▬913,BRAZI | X _Refused_ |
| OFFICER S/CONTRACTED STAFF'S PRINTED NAME | OFFICER S/CONTRACTED STAFF'S SIGNATURE | DATE |
| _J Lambert_ | _(J.H)_ | _6/16/20_ |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Bustamante Cardozo, Nora Elena    Alien Number ▮▮▮ 778    COC Colombia

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History            Yes ☑        No ☐

## **Nature of Transfer**

IAO Flight Staging        ☑
Hospital                ☐
Within Field Office        ☐
Out of Field Office        ☐
Other                    ☐        Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER
_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.4_ ☑
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑
For **transfers and removals only**, is the detainee medically cleared to travel? ☑
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BAUSTAMANTE, CARDOZO | ▮▮▮▮ 78 | Knoabustamante |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T.S. Jackson | T. Jackson | 6.19.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Williams, Oral Dwayne          Alien Number ▮▮▮▮ 166   COC Jamaica

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐     Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER
_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _____ 97. 4 ☑
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
Record method of travel: Ground ☐  ICE Air ☑  Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

b. Stop the Spread of Germs. — YES ☑

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| WiLLiAms Orcel | ███████ 466 | ☑ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| TS Jackson | T. Jackson | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Rene, Angelo          Alien Number A██████801   COC BAHAMAS

Date of Transfer 6/18/2020                    Date of Review 6/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I.BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _99.5_

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | N/A |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | |

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RENE,ANGELO | ███301 , BAHAM | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | | 6·18·20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Taylor Ramirez, Michael        Alien Number A▮▮▮▮1364   COC VENEZUELA

Date of Transfer 6/18/2020                    Date of Review 6/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I.BLANCO D.O._____



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

| | NO |
|---|---|
| | ✓ |
| | ✓ |
| | ✓ |
| | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and
the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:   `N/A`

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.   `N/A`

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.3___   ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   `N/A`

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ✓

b. Stop the Spread of Germs.   ✗

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? ___

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| TAYLOR RAMIREZ,MICHAEL | A███364,UK | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | | 6·18-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

### PRE-Transfer Custody Review

Name DIAZ, Eliandrys  Alien Number ████████ 828 █████   COC CUBA

Date of Transfer 06/16/20                          Date of Review 06/15/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑        No ☐

Criminal History               Yes ☐        No ☑

### Nature of Transfer

| | |
|---|---|
| IAO Flight Staging | ☐ |
| Hospital | ☐ |
| Within Field Office | ☑ |
| Out of Field Office | ☐ |
| Other | ☐ |

Comments BTC XFER _____

BTC XFER
_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO R. OREZZOLI _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A ✓

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.5_ — ✓
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ✓
For **transfers and removals only**, is the detainee medically cleared to travel? — ✓
Record method of travel:   Ground ✓   ICE Air ✓   Commercial flight — ground BTC — ✓

J.L 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ✓

  b. Stop the Spread of Germs. — ✓

J.L 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |

  b. Did a family member or friend provide transportation? | | |

  c. Was the alien provided with a personal protective equipment mask upon release? | | |

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | |

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DIAZ NARANJO, ELIANDRYS | A███████28 - CUBA | X Eliandrys |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| LAMBERT | J.— | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Louissaint, Ronald          Alien Number ███ 515   COC Haiti/Bahamas

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## **Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History                Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐    Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER
_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, or new loss of taste or smell) and a temperature check. Record temperature here: ___98.0 *[handwritten]*___

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground [✓]   ICE Air [ ]   Commercial flight- [ ]

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO |
|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. | Stop the Spread of Germs. | ✓ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. | Did a family member or friend provide transportation? | | | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LOUISSAINT,RONALD | [redacted]515,HAITI | *[signature]* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | *[signature]* | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name RAMIREZ-ZACARIAS, Luis    Alien Number ███████423    COC GUATEMALA

Date of Transfer 06/16/20    Date of Review 06/15/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ✔ INA 241    ☐ Other_____

COVID 19 Risk Factors    Yes ✔    No ☐

Criminal History    Yes ☐    No ✔

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ✔
Out of Field Office    ☐
Other    ☐    Comments BTC XFER
BTC XFER

**Custody Decision** Release ☐    Continue Custody ✔

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ☑

**2)** Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.8_ — YES ☑
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐     *ground BTC*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

   b. Stop the Spread of Germs. — YES ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RAMIREZ-ZACARIAS,LUIS | ▩▩23 - GUATE | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| LAMBERT | J.L | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Villena Buitrago, Juan Carlos     Alien Number ▮▮▮▮ 672     COC Venezuela

Date of Transfer 06/18/2020                          Date of Review 06/18/2020

## __Detention Authority__

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

## __Nature of Transfer__

IAO Flight Staging      ☑
Hospital          ☐
Within Field Office      ☐
Out of Field Office      ☐
Other          ☐      Comments Transfer to Glades
Transfer to Glades
_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

| DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19. | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
|---|---|---|---|
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.9_ | ✓ | | |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | N/A |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | |
| Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐ | | | |

| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

| 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| VILLENA BUITRAGO,JUAN | A 672 - VENEZ | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ambrocio-Tojil, Bernabe      Alien Number ▐▐▐ 946    COC GUATEMALA

