

U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name RUIZ-MORA, GERARDO Alien Number [redacted]346 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| Item | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☒ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☒ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☒ | |
| • Awaiting COVID-19 test results? | ☐ | ☒ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☒ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| Item | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☒ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☒ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ______ | ☒ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☒ | ☐ | ☐ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☐ ICE Air ☐ Commercial flight ☐ | ☒ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ | |
| b. Stop the Spread of Germs. | ☒ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☒ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☒ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☒ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☒ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☒ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Ruiz-Mora, Gerardo | A[redacted]346 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt. Madruga | Sgt. Madruga [signature] | 6/18/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MENDOZA-URBINA, GUSTAVO Alien Number [redacted]614 COC Honduras

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other ________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments ________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020



U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.3 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☒ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Mendoza-Urbina, Gustavo | A [redacted] 56M | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt. Madrigo | Sgt Madrigo #258 | 6/18/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Hernandez-Ortiz, Juan Francisco Alien Number [redacted]496 COC Honduras

Date of Transfer 06/17/20 Date of Review 06/17/20

**Detention Authority**

☐ INA 235 ☐ INA 236(a) ☐ INA 236(c) ☑ INA 241 ☐ Other ________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

**Nature of Transfer**

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐ Comments Krome XFER

Krome XFER

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by J. Dominguez

Rev. 06/2020



U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ✓ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ________ | ☐ | ☐ | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ________ | ✓ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ✓ ICE Air ☐ Commercial flight ☐ | ✓ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| **b.** Stop the Spread of Germs. | ✓ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ✓ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ✓ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ✓ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ✓ | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ✓ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Hernandez-Ortiz, Juan | [redacted]496 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MENDOZA-SILIS, IRVIN Alien Number [redacted]356 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________________

________________________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| Item | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ✓ | | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| Item | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ______ | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☐ ICE Air ☐ Commercial flight ☐ | ✓ | | |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Home | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ✓ | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ✓ | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Mendoza-Silis, Irvin | A[redacted]356 | [signature] | |
| **OFFICER'S/CONTRACTED STAFF'S PRINTED NAME** | | **OFFICER'S/CONTRACTED STAFF'S SIGNATURE** | **DATE** |
| Sgt. Madrigo | | Sgt. Madrigo #258 | 6/12/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations

**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name CORRO-MACARIO, MARCELO Alien Number [redacted]644 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| Item | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| Item | YES | NO | N/A |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☑ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ______ | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| **b.** Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☑ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Coro-Macario, Marcelo | [redacted]644 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name HILARIO-CALLEJAS, SANTIAGO Alien Number [redacted]903 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

**Detention Authority**

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

| **DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19. | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |
| For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5. | | | |
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☑ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ______ | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☒ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| **b.** Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☑ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Hillario-Callejas, Santiago | [redacted]903 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations

**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MARTINEZ-BONILLA, ALVIN Alien Number [redacted]498 COC Honduras

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________

**Custody Decision** Release ☐ Continue Custody ☑

*Reviewed by* Joseph Brown

Rev. 06/2020



U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| Item | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ✓ | | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| Item | YES | NO | N/A |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ____________ | | | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ____________ | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ✓ | | |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| **b.** Stop the Spread of Germs. | ✓ | | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ✓ | | |
| **b.** Did a family member or friend provide transportation? | | ✓ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ✓ | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ✓ | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Martinez-Bonilla, Alvin | [redacted]198 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name DELGADO MUNOZ, EDGAR Alien Number [redacted]050 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

**Detention Authority**

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020



U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19. YES NO N/A

1) Verify the detainee's current health status and exposure history. [YES ☑]

2) Is the detainee currently:
- In medical isolation? [NO ☑]
- Experiencing symptoms commonly associated with COVID-19? [NO ☑]
- Awaiting COVID-19 test results? [NO ☑]
- Cohorted due to COVID-19 exposure? [NO ☑]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ [N/A ☑]

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. [N/A ☑]

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.5 [YES ☑]

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. [N/A ☑]

For **transfers and removals only**, is the detainee medically cleared to travel? [YES ☑]

Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and [YES ☒]

b. Stop the Spread of Germs. [YES ☒]

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? None [YES ☑]

b. Did a family member or friend provide transportation? [NO ☑]

c. Was the alien provided with a personal protective equipment mask upon release? [YES ☑]

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? [YES ☑]

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? [YES ☑]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Delgado Munoz, Edgar | A[redacted]050 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt. Madrigo | Sgt. Madrigo #258 | 6/18/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ALVAREZ LOPEZ, RAMON Alien Number [redacted]359 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| Item | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| Item | YES | NO | N/A |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ____ | ☐ | ☐ | ☑ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ____ | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| **b.** Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☑ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Alvarez Lopez, Ramon | [redacted]359 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name VAZQUEZ VELASCO, ROSCELIN Alien Number [REDACTED]382 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other ________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments ____________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ✓ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |
| For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5. | | | |
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ______ | ✓ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ✓ ICE Air ☐ Commercial flight ☐ | ✓ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| **b.** Stop the Spread of Germs. | ✓ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ✓ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ✓ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ✓ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ✓ | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ✓ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Vazquez Velasco, Roscelin | [redacted]882 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ANTONIO-ALMARAZ, JOSE Alien Number [redacted]324 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and notice personnel steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |

**2)** Is the detainee currently:

|  | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

|  | YES | NO | N/A |
|---|---|---|---|
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.5 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | |

Record method of travel: Ground ☑  ICE Air ☐  Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| b. Stop the Spread of Germs. | ☑ | ☐ |

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Antonio-Almaraz, Jose | A███████ | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt. Madrigo | Sgt Madrog #258 | 6/18/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MARTINEZ ZUNIGA, JORGE LUIS Alien Number [redacted]168 COC Honduras

