UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    Petitioners,

v.

**MICHAEL W. MEADE, et al.,**

    Respondents.

_____/

<u>**NOTICE OF DECLARATION IN RESPONSE TO THE COURT'S ORDER**</u>

Respondents, by and through the undersigned counsel, file the Declaration of Acting Officer in Charge Liana J. Castano in reference to item 2(i) in the District Court's Omnibus Order [DE:158].

1.    Declaration of Liana J. Castano, Acting Officer in Charge (OIC), *See* Exhibit A.

                                                **Respectfully submitted,**

                                                **ARIANA FAJARDO ORSHAN**
                                                **UNITED STATES ATTORNEY**

                By:    s/ Dexter A. Lee
                         DEXTER A. LEE
                         Assistant U.S. Attorney
                         Fla. Bar No. 0936693
                         99 N.E. 4th Street, Suite 300
                         Miami, Florida 33132
                         (305) 961-9320
                         E-mail: dexter.lee@usdoj.gov

                                           s/Natalie Diaz
                                           NATALIE DIAZ
                                           ASSISTANT U.S. ATTORNEY
                                           Florida Bar No. 85834
                                           E-mail: Natalie.Diaz@usdoj.gov
                                           99 N.E. 4th Street, Suite 300
                                           Miami, Florida 33132
                                           Telephone: (305) 961-9306

                                           ATTORNEYS FOR RESPONDENTS