IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

_____

### DECLARATION OF ACTING OFFICER IN CHARGE LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome).  I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to item 2(i) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. Between June 19, 2020 and June 26, 2020 at 11:00 a.m., ICE released, transferred or removed a total of  276 detainees. Those detainees were released, transferred or removed from the following facilities: 185 detainees from Krome, 32 detainees from Glades and 59 detainees from BTC.

4. The nature of the 185 cases from Krome are as follows:

    a. 5 detainees were released on bond.
    b. 99 detainees were removed from the United States.
    c. 1 detainee was released after the immigration judge terminated proceedings.
    d. 5 detainees were turned over to another law enforcement agency.
    e. 11 detainees departed the United States voluntarily
    f. 3 detainees were releases on an order of supervision subsequent to a procedural ERO custody review.
    g. 4 detainees were transferred to be staged for a scheduled removal flight.
    h. 45 detainees were transferred to Glades County Detention Center after a custody re-evaluation.
    i. 10 detainees were transferred to Baker County Detention Center after a custody re-evaluation.
    j. 1 detainee was transferred to another field office after a custody re-evaluation.
    k. 1 detainee was transported to a local hospital for medical evaluation and treatment.

5. The nature of the 32 cases from Glades are as follows:

    a. 5 detainees were released on bond.
    b. 5 detainees were releases on an order of supervision subsequent to a procedural ERO custody review.
    c. 3 detainees were released from ERO custody after an immigration judge terminated proceedings.
    d. 19 detainees were transferred from Glades to Krome based upon risk classification and bed space needs after a custody re-evaluation.

6. The nature of the 59 cases from BTC are as follows:

    a. 2 detainees were released on bond.
    b. 1 detainee was released on an order of supervision subsequent to a procedural ERO custody review.
    c. 42 detainees were removed from the United States.
    d. 1 detainee was released after the immigration judge terminated proceedings.
    e. 2 detainees departed the United States voluntarily.
    f. 2 detainees were transferred to another field office to be staged for a scheduled removal flight.
    g. 7 detainees were transferred from BTC to Krome based upon risk classification and bed space needs after a custody re-evaluation.
    h. 2 detainees were turned over to another law enforcement agency.

DATED: June 26, 2020,   
_____
Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement