UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    Petitioners,

v.

**MICHAEL W. MEADE, et al.,**

    Respondents.

_____/

**NOTICE OF DECLARATION IN RESPONSE TO THE COURT'S ORDER**

Respondents, by and through the undersigned counsel, file the Declaration of Acting Officer in Charge Liana J. Castano in reference to item 2(j) in the District Court's Omnibus Order [DE:158].

1.     Declaration of Liana J. Castano, Acting Officer in Charge (OIC), *See* Exhibit A.

                                                **Respectfully submitted,**

                                                **ARIANA FAJARDO ORSHAN**
                                                **UNITED STATES ATTORNEY**

          By:     <u>s/ Dexter A. Lee</u>
                  DEXTER A. LEE
                  Assistant U.S. Attorney
                  Fla. Bar No. 0936693
                  99 N.E. 4th Street, Suite 300
                  Miami, Florida 33132
                  (305) 961-9320
                  E-mail: dexter.lee@usdoj.gov

                                        <u>s/Natalie Diaz</u>
                                        NATALIE DIAZ

ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
Telephone: (305) 961-9306

ATTORNEYS FOR RESPONDENTS