### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

_____

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 2(j) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on June 29, 2020, ICE detained 1066 detainees at Krome, BTC, and Glades.

4. ICE is housing 361 detainees at BTC; 400 detainees at Krome; and 305 at Glades.

5. Of the 1066 detainees, 834 detainees or 78% are considered to be subject to mandatory detention.

6. Of the 361 detainees housed at BTC, 85 have criminal convictions and 276 do not have criminal convictions. However, 77 of the 276 detainees with no criminal convictions are pending criminal charges.

7. Of the 400 detainees housed at Krome, 244 have criminal convictions and 156 do not have criminal convictions. However, 115 of the 156 detainees with no criminal convictions are pending criminal charges.

8. Of the 305 detainees housed at Glades, 219 have criminal convictions and 86 do not have criminal convictions. However, 69 of the 86 detainees with no criminal convictions are pending criminal charges.

DATED: June 29, 2020

_____
Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

Digitally signed by LIANA J CASTANO
Date: 2020.06.29 13:44:45 -04'00'