IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

## DECLARATION OF ACTING OFFICER IN CHARGE LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to item 2(i) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. Between June 26, 2020 and July 2, 2020 at 11:00 a.m., ICE released, transferred or removed a total of 84 detainees. Those detainees were released, transferred or removed from the following facilities: 49 detainees from Krome, 12 detainees from Glades and 23 detainees from BTC.

4. The nature of the 49 cases from Krome are as follows:

    a. 5 detainees were released on bond.
    b. 18 detainees were removed from the United States.
    c. 1 detainee was released after the immigration judge terminated proceedings.
    d. 1 detainee was released after the immigration judge granted relief.
    e. 1 detainee was turned over to another law enforcement agency.
    f. 5 detainees departed the United States voluntarily
    g. 1 detainee was released on an order of supervision subsequent to a procedural ERO custody review.
    h. 3 detainees were transferred to be staged for a scheduled removal flight.
    i. 14 detainees were transferred to Glades County Detention Center based on risk classification and bed space needs after a custody re-evaluation.

5. The nature of the 12 cases from Glades are as follows:

    a. 3 detainees were released on bond.
    b. 1 detainee was released on an order of supervision subsequent to a procedural ERO custody review.
    c. 1 detainee was released on an order of recognizance subsequent to a procedural ERO custody review.
    d. 1 detainee was released from ERO custody after an immigration judge granted relief.
    e. 2 detainees were transported to a local hospital for medical evaluation and treatment.
    f. 4 detainees were transferred from Glades to Krome based upon risk classification and bed space needs after a custody re-evaluation.

6. The nature of the 23 cases from BTC are as follows:

    a. 12 detainees were removed from the United States.
    b. 3 detainees were turned over to another law enforcement agency.
    c. 7 detainees were transferred from BTC to Krome based upon risk classification and bed space needs after a custody re-evaluation.
    d. 1 detainee was transported to a local hospital for medical evaluation and treatment.

DATED: July 2, 2020,   _____

Liana J. Castano  
Assistant Field Office Director  
Enforcement and Removal Operations  
U.S. Immigration and Customs Enforcement