IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 2(j) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on July 6, 2020, ICE detained 1101 detainees at Krome, BTC, and Glades.

4. ICE is housing 357 detainees at BTC; 430 detainees at Krome; and 314 at Glades.

5. Of the 1101 detainees, 860 detainees or 78% are considered to be subject to mandatory detention.

6. Of the 357 detainees housed at BTC, 85 have criminal convictions and 272 do not have criminal convictions. However, 82 of the 272 detainees with no criminal convictions are pending criminal charges.

7. Of the 430 detainees housed at Krome, 265 have criminal convictions and 165 do not have criminal convictions. However, 126 of the 165 detainees with no criminal convictions are pending criminal charges.

8. Of the 314 detainees housed at Glades, 227 have criminal convictions and 87 do not have criminal convictions. However, 71 of the 87 detainees with no criminal convictions are pending criminal charges.

DATED: July 6, 2020

_____
Digitally signed by LIANA J CASTANO
Date: 2020.07.06 15:47:25 -04'00'

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement