# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S.
Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome).  I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 4(b) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. In accordance with the June 5, 2020 order item 4b, ICE shall submit weekly documentation demonstrating our evaluation of each prospective transfer.  During the 6/26/2020 – 07/02/2020 reporting period, ICE transferred a total of 28 detainees, as follows:

**KROME**

   a.  3 detainees were transferred to be staged for a scheduled removal flight.

   b.  14 detainees were transferred from Krome to Glades County Detention Center based on risk classification and bed space needs after a custody re-evaluation.

**BTC:**

   a.  7 detainees were transferred from BTC to Krome based upon risk classification and bed space needs after a custody re-evaluation.

**Glades:**

   a.  4 detainees were transferred from Glades County Detention Center  to Krome based upon risk classification and bed space needs after a custody re-evaluation.

4.  Each detainee was issued a new mask prior to transfer.

5.  A pre-transfer custody review, as well as a COVID-19 checklist, is attached for each detainee referenced above, in accordance with the court's order.

DATED: July 7, 2020

Digitally signed by LIANA J CASTANO
Date: 2020.07.07 13:10:10 -04'00'

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Torres Riverol, Raidel          Alien Number ▮▮▮▮ 547   COC Cuba

Date of Transfer 06/26/2020                    Date of Review 6/26/2020

### Detention Authority

☑ INA 235      ☐ INA 236      ☐ INA 241      ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐      Comments Subject transferred ATW to Krome.

Subject transferred ATW to Krome.

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _Denise Felto_

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklis
## for All ICE ERO Transfers, Removals, and Releas

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: **98.0**

| | | | |
|---|---|---|---|
| | ☑ | ☐ | |
| For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For transfers and removals only, is the detainee medically cleared to travel? | | | |

Record method of travel: Ground ☑   ICE Air ☑   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| b. Stop the Spread of Germs. | ☑ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☑ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Yaidel Yannos Kuelo | ███ 5477 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| SHamilton | Elena Perdomo Mordon, LPN Broward Transitional Center | 6/26/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Mendoza-Velasquez, Juan Carlos  Alien Number ▮▮▮▮ 327  COC Guatemala

Date of Transfer 07/01/2020                    Date of Review 07/01/2020

## **Detention Authority**

☐ INA 235          ☐ INA 236          ☑ INA 241          ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments Subject transferred to Krome ATW.
Subject transferred to Krome ATW.


**Custody Decision** Release ☐          Continue Custody ☑


Reviewed by ___*Denise Feltz*_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

ICE | ERO

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: [illegible text] to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) [illegible] transfers, removals and releases during the transmission phase of COVID-19.

|  | YES | NO | N |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | | | |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☐ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___99.9___

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

| | YES | NO | |
|---|---|---|---|
| | ☑ | ☐ | |
| | ☑ | ☐ | ☐ |
| | ☑ | ☐ | ☐ |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | | |
|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| **b.** Stop the Spread of Germs. | ☑ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | | | |
|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? __Airport__ | ☑ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☑ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☑ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☑ |

Mendoza-Velasquez, Juan
D.O.B: [redacted]   Age: [redacted]
[redacted] 327 Guate BTC Male
Broward Transitional Center
Selour Jackson, RN

ALIEN'S SIGNATURE
_Mendoza U.J_

OFFICER'S/CONTRACTED STAFF'S SIGNATURE

DATE
7/1/20



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name _VILELA ALEAS, GEYNER_ Alien Number ███████ _375_ COC _CUBA_

Date of Transfer _6/29/2020_           Date of Review _06-29-2020_

## Detention Authority

☑ INA 235          ☐ INA 236          ☐ INA 241          ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☐          No ☑

## Nature of Transfer

IAO Flight Staging          ☐
Hospital                   ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                      ☐          Comments _Transfer to Krome for ███ INTERVIEW_

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by _V Delgado DO_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

**ICE | ERO**

# COVID-19 Checklis
## for All ICE ERO Transfers, Removals, and Release

DIRECTIONS: [text obscured] transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

