UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

    Petitioners-Plaintiffs, on behalf of
    themselves and those similarly situated,

v.

**MICHAEL W. MEADE**, *et al.*,

    Respondents-Defendants.
_____/

**PLAINTIFFS' EXPEDITED MOTION TO SHORTEN
TIME TO RESPOND TO DISCOVERY AND SUPPORTING MEMORANDUM**

    This Court's Order Adopting in Part Magistrate Judge's Report and Recommendation rightly recognized "COVID-19 has ravaged every corner of American society, including jails, prisons, and immigration detention facilities" and that "time is of the essence" for Plaintiffs. [ECF 76 at p. 2, 11.] Furthermore, the Court's Order Setting Civil Trial Date and Pretrial Deadlines [ECF 188] adopts an expedited schedule so that this case will be tried with all due haste. Plaintiffs therefore request expedited discovery of factual information relevant to core claims in the case that will support the efficient development of the evidentiary record.

**ARGUMENT**

    This Court has broad discretion to manage the timing of discovery. *See Integra Bank N.A. v. Pearlman*, No. 6:06-cv-1952, 2007 WL 419634, at *3 (M.D. Fla. Feb. 2, 2007) (the Federal Rules of Civil Procedure "expressly provide that a Court may shorten the time for a party to provide discovery"); *Fimab-Finaziaria Maglificio Biellese Fratelli Fila S.p.A. et al. v. Helio Import/Export. Inc.*, et. al., 601 F. Supp. 1, 3 (S.D. Fla. 1983) ("*Fimab*") ("Expedited discovery should be granted when some unusual circumstances or conditions exist that would likely prejudice the party if he were required to wait the normal time."); *see also* Fed. R. Civ. P. 26(d)(1) (permitting deviation from normal rule when "authorized . . . by court order"); *id.*, Advisory Committee Notes ("This subdivision is revised to provide that formal discovery . . . not commence until the parties have met and conferred as required by subdivision (f).

1

Discovery can begin earlier if authorized . . . by . . . order . . . .  This will be appropriate in some cases, such as those involving requests for a preliminary injunction . . . ."); Fed. R. Civ. P. 30(a)(2), 33(a), 33(b)(2), 34(b), and 36(a)(3).

Plaintiffs seek written discovery in the form of interrogatories, requests for production and requests for admission as efficient tools to quickly gain additional information about the conditions and resources within Krome, Glades and BTC so that they can complete both written discovery and depositions in advance of the Court's August 7 discovery deadline. Plaintiffs attach as Exhibit A the requests that are serving on Defendants contemporaneous with this Motion.  Because of the short discovery deadline, Plaintiff ask this Court to order Defendants to respond to the written discovery within 20 days of service of this motion.

### **LOCAL RULE 7.1 CERTIFICATION: MEET & CONFER**

Plaintiffs' counsel Kathryn Lehman conferred with counsel of record for Respondents about this motion before it was filed.  Counsel for Respondents did not consent to the motion.

### **LOCAL RULE 7.1 CERTIFICATION:  EXPEDITED MOTION**

Undersigned counsel has reviewed the rule and certifies that this motion is properly filed as an "expedited motion" because time is of the essence, although this is not an "emergency".  The Court has set August 7, 2020 as the deadline to complete all discovery. Plaintiffs request that the Court rule on this motion by July 27, 2020 to allow Defendants to respond to the discovery requests before the end of discovery and before anticipated depositions.

Date:  July 8, 2020

Respectfully submitted,

*/s/ Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258

| | |
|---|---|
| Gregory P. Copeland* | Scott M. Edson, Esq. |
| Sarah T. Gillman* | Florida Bar No. 17258 |
| **RAPID DEFENSE NETWORK** | **KING & SPALDING LLP** |
| 11 Broadway, Suite 615 | 1700 Pennsylvania Avenue NW, STE 200 |
| New York, NY 10004 | Washington, DC 20006-4707 |
| Tel.: (212) 843-0910 | Telephone:  (202) 737-0500 |
| Fax: (212) 257-7033 | Facsimile:  (202) 626-3737 |

| | |
|---|---|
| gregory@defensenetwork.org<br>sarah@defensenetwork.org<br>*Appearing Pro Hac Vice* | sedson@kslaw.com |
| Rebecca Sharpless<br>Florida Bar No. 0131024<br>Romy Lerner<br>Florida Bar No. 116713<br>Katarina M. Gomez, Law Student<br>Meredith Hoffman, Law Student<br>Maria A. Llorens, Law Student<br>Olivia G. Parise, Law Student<br>**UNIVERSITY OF MIAMI SCHOOL OF LAW - IMMIGRATION CLINIC**<br>1311 Miller Drive Suite, E-273<br>Coral Gables, Florida 33146<br>Tel: (305) 284-3576<br>Fax: (305) 284-6092<br>rsharpless@law.miami.edu | Kathryn S. Lehman<br>Florida Bar No.: 95642<br>Chad A. Peterson<br>Florida Bar No.: 91585<br>**KING & SPALDING LLP**<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br>klehman@kslaw.com<br>cpeterson@kslaw.com |
| Paul R. Chavez<br>FL Bar No. 1021395<br>Maia Fleischman<br>FL Bar No. 1010709<br>**SOUTHERN POVERTY LAW CENTER**<br>2 S. Biscayne Blvd., Ste. 3200<br>Miami, FL 33101<br>Tel: (305) 537-0577<br>paul.chavez@splcenter.org<br>maia.fleischman@splcenter.org | Mark Andrew Prada<br>Fla. Bar No. 91997<br>Anthony Richard Dominguez<br>Fla. Bar No. 1002234<br>**PRADA URIZAR, PLLC**<br>3191 Coral Way, Suite 500<br>Miami, FL 33145<br>Tel.:  (786) 703-2061<br>Fax:   (786) 708-9508<br>mprada@pradaurizar.com<br>adominguez@pradaurizar.com |
| Lisa Lehner<br>Florida Bar No. 382191<br>**AMERICANS FOR IMMIGRANT JUSTICE**<br>5355 NW 36 Street, Suite 2201<br>Miami, FL 33166<br>Tel: (305) 573-1106 Ext. 1020<br>Fax: (305) 576-6273<br>Llehner@aijustice.org | Andrea Montavon McKillip<br>Florida Bar No. 56401<br>**LEGAL AID SERVICE OF BROWARD COUNTY, INC.**<br>491 North State Road 7<br>Plantation, Florida 33317<br>Tel. (954) 736-2493<br>Fax (954) 736-2484<br>amontavon@legalaid.org<br><br>*Counsel for Petitioners* |