UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

    Petitioners-Plaintiffs, on behalf of
    themselves and those similarly situated,

**v.**

**MICHAEL W. MEADE**, *et al.*,

    Respondents-Defendants.
_____/

**PETITIONERS' FIRST SET OF REQUESTS FOR ADMISSION
TO RESPONDENT MICHAEL W. MEADE, FIELD OFFICE DIRECTOR,
MIAMI FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Petitioners-Plaintiffs ("Petitioners") hereby serve their First Set of Requests for Admissions to Respondents-Defendants Michael W. Meade, and William P. Barr in their official capacities (collectively, "Respondents"). Each request shall be admitted or denied separately, fully, and in writing under oath within thirty days, or as required by Court order on Petitioners' Motion for Expedited Discovery. These requests are continuing, and Plaintiff is required to supplement all responses in a timely manner.

**DEFINITIONS**

The following definitions apply to the requests for admissions below:

1. "Krome" means Krome Processing Center located in Miami-Dade County, FL.

2. "BTC" means Broward Transitional Center located in Broward County, FL.

3. "Glades" means Glades County Detention Center located in Moore Haven, FL.

4. The terms "Three Detention Centers" shall refer to Krome Service Processing Center, Glades County Detention Center, Broward Transitional Center, and any other ICE controlled detention center where a Class Member was transferred.

5. "CDC" means the Centers for Disease Control and Prevention.

6. "Cohorting" means grouping or housing persons with a similar condition for observation over a period of time.

7. "COVID-19 Response Plans" shall refer to all plans or procedures created, referenced or implemented by Respondents in preparing for or responding to a COVID-19 outbreak or potential COVID-19 outbreak, including but not limited to plans or procedures for responses to pandemics, infectious diseases, influenza, medical or other emergencies and disasters.

8. "Guards" shall refer to individuals who serve in a guard or security position at a detention center, regardless of the individual's employer.

9. "Staff" shall refer to individuals who serve in a staff position at a detention center, regardless of the individual's employer.

10. "Communication" includes any occurrence whereby data, expression, facts, opinions, thought, or other information of any kind is transmitted in any form, including, without limitation, in-person conversation, telephone conversation, video chat, correspondence, discussion, meeting, memorandum, email, text message, chat message, voice message, picture message, video message, audio recording, video recording, social media posting, or any other form of in-person, written, or electronic communication.

11. "Concerning" or "relating to" means referring to, and includes, but is not limited to, analyzing, commenting on, comprising, connected with, constituting, containing, contradicting, describing, embodying, establishing, evidencing, memorializing, mentioning, pertaining to, recording, regarding, reflecting, responding to, setting forth, showing, or supporting, directly or indirectly, or having any connection, association, relevance, relation, pertinence, or applicability to, or any implication for, or bearing upon, the subject matter of these Requests for Production.

12. "At-Risk Population" means individuals with one or more of the following risk factors: age of 55 or above, pregnancy or recent pregnancy (within last 6 weeks), and serious underlying medical condition including: chronic kidney disease (including receiving dialysis); chronic liver disease (including cirrhosis and chronic hepatitis); endocrine disorders (including diabetes mellitus); compromised immune system (immunosuppression) (e.g., receiving treatment such as chemotherapy or radiation, received an organ or bone marrow

transplant and is taking immunosuppressant medications, taking high doses of corticosteroids or other immunosuppressant medications, HIV or AIDS); metabolic disorders (including inherited metabolic disorders and mitochondrial disorders); heart disease (including congenital heart disease, congestive heart failure and coronary artery disease); lung disease including asthma or chronic obstructive pulmonary disease (chronic bronchitis or emphysema) or other chronic conditions associated with impaired lung function or that require home oxygen; neurological and neurologic and neurodevelopment conditions (including disorders of the brain, spinal cord, peripheral nerve, and muscle such as cerebral palsy, epilepsy (seizure disorders), stroke, intellectual disability, moderate to severe developmental delay, muscular dystrophy, or spinal cord injury); body mass index (BMI) of 40 or greater; hypertension; smoking or history of smoking; and, any other condition identified by the Centers for Disease Control and Prevention as putting a person at a higher risk of severe illness or death from COVID-19.

13. "Detainees" means all civil immigration detainees under the jurisdiction of U.S. Immigration and Customs Enforcement detained at Krome, BTC and Glades from April 13, 2020 to present.

14. "Document" has the meaning set forth in Rule 34(a)(1)(A) of the Federal Rules of Civil Procedure and includes, but is not limited to, each and every form of Communication and includes, without limitation, all written, printed, typed, recorded, or visual matter of any kind, type, nature, or description, in whatever form (e.g., final and draft versions), that is or has been in Your actual or constructive possession, custody, or control, including, but not limited to, all printed and electronic copies of electronic mail, text messages, chat messages, notes, correspondence, memoranda, tapes, handwritten notes, articles, diaries, letters, photographs, minutes, contracts, agreements, reports, computer printouts, drafts, notebooks, audio recordings, video recordings, or any written or recorded materials of any other kind, however stored (whether in tangible or electronic form), recorded, produced, or reproduced, including on backup tapes, the Internet, or the World Wide Web.

15. "ICE" means U.S. Immigration and Customs Enforcement, including all staff, employees, contractors and agents.

16. "ICE's ERO COVID-19 Pandemic Response Requirements" means both Version 1.0, April 10, 2020 of the document available

at: https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf and any supplements, additions, and changes thereto, including Version 2.0, June 22, 2020 of the document available at: https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf.

17. "CDC Guidelines" includes the Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in correctional and Detention Facilities, available at: https://www.cdc.gov/coronavirus/2019-ncov/downloads/guidance-correctional-detention.pdf.

18. "PBNDS 2011" means the Performance Based National Detention Standards 2011, Rev. 2016 available at: https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf.

19. "PBNDS 2008" means the Performance Based National Detention Standards 2008, available at: https://www.ice.gov/detention-standards/2008.

20. "2019 NDS" means the 2019 National Detention Standards for Non-Dedicated Facilities, available at: https://www.ice.gov/detention-standards/2019

21. "Including" means including without limitation.

22. "Isolation" means the separation of a person or group of people known or reasonably believed to be infected with a communicable disease and potentially infectious from others to prevent the spread of the communicable disease.

23. "Person" includes any natural person or legal entity.

24. "Personal Protective Equipment" or "PPE" means equipment worn to minimize exposure to COVID-19, including, but not limited to, facemasks, N95 respirators, eye protection, disposable medical gloves, and disposable gowns/one-piece coveralls.

25. "Quarantine" means the separation of a person or group of people reasonably believed to have been exposed to a communicable disease but not yet symptomatic, from others who have not been exposed, to prevent the possible spread of the communicable disease.

26. "Social Distancing" means the keeping of space between one person and other people, including staying at least six feet apart, not gathering in groups, staying out of crowded places, and avoiding mass gatherings.

27. "You," Your," "Respondents", or "Defendants" means Respondents-Defendants Michael W. Meade and William P. Barr, together with any of their agents,

attorneys, representatives, affiliates, public relations consultants, or any other Person acting under their control or on their behalf.

28. The use of the singular form of any word includes the plural and vice versa.

## REQUESTS

1. ICE is required to implement CDC Guidelines.

2. ICE is required to follow CDC Guidelines.

3. ICE is required to comply with ICE's ERO COVID-19 Pandemic Response Requirements.

4. ICE is required to comply with the Performance Based National Detention Standards 2011, Rev. 2016.

5. ICE is required to comply with the Performance Based National Detention Standards 2008.

6. ICE is required to comply with the 2019 National Detention Standards for Non-Dedicated Facilities.

7. There have been 28 or more detainees at Broward Transitional Center who tested positive for COVID-19 as of July 8, 2020.

8. There have been 112 or more detainees at Glades County Detention Center who have tested positive for COVID-19 as of July 8, 2020.

9. There have been 7 or more detainees at Krome North Service Processing Center who have tested positive for COVID-19 as of July 8, 2020.

10. You have not increased the area in which detainees are allowed to sleep at the Three Detention Centers in response to COVID-19.

11. You have not moved the bunk beds at the Three Detention Centers in response to COVID-19.

12. As of July 8, 2020, it is not possible for all men and women detained at the Three Detention Facilities to sleep more than 6 feet away from all other detainees.

13. You have not increased the area in which detainees are allowed to spend their time at the Three Detention Centers in response to COVID-19.

14. You have not provided additional tables where detainees can eat meals so all detainees are more than 6 feet apart.

15. At least two ICE detainees have died from COVID-19 while in custody as of July 8, 2020.

16. ICE did not change any policies as a result of the men who died from COVID-19 while in ICE custody.

17. No staff member has been fired because of their failure to follow policies related to COVID-19 at any of the Three Detention Centers.

18. No staff member has been disciplined in any way because of their failure to follow policies related to COVID-19 at any of the Three Detention Centers.

19. None of the Three Detention Centers offer 24 hour access to healthcare to detainees every day of the week.

20. None of the Three Detention Centers has a doctor on-site 24 hours per day every day of the week.

21. None of the Three Detention Centers has an Airborne Infection Isolation Room.

22. Since June 6, 2020, ICE has cohorted or quarantined detainees who have not tested positive for COVID-19 with detainees who have tested positive for COVID-19 at one or more of the Three Detention Centers.

23. ICE has decided not to release any no detainee ICE considers to be held under mandatory detention absent a court order due to COVID-19.

24. ICE has not released any mandatory detainee due to COVID-19 absent a court order requiring the release.

25. ICE staff do not clean the living pods at Krome, Glades or BTC.

26. The only people who clean the living pods at Krome, Glades and BTC are the men and women under detention.

27. ICE's policy is that detainees are supposed to be provided access to cleaning supplies to clean the living pods at Krome, Glades and BTC no more than three times per day after meals.

28. Detainees at Krome, Glades and BTC have not been allowed access to disinfecting wipes.

29. No detainee at Krome, Glades or BTC has been tested for COVID-19 more than once.

Date:  July 8, 2020

Respectfully submitted,

*/s/ Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258

| | |
|---|---|
| Gregory P. Copeland* | Scott M. Edson, Esq. |
| Sarah T. Gillman* | Florida Bar No. 17258 |
| **RAPID DEFENSE NETWORK** | **KING & SPALDING LLP** |
| 11 Broadway, Suite 615 | 1700 Pennsylvania Avenue NW, STE 200 |
| New York, NY 10004 | Washington, DC 20006-4707 |
| Tel.: (212) 843-0910 | Telephone:  (202) 737-0500 |
| Fax: (212) 257-7033 | Facsimile:  (202) 626-3737 |
| gregory@defensenetwork.org | sedson@kslaw.com |
| sarah@defensenetwork.org | |
| **Appearing Pro Hac Vice* | |
| | |
| Rebecca Sharpless | Kathryn S. Lehman |
| Florida Bar No. 0131024 | Florida Bar No.: 95642 |
| Romy Lerner | Chad A. Peterson |
| Florida Bar No. 116713 | Florida Bar No.: 91585 |
| Katarina M. Gomez, Law Student | **KING & SPALDING LLP** |
| Meredith Hoffman, Law Student | 1180 Peachtree Street, N.E. |
| Maria A. Llorens, Law Student | Atlanta, GA 30309 |
| Olivia G. Parise, Law Student | Telephone: (404) 572-4600 |
| **UNIVERSITY OF MIAMI SCHOOL OF LAW - IMMIGRATION CLINIC** | Facsimile: (404) 572-5100 |
| 1311 Miller Drive Suite, E-273 | klehman@kslaw.com |
| Coral Gables, Florida 33146 | cpeterson@kslaw.com |
| Tel: (305) 284-3576 | |
| Fax: (305) 284-6092 | |
| rsharpless@law.miami.edu | |
| | |
| Paul R. Chavez | Mark Andrew Prada |
| FL Bar No. 1021395 | Fla. Bar No. 91997 |
| Maia Fleischman | Anthony Richard Dominguez |
| FL Bar No. 1010709 | Fla. Bar No. 1002234 |
| **SOUTHERN POVERTY LAW CENTER** | **PRADA URIZAR, PLLC** |
| 2 S. Biscayne Blvd., Ste. 3200 | 3191 Coral Way, Suite 500 |
| Miami, FL 33101 | Miami, FL 33145 |
| Tel: (305) 537-0577 | Tel.:  (786) 703-2061 |
| paul.chavez@splcenter.org | Fax:   (786) 708-9508 |
| maia.fleischman@splcenter.org | mprada@pradaurizar.com |
| | adominguez@pradaurizar.com |

| | |
|---|---|
| Lisa Lehner<br>Florida Bar No. 382191<br>**AMERICANS FOR IMMIGRANT JUSTICE**<br>5355 NW 36 Street, Suite 2201<br>Miami, FL 33166<br>Tel: (305) 573-1106 Ext. 1020<br>Fax: (305) 576-6273<br>Llehner@aijustice.org | Andrea Montavon McKillip<br>Florida Bar No. 56401<br>**LEGAL AID SERVICE OF BROWARD COUNTY, INC.**<br>491 North State Road 7<br>Plantation, Florida 33317<br>Tel. (954) 736-2493<br>Fax (954) 736-2484<br>amontavon@legalaid.org<br><br>*Counsel for Petitioners* |