IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF ACTING OFFICER IN CHARGE LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome). I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 2(j) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. As of 9:00 a.m. on July 13, 2020, ICE detained 1072 detainees at Krome, BTC, and Glades.

4. ICE is housing 336 detainees at BTC; 415 detainees at Krome; and 321 at Glades.

5. Of the 1072 detainees, 837 detainees or 78% are considered to be subject to mandatory detention.

6. Of the 336 detainees housed at BTC, 86 have criminal convictions and 250 do not have criminal convictions. However, 89 of the 250 detainees with no criminal convictions are pending criminal charges.

7. Of the 415 detainees housed at Krome, 264 have criminal convictions and 151 do not have criminal convictions. However, 106 of the 151 detainees with no criminal convictions are pending criminal charges.

8. Of the 321 detainees housed at Glades, 230 have criminal convictions and 91 do not have criminal convictions. However, 77 of the 91 detainees with no criminal convictions are pending criminal charges.

DATED: July 13, 2020

*Digitally signed by LIANA J CASTANO*
*Date: 2020.07.13 14:06:21 -04'00'*

Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement