

**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ALONZO-Gamarro, Eber      Alien Number ███654   COC GUATEMALA

Date of Transfer 7/8/2020          Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors      Yes ☑      No ☐

Criminal History        Yes ☐      No ☑

### Nature of Transfer

IAO Flight Staging     ☐
Hospital          ☐
Within Field Office     ☑
Out of Field Office     ☐
Other           ☐     Comments_____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by J. Echeverry_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3 Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _48.2 7/7/20 @0435_

| | | | |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☐ | ☐ | ☑ |
| Record method of travel: Ground ☐ ICE Air ☐ Commercial flight- ☐ | ☐ | ☐ | ☑ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ | |
| b. Stop the Spread of Germs. | ☒ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ALONZO-GAMARRO, EBER | 554, GUATE | X [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Brin | [signature] | 7/7/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name Arguello-Aguilar, Romeo        Alien Number ████ l663        COC MEXICO

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐        Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | | ✓ |
| | • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| | • Awaiting COVID-19 test results? | | | ✓ |
| | • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4 Temp W (0)81 7/8/20_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ✓

For **transfers and removals only**, is the detainee medically cleared to travel?   ✓

Record method of travel: Ground ✓   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.   ☒

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| ARGUELLO-AGUILAR,ROMEO | [REDACTED]663 - MEXIC | X _(signature)_ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Serrano, Brian | | _(signature)_ | 7/8/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Solorio Hurtado, Oscar Alainne    Alien Number ████702    COC MEXICO

Date of Transfer 07/2/2020    Date of Review 07/2/2020

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

## **Nature of Transfer**

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ☑ | ☐ | |

2) Is the detainee currently:
- In medical isolation? — NO ☒
- Experiencing symptoms commonly associated with COVID-19? — NO ☒
- Awaiting COVID-19 test results? — NO ☒
- Cohorted due to COVID-19 exposure? — NO ☒

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☒ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☒ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 9.9  N/A — ☒

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☒

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☒
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | | YES | NO |
|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| b. | Stop the Spread of Germs. | ☒ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO |
|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SOLORIO HURTADO, OSCAR | ▓▓702, MEXIC | Oscar Solorio |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Brian | [signature] | 7/2/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Cabrera Ochoa, Victor    Alien Number ███████3498    COC GUATEMALA

Date of Transfer 7/8/2020         Date of Review 7/8/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors         Yes ☐         No ☑

Criminal History             Yes ☑         No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments _____

_____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:
| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.6(end) 7/8/20 (w 80 30 0N

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | ✓ |
| Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐ | | | ✓ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ☒ | | |
| b. Stop the Spread of Germs. | ☒ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CABRERA OCHOA,VICTOR | ▇▇▇498,GUATE | X Victor Cabrera |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Brian | | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MENCHO, Mainor Vicente    Alien Number ███ 498    COC GUATEMALA

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐        Comments_____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by J. Echeverry

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | ☐ | ☑ | |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| | • Awaiting COVID-19 test results? | ☐ | ☑ | |
| | • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 95.9 @ 0440 7/8/20

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ ☐ ☐ ☑

For **transfers and removals only**, is the detainee medically cleared to travel?  ☐ ☐ ☑

Record method of travel: Ground ☐  ICE Air ☐  Commercial flight- ☐  ☐ ☐ ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
| (B) a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| (B) b. | Stop the Spread of Germs. | ☒ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | ☐ |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ | ☐ |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | ☐ |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MENCHO,MAINOR | ▮▮498 , GUATE | X Mainor |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| B. Serrano | | 7-7-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name VENTURA, Hector          Alien Number ██████ 269   COC El Salvador

Date of Transfer 7/8/2020          Date of Review 7/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
   - In medical isolation? — NO ☑
   - Experiencing symptoms commonly associated with COVID-19? — NO ☑
   - Awaiting COVID-19 test results? — NO ☑
   - Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.0 ↑ 0200  7/8/20 n ℃ — YES ☑

   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

   For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑

   Record method of travel: Ground ☐  ICE Air ☐  Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒

   b. Stop the Spread of Germs. — ☒

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| VENTURA-MONTEAGUDO,HECTOR | ███269 , ELSAL | ✗ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 7/7/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name BELTRAN-Funez, Moises        Alien Number ████ 421    COC Honduras

Date of Transfer 7/8/2020                Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐       No ☑

Criminal History               Yes ☐       No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐        Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO |
|---|---|---|
| 1) Verify the detainee's current health status and exposure history. |  |  |
| 2) Is the detainee currently: |  |  |
| • In medical isolation? | ☑ | ☐ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ |
| • Awaiting COVID-19 test results? | ☐ | ☑ |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____  ☐ ☐ ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.9__  ☑ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ ☐

For **transfers and removals only**, is the detainee medically cleared to travel?  ☑ ☐

Record method of travel:  Ground ☑  ICE Air ☐  Commercial flight- ☐   BTC  ☑ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
 Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑ ☐
 Stop the Spread of Germs.  ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.  ☑ ☐

a. Did ICE provide transportation? If yes, where was the alien transported to? _____  ☐ ☐
b. Did a family member or friend provide transportation?  ☐ ☐
c. Was the alien provided with a personal protective equipment mask upon release?  ☐ ☐
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☐

ALIEN'S PRINTED NAME: BELTRAN FUNES MOISES          A#: [redacted] 421
ALIEN'S SIGNATURE: Moises Beltran

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: C Vargas
OFFICER'S/CONTRACTED STAFF'S SIGNATURE: ____   DATE: ____



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MARTINEZ-Hernandez, Andres    Alien Number ███ 189    COC Mexico

Date of Transfer 7/9/2020    Date of Review 7/9/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a06Ai

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☐    No ☑

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments _____

_____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history.  ☑ YES

2) Is the detainee currently:
- In medical isolation?  ☑ NO
- Experiencing symptoms commonly associated with COVID-19?  ☑ NO
- Awaiting COVID-19 test results?  ☑ NO
- Cohorted due to COVID-19 exposure?  ☑ NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

　　a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☑ N/A

　　b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☑ N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.8___  ☑ YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ N/A

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐  ☑ N/A

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

　　a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☒ YES
　　b. Stop the Spread of Germs.  ☒ YES

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

　　a. Did ICE provide transportation? If yes, where was the alien transported to? ___

　　b. Did a family member or friend provide transportation?

　　c. Was the alien provided with a personal protective equipment mask upon release?

　　d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

　　e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| MARTINEZ-HERNANDEZ, ANDRES | ███189 | *AMH* | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Serrano, BHG | | | 7/9/20 |

BTC



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name DUNN, Rupert Alexander        Alien Number ████ 281    COC Jamaica

Date of Transfer 7/9/2020                  Date of Review 7/9/2020

### __Detention Authority__

☐ INA 235        ☐ INA 236(a)        ☐ INA 236(c)        ☑ INA 241        ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                    Yes ☐          No ☑

### __Nature of Transfer__

IAO Flight Staging        ☐
Hospital                        ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                          ☐        Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check.
Record temperature here: ___98.2___ — YES ☑
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐ — N/A ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☒

b. Stop the Spread of Germs. — YES ☒

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DUNN, RUPERT | A███281 | ✗ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Zuniga, Christian | Christian | 7/9/2020 |

BTC



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Mendez-Zamora, Kevin          Alien Number A███████664   COC MEXICO

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3 Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.1 Temp @ 2045 7/8/20 ah_

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | ✓ |
| Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐ | | | ✓ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | | |
| b. Stop the Spread of Germs. | ☒ | | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MENDEZ-ZAMORA,KEVIN | ███ 564 - MEXIC | Kevin Mendez |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Euriga, Christian | Chris | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name RIOS da Silva, Thiago          Alien Number ███ 684     COC Bazil

Date of Transfer 7/9/2020                    Date of Review 7/9/2020

## **Detention Authority**

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 212a07Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☐          No ☑

## **Nature of Transfer**

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐        Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by J. Echeverry

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.4___ — YES ☑

   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐ — N/A ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

   b. Stop the Spread of Germs. — YES ☑

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| RIOS DA SILVA, THIAGO WANDERLEY | 684 | ✗ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Zuniga, Christian | | | 7/9/2020 |

BTC



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sejdic, Saban         Alien Number ███████ 529   COC BOSNIA

Date of Transfer 7/8/2020         Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a2Bi

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020

KRO2020-00089



## U.S. Immigration and Customs Enforcement

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ✓

2) Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.7 1/m/20 2ns 7/8/20 Jo_ — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — N/A ✓
Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

b. Stop the Spread of Germs. — YES ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SEJDIC,SABAN | ███ 529 - BOSNI | S Llen |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Euriqa, Christian | | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name GONZALEZ-Zavala, Jose    Alien Number ███ 258    COC El Sal

Date of Transfer 7/9/2020    Date of Review 7/9/2020

### **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### **Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐    Comments_____

_____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by J. Echeverry_____

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — **YES** ✓

2) Is the detainee currently:
- In medical isolation? — **NO** ✓
- Experiencing symptoms commonly associated with COVID-19? — **NO** ✓
- Awaiting COVID-19 test results? — **NO** ✓
- Cohorted due to COVID-19 exposure? — **NO** ✓

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and
the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — **N/A** ✓

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — **N/A** ✓

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.0 at 0200 7/8/20 mc_ — **YES** ✓
For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — **N/A** ✓
For **transfers and removals only,** is the detainee medically cleared to travel? — **YES** ✓
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ✗

b. Stop the Spread of Germs. — ✗

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| GONZALEZ ZAVALA,JOSE | ████ 258,ELSAL | _JZ_ | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | | OFFICER S/CONTRACTED STAFF'S SIGNATURE | DATE |
| J.M | | J.M | 7/7/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Quintero, Jose       Alien Number ████3828   COC HONDURAS

Date of Transfer 7/8/2020                Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 8 USC 1326

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office     ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020

KR02020-0005g



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | |

2) Is the detainee currently:
- In medical isolation? ☐ ☐
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.0 temp__ ☑ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☐ ☑

For **transfers and removals only**, is the detainee medically cleared to travel? ☐ ☐ ☑

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

CZ  a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and ☒

CZ  b. Stop the Spread of Germs. ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

b. Did a family member or friend provide transportation? ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| QUINTERO,JOSE | [redacted]828,HONDU | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Zuniga, Christian | [signature] | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Alcide, Jerry          Alien Number ████7525   COC HAITI

Date of Transfer 7/9/2020          Date of Review 7/9/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a2Aiii

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                   ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                      ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.0 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | |
| Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐ | ☐ | ☐ | ☑ |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☐ | ☐ | |
| b. Stop the Spread of Germs. | ☐ | ☐ | |
| 5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ALCIDE, JERRY | A███████525 | X JERRY Alcide |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| [signature] | [signature] | 7/9/20 |

GLA



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Vazquez, Salomon     Alien Number ████████9738     COC MEXICO

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                    Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital                    ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                       ☐     Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020

KR02020-00059



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | ☐ | |

2) Is the detainee currently:
| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.8 Temp/w 2045 7/8/20 En_

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☐ | ☐ | ✓ |
| Record method of travel: Ground ✓ ICE Air ☐ Commercial flight ☐ | ☐ | ☐ | ✓ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| b. Stop the Spread of Germs. | ✓ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? ___ | ☐ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RAMIREZ-VAZQUEZ, SALOMON | ▮▮▮38, MEXIC | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Zuniga, Christian | [signature] | 7/8/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Fernandez-Lujan, Alejandro     Alien Number ▓▓▓3477   COC CUBA

Date of Transfer 7/9/2020     Date of Review 7/9/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 237a2C

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.8 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐ | ☐ | ☐ | ☐ |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |
| 5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| FERNANDEZ-LUJAN, ALEJANDRO | ▇▇▇ 477 | X | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| A.W | A.W | | 7/9/20 |

GLA



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Marcial-Herrera, Luis          Alien Number ███████I349   COC MEXICO

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Aii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | ☐ |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | ☐ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | ☐ |
| • Awaiting COVID-19 test results? | ☐ | ☑ | ☐ |
| • Cohorted due to COVID-19 exposure? | ☐ | ☐ | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 48.6 + tmp 718 20 @ 2040

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | ☐ |
| | ☐ | ☐ | ☑ |
| Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐ | ☐ | ☐ | ☑ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ☒ | ☐ |
| b. Stop the Spread of Germs. | ☒ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MARCIAL-HERRERA,LUIS | ▮▮▮49 , MEXIC | *[signature]* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Zuniga, Christian | *[signature]* | 7/8/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Velasquez-Velasquez, Ananias    Alien Number ████4151    COC GUATEMALA

Date of Transfer 7/8/2020    Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 8 USC 1229a

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020

KR0202200089



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑

2) Is the detainee currently:
- In medical isolation? — ☑ (N/A)
- Experiencing symptoms commonly associated with COVID-19? — ☑ (N/A)
- Awaiting COVID-19 test results? — ☑ (N/A)
- Cohorted due to COVID-19 exposure? — ☑ (N/A)

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☑ (N/A)

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☑ (N/A)

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.2 7/8/20 w 2047 SW

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — ☑ (N/A)

Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑

b. Stop the Spread of Germs. — ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐

b. Did a family member or friend provide transportation? — ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| VELASQUEZ-VELASQUEZ,ANANIAS | ▮▮▮51,GUATE | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Eunioga Christian | | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sajbin-Sosa, Mauro       Alien Number ████████ l095   COC GUATEMALA

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐      No ☑

Criminal History             Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐       Comments_____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O._____

Rev. 06/2020

KRO2020-00054

 **U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — [✓]

2) Is the detainee currently:
- In medical isolation? — [✓ NO]
- Experiencing symptoms commonly associated with COVID-19? — [✓ NO]
- Awaiting COVID-19 test results? — [✓ NO]
- Cohorted due to COVID-19 exposure? — [✓ NO]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — [N/A ✓]

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — [N/A ✓]

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.4 fahrenheit @ 2045 7/8/2020

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — [YES ✓]

For **transfers and removals only**, is the detainee medically cleared to travel? — [N/A ✓]

Record method of travel: Ground [✓]   ICE Air [ ]   Commercial flight- [ ] — [N/A ✓]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — [✓]

b. Stop the Spread of Germs. — [✓]

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SAJBIN-SOSA,MAURO | ████095 - GUATE | X |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Zuniga, Christian | | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sajbin-Sosa, Angel          Alien Number ████████0798   COC GUATEMALA

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐     Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020

KR02072.0009



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — [YES ✓]

2) Is the detainee currently:
- In medical isolation? — [NO ✓]
- Experiencing symptoms commonly associated with COVID-19? — [NO ✓]
- Awaiting COVID-19 test results? — [NO ✓]
- Cohorted due to COVID-19 exposure? — [NO ✓]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — [N/A ✓]

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — [N/A ✓]

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4 Temp 2015 7/8/20 _ — [YES ✓]
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — [N/A ✓]
   For **transfers and removals only**, is the detainee medically cleared to travel? — [N/A ✓]
   Record method of travel:  Ground [✓]    ICE Air [ ]    Commercial flight [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — [YES ✗]
   b. Stop the Spread of Germs. — [YES ✓]

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? _____
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SAUBIN-SOSA, ANGEL | 798,GUATE | Olim |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Europa, Christian | _(signature)_ | 7/8/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name _Francois, Samuel_          Alien Number ████2223   COC _HAITI_

Date of Transfer _7/8/2020_                    Date of Review _7/8/2020_

## **Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other _212a6Ai_

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

## **Nature of Transfer**

IAO Flight Staging    ☐
Hospital             ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _I. BLANCO D.O._

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.3 Temp 7/8/20 @ 2040 h_

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | ☐ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☐ | ☐ | ✓ |
| Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐ | ☐ | ☐ | ✓ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ⊠ | ☐ | |
| b. Stop the Spread of Germs. | ⊠ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ✓ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| FRANCOIS,SAMUEL | ▇▇▇ 223 , HAITI | _FRANCOIS Samuel_ |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Brian | _signature_ | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Sierra Borroto, Yasel      Alien Number A██████3219   COC CUBA

Date of Transfer 7/8/2020              Date of Review 7/8/2020

## Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 237a2Bi

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐     Comments _____

_____

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020

RE02020-00050



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ☑

**2)** Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — N/A ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.7 Temp 2042 7/8/20 hr — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — N/A ☑

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒ YES

   b. Stop the Spread of Germs. — ☒ YES

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SIERRA BORROTO,YASEL | ▮▮▮19,CUBA | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Zuniga, Christian | | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Mairena-Obregon, Francisco   Alien Number ███████3622   COC NICARAGUA

Date of Transfer 7/8/2020                     Date of Review 7/8/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐        Comments_____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O._____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1.) Verify the detainee's current health status and exposure history — ☑ YES

2.) Is the detainee currently:
- In medical isolation? — ✓ NO
- Experiencing symptoms commonly associated with COVID-19? — ✓ NO
- Awaiting COVID-19 test results? — ✓ NO
- Cohorted due to COVID-19 exposure? — ✓ NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ✓ N/A

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ✓ N/A

3.) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.6 Temp @ 0640 7/8/20 2x_ — ☑ YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ✓ N/A

For **transfers and removals only**, is the detainee medically cleared to travel? — ☑ YES

Record method of travel: Ground ☑    ICE Air ☐    Commercial flight- ☐ — ✓ N/A

4.) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒ YES

b. Stop the Spread of Germs. — ☒ YES

5.) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MARENA-OBREGON,FRANCISCO | [redacted] 522 , NICAR | X Francisco |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Zuniga, Christian | Christian | 7/8/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Rodas-Alfaro, Jorge        Alien Number ▊▊▊9445   COC GUATEMALA

Date of Transfer 7/8/2020                    Date of Review 7/8/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Aii

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.1

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | ✓ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | ✓ |
| Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐ | | | ✓ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ☒ | ☐ |
| b. Stop the Spread of Germs. | ☒ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| RODAS-ALFARO,JORGE | 445 - GUATE | Jorge Rodas | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| Zuniga, Christian | | | 7/8/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Pulido-Huerta, Sergio          Alien Number ███ 379     COC MEXICO

Date of Transfer 07/10/2020                    Date of Review 07/10/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                    Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other                            ☐          Comments Xfer to BTC

Xfer to BTC

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO J.H. Martinez          _____ 7396

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
|---|---|---|---|
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check.
Record temperature here: _98.4_

| | ☑ | ☐ | |
|---|---|---|---|

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | ☐ | ☐ | ☑ |
|---|---|---|---|

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

| | ☐ | ☐ | ☑ |
|---|---|---|---|

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ | |
|---|---|---|---|
| b. Stop the Spread of Germs. | ☒ | ☐ | |

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
|---|---|---|---|
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| PULIDO-HUERTA, SERGIO | ▉▉▉ 379 | _signature_ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Eunioga, Christian | | _signature_ | 7/9/2020 |

BTC



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Loccident, Roro               Alien Number ▮▮▮▮▮ 1981   COC HAITI

Date of Transfer 7/9/2020                  Date of Review 7/9/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐        Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check.
Record temperature here: __98.2__

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | ☐ | |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | ☐ | ☐ | ✓ |

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ✓    ICE Air ☐    Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ☐ | ☐ | ✓ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☐ | ☐ |
| b. Stop the Spread of Germs. | ☐ | ☐ |

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LOCCIDENT, RORO | 981 | X |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 7/9/20 |

GLA



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Cuyuch-Matom, Diego          Alien Number ▮▮▮▮6960   COC GUATEMALA

Date of Transfer 7/9/2020                    Date of Review 7/9/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Aii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐     Comments_____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O._____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. **[YES ✓]**

2) Is the detainee currently:
- In medical isolation? **[NO ✓]**
- Experiencing symptoms commonly associated with COVID-19? **[NO ✓]**
- Awaiting COVID-19 test results? **[NO ✓]**
- Cohorted due to COVID-19 exposure? **[NO ✓]**

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:
_____ **[N/A ✓]**

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. **[N/A ✓]**

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 98.4 _____ **[YES ✓]**

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. **[N/A ✓]**

For **transfers and removals only**, is the detainee medically cleared to travel? **[N/A ✓]**

Record method of travel: Ground [✓]   ICE Air [ ]   Commercial flight [ ] **[N/A ✓]**

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and **[NO — JL]**

b. Stop the Spread of Germs. **[NO — JL]**

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CUYUCH-MATOM, DIEGO | ▮▮▮960 | X [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| [signature] | J.h | 7/9/20 |

GLA



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Diaz Paz, Amaury          Alien Number ████3167   COC CUBA

Date of Transfer 7/9/2020                    Date of Review 7/9/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 212(a)(7)(A)(i)(I)

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.0_

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐

| | YES | NO | N/A |
|---|---|---|---|
| | | | ✓ |
| | | | ✓ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ✓ | |
| b. Stop the Spread of Germs. | | ✓ | |

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ✓ | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ✓ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ✓ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ✓ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| DIAZ PAZ, AMAURY | ▮▮▮167 | X _(signature)_ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| A.N | | (A.N) | 7/9/20 |

GLA



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Guzman Silverio, Miguel     Alien Number ████ |469     COC DR

Date of Transfer 7/9/2020          Date of Review 7/9/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Aii

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N.A. |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | | YES | NO | N.A. |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.6_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

| | YES | NO | N.A. |
|---|---|---|---|
| | ✓ | ☐ | |
| | ☐ | ✓ | |
| | ☐ | ☐ | ☐ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N.A. |
|---|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☐ | ☐ | |
| b. | Stop the Spread of Germs. | ☐ | ☐ | |

5) For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N.A. |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GUZMAN SILVERIO, MIGUEL MAXIMILLIO | ███ 469 | x M [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| (b)(6) | (b)(6) | |

GLA



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Pineyro, Yoe Michel          Alien Number ▨▨ 811    COC Cuba

Date of Transfer 07/07/2020                    Date of Review 07/07/2020

## **Detention Authority**

☐ INA 235    ☑ INA 236    ☐ INA 241    ☐ Other _____

COVID 19 Risk Factors        Yes ☑      No ☐

Criminal History             Yes ☑      No ☐

## **Nature of Transfer**

IAO Flight Staging       ☐
Hospital                 ☐
Within Field Office      ☑
Out of Field Office      ☐
Other                    ☐    Comments Subject was transferred ATW to Krome. due to

~~Subject was transferred ATW to Krome.~~  reclassification.

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by *Omar Tolto*  _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

INSTRUCTIONS:

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history.  ☑

2) Is the detainee currently:
- In medical isolation?  ☑ NO
- Experiencing symptoms commonly associated with COVID-19?  ☑ NO
- Awaiting COVID-19 test results?  ☑ NO
- Cohorted due to COVID-19 exposure?  ☑ NO

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☑ N/A

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☑ N/A

Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __90.1__

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ NO

For transfers and removals only, is the detainee medically cleared to travel?  ☑ YES

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑
b. Stop the Spread of Germs.  ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to?  _Krome_  ☑ YES
b. Did a family member or friend provide transportation?  ☑ NO
c. Was the alien provided with a personal protective equipment mask upon release?  ☑ YES
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☑ YES
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft) and taxis?  ☑ YES

Pineyro, Yoe                     811   X   _____

O. Herrera              X. Flanagan RN   7-7-20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Miranda Velasquez, Osman Filomeno   Alien Number███████002   COC GUATEMALA

Date of Transfer 07/06/2020                      Date of Review 07/02/2020

## Detention Authority

☐ INA 235   ☑ INA 236   ☐ INA 241   ☐ Other _____

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History           Yes ☐      No ☑

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐   Comments R & B case transferred back to Baker County

R & B case transfered back to Baker County

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by KEITH B. BUDD DO ~~_____~~

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checkli

## for AII ICE ERO Transfers, Removals

1) Verify the detainee's current health status and exposure history.  ☑ ☐

2) Is the detainee currently:
- In medical isolation?  ☐ ☑
- Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
- Awaiting COVID-19 test results?  ☐ ☑
- Cohorted due to COVID-19 exposure?  ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____  ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.5  ☑ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ ☐ ☐

For transfers and removals only, is the detainee medically cleared to travel?  ☑ ☐ ☐

Record method of travel: Ground ☑   ICE Air ☑   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and  ☐ ☐

b. Stop the Spread of Germs.  ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _Orlando_  ☑ ☐

b. Did a family member or friend provide transportation?  ☐ ☑

c. Was the alien provided with a personal protective equipment mask upon release?  ☑ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐ ☑

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☑

Miranda-Velasquez, Osman
D.O.B.: ▮▮▮▮  Age: ▮▮
▮▮▮▮▮ 002  Guate BTC  Male

B. Bush                    A.Valdus            7-6-20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Bravo Perez, Rosario Santos   Alien Number ███████253   COC GUATEMALA

Date of Transfer 07/06/2020   Date of Review 07/02/2020

## Detention Authority

☐ INA 235   ☑ INA 236   ☐ INA 241   ☐ Other _____

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☐   No ☑

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐   Comments R & B case transfered back to Baker County

R & B case transfered back to Baker County

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by KEITH B. BUDD DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checklis
## for All ICE ERO Transfers, Removals, and Releas

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.4
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel: Ground ☑  ICE Air ☑  Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
a. Did ICE provide transportation? If yes, where was the alien transported to? _Orlando_
b. Did a family member or friend provide transportation?
c. Was the alien provided with a personal protective equipment mask upon release?
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Bravo Perez, Rosario Sotero          25    Ros00 04210

KFlorganza                Alle              7-6-70



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Mendez Arce, Onas          Alien Number ███████752     COC GUATEMALA

Date of Transfer 07/06/2020                     Date of Review 07/02/2020

## Detention Authority

☐ INA 235    ☑ INA 236    ☐ INA 241    ☐ Other _____

COVID 19 Risk Factors        Yes ☐         No ☑

Criminal History             Yes ☐         No ☑

## Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments R & B case transferred back to Baker County

R & B case transferred back to Baker County

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by KEITH B. BUDD DO ~~~~~~~~~~

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
- In medical isolation?                                                                      ☑ ☐
- Experiencing symptoms commonly associated with COVID-19?                ☐ ☑
- Awaiting COVID-19 test results?                                                     ☐ ☑
- Cohorted due to COVID-19 exposure?                                              ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____                                                        ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.   ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.4_                                              ☑ ☐ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.                                         ☑ ☐ ☐

For transfers and removals only, is the detainee medically cleared to travel?                                  ☑ ☐ ☐
Record method of travel:   Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and                                         ☐ ☐

b. Stop the Spread of Germs.                                                                                             ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _Orlando_                    ☑ ☐
b. Did a family member or friend provide transportation?                                                           ☐ ☑
c. Was the alien provided with a personal protective equipment mask upon release?                          ☑ ☐
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?                                                                                                    ☐ ☐ ☑
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?   ☐ ☐ ☑

Mendez Arce Onas                            752

B. Bath                                                                            A.                              7-6-20



**U.S. Immigration
and Customs
Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

### Miami Field Office

### PRE-Transfer Custody Review

Name **Mejia-Marin, Ricardo Enrique**   Alien Number ████331   COC **HONDURAS**

Date of Transfer **07/06/2020**          Date of Review **07/02/2020**

### Detention Authority

☐ INA 235      ☐ INA 236      ☑ INA 241      ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐          Comments APSO CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC

APSO CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by KEITH B. BUDD DO

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE ERO

# COVID-19 Checklis
### for All ICE ERO Transfers, Removals, and Release

1) Verify the detainee's current health status and exposure history. ☑ ☐

2) Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___97.6___  ☑ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑   ☑ ☐ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☐ ☐

b. Stop the Spread of Germs. ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☑ ☐

b. Did a family member or friend provide transportation? ☐ ☑

c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

Mejia-Maria, Ricardo
D.O.B: _____ Age: ___
___ 331 Honda BTC Male

x _____
Elena _____ _____, LPN
Bro___ ___ ___ional Center
7-6-20

Avalda



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name _Guzman-Gonzalez, Jehu_   Alien Number ▅▅▅▅151   COC _GUATEMALA_

Date of Transfer _07/06/2020_         Date of Review _07/02/2020_

## Detention Authority

☐ INA 235   ☑ INA 236   ☐ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                Yes ☐          No ☑

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _R & B case transferred back to Baker County_

_R & B case transferred back to Baker County_

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _KEITH B. BUDD DO_ ~~~~~~~~~~

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checkli
## for AI ICE ERO Transfers, Removals

1) Verify the detainee's current health status and exposure history.  ☑ ☐

2) Is the detainee currently:
   - In medical isolation?  ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
   - Awaiting COVID-19 test results?  ☐ ☑
   - Cohorted due to COVID-19 exposure?  ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____  ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.5  ☑ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ ☐ ☐
For transfers and removals only, is the detainee medically cleared to travel?  ☑ ☐ ☐
Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 If You are Sick; and  ☐ ☐
   b. Stop the Spread of Germs.  ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? _Orlando_  ☑ ☐
   b. Did a family member or friend provide transportation?  ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release?  ☐ ☑
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐ ☑
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☑

Guzman-Gonzalez, Jehu
D.O.B: ▉  Age: ▉
▉ 51 BTC Guate Male

_B. Beste_                    _A Valde_          _Jehu Guzman Gonzalez_          7-6-20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Bonilla-Ochoa, Diego Fernando   Alien Number █████784   COC Honduras

Date of Transfer 07/08/2020   Date of Review 07/08/2020

## Detention Authority

[✓] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other _____

COVID 19 Risk Factors      Yes [✓]    No [ ]

Criminal History           Yes [✓]    No [ ]

## Nature of Transfer

IAO Flight Staging       [ ]
Hospital                 [ ]
Within Field Office      [ ]
Out of Field Office      [ ]
Other                    [✓]    Comments Transfer to AEX/OAK on 07/08/2020 for staging
~~Transfer to AEX/OAK on 07/08/2020~~ for removal flight

**Custody Decision** Release [ ]    Continue Custody [✓]

Reviewed by Ng, Chak

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals ████████

**1) Verify the detainee's current health status and exposure history.** ☐ ☑

**2) Is the detainee currently:**
- In medical isolation? ☐ ☐
- Experiencing symptoms commonly associated with COVID-19? ☐ ☐
- Awaiting COVID-19 test results? ☐ ☐
- Cohorted due to COVID-19 exposure? ☐ ☐

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___98.6___ ☑ ☐ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐

For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐
Record method of travel: Ground ☐   ICE Air ☑   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

**b.** Stop the Spread of Germs. ☑ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _Ft Laud Airport_ ☑ ☐

**b.** Did a family member or friend provide transportation? ☐ ☑

**c.** Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Bonilla-Ochoa, Deego | ████ 784 | _signature_ |

| OFFICER/CONTRACTED STAFF'S PRINTED NAME | OFFICER/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Diana A Joseph, RN Broward Transitional Center | _signatures_ N Sanchez | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Torres Sanchez, Christian Manuel  Alien Number ████787  COC Honduras

Date of Transfer 07/08/2020  Date of Review 07/08/2020

## Detention Authority

[✓] INA 235  [ ] INA 236  [ ] INA 241  [ ] Other _____

COVID 19 Risk Factors  Yes [ ]  No [✓]

Criminal History  Yes [✓]  No [ ]

## Nature of Transfer

IAO Flight Staging  [ ]
Hospital  [ ]
Within Field Office  [ ]
Out of Field Office  [ ]
Other  [✓]  Comments Transfer to AEX/OAK on 07/08/2020 for staging
~~Transfer to AEX/OAK on 07/08/2020~~  for removal flight

**Custody Decision** Release [ ]  Continue Custody [✓]

Reviewed by Ng, Chak

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE / ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
- In medical isolation?  ☑ ☐
- Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
- Awaiting COVID-19 test results?  ☐ ☑
- Cohorted due to COVID-19 exposure?  ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98·3__  ☑ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?  ☑ ☐ ☐
Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑   ☑ ☐ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
b. Stop the Spread of Germs.  ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
a. Did ICE provide transportation? If yes, where was the alien transported to?  _None, Airport_  ☐ ☐
b. Did a family member or friend provide transportation?  ☐ ☐
c. Was the alien provided with a personal protective equipment mask upon release?  ☐ ☐
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Torres-Sanchez, Christian | [redacted] 787 | [signature] |

| OFFICER'S OR DESIGNEE'S PRINTED NAME | OFFICER'S OR DESIGNEE'S SIGNATURE | DATE |
|---|---|---|
| Diana A Joseph, RN  Broward Transitional Center | M Sanchez | 7/8/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Jimenez-Ros, Jesus Raul     Alien Number ███ 800     COC GUATEMALA

Date of Transfer 07/06/2020                 Date of Review 07/02/2020

## Detention Authority

☐ INA 235     ☐ INA 236     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☐     No ☑

## Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments R & B case transferred back to Baker County
R & B case transferred back to Baker County

**Custody Decision Release** ☐     Continue Custody ☑

Reviewed by KEITH B. BUDD DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checklis

### for All ICE ERO Transfers, Removals

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently: ☑ ☐
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☑
   - Awaiting COVID-19 test results? ☐ ☑
   - Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.1 ☑ ☐ ☐
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐
   For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐
   Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☐ ☐
   b. Stop the Spread of Germs. ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? Orlando ☑ ☐
   b. Did a family member or friend provide transportation? ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☑
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☑ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

Jimenez-Ros, Jesus       ▊▊▊▊ 80D

B. Bah                    Abaldes              7-6-20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Rodas-Pedro, Ervin David      Alien Number ▮▮▮747   COC GUATEMALA

Date of Transfer 07/06/2020          Date of Review 07/02/2020

## Detention Authority

☐ INA 235     ☐ INA 236     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☑     No ☐

Criminal History               Yes ☑     No ☐

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments R & B case transferred back to Baker County
R & B case transferred back to Baker County

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by KEITH B. BUD~~DO~~ ~~DO~~ ✗✗✗✗

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checklis
### for All ICE ERO Transfers, Removals, and Rele

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

   For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __98.0__
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For transfers and removals only, is the detainee medically cleared to travel?
   Record method of travel: Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? ___home___
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft, and taxis?

Rodas-Pedro, Ervin
D.O.B          Age: 
/47 Guate BTC Male

Nalba

x 2H

Elena Perdomo Mordon, LPN    7-6-20
Broward Transitional Center



**U.S. Immigration
and Customs
Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

### PRE-Transfer Custody Review

Name Fernandez-Galindo, Esmelin Adonian  Alien Number ▓▓▓429   COC HONDURAS

Date of Transfer 07/06/2020                    Date of Review 07/02/2020

## Detention Authority

☐ INA 235        ☐ INA 236        ☑ INA 241        ☐ Other _____

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☐        No ☑

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐        Comments APSO CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC
APSO CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by KEITH B. BUDD DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklis
## for All ICE ERO Transfers, Removals and Re...

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently: ☑ ☐
   - In medical isolation? ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☑
   - Awaiting COVID-19 test results? ☐ ☑
   - Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.6 ☑ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐
Record method of travel:   Ground ☑     ICE Air ☑   Commercial flight ☑     ☑ ☐ ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. <u>Steps to Help Prevent the Spread of COVID-19 if You are Sick</u>; and ☐ ☐
   b. <u>Stop the Spread of Germs</u>. ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? ____ none
   b. Did a family member or friend provide transportation? ☑ ☐
   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☑
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☑ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

Fernandez Galindo, Esmelin Adonia
D.O.B: ▇▇        Age: ▇
▇29   Hondu  BTC  Male

x ▇▇▇▇

A. Valdez                    ▇▇▇ Perdomo Mordon, LPN   7-6-20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name **Vincent, Dave**                    Alien Number ███ 653    COC **HAITI**

Date of Transfer **07/06/2020**                    Date of Review **07/02/2020**

## Detention Authority

[✓] INA 235        [ ] INA 236        [ ] INA 241        [ ] Other _____

COVID 19 Risk Factors          Yes [ ]          No [✓]

Criminal History          Yes [ ]          No [✓]

## Nature of Transfer

IAO Flight Staging          [ ]
Hospital          [ ]
Within Field Office          [✓]
Out of Field Office          [ ]
Other          [ ]          Comments ███ CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC

███ CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC

**Custody Decision** Release [ ]          Continue Custody [✓]

Reviewed by **KEITH B. BUDD** ~~BO~~ _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checklis
## for All ICE ERO Transfers, Removals and Release

**1)** Verify the detainee's current health status and exposure history.

**2)** Is the detainee currently:
- In medical isolation? ☑ ☐
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.0 ☑ ☐ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐

For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐

Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☐ ☐

**b.** Stop the Spread of Germs. ☐ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? __ home __ ☑ ☐

**b.** Did a family member or friend provide transportation? ☐ ☑

**c.** Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

Vincent, Dave
D.O.B: _____ Age: _____
553 Haiti BTC Male

Elena Perdomo Mordan    7-6-20
LPN



**U.S. Immigration
and Customs
Enforcement**

### Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name _Roque Escobar, Mario Nahun_   Alien Number ███ 273   COC _HONDURAS_

Date of Transfer _07/06/2020_                        Date of Review _07/02/2020_

## Detention Authority

☐ INA 235        ☐ INA 236        ☑ INA 241        ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History        Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging        ☐
Hospital        ☐
Within Field Office        ☑
Out of Field Office        ☐
Other        ☐     Comments ███ CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC
███ CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by _KEITH B. BUDD DO_ ~~~~~~~~~

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE [ERO]

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently: ☑ ☐
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑
  ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: **97.8** ☑ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐
For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐
Record method of travel:   Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☐ ☐
b. Stop the Spread of Germs. ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
a. Did ICE provide transportation? If yes, where was the alien transported to? **Krome** ☑ ☐
b. Did a family member or friend provide transportation? ☐ ☐
c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☑
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

Roque-Escobar, Mario
D.O.B: ▓▓▓  Age: ▓▓
▓▓▓ Hondu  BTC Male

*xMario Roque*

*Alulha*

Elena Perdomo Mordon, LPN
Broward Transitional Center 7-6-2



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Gaitan-Diaz, Cesar Antonio     Alien Number ████ 501     COC HONDURAS

Date of Transfer 07/06/2020                    Date of Review 07/02/2020

## Detention Authority

☐ INA 235   ☐ INA 236   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors       Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐       Comments ████ CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC
████ CASE TRANSFERRED TO KROME BASED ON LACK OF USCIS PERSONNEL AT BTC

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by KEITH B. BUDD DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ERO

# COVID-19 Checklis
### for All ICE ERO Transfers, Removals, and Rele

1) Verify the detainee's current health status and exposure history.    ☑ ☐

2) Is the detainee currently:
   - In medical isolation?    ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19?    ☐ ☑
   - Awaiting COVID-19 test results?    ☐ ☑
   - Cohorted due to COVID-19 exposure?    ☐ ☑

   For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____    ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.    ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __97.6__    ☑ ☐
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.    ☑ ☐ ☐
   For transfers and removals only, is the detainee medically cleared to travel?    ☑ ☐ ☐
   Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and    ☐ ☐
   b. Stop the Spread of Germs.    ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? ___ trans    ☑ ☐
   b. Did a family member or friend provide transportation?    ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release?    ☐ ☑
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?    ☑ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?    ☐ ☐ ☑

Gaitan-Diaz, Cesar
D.O.B: ████   Age: ████
████ 501 Honda BTC Male

x _____

Elena Perdomo Mordon, LPN
████████ Transitional Center    7-6-20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Cruz-Lopez, Gabriel          Alien Number ███████678   COC Mexico

Date of Transfer 07/02/2020                Date of Review 07/02/2020

## Detention Authority

☐ INA 235    ☑ INA 236    ☐ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments Subject transferred to Krome ATW.
~~Subject transferred to Krome ATW.~~ Transferred to Krome due to re-classification.

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _Denise Felto_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklis

## for All ICE ERO Transfers, Removals, and Relea

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO |
|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ |

**2)** Is the detainee currently:

| | YES | NO |
|---|---|---|
| • In medical isolation? | ☐ | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ |
| • Awaiting COVID-19 test results? | ☐ | ☑ |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable. | ☐ | ☐ | ☐ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: **97.6** ☑

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑

For transfers and removals only, is the detainee medically cleared to travel? ☑

Record method of travel: Ground ☑ ICE Air ☑ Commercial flight ☑

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| **b.** Stop the Spread of Germs. | ☑ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO |
|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _KROME_ | ☑ | ☐ |
| **b.** Did a family member or friend provide transportation? | ☐ | ☑ |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☑ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☑ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CRUZ LOPEZ | [redacted] 028 | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| David Michael, RN | | 7-2-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Funes-Medina, Wilfredo          Alien Number ███████703   COC Honduras

Date of Transfer 07/9/2020                    Date of Review 7/9/2020

## Detention Authority

☐ INA 235    ☐ INA 236    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐        Comments Subject is being transferred to Krome ATW.

~~Subject is being transferred to Krome ATW.~~  Transferred to Krome due to ██████████ claim.

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _Denise Fallo_

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☐ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |
| Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.4_ | ☑ | ☑ | |
| For **transfers and removals** only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | |
| For **transfers and removals** only, is the detainee medically cleared to travel? Record method of travel: Ground ☑  ICE Air ☑  Commercial flight- ☑ | ☑ | ☐ | ☐ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☐ | ☐ | |
| **b.** Stop the Spread of Germs. | ☐ | ☐ | |

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _Kmme_ | ☑ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☑ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☑ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft, and taxis? | ☐ | ☐ | ☑ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Funes - Medina | 703 | | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| Alalda | David Michael, RN  Broward Transitional Center | | 7-5-20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Calderon-Delgado, Jose Rafael  Alien Number ███ 617  COC DR

Date of Transfer 7/7/20          Date of Review 7/7/20

## Detention Authority

[✓] INA 235    [ ] INA 236    [ ] INA 241    [ ] Other _____

COVID 19 Risk Factors      Yes [✓]      No [ ]

Criminal History      Yes [✓]      No [ ]

## Nature of Transfer

IAO Flight Staging [ ]
Hospital [ ]
Within Field Office [✓]
Out of Field Office [ ]
Other [ ]      Comments Transferred to Krome due to re-classification
Transferred to Krome due to re-classification

**Custody Decision** Release [ ]      Continue Custody [✓]

Reviewed by SDDO Santiago

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ |  |  |

2) Is the detainee currently:

|  | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? |  | ☑ |  |
| • Experiencing symptoms commonly associated with COVID-19? |  | ☑ |  |
| • Awaiting COVID-19 test results? |  | ☑ |  |
| • Cohorted due to COVID-19 exposure? |  | ☑ |  |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: |  |  | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. |  |  | ☑ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___90.9___ | ☑ |  |  |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. |  | ☑ |  |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐ | ☑ |  |  |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ |  |  |
| b. Stop the Spread of Germs. | ☑ |  |  |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? ___Krome___ | ☑ |  |  |
| b. Did a family member or friend provide transportation? |  | ☑ |  |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ |  |  |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? |  | ☑ |  |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? |  | ☑ |  |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Calderon Jose | ████ | (X) |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  | X. Flanagan ew | 7/7/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name THOMAS, ASHISH          Alien Number ▮▮▮ 813     COC India

Date of Transfer 07/06/2020                    Date of Review 07/05/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☑ INA 236(c)    ☐ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐     Comments_____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

KRO 2020 - 00043

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS:

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.4 TP | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |

Record method of travel: Ground ✓   ICE Air ☐   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ✓ | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ✓ | |

ALIEN'S PRINTED NAME: Thomas, Ashish

A #: 813

ALIEN'S SIGNATURE: Refused to sign

OFFICER'S / CONTRACTED STAFF'S PRINTED NAME: NCHR

OFFICER'S / CONTRACTED STAFF'S SIGNATURE: [signature]

DATE: 07/06/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name HACKSHAW,GLENSON          Alien Number ████ 487     COC St Vincent

Date of Transfer 07/03/2020          Date of Review 07/02/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☑ INA 236(c)     ☐ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐     Comments_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS:

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _____ | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight ☐ | | | |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _Kroml_ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ✓ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ✓ | |

| ALIEN'S PRINTED NAME | | ALIEN'S SIGNATURE |
|---|---|---|
| Hackshaw, Glenson | 487 | Glenson Hacasha |
| **OFFICER'S CONTACTED STAFF'S PRINTED NAME** | **OFFICER'S CONTACTED STAFF'S SIGNATURE** | **DATE** |
| Bryan #594 | Bryant 594 | 07/02/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name VILELA GONCALVES, MARLON  Alien Number ▮▮▮870  COC Brazil

Date of Transfer 07/07/2020          Date of Review 07/06/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital             ☐
Within Field Office  ☑
Out of Field Office  ☐
Other                ☐    Comments_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

KR07020-00042

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. ☑ YES

**2)** Is the detainee currently:
- In medical isolation? ☑ N/A
- Experiencing symptoms commonly associated with COVID-19? ☑ N/A
- Awaiting COVID-19 test results? ☑ N/A
- Cohorted due to COVID-19 exposure? ☑ N/A

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☑ N/A

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☑ N/A

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.5 TP 1950 7/6/20 ☑ YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ N/A

For **transfers and removals only**, is the detainee medically cleared to travel? ☑ YES

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ YES

  b. Stop the Spread of Germs. ☑ YES

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ ☑ YES

  b. Did a family member or friend provide transportation? ☑ NO

  c. Was the alien provided with a personal protective equipment mask upon release? ☑ YES

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☑ NO

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☑ NO

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Vile la Goncalves Marbon | 870 ████ | Malo'[signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| NCMI | [signature] 518 | 07/06/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name KALE, ROHIT            Alien Number ▮▮▮▮265      COC India

Date of Transfer 07/07/2020              Date of Review 07/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ✔ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ✔        No ☐

Criminal History            Yes ✔        No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ✔
Out of Field Office       ☐
Other                     ☐        Comments_____

**Custody Decision** Release ☐        Continue Custody ✔

Reviewed by Joseph Brown

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS**

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.6  TF  7/6/20  946 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☑ | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | |

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☑ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☑ | |

**ALIEN'S PRINTED NAME** | **ALIEN'S SIGNATURE / A#**

Kale Roht | [redacted] 265 | ✔

**OFFICER'S CONTRACTED STAFF'S PRINTED NAME** | **OFFICER'S CONTRACTED STAFF'S SIGNATURE** | **DATE**

NCWZ | 2LCILZ 518 | 07/06/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name ELVIR VALENCILLO, ROBERTO  Alien Numbe ▮▮▮▮ 176  COC Honduras

Date of Transfer 07/08/2020                    Date of Review 07/07/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History            Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ☑ | ☐ | |

**2)** Is the detainee currently:

| | YES | NO |
|---|---|---|
| • In medical isolation? | ☐ | ☒ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☒ |
| • Awaiting COVID-19 test results? | ☐ | ☒ |
| • Cohorted due to COVID-19 exposure? | ☐ | ☒ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **a.** | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☒ |
| **b.** | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☒ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ____98.4____ no er

| | YES | NO | N/A |
|---|---|---|---|
| | ☒ | ☐ | |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | YES | NO | N/A |
|---|---|---|---|
| | ☐ | ☐ | ☒ |

For **transfers and removals only**, is the detainee medically cleared to travel?

| | YES | NO | N/A |
|---|---|---|---|
| | ☒ | ☐ | |

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO |
|---|---|---|---|
| B) | **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| B) | **b.** Stop the Spread of Germs. | ☒ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **a.** | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| **b.** | Did a family member or friend provide transportation? | ☐ | ☐ | |
| **c.** | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| **d.** | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| **e.** | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ELVIR VALENCILLO,ROBERTO | ███ 176,HONDU | *[signature]* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrao, Brian | *[signature]* | 7/2/20 |



**U.S. Immigration and Customs Enforcement**

<span style="color:blue">Enforcement and Removal Operations</span>
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name GUTIERREZ HERNANDEZ, JUAN   Alien Number ▮▮▮ 765   COC Mexico

Date of Transfer 07/07/2020                    Date of Review 07/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments_____

---

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS:

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 98.0 TF 1947 7/6/20 | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel: Ground ✓   ICE Air ☐   Commercial flight ☐ | | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ✓ | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ✓ | |

| ALIEN'S PRINTED NAME | ALIEN'S A-NUMBER | ALIEN'S SIGNATURE |
|---|---|---|
| Gutierrez Hernandez, Juan | ▮▮765 | |

| OFFICER'S COMPLETED STAFF'S PRINTED NAME | COMPLETED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Ninn | Maury 378 | 07/06/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name GURBANOV, AZIZ          Alien Number ███239   COC TURKMENISTAN

Date of Transfer 07/03/2020              Date of Review 07/02/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)   ☑ INA 236(c)   ☐ INA 241   ☐ Other_____

COVID 19 Risk Factors       Yes ☑       No ☐

Criminal History            Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS:

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _100_ (9) | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☐ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | ☐ |
| Record method of travel: Ground ☐    ICE Air ☐    Commercial flight ☐ | | | |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | | |
| b. Stop the Spread of Germs. | ☑ | | |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☑ | ☑ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☑ | ☐ |

| ALIEN'S PRINTED NAME | AGE | ALIEN SIGNATURE |
|---|---|---|
| Gurbanov, Aziz | ████ 239 | _(signature)_ |

| OFFICER'S CONTACTED STAFF'S PRINTED NAME | OFFICER'S CONTACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Bryan #594 | Bryan #594 | 07/02/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name SANCHEZ FERNANDEZ, LAZARO   Alien Number ▮▮▮ 855   COC Cuba

Date of Transfer 07/10/2020   Date of Review 07/09/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☑ INA 236(c)   ☐ INA 241   ☐ Other_____

COVID 19 Risk Factors   Yes ☑   No ☐

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐   Comments_____

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. — YES ☑

**2)** Is the detainee currently:
- In medical isolation? — N/A ☑
- Experiencing symptoms commonly associated with COVID-19? — N/A ☑
- Awaiting COVID-19 test results? — N/A ☑
- Cohorted due to COVID-19 exposure? — N/A ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

  **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98.2_ — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

  **b.** Stop the Spread of Germs.

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

  **b.** Did a family member or friend provide transportation?

  **c.** Was the alien provided with a personal protective equipment mask upon release?

  **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SANCHEZ FERNANDEZ, LAZARO | ███████855 | X |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J. Walker #530 | Walker 530 | 7/10/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name NUCAMENDI-SOLIS, UCEL     Alien Number ████ 060     COC Mexico

Date of Transfer 07/06/2020                     Date of Review 07/03/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:**

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |

2) Is the detainee currently:

|  | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

|  | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.6 TP 7 6 20 1947 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | |
| Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐ | | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | | |
| b. Stop the Spread of Germs. | ☑ | | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? Krome | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☑ | ☑ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Nucamendi - Solis, Uce | ▮▮▮ 060 | |
| NCUUL | Ncuuy 978 | 07/06/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name MOJICA MORALES, ADRIAN     Alien Number ▉ 745     COC Mexico

Date of Transfer 07/10/2020                    Date of Review 07/09/2020

### Detention Authority

☐ INA 235     ☑ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☐ Other_____

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by Joseph Brown_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. — YES ☑

**2)** Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

  **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _96.1_ — YES ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑   N/A ☑

Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight ☑

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☑

  **b.** Stop the Spread of Germs. — YES ☑

**5)** For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  **a.** Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ — YES ☑

  **b.** Did a family member or friend provide transportation? — NO ☑

  **c.** Was the alien provided with a personal protective equipment mask upon release? — YES ☑

  **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — YES ☑

  **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — N/A ☑

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MOJICA MORALES, ADRIAN | ▇▇▇745 | X A.MQm |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J. Walker #530 | _signature_ 530 | 7/10/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name HERNANDEZ-CRUZ, JAVIER   Alien Number ███056   COC Mexico

Date of Transfer 07/07/2020                    Date of Review 07/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS**

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |

2) Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

| | YES | NO | N/A |
|---|---|---|---|
| 3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.4°F  7/6/20  1946 | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☐ | ☑ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ☑ | ☐ | |

Record method of travel:  Ground ☑    ICE Air ☐    Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☑ | ☑ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | |

**ALIEN'S PRINTED NAME**

Hernandez Cruz, Javier

**A-NUMBER** 056

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME**

NCurr

**OFFICIAL'S/CONTRACTED STAFF'S SIGNATURE**

**DATE** 07/06/20