**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-21553-Civ-Cooke/Goodman

PATRICK GAYLE, et al.,
    Petitioners-Plaintiffs, on behalf of
    themselves and those similarly situated,

vs.

MICHAEL W. MEADE, et al.,

    Respondents-Defendants.

_____/

**AFFIDAVIT OF MATTHEW C. DATES**
**FOR APPOINTMENT AS SPECIAL MASTER**

I, Matthew C. Dates, declare as follows:

1. I am a shareholder at Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. in Miami, Florida.

2. Pursuant to Fed. R. Civ. P. 53(a)(2) and (b)(3), I have reviewed the information provided to me related to the matter and to the best of my knowledge and belief I have no known relationship to the parties, attorneys, action, or Court and know of no reasons or grounds for disqualification under 28 U.S.C. Section 455.

I certify, under the penalty of perjury, that the foregoing statements herein are true and accurate to the best of my knowledge.

Dated:  July 20, 2020

Respectfully submitted,

By: /s/ *Matthew C. Dates*
MATTHEW C. DATES
Florida Bar No. 90994
Email: mdates@stearnsweaver.com
Secondary; cveguilla@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395
*Court Appointed Special Master*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                  *s/Matthew C. Dates*
                                  MATTHEW C. DATES