Date of Transfer 06/19/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 237

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital      ☐
Within Field Office      ☑
Out of Field Office      ☐
Other      ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by Martin, A

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checkli
### for AI ICE ERO Transfers, Removals, and Rele

| | | YES | NO |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | | ✓ | ☐ |

2) Is the detainee currently:

| | YES | NO |
|---|---|---|
| • In medical isolation? | ☐ | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ |
| • Awaiting COVID-19 test results? | ☐ | ✓ |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.5__

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?

Record method of travel:   Ground ☐   ICE Air ☐   Commercial flight ✓

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and    ✓

b. Stop the Spread of Germs.    ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _Miami Airport_    ✓

b. Did a family member or friend provide transportation?    ☐ ✓

c. Was the alien provided with a personal protective equipment mask upon release?    ✓

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?    ☐ ✓

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?    ✓

| | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Ambrocio-Tojil, Bernabe | | |
| A_____46 BTC Guate Male | | |

| | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Broward Transitional Center | | 6/19/20 |
| Sejour Jackson, RN | | |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

### PRE-Transfer Custody Review

Name CASTRO-CARIAS, Celestino  Alien Number ███576  COC HONDURAS

Date of Transfer 06/16/20            Date of Review 06/15/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑      No ☐

Criminal History               Yes ☐      No ☑

## Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments B TC XFER _____
B TC XFER

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | ✓ | |
| | • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| | • Awaiting COVID-19 test results? | | ✓ | |
| | • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. | For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.9___ _[signature]_ ✓

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ✓

For **transfers and removals only,** is the detainee medically cleared to travel? ✓ ✓

Record method of travel: Ground ✓  ICE Air ✓ . Commercial flight ✓

*Ground BTC*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. | Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? | | | |
| b. | Did a family member or friend provide transportation? | | | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CASTRO-CARIAS,CELESTINO | A████576,HONDU | X _[signature]_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| LAMBERT | _[signature]_ | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Jean Baptiste, Steve          Alien Number A███████3671   COC BAHAMAS

Date of Transfer 6/18/2020              Date of Review 6/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐        Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I.BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ✓

2) Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.0_ — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ✓  ICE Air ☐  Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

   b. Stop the Spread of Germs. — YES ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| JEAN BAPTISTE,STEVE | A████571 , BAHAM | *[signature]* | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| Taylor | *[signature]* | | 6.18.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gomes-Quintero, Juan Andres   Alien Number ███ 898   COC Venez

Date of Transfer 06/19/2020                     Date of Review 06/18/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐     Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.6 6/19/20 @ 0015Q — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

   b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GOMES-QUINTERO,JUAN | A████98, VENEZ | Betusecl |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Ta/u | | 6·18·20 |



**U.S. Immigration
and Customs
Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Faapusa Teo, Aisoli          Alien Number [REDACTED] 993    COC SAMOA

Date of Transfer 06/17/20          Date of Review 06/16/20

### Detention Authority

✓ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ✓

Criminal History          Yes ☐          No ✓

### Nature of Transfer

IAO Flight Staging    ☐
Hospital             ☐
Within Field Office  ✓
Out of Field Office  ☐
Other                ☐          Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐          Continue Custody ✓

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.7 *Rephas, RN*   ☑ ☐ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ☑ ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight- ☐   ☑ ☐ ☐
*Ground*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| b. Stop the Spread of Germs. | ☑ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| FAAPUSA TEO,AISOLI | A█████993 - SAMOA | X *(signature)* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J. Lankard | *(signature)* | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Beaubrun, Joacinth      Alien Number ███ 841   COC Haiti

Date of Transfer 06/18/2020          Date of Review 06/18/2020

### **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### **Nature of Transfer**

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 98.0 _____ Rachel to RN

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — ☑

Record method of travel: Ground ☑   ICE Air ☑   Commercial flight- ☐ — ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑

b. Stop the Spread of Germs. — ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐

b. Did a family member or friend provide transportation? — ☐

c. Was the alien provided with a personal protective equipment mask upon release? — ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BEAUBRUN, JOACINTH | ███ 841 - HAITI | |
| **OFFICER'S/CONTRACTED STAFF'S PRINTED NAME** | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Israel | | 6.17.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

## PRE-Transfer Custody Review

Name CARLOS, Jose Lazaro Alien Number ████ 828 ____ COC MEXICO

Date of Transfer 06/16/20 _____  Date of Review 06/15/20 _____

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors    Yes ☑    No ☐

Criminal History    Yes ☐    No ☑

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments B TC XFER _____
B TC XFER
_____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by DO R. OREZZOLI _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ☑

**2)** Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4_ — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☑   _ground BTC_

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

b. Stop the Spread of Germs. — YES ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| CARLOS FELIPE, JOSE LAZARO | ██████828, MEXIC | X | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| LAMBERT | | | 6/15/20 |



**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Oikonomidis Nounies Sants, Eleftherios   Alien Number ▓▓▓358   COC GREECE

Date of Transfer 06/17/20          Date of Review 06/16/20

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐          Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?  [ ] [✓] [ ]
- Experiencing symptoms commonly associated with COVID-19?  [ ] [✓] [ ]
- Awaiting COVID-19 test results?  [ ] [✓] [ ]
- Cohorted due to COVID-19 exposure?  [ ] [✓] [ ]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  [ ] [ ] [✓]

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  [ ] [ ] [✓]

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.5 (update, es)_  [✓] [ ]
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  [✓] [ ]
For **transfers and removals only**, is the detainee medically cleared to travel?  [✓] [ ]
Record method of travel:  Ground [✓]   ICE Air [ ]   Commercial flight- [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.  [✓] [ ]

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.  [✓] [ ]

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?  [ ] [ ]

   c. Was the alien provided with a personal protective equipment mask upon release?  [ ] [ ]

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  [ ] [ ]

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  [ ] [ ] [ ]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| OIKONOMIDIS NOUNIES SANTS,ELEFTHERIOS | A███358 , GREEC | X REFUSED |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| d.Lamhen | (J.h) | 6/6/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Nossin, Kevin Jesus     Alien Number ▮▮▮092    COC MARTI

Date of Transfer 06/17/20        Date of Review 06/16/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☐      No ☑

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.6__
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐ — YES ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. — YES ☑

a. Did ICE provide transportation? If yes, where was the alien transported to? ___

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| NOSSIN,KEVIN | ███092 , MARTI | X _Jurinu_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J. Lan██ | J.█ | 6/16/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Rolle, Lathario          Alien Number A███████ 3222   COC BAHAMAS

Date of Transfer 6/18/2020                    Date of Review 6/18/2020

## **Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a9Aii

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I.BLANCO D.O._____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐

| | YES | NO | N/A |
|---|---|---|---|
| (screening) | ✓ | | |
| (medically cleared) | | | M/A |
| | | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick, and | ✗ | | |
| b. Stop the Spread of Germs. | ✗ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ROLLE,LATHARIO | A ███ 222,BAHAM | *(signature)* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| *(handwritten)* | *(signature)* | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sosa Villarroel, Roberto Moises   Alien Number ███ 916   COC VENEZ

Date of Transfer 06/17/2020   Date of Review 06/17/2020

## Detention Authority

[✓] INA 235   [ ] INA 236(a)   [ ] INA 236(c)   [ ] INA 241   [ ] Other _____

COVID 19 Risk Factors   Yes [ ]   No [✓]

Criminal History   Yes [✓]   No [ ]

## Nature of Transfer

IAO Flight Staging   [ ]
Hospital   [ ]
Within Field Office   [✓]
Out of Field Office   [ ]
Other   [ ]   Comments _____

_____

**Custody Decision** Release [ ]   Continue Custody [✓]

Reviewed by N. Roman _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ |  |  |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

|  | YES | NO | N/A |
|---|---|---|---|
| In medical isolation? |  | ✓ |  |
| Experiencing symptoms commonly associated with COVID-19? |  | ✓ |  |
| Awaiting COVID-19 test results? |  | ✓ |  |
| Cohorted due to COVID-19 exposure? |  | ✓ |  |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, **2b** and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  [ ] [ ] [✓]

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  [ ] [ ] [✓]

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.4 ℉ mia_  [✓]

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  [ ] [ ] [✓]

For **transfers and removals only**, is the detainee medically cleared to travel?  [✓]

Record method of travel: Ground [ ]   ICE Air [ ]   Commercial flight [ ]   [✓]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  [✓]

b. Stop the Spread of Germs.  [✓]

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.  [✓]

a. Did ICE provide transportation? If yes, where was the alien transported to? _____  [ ] [ ]

b. Did a family member or friend provide transportation?  [ ] [ ]

c. Was the alien provided with a personal protective equipment mask upon release?  [ ] [ ]

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  [ ] [ ]

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  [ ] [ ]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SOSA VILLARROEL,ROBERTO | ███ 916 , VENEZ | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Smith, Henry          Alien Number A_____0425   COC BAHAMAS

Date of Transfer 6/18/2020          Date of Review 6/18/2020

### **Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a2Aii

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### **Nature of Transfer**

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I.BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.6 ___

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐

| | YES | NO | N/A |
|---|---|---|---|
| (temperature screening) | ✓ | | |
| (screening process) | | | N/A |
| (medically cleared to travel) | | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| SMITH,HENRY LIVINGSTON | ███25 - BAHAM | _Henry L Smith_ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| | | | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name BREY CALDERON, Brandi     Alien Number ███ 371     COC Spain

Date of Transfer 06/19/2020          Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237(a)(1)(B)

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑ YES

2) Is the detainee currently:
- In medical isolation? — ☑ N/A
- Experiencing symptoms commonly associated with COVID-19? — ☑ N/A
- Awaiting COVID-19 test results? — ☑ N/A
- Cohorted due to COVID-19 exposure? — ☑ N/A

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☑ YES, ☑ N/A

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☑ N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.1 @ 0005 6/19/20 ( — ☑ YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☑ N/A

For **transfers and removals only**, is the detainee medically cleared to travel? — ☑ YES

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑ YES

b. Stop the Spread of Germs. — ☑ YES

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BREY CALDERON,BRANDI | A[ ]371 - SPAIN | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Y Taylor | | 6/18/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Walkine, James                 Alien Number A███████3927     COC BAHAMAS

Date of Transfer 6/18/2020                          Date of Review 6/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I.BLANCO D.O._____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.7_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐

| | YES | NO | N/A |
|---|---|---|---|
| (symptom screening) | ✓ | | |
| (medically cleared) | | | N/A |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. Stop the Spread of Germs. | ✓ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| WALKINE, JAMES | A⬛027 - BAHAM | _(signature)_ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| _(handwritten)_ | _(signature)_ | 6/18/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name SANCHEZ-Rodriguez, Diego Alberto   Alien Number ██████ 375   COC Colombia

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging          ☑
Hospital                    ☐
Within Field Office         ☐
Out of Field Office         ☐
Other                       ☐     Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER
_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ✓

2) Is the detainee currently:
   * In medical isolation? — NO ✓
   * Experiencing symptoms commonly associated with COVID-19? — NO ✓
   * Awaiting COVID-19 test results? — NO ✓
   * Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A ✓

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **96.0** _(signature)_
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ✓
   For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓
   Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

   b. Stop the Spread of Germs. — YES ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐

   b. Did a family member or friend provide transportation? — ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SANCHEZ RODRIGUEZ, DIEGO ALBERTO | ███ 375 , COLOM | _(signature)_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _(handwritten)_ | _(signature)_ | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

### PRE-Transfer Custody Review

Name Carrillo Luis, Efrain Adonay          Alien Number ▮▮▮357   COC VENEZUELA

Date of Transfer 06/17/20                           Date of Review 06/16/20

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐     Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____97.0_____ *[signature] R.Phills, RN*

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | | | |
|---|---|---|---|
| | ☑ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | |
| Record method of travel:   Ground ☑   ICE Air ☑   Commercial flight- ☐ | ☑ | ☐ | |

*grand*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| b. Stop the Spread of Germs. | ☑ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | |
|---|---|---|
| | ☑ | ☐ |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CARRILLO LUIS,EFRAIN ADONAY | A███357,VENEZ | X *[signature]* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| *(J. Wambre...)* | *J.W.* | 1/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name IGUARAN, Nelson      Alien Number [REDACTED] 593      COC COLOMBIA

Date of Transfer 06/16/20                    Date of Review 06/15/20

## **Detention Authority**

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☐          No ☑

## **Nature of Transfer**

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐      Comments B TC XFER _____
B TC XFER

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ☑

**2)** Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.1_  *[signature]*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
Record method of travel: Ground ☑   ICE Air ☑   Commercial flight ☑   *ground ero*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑

b. Stop the Spread of Germs. — ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? ___

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| IGUARAN-IGUARAN,NELSON | A█████93,COLOM | X. NELSON |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| LAMBERT | J.— | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Anelmo Da Silva, Edimilson</u>     Alien Number <u>A███████7512</u>   COC <u>BRAZIL</u>

Date of Transfer <u>6/18/2020</u>               Date of Review <u>6/18/2020</u>

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other <u>237a1B</u>

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐        Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by <u>I.BLANCO D.O.</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.8__ | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | N/A |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | |

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

| | YES | NO |
|---|---|---|
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. Stop the Spread of Germs. | ✓ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ANELMO DA SILVA,EDIMILSON | ███512,BRAZI | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Taylor | [signature] | 6·18·20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name **Jozine, Lovensji**        Alien Number A███847   COC **UK**

Date of Transfer **6/18/2020**              Date of Review **6/18/2020**

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other **237a1B**

COVID 19 Risk Factors        Yes ☐       No ☑

Criminal History             Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments _____

_____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by **I.BLANCO D.O.**

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

| DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19. | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
|---|---|---|---|
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.7°F_ | ✓ | | |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | N/A |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | |
| Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐ | | | |

| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

| 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| JOZINE,LOVENSJI | A      847 , UK | | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Taylor | | | 6/18/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Domingo-Simon           Alien Number ███ 313   COC Guate

Date of Transfer 06/19/2020                  Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212(a)

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments Part of a family unit

Part of a family unit

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by S.Jenkins

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.7 6/19/20 @ 0015_  ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ✓

For **transfers and removals only**, is the detainee medically cleared to travel?  ✓

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ✓

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DOMINGO-SIMON,ANTONIO | ███313,GUATE | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Tay V | | 6/18/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Natale, Guido</u>          Alien Number A_____9632   COC <u>ITALY</u>

Date of Transfer <u>6/18/2020</u>              Date of Review <u>6/18/2020</u>

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other <u>217 VISA WAIVER</u>

COVID 19 Risk Factors          Yes ☑       No ☐

Criminal History             Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital               ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                ☐    Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by <u>I.BLANCO D.O.</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __97-4__ ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  N/A

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ✓

b. Stop the Spread of Germs. ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| NATALE,GUIDO | A_____32 , ITALY | X |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Taylor | | 6-18-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name La Rosa Bordas, Jorge          Alien Number ████ 542    COC CUBA

Date of Transfer 06/17/20          Date of Review 06/16/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital                   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                      ☐          Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4 alphabet ei_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ✓ ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel? ✓ ☐ ☐

Record method of travel:  Ground ☒   ICE Air ☐   Commercial flight- ☐   ✓ ☐ ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| **b.** Stop the Spread of Germs. | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. ✓ ☐

| | | |
|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| **b.** Did a family member or friend provide transportation? | ☐ | ☐ |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LA ROSA BORDAS, JORGE | A███542 , CUBA | x REFUSED |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| J. Lambert | (J.N) | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

### Miami Field Office

### PRE-Transfer Custody Review

Name RODRIGUEZ, Hubert     Alien Number ██████801     COC GUATEMALA

Date of Transfer 06/16/20                Date of Review 06/15/20

## Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☐          No ☑

## Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments BTC XFER_____
BTC XFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.9_ ✓ — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓
Record method of travel: Ground ✓  ICE Air ✓  Commercial flight- ⊘

④  _ground BTC_

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

b. Stop the Spread of Germs. — YES ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RODRIGUEZ-RODRIGUEZ,HUBERT | A█████01 , GUATE | X HUBER |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| LAMBERT | J.— | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name HERRERA-Cordoba, Carlos Manuell   Alien Number ███ 382   COC Colombia

Date of Transfer 06/18/2020         Date of Review 06/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐      No ☑

Criminal History              Yes ☐      No ☑

### Nature of Transfer

IAO Flight Staging      ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐      Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ |  |  |
| 2) Is the detainee currently: |  |  |  |
| • In medical isolation? |  | ✓ |  |
| • Experiencing symptoms commonly associated with COVID-19? |  | ✓ |  |
| • Awaiting COVID-19 test results? |  | ✓ |  |
| • Cohorted due to COVID-19 exposure? |  | ✓ |  |

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases,** if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ |  |  | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. |  |  | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.6_ ✓

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ✓

For **transfers and removals only,** is the detainee medically cleared to travel? ✓

Record method of travel:   Ground ☐   ICE Air ✓   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. |  |  |  |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and |  |  |  |
| b. Stop the Spread of Germs. T.J. ✓ | ✓ |  |  |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | ✓ |  |  |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ |  |  |  |
| b. Did a family member or friend provide transportation? |  |  |  |
| c. Was the alien provided with a personal protective equipment mask upon release? |  |  |  |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? |  |  |  |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? |  |  |  |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CARLOS HERRERA CORDOBA | ███ 382 | 4 Refused |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T.S. JACKSON | T. SJackson | 6.17.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Mac-Ical, Carlos          Alien Number ███ 174     COC Guate

Date of Transfer 06/19/2020              Date of Review 06/18/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212(a)(6)(A)(i)

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments This alien is identified as a member of a Family Unit
This alien is identified as a member of a Family Unit

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by S.Jenkins

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history ☑

2) Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.4 @ 0007_ 6/19/20 ☑ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☑

For **transfers and removals only**, is the detainee medically cleared to travel? ☑ ☐

Record method of travel: Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. ☒ ☐

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☒ ☐

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. ☐ ☐

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

   b. Did a family member or friend provide transportation? ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MAC-ICAL, CARLOS | ███74, GUATE | Car los |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | | 6·18·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name FUNES-MEDINA, Wilfredo  Alien Number ███ 703 ___ COC HONDURAS

Date of Transfer 06/16/20 _____  Date of Review 06/15/20 _____

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☐     No ☑

## Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments BTC XFER _____
BTC XFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history |  | ✓ |  |

2) Is the detainee currently:

| | | | |
|---|---|---|---|
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases,** if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___78.8___ (98.4)

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ✓

For **transfers and removals only,** is the detainee medically cleared to travel?   ✓

Record method of travel:   Ground ✓   ICE Air ✓   Commercial flight- ✓   ✓

grand  BTC

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. Stop the Spread of Germs. | ✓ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? ___ | | |
| b. Did a family member or friend provide transportation? | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| FUNES-MEDINA, WILFREDO | ███ 703 - HONDU | X |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| LAMBERT | J.W | 6/16/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Aldana-Moreno, Henry      Alien Number [REDACTED] 740      COC Venez

Date of Transfer 06/19/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 237

COVID 19 Risk Factors         Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐        Comments _____

---

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by Martin, A _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑ YES

2) Is the detainee currently:
- In medical isolation? — ☑ N/A
- Experiencing symptoms commonly associated with COVID-19? — ☑ N/A
- Awaiting COVID-19 test results? — ☑ N/A
- Cohorted due to COVID-19 exposure? — ☑ N/A

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☑ N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☑ N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.5  6/19/20 W0007 2_ — ☑ YES

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☑ N/A

For transfers and removals only, is the detainee medically cleared to travel? — ☑ YES
Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   ☑ a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒ YES

   ☑ b. Stop the Spread of Germs. — ☒ YES

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐

   b. Did a family member or friend provide transportation? — ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ALDANA-MORENO, HENRY | A___40, VENEZ | X Refused |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Taylor | | 6/18/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Seguin, Arry          Alien Number ████ 300   COC HAITI

Date of Transfer 06/17/20              Date of Review 06/16/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐       Comments BAKER XFER
BAKER XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO J. H. Martinez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ☑ | |
| • Awaiting COVID-19 test results? | | ☑ | |
| • Cohorted due to COVID-19 exposure? | | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: ___96.3___

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | | |
| Record method of travel: Ground ☑  ICE Air ☐  Commercial flight ☐ | ☑ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | | |
| b. Stop the Spread of Germs. | ☑ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? ___ | | | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SEGUIN, ARRY | ▓▓▓800, HAITI | X |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J. Lamb | | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name SUAZO, Benito Rafael          Alien Number ████ 680     COC DR

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other I-871

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐       Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases,** if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.2_ 〜

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | | | ✓ |

For **transfers and removals only,** is the detainee medically cleared to travel?

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | ☒ | |

Record method of travel: Ground ✓  ICE Air ☐  Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Suazo Benito | ███ 680 | x Benito R Suazo |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|---|
| JDiner | | | 6/18/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Duran,Alexander          Alien Number ████509    COC DR

Date of Transfer 06/18/2020          Date of Review 06/18/2020

**Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other ER

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

**Nature of Transfer**

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments_____

_____

**Custody Decision Release** ☐     Continue Custody ☑

Reviewed by S.Jenkins_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _99.6°F_  ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ☐ ✓

For **transfers and removals only**, is the detainee medically cleared to travel?  ✓ ☐ ☐

Record method of travel:   Ground ☒   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ☒ | |
| b. Stop the Spread of Germs. | | ☒ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Duran Alexande | 609 ▉ | X Alexander Duran |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|---|
| | | | 6/18/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ocampo, Bryan          Alien Number ███ 493     COC Colombia

Date of Transfer 06/18/2020          Date of Review 06/18/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐          Comments IAO- ALEXANDRIA XFER _____
IAO- ALEXANDRIA XFER _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by Martin, A _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | | ✓ | ☐ | |
| 2) Is the detainee currently: | | | | |
| • In medical isolation? | | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.7 (Apnea),___

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐

| | | ✓ | ☐ | |
| ✓ | ☐ | | | |
| | | ☐ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ✓ | ☐ | |
| b. Stop the Spread of Germs. | | ✓ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | AP | ALIEN'S SIGNATURE |
|---|---|---|
| OCAMPO,BRYAN | ███ 493 , COLOM | X Bryan A Ocampo |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| La Tibub | | | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Cruz Rubio, Keneeth Ivan      Alien Numbe█████661      COC Nicaragua

Date of Transfer 06/18/2020                   Date of Review 06/18/2020

## Detention Authority

☐ INA 235   ☑ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging          ☑
Hospital                    ☐
Within Field Office         ☐
Out of Field Office         ☐
Other                       ☐     Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by Martin, A

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.6_ Afebrile

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ✓

For transfers and removals only, is the detainee medically cleared to travel?   ✓

Record method of travel:  Ground ✓   ICE Air ✓   Commercial flight- ☐   ✓

_ICE AIR_

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

AR  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ✓

AR  b. Stop the Spread of Germs.   ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| CRUZ RUBIO,KENEETH | [redacted] 661,NICAR | | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE |
| A. Rodriguez | | | 6·17·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Albornoz Escalona, Alan          Alien Number A███████894    COC CHILE

Date of Transfer 6/18/2020                     Date of Review 6/18/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ✔ Other 237a1B

COVID 19 Risk Factors          Yes ✔          No ☐

Criminal History              Yes ✔          No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital             ☐
Within Field Office  ✔
Out of Field Office  ☐
Other                ☐    Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ✔

Reviewed by I.BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

| | YES | NO | N/A |
|---|---|---|---|
| In medical isolation? | | ✓ | |
| Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| Awaiting COVID-19 test results? | | ✓ | |
| Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | N/A |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | N/A |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___96.9___

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | | | |

For **transfers and removals only,** is the detainee medically cleared to travel?

| | YES | NO | N/A |
|---|---|---|---|
| | | | N/A |

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | |
| b. Stop the Spread of Germs. | ☒ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | |
| b. Did a family member or friend provide transportation? | | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ALBORNOZ ESCALONA,ALAN | ████394,CHILE | V Alan Alb |

| OFFICER'S, CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| V Taylor | | 6·18·20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Alonzo De La Rosa, Robinson    Alien Number ▮▮▮782    COC DR

Date of Transfer 06/19/2020                Date of Review 06/18/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237(a)

COVID 19 Risk Factors            Yes ☐        No ☑

Criminal History                 Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐    Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.5  6/19/20 @ 0607 U_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.    ☑ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?    ☐ ☑

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐    ☑ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ | |
| b. Stop the Spread of Germs. | ☒ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ALONZO DE LA ROSA,ROBINSON | ██82,DR | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Taylor | | |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Germosen Crisotomo, Luis Alberto    Alien Number ███565    COC DR

Date of Transfer 06/17/2020                    Date of Review 06/17/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐        Comments

---

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by N. Roman

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑

2) Is the detainee currently:
 * In medical isolation? — ☑ (NO)
 * Experiencing symptoms commonly associated with COVID-19? — ☑ (NO)
 * Awaiting COVID-19 test results? — ☑ (NO)
 * Cohorted due to COVID-19 exposure? — ☑ (NO)

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☑ (N/A)

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☑ (N/A)

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____96.8 T___ *Lymose* — ☑ (YES)
For transfers and removals, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel? — ☑ (N/A)
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑ (YES)

  b. Stop the Spread of Germs. — ☑ (YES)

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐

  b. Did a family member or friend provide transportation? — ☐ ☐

  c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GERMOSEN CRISOTOMO,LUIS | ████ 565,DR | X *Luis alberto* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| *Westbrook* | | 6-17-20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name PARRA GUTIERREZ, Jose     Alien Number ███ 194     COC Colom

Date of Transfer 06/18/2020                    Date of Review 06/18/2020

## **Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other ER

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by S.Jenkins _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. — YES ☑

2) Is the detainee currently:
  - In medical isolation? — NO ☑
  - Experiencing symptoms commonly associated with COVID-19? — NO ☑
  - Awaiting COVID-19 test results? — NO ☑
  - Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __96.8__ — YES ☑

  For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A

  For **transfers and removals only**, is the detainee medically cleared to travel? — NO ☒

  Record method of travel:  Ground ☒   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — NO ☒

  b. Stop the Spread of Germs. — NO ☑

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Parsa Jose | ▆▆▆ 194 | X Jose A Parra C |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| JDm | | 6/18/20 |



**U.S. Immigration
and Customs
Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

### Miami Field Office

### PRE-Transfer Custody Review

Name SEBASTIAN, Mateo      Alien Number █████ 309 _____ COC GUATEMALA

Date of Transfer 06/16/20 _____      Date of Review 06/15/20 _____

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors      Yes ☑      No ☐

Criminal History      Yes ☐      No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital      ☐
Within Field Office      ☑
Out of Field Office      ☐
Other      ☐      Comments BTC XFER _____
BTC XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO R. OREZZOLI ~~_signature_~~

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ |  |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, newloss of taste or smell) and a temperature check. Record temperature here: _98.4_ ☑

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑

For transfers and removals only, is the detainee medically cleared to travel? ☑

Record method of travel: Ground ☑   ICE Air ☑   Commercial flight- ☑ ☑

_ground   BTC_

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. _J.L_

| | | |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| b. Stop the Spread of Germs. | ☑ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. _J.L_

| | | |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| SEBASTIAN-SEBASTIAN,MATEO | A    309 - GUATE | X _Mteo Seo_ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| _Lambert_ | | _JL_ | 6 16 20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name CARDOZO, Marcelo     Alien Number ████ 706     COC Bolivia

Date of Transfer 06/16/20     Date of Review 06/15/20

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☐     No ☑

## Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐     Comments BTC XFER _____
BTC XFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | ☐ | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.7___

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | ☐ | |
| Record method of travel: Ground ☑ ICE Air ☑ Commercial flight ☒ | ✓ | ☐ | |

Ground BTC

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ✓ | ☐ | |
| b. Stop the Spread of Germs. | ✓ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CARDOZO-ESCALERA, MARCELO | ▮▮▮706, BOLIV | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| | | 6-16-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Da Silva Jesus, Luiz _____ Alien Number ██████ 449 ___ COC BRAZIL _____

Date of Transfer 6/18/2020 _____ Date of Review 6/18/2020 _____

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a1B

COVID 19 Risk Factors       Yes ☐       No ☑

Criminal History       Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐   Comments _____

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by I.BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19. | YES | NO | N/A

1) Verify the detainee's current health status and exposure history | [✓] | [ ]

2) Is the detainee currently:
- In medical isolation? | [ ] | [✓]
- Experiencing symptoms commonly associated with COVID-19? | [ ] | [✓]
- Awaiting COVID-19 test results? | [ ] | [✓]
- Cohorted due to COVID-19 exposure? | [ ] | [✓]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | [ ] | [ ] | [N/A]

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | [ ] | [ ] | [N/A]

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __99.4 °F__ | [✓] | [ ]

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | [ ] | [ ] | [N/A]

For **transfers and removals only**, is the detainee medically cleared to travel? | [ ] | [ ]

Record method of travel:   Ground [✓]    ICE Air [ ]    Commercial flight [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

~~a. Steps to Help Prevent the Spread of COVID-19 if You are Sick, and~~ | [✓] | [ ]

b. Stop the Spread of Germs. | [✓] | [ ]

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | [ ] | [ ]

b. Did a family member or friend provide transportation? | [ ] | [ ]

c. Was the alien provided with a personal protective equipment mask upon release? | [ ] | [ ]

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | [ ] | [ ] | [ ]

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | [ ] | [ ] | [ ]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DA SILVA JESUS,LUIZ | ██████ 49 - BRAZI | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Ta/102 | | 6.18.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name ~~CORDERO-TIBURCIO, Manolo~~ ~~Alien~~ Number ████ 4 18 COC D.R.

Date of Transfer 06/16/20                    Date of Review 06/15/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors         Yes ☑         No ☐

Criminal History              Yes ☐         No ☑

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments BTC XFER
BTC XFER

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
   - In medical isolation? — NO ☑
   - Experiencing symptoms commonly associated with COVID-19? — NO ☑
   - Awaiting COVID-19 test results? — NO ☑
   - Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____97.9_____ — YES ☑

   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑

   For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
   Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight- ☑ *0*

   Ground BTC

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

   b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CORDERO-TIBURCIO, MANOLO | 418,DR | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Lambert | | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Polu, Rami R          Alien Numbe ██████251          COC INDIA

Date of Transfer 06/17/2020          Date of Review 06/17/2020

## **Detention Authority**

☐ INA 235   ☑ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments_____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by N. Roman_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 96.9°F *Grande* | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | |
| Record method of travel: Ground ☐ ICE Air ☐ Commercial flight- ☐ | | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | | |
| b. Stop the Spread of Germs. | ☑ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| POLU,RAMI | 251 - INDIA | *PD.!* | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| *[signature]* | | *[signature]* | 6-17-20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Cordero-Perez, Diomedes   Alien Number ████ 456   COC DR

Date of Transfer 06/17/2020                    Date of Review 06/17/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

---

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by N. Roman _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |

2) Is the detainee currently:
   * In medical isolation? — NO ☑
   * Experiencing symptoms commonly associated with COVID-19? — NO ☑
   * Awaiting COVID-19 test results? — NO ☑
   * Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___96.6°F  Garcia___ — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑

Record method of travel: Ground ☐  ICE Air ☐  Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and — YES ☑

   b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CORDERO-PEREZ,DIOMEDES | ███456,DR | X ____ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Whitfield | ____ | 6-17-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name OZUNA, Leandro     Alien Number ████ 731     COC D.R.

Date of Transfer 06/16/20     Date of Review 06/15/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☐     No ☑

## Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐          Comments BTC XFER
BTC XFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑

**2)** Is the detainee currently:
- In medical isolation? — NO
- Experiencing symptoms commonly associated with COVID-19? — NO
- Awaiting COVID-19 test results? — NO
- Cohorted due to COVID-19 exposure? — NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.0_ w/o fever — YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES

For **transfers and removals only**, is the detainee medically cleared to travel? — YES
Record method of travel: Ground ☑   ICE Air ☑   Commercial flight- ☐
Ground BTC

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES

b. Stop the Spread of Germs. — YES

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? ____ — ☐ ☐

b. Did a family member or friend provide transportation? — ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| OZUNA, LEANDRO | ███ 31,DR | X LEANdRO OZUNA |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| LAMBERT | (J.L.) | 6/16/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name SANCHEZ MEJIA, Santos   Alien Number ▮▮▮ 444   COC D.R. _____

Date of Transfer 06/16/20   Date of Review 06/15/20

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History             Yes ☐        No ☑

## Nature of Transfer

IAO Flight Staging   ☐
Hospital             ☐
Within Field Office  ☑
Out of Field Office  ☐
Other                ☐     Comments BTC XFER
BTC XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ✓

2) Is the detainee currently:
 - In medical isolation? — NO ✓
 - Experiencing symptoms commonly associated with COVID-19? — NO ✓
 - Awaiting COVID-19 test results? — NO ✓
 - Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.6_ *(initials)* — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ✓

For **transfers and removals only**, is the detainee medically cleared to travel? *(initials)* — YES ✓

Record method of travel: Ground ✓  ICE Air ✓  Commercial flight- ✓

_Ground. BTC_

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

b. Stop the Spread of Germs. — YES ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| SANCHEZ MEJIA,SANTOS RAFAEL | A██████444,DR | X. Sanchez mejia | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| LAMBERT | | (J.N) | 6/16/20 |