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other ______

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments ______

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ✓ | | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ____________ | | | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ____________ | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ✓ | | |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| **b.** Stop the Spread of Germs. | ✓ | | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ✓ | | |
| **b.** Did a family member or friend provide transportation? | | ✓ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ✓ | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ✓ | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Martinez Zuniga, Jorge | [redacted]168 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MENDEZ JIMENEZ, DENNIS Alien Number [redacted]625 COC Honduras

Date of Transfer 06/18/2020 Date of Review 06/17/2020

**Detention Authority**

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☐ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☐ | |
| • Awaiting COVID-19 test results? | ☐ | ☐ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☐ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.9 | ☑ | ☐ | |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☐ | ☐ | ☐ |
| Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ☐ | ☑ | ☐ | ☐ |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ | ☑ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☑ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Mendez Jimenez, Dennis | A█████025 | ▉▉▉ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Sgt Madrigo | | Sgt Madrigo #254 | 6/19/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name TAPIA VARGAS, PLACIDO Alien Number [redacted]668 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020

U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.6 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | ☐ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☐ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ | |
| b. Stop the Spread of Germs. | ☒ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Tapia Vargas, Placido | A[redacted]668 | Placido Tapia [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt. Madrigo | Sgt. Madrigo [signature] | 6/18/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations

**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name BONILLA-GARCIA, JOSE ANTONIO Alien Number [redacted]233 COC Honduras

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other ________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments ________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020



ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: [illegible] intended to [illegible] Immigration and Customs Enforcement (ICE) [illegible] ERO [illegible] mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Bonilla-Garcia, JOSE | A[redacted]233 | Jose Bonilla |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt Madrigo | Sgt. Madrigo #258 | 6/18/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name CANTORIANO-HERNANDEZ, CARMELO Alien Number [redacted]270 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020

U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |
| For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5. | | | |
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.3 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Cantoriano-Hernandez, Carmelo | A [redacted] 270 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt Madrigo | Sgt Madrigo #258 | 6/19/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations

**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Matute-Matute, Savier Fernando Alien Number [redacted]646 COC Honduras

Date of Transfer 06/17/20 Date of Review 06/17/20

## Detention Authority

☐ INA 235 ☐ INA 236(a) ☐ INA 236(c) ☑ INA 241 ☐ Other ________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☐ No ☑

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐ Comments Krome XFER

Krome XFER

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by J. Dominguez

Rev. 06/2020



U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☑ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ______ | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| **b.** Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☑ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Matute-Matute, Savier | [redacted]646 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations

**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name RODRIGUEZ, WALTER Alien Number [redacted]236 COC Honduras

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other______

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments______

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020

U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ________ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.7 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Rodriquez, Walter | A [redacted] 2310 | Walter Rodriguez |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt. Madrugo | Sgt Madrugo #258 | 6/18/20 |



U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name NUNEZ CRUZ, DOMINGO Alien Number [redacted]419 COC Mexico

Date of Transfer 06/18/2020 Date of Review 06/17/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*

Rev. 06/2020

U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

YES NO N/A

1) Verify the detainee's current health status and exposure history. [✓ YES]

2) Is the detainee currently:
- In medical isolation? [✓ NO]
- Experiencing symptoms commonly associated with COVID-19? [✓ NO]
- Awaiting COVID-19 test results? [✓ NO]
- Cohorted due to COVID-19 exposure? [✓ NO]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ [✓ N/A]

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. [✓ N/A]

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.1 [✓ YES]

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. [✓ YES]

For **transfers and removals only**, is the detainee medically cleared to travel? [✓ YES]

Record method of travel: Ground [✓] ICE Air [ ] Commercial flight [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and [✓ YES]

b. Stop the Spread of Germs. [✓ YES]

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? Krome [✓ YES]

b. Did a family member or friend provide transportation? [✓ NO]

c. Was the alien provided with a personal protective equipment mask upon release? [✓ YES]

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? [✓ YES]

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? [✓ YES]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Nunes Cruz, Domingo | A | Doming |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt Madrugo | Sgt Madrugo #258 | 6/18/20 |



Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ROSALES-FERRERA, MELVIN Alien Number [redacted]327 COC Honduras

Date of Transfer 06/18/2020 Date of Review 06/17/2020

**Detention Authority**

☐ INA 235 ☐ INA 236(a) ☑ INA 236(c) ☐ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by *Joseph Brown*



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history. | ☑ | ☐ | |

**2)** Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.4_   ☑ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. | Stop the Spread of Germs. | ☑ | ☐ | |

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ | ☑ | ☐ | |
| b. | Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Rosales-Ferrera, Melvin | ███ 327 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sgt. Madrigo | Sgt Madrigo #258 | 6/8/20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Rosa Taylor Alien Number [redacted]741 COC Mexico

Date of Transfer 06/19/2020 Date of Review 06/19/2020

### Detention Authority

☐ INA 235 ☐ INA 236(a) ☐ INA 236(c) ☑ INA 241 ☐ Other ________

COVID 19 Risk Factors Yes ☐ No ☑

Criminal History Yes ☐ No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐ Comments IAO Mexico

IAO Mexico

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by SDDO Roberto A. Torres Cruz *Roberto A. Torres Cruz*

Rev. 06/2020

U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☑ | ☐ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☑ | ☐ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |
| For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5. | | | |
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ______ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| **3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.1 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☑ | ☐ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |
| **5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? Home | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| [handwritten name] Taylor, Rosa | [redacted] 941 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| S. Kwaine | [signature] 4214 | 4/28/20 |

SAO UPN