YES | NO | N/A

**1)** Verify the detainee's current health status and exposure history. ☐ ☑ ☐

**2)** Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: **97.8°F** ☑ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☐ ☐
For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

b. Stop the Spread of Germs. ☑ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? **AIRPORT** ☑ ☐

b. Did a family member or friend provide transportation? ☐ ☑

c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

Vilela-Areas, Geyner
D.O.B.: [redacted]   Age: [redacted]
A[redacted]375   Cuba   BTC   Male | PN

ALIEN'S SIGNATURE: [signature]

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: Wendy [illegible] Broward Transitional Center

OFFICER'S/CONTRACTED STAFF'S SIGNATURE: [signature]   DATE: 6/29/20



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name _Castro-Calias, Celestino_ Alien Number ___ ___ 576 COC _Honduras_

Date of Transfer _6/29/2020_          Date of Review _06-29-2020_

## Detention Authority

☐ INA 235      ☐ INA 236      ☑ INA 241      ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☐          No ☑

## Nature of Transfer

IAO Flight Staging          ☐
Hospital                   ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                      ☐     Comments _TRANSFER TO KROME FOR ███_
                                             _interview_

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by _V Delgado DO_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklis
## for All ICE ERO Transfers, Removals, and Releas

DIRECTIONS: ~~...~~ before transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | | ☑ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☐ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _97.8_    ☑ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.    ☑ ☐

For transfers and removals only, is the detainee medically cleared to travel?    ☑ ☐

Record method of travel:   Ground ☐   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _AIRPORT_ | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☑ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☑ |

Castro-Carias, Celestino

D.O.B: ▓▓▓  Age: ▓▓

576 Honda BTC ▓ Male

ALIEN'S SIGNATURE

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME

Wendynah Presmy, LPN
Broward Transitional Center

OFFICER'S/CONTRACTED STAFF'S SIGNATURE

DATE  4/20/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name _CARLOS FELIPE, JOSE_    Alien Number ████ _828_ COC _MEXICO_

Date of Transfer _6-29-2020_     Date of Review _06-29-2020_

## Detention Authority

☐ INA 235    ☐ INA 236    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☐    No ☑

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
**Within Field Office**    ☑
Out of Field Office    ☐
Other    ☐    Comments _Transfer to KROME for_ ████
_interview_

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by _V Delgado D_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklis~~t~~
## for All ICE ERO Transfers, Removals, and Releas~~es~~

DIRECTIONS: ~~...~~ transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N~~/A~~ |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. | ☐ | ☑ | |

**2)** Is the detainee currently:

- In medical isolation? | ☐ | ☑ |
- Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ |
- Awaiting COVID-19 test results? | ☐ | ☑ |
- Cohorted due to COVID-19 exposure? | ☐ | ☑ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☐ |

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.2°F_ | ☑ | ☐ |

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ |

For transfers and removals only, is the detainee medically cleared to travel? | ☑ | ☐ |

Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |

**b.** Stop the Spread of Germs. | ☑ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _AIRPORT_ | ☑ | ☐ |

**b.** Did a family member or friend provide transportation? | ☐ | ☑ |

**c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ |

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☑ |

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☑ |

Carlos-Felipe, Jose Lazaro
D.O.B: ▮▮  Age: ▮▮
828 Mexic BTC Male

ALIEN'S SIGNATURE

CONTRACTED STAFF'S PRINTED NAME: Wendynah Presmy, LPN
Broward Transitional Center

OFFICER'S/CONTRACTED STAFF'S SIGNATURE

DATE: 4/29/20



**U.S. Immigration
and Customs
Enforcement**

### Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name _GUENAN-MALDONADO, WILMER_ Alien Number _███335_ COC _HONDU_

Date of Transfer _06-29-2020_          Date of Review _06-29-2020_

### Detention Authority

☐ INA 235      ☐ INA 236      ☑ INA 241      ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments _Transfer to Knmme for ████_
                                            _interview_

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by _V Delgado  DO_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklis
### for All ICE ERO Transfers, Removals, and Releas

DIRECTIONS: ~~...~~

YES | NO | N/

**1)** Verify the detainee's current health status and exposure history. ☐ ☑

**2)** Is the detainee currently:

- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☐

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.10°F_ ☑ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐

For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

   **b.** Stop the Spread of Germs. ☑ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _Air Port_ ☑ ☐

   **b.** Did a family member or friend provide transportation? ☐ ☑

   **c.** Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

| Guzman-Maldonado, Wilmer | ALIEN'S SIGNATURE |
| D.O.B ███ Age: ███ | |
| 555 Hondu BTC Male ███ | WGM |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: Wendynan ████ RN Broward Transitional Center | OFFICER'S/CONTRACTED STAFF'S SIGNATURE: | DATE: 6/21/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

## PRE-Transfer Custody Review

Name Suazo, Benito Rafael          Alien Number ███ 680    COC DR

Date of Transfer 07/02/2020          Date of Review 07/02/2020

## Detention Authority

☐ INA 235     ☐ INA 236     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐          Comments Subject transferred to Krome ATW.
Subject transferred to Krome ATW.

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by *Osman Falto*

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

CE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |

**2)** Is the detainee currently:

|  | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions if the answers are "No," complete Questions 3 – 5.

|  | | | |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☐ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.7___      ☑ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.      ☑ ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?      ☑ ☐ ☐
Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight- ☑

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO |
|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| **b.** Stop the Spread of Germs. | ☒ | ☐ |

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO |
|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? ___ | ☐ | ☒ |
| **b.** Did a family member or friend provide transportation? | ☐ | ☒ |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☒ | ☐ |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☒ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☒ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Suazo Benito | 680 | Benito Suazo |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Garn | Russell David Michael, RN | 7/2/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ROBELO SANCHEZ, NOEL     Alien Number ▮▮▮ 730     COC Nicaragua

Date of Transfer 06/30/2020                    Date of Review 07/01/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☑ INA 236(c)     ☐ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments_____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by Joseph Brown_____

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☒ | ☐ | |

2) Is the detainee currently:
- In medical isolation?   ☐ ☒
- Experiencing symptoms commonly associated with COVID-19?   ☐ ☒
- Awaiting COVID-19 test results?   ☐ ☒
- Cohorted due to COVID-19 exposure?   ☐ ☒

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____   ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.   ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.3  93.5 SN   ☐ ☒

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ☐ ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐   ☐ ☐ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ☒ ☐

b. Stop the Spread of Germs.   ☒ ☐

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _Crome_   ☒ ☐

b. Did a family member or friend provide transportation?   ☐ ☒

c. Was the alien provided with a personal protective equipment mask upon release?   ☒ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?   ☐ ☐ ☒

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?   ☐ ☐ ☒

**ALIEN'S PRINTED NAME:** Rob_lo Sanchez, Noel

**ALIEN'S SIGNATURE:** Noel

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Sgt. Madrugo

**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** Madrugo

**DATE:** 7/1/20



## U.S. Immigration and Customs Enforcement

### Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name MARTINS DE SOUZA, DOUGLAS    Alien Number ███ 511    COC Brazil

Date of Transfer 06/29/2020                Date of Review 06/30/2020

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☑ INA 236(c)    ☐ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments_____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by Joseph Brown_____

Rev. 06/2020

**U.S. Immigration
and Customs
Enforcement**

# COVID-19 Checklist

ICE | ERO

### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. — YES ☒

**2)** Is the detainee currently:
- In medical isolation? — N/A ☒
- Experiencing symptoms commonly associated with COVID-19? — N/A ☒
- Awaiting COVID-19 test results? — N/A ☒
- Cohorted due to COVID-19 exposure? — N/A ☒

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ Krone — N/A ☒

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☒

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _____ 97.7 D≤L — YES ☒

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☒

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☒
Record method of travel:  Ground ☒   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☐ ☐

**b.** Stop the Spread of Germs. — ☐ ☐

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ At Krone — YES ☒

**b.** Did a family member or friend provide transportation? — NO ☒

**c.** Was the alien provided with a personal protective equipment mask upon release? — YES ☒

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — YES ☒

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — N/A ☒

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Martins De Souza , Douglas | A███████ 5// | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| DIS RHHeins | DIS RHH SN | 6/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Smith, Henry Livingston</u>     Alien Number ████ 425   COC <u>Bahamas</u>

Date of Transfer <u>06/29/2020</u>          Date of Review <u>06/30/2020</u>

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☑ INA 236(c)     ☐ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐     Comments_____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by <u>Joseph Brown</u>

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ Krome — N/A ✓

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _____ 97³ DEE — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

**b.** Stop the Spread of Germs. — YES ✓

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ Krome — YES ✓

**b.** Did a family member or friend provide transportation? — NO ✓

**c.** Was the alien provided with a personal protective equipment mask upon release? — YES ✓

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — YES ✓

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — N/A ✓

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Smith, Henry | A      425 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| DIS RUAHUNS #570 | DIS BASM #570 | 6/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Anelmo Da Silva, Edimilson     Alien Number: ████ 512     COC: Brazil

Date of Transfer: 06/30/2020                     Date of Review: 07/01/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☑ INA 236(c)    ☐ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments_____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by Joseph Brown_____

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history.    ☒ ☐

2) Is the detainee currently:
- In medical isolation?    ☐ ☒
- Experiencing symptoms commonly associated with COVID-19?    ☐ ☒
- Awaiting COVID-19 test results?    ☐ ☒
- Cohorted due to COVID-19 exposure?    ☐ ☒

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____    ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.    ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check *per CDC guidelines*. Record temperature here: _98.5 SN 1990_    ☐ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.    ☐ ☐ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?    ☐ ☐ ☐
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and    ☒ ☐

b. Stop the Spread of Germs.    ☒ ☐

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _Rome_    ☒ ☐

b. Did a family member or friend provide transportation?    ☐ ☒

c. Was the alien provided with a personal protective equipment mask upon release?    ☒ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?    ☐ ☐ ☒

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?    ☐ ☒

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Anelmo Da Silva Edimilson | 512 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Sg L. Madrigu | Sg L. Madrigo | 7-1-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MORGAN ANDREW     Alien Number A███728   COC JAMAICA

Date of Transfer 6/26/2020          Date of Review 6/26/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other INA237a3Di

COVID 19 Risk Factors      Yes ☑      No ☐

Criminal History       Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging   ☐
Hospital       ☐
Within Field Office   ☑
Out of Field Office   ☐
Other        ☐   Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1.) Verify the detainee's current health status and exposure history — YES ☒

2.) Is the detainee currently:
- In medical isolation? — NO ☒
- Experiencing symptoms commonly associated with COVID-19? — NO ☒
- Awaiting COVID-19 test results? — NO ☒
- Cohorted due to COVID-19 exposure? — NO ☒

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☒

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.0__ NM — YES ☒

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☒

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☒
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

CC  a. <u>Steps to Help Prevent the Spread of COVID-19 if You are Sick</u>; and — YES ☒

CC  b. <u>Stop the Spread of Germs</u>. — YES ☒

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MORGAN,ANDREW | A███728 , JAMAI | ✗  A Morgy |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| C. Clark | | 6-26-20 |



**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name Radetic, Sebastian          Alien Number A209214450     COC CROATIA

Date of Transfer 06/29/2020                    Date of Review 06/29/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other INA237a1B

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐     Comments GLADES TRANSFER
GLADES TRANSFER
_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

|  | YES | NO | N/A |
|---|---|---|---|
| In medical isolation? | | ✓ | |
| Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| Awaiting COVID-19 test results? | | ✓ | |
| Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.9_ _M.P_

|  | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | ✓ |

Record method of travel: Ground [✓]   ICE Air [ ]   Commercial flight [ ]   ✓

_Gloves County Jail_

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | |
| b. Stop the Spread of Germs. | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RADETIC, SEBASTIAN | ███450, CROAT | _[signature]_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _[handwritten]_ | _[signature]_ | 6-29-20 |



## U.S. Immigration and Customs Enforcement

### Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name MATHIAS JEAN             Alien Number A096768185    COC HAITI

Date of Transfer 6/26/2020               Date of Review 6/26/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other INA237a1B

COVID 19 Risk Factors        Yes ☐      No ☑

Criminal History             Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

---

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | X | | |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

| | | | |
|---|---|---|---|
| | | ☒ | |
| | | ☒ | |
| | | ☒ | |
| | | | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ☒ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ☒ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.2 NM_ ☒

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☒ (N/A)

For **transfers and removals only**, is the detainee medically cleared to travel? ☒
Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | |
|---|---|---|
| CC  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | |
| CC  b. Stop the Spread of Germs. | ☒ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| MATHIAS,JEAN | ████185 , HAITI | ✗ Refuse | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| C. Clark | | | 6-26-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gurbanov, Aziz Farhadovich   Alien Number A██████239   COC TURKMENISTAN

Date of Transfer 06/29/2020   Date of Review 06/29/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other INA237a1B

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐   Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3  Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.4 ℉_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

| | YES | NO | N/A |
|---|---|---|---|
| (symptom screening) | ✓ | | |
| (protocol for suspected case) | | | ✓ |
| (medically cleared to travel?) | X | | |

Record method of travel:  Ground [X]   ICE Air [ ]   Commercial flight [ ]

GROSS   County   Jail

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | X | |
| b. Stop the Spread of Germs. | X | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GURBANOV, AZIZ | A▓▓239 - TURKM | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | | 6-29-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name **Duran Alvarado, Angel Javier**   Alien Number A███████286   COC **VENEZUELA**

Date of Transfer **06/29/2020**      Date of Review **06/29/2020**

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other **INA237a1B**

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐      Comments **GLADES TRANSFER**

**GLADES TRANSFER**

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by **DO M. SANCHEZ**

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.2_ 〜 — ✓ (YES)

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓
Record method of travel: Ground ✓. ICE Air ☐ Commercial flight- ☐
_Glades County Jail_

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. Stop the Spread of Germs. | ✓ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DURAN ALVARADO, ANGEL | A███ 286 - VENEZ | _signature_ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Israel | _signature_ | 6-29-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ORDONEZ DAVID          Alien Number A███630   COC GUATEMALA

Date of Transfer 6/26/2020          Date of Review 6/26/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other INA212a2

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.6 M_

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | ✓ |
| Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐ | ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| CC a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | | |
| CC b. Stop the Spread of Germs. | ☒ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| ORDONEZ, DAVID | A███630 - GUATE | X Refuse | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| C. Clark | | | 6-26-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Salgado Romero, Alexis          Alien Number A█████2894   COC MEXICO

Date of Transfer 06/30/2020                    Date of Review 06/30/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐      No ☑

Criminal History          Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐      Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98·4  *nurse*   ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ✓ N/A

For **transfers and removals only**, is the detainee medically cleared to travel?   ✓

Record method of travel:  Ground ✓    ICE Air ☐    Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| b. Stop the Spread of Germs. | ✓ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Salgado, Alexis | -894 | *signature* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | *signature* | 6-30-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Pirosanto, Nestor Daniel        Alien Number A1████?777        COC ARGENTINA

Date of Transfer 06/29/2020        Date of Review 06/29/2020

### Detention Authority

☐ INA 235        ☐ INA 236(a)        ☐ INA 236(c)        ☐ INA 241        ☑ Other INA237a1B

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History        Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐        Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑ YES

2) Is the detainee currently:
- In medical isolation? — NO
- Experiencing symptoms commonly associated with COVID-19? — N/A
- Awaiting COVID-19 test results? — N/A
- Cohorted due to COVID-19 exposure? — N/A

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _9·6 N.gm_ — ☑ YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A

For **transfers and removals only**, is the detainee medically cleared to travel? — YES

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

_Glass Conroy son_

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒ YES

  b. Stop the Spread of Germs. — ☑ YES

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PIROSANTO, NESTOR | ___777 , ARGEN | K _(signature)_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | _(signature)_ | 6-29-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name CEBALLOS CASAS MICHEL   Alien Number A███████077   COC GUATEMALA

Date of Transfer 6/26/2020                     Date of Review 6/26/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other INA212a7Aii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐     Comments _____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☒ | ☐ | |

2) Is the detainee currently:
- In medical isolation?  ☐ ☒
- Experiencing symptoms commonly associated with COVID-19?  ☐ ☒
- Awaiting COVID-19 test results?  ☐ ☒
- Cohorted due to COVID-19 exposure?  ☐ ☒

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☒ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☒ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.6_ _N/A_ ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ☐ ☐ ☒

For **transfers and removals only**, is the detainee medically cleared to travel?   ☒ ☐ ☐

Record method of travel:   Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| ✓ a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| ✓ b. Stop the Spread of Germs. | ☒ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| CHAVEZ-SONTAY,HERMINIO | A ███ 077,GUATE | X _____ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| C. Clark | | | 6-26-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Lopez-Ramirez, Ricardo       Alien Number A███████405   COC GUATEMALA

Date of Transfer 06/30/2020                Date of Review 06/30/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History          Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                    ☐
Within Field Office         ☑
Out of Field Office         ☐
Other                       ☐     Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | ☐ |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.6 _____

| | YES | NO | N/A |
|---|---|---|---|
| | ☐ | ☑ | |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | ☐ | ☐ | ☑ |

For **transfers and removals only**, is the detainee medically cleared to travel?

| | YES | NO | N/A |
|---|---|---|---|
| Record method of travel: Ground ☑  ICE Air ☐  Commercial flight- ☐ | ☑ | ☐ | ☐ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Lopez, Ricardo | 405 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | [signature] | 6-30-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Flores, Walter          Alien Number ████ 546   COC Nicaragua

Date of Transfer 07/01/2020          Date of Review 07/01/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital             ☐
Within Field Office  ☐
Out of Field Office  ☐
Other                ☐   Comments IAO- ALEXANDRIA XFER

IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by ___ A. Martin _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

| | YES | NO | N/A |
|---|---|---|---|
| **DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19. | | | |
| 1) Verify the detainee's current health status and exposure history. | | X | |

2) Is the detainee currently:

| | | | |
|---|---|---|---|
| • In medical isolation? | | X | |
| • Experiencing symptoms commonly associated with COVID-19? | | X | |
| • Awaiting COVID-19 test results? | | X | |
| • Cohorted due to COVID-19 exposure? | | X | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | X |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | X |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___95.7___

| | | | |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | X |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | X | |

Record method of travel: Ground ☐  ICE Air ☒  Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | X | | |
| b. Stop the Spread of Germs. | X | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| FLORES WALTER | ▇▇▇546 | X. | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| T.S.JACKSON | T. Jackson | | 06/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Garay Zelaya, Cesar Romeo    Alien Number ██████692    COC EL SALVADOR

Date of Transfer 07/01/2020          Date of Review 07/01/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐      No ☑

Criminal History              Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐        Comments IAO- ALEXANDRIA XFER
IAO- ALEXANDRIA XFER

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by A. Martin

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____96.4_____ | ✓ | | ✓ |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel:  Ground ☐    ICE Air ☐    Commercial flight- ☐ | | | |

| | YES | NO | N/A |
|---|---|---|---|
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| ☐ a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| ☐ b. Stop the Spread of Germs. | ✓ | | |

| | YES | NO | N/A |
|---|---|---|---|
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GARAY CESAR | ▮▮▮ 692 | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Israel | | 6-30-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name_____ Alien Number_████_____ COC_____

Date of Transfer_____         Date of Review_____

## **Detention Authority**

INA 235         INA 236(a)         INA 236(c)         INA 241         Other_____

COVID 19 Risk Factors            Yes               No

Criminal History                 Yes               No

## **Nature of Transfer**

IAO Flight Staging
Hospital
Within Field Office
Out of Field Office
Other                    Comments_____

_____

**Custody Decision** Release            Continue Custody

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | | ☑ | |

2) Is the detainee currently:

|  | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ☑ |
| • Awaiting COVID-19 test results? | | | ☑ |
| • Cohorted due to COVID-19 exposure? | | | ☑ |

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases,** if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4_ ☑ YES

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ N/A

For **transfers and removals only,** is the detainee medically cleared to travel?  ☑ YES

Record method of travel:   Ground ☑    ICE Air ☐    Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | |
| b. Stop the Spread of Germs. | ☑ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Perez , Edgar | ▮▮▮▮ 931 | Edgar Pérez U. |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Israel | | 6-30-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name GARAY ZELAYA CESAR          Alien Number A███████796   COC EL SALVADOR

Date of Transfer 6/26/2020                Date of Review 6/26/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other INA237a2Bi

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO M. SANCHEZ _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☒ | ☐ | |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

| | | |
|---|---|---|
| ☐ | ☒ | |
| ☐ | ☒ | |
| ☐ | ☒ | |
| ☐ | ☒ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☐ ☐ ☒

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.7 M cl_  ☒ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ☐ ☒

For **transfers and removals only**, is the detainee medically cleared to travel?  ☒ ☐ ☐
Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

CC a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☒ ☐

CC b. Stop the Spread of Germs.  ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____  ☐ ☐

b. Did a family member or friend provide transportation?  ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release?  ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GASPAR-JUAN,GONZALO | ███ 796 , GUATE | _[signature]_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Clark | _[signature]_ | 6-26-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name DOMINGO-JUAN ANTONIO     Alien Number A⬛⬛⬛0799    COC GUATEMALA

Date of Transfer 6/26/2020          Date of Review 6/26/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other INA212a7Ail

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |

**2) Is the detainee currently:**
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

(NO checked for all four)

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.8_  ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DOMINGO-JUAN, ANTONIO | ▮▮799, GUATE | X _[signature]_ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| C. Clark | _[signature]_ | 6-26-20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name <u>CEBALLOS CASAS MICHEL</u>   Alien Number A██████2804   COC <u>CUBA</u>

Date of Transfer <u>6/26/2020</u>            Date of Review <u>6/26/2020</u>

### <u>Detention Authority</u>

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other <u>INA212a7Ail</u>

COVID 19 Risk Factors        Yes ☐      No ☑

Criminal History             Yes ☑      No ☐

### <u>Nature of Transfer</u>

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐   Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by <u>DO M. SANCHEZ</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☒

2) Is the detainee currently:
- In medical isolation? — NO ☒
- Experiencing symptoms commonly associated with COVID-19? — NO ☒
- Awaiting COVID-19 test results? — NO ☒
- Cohorted due to COVID-19 exposure? — NO ☒

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☒

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4_  MU — YES ☒
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☒
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☒
Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

CC   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☒

CC   b. Stop the Spread of Germs. — YES ☒

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CEBALLOS CASAS, MICHEL | ████ 304 - CUBA | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Clark | | 6-26-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Garcia Torres, Juan     Alien Number A_____6234     COC CUBA

Date of Transfer 06/29/2020          Date of Review 06/29/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other INA212a2B

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:
* In medical isolation?  ☐ ✓
* Experiencing symptoms commonly associated with COVID-19?  ☐ ✓
* Awaiting COVID-19 test results?  ☐ ✓
* Cohorted due to COVID-19 exposure?  ☐ ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☐ ☐ ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.7_  ☐ ✓ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ☐ ✓

For **transfers and removals only**, is the detainee medically cleared to travel?  ✓ ☐ ☐

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐
_Gloves County jail_

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ✓ ☐

b. Stop the Spread of Germs.  ✓ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____  ☐ ☐

b. Did a family member or friend provide transportation?  ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release?  ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | | ALIEN'S SIGNATURE |
|---|---|---|---|
| GARCIA TORRES, JUAN | ▇234, CUBA | | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Israel | | | 6-29-20 |