# Ex. B

**(Excerpts Only)**

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

    Petitioners-Plaintiffs, on behalf of themselves and those similarly situated,

v.

MICHAEL W. MEADE, *et al.*,

    Respondents-Defendants.

_____/

**NOTICE OF SERVICES RESPONDENTS' OBJECTIONS AND RESPONSES
TO PETITIONERS' FIRST SET OF INTERROGATORIES**

The Respondents-Defendants, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby give Notice of Service their Objections and Responses to Petitioner's First Set of Interrogatories.

                              **Respectfully submitted,**

                              **ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY**

              By:    s/ Dexter A. Lee
                       DEXTER A. LEE
                       Assistant U.S. Attorney
                       Fla. Bar No. 0936693
                       99 N.E. 4th Street, Suite 300
                       Miami, Florida 33132
                       (305) 961-9320
                       Fax: (305) 530-7139
                       E-mail: dexter.lee@usdoj.gov

        s/Natalie Diaz
        NATALIE DIAZ
        ASSISTANT U.S. ATTORNEY
        Florida Bar No. 85834
        E-mail: Natalie.Diaz@usdoj.gov
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Telephone: (305) 961-9306

**INTERROGATORY NO. 9**
Were any detainees who did not have a positive test result for COVID-19 cohorted or quarantined with detainees who had tested positive for COVID-19? If so, provide the names, dates of birth, A numbers, detention location, dates, and justification for the cohorting or quarantining.

**Response:** Yes, this occurred at Glades. In accordance with the Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities which states that "If an entire housing unit is under quarantine due to contact with a case from the same housing unit, the entire housing unit may need to be treated as a cohort and quarantine in place." During this time, no new individuals were added to the group. The entire group was monitored and assessed by medical staff twice a day for COVID-19 symptoms. All symptomatic detainees were tested for COVID-19. ICE is also producing documents responsive to this request. Please see attached.

**INTERROGATORY NO. 10**
Identify each Detainee transferred into Krome, Glades or BTC from March 1, 2020 to the present and, for each such Detainee, specify from where and on which date he or she was transferred. Include any person who was brought to Krome, Glades, or BTC even for a short period of time (for example, someone who was brought to Krome, Glades, or BTC but re-transferred immediately after a COVID screening). Except for any responsive information regarding Petitioners and Class Members, this Interrogatory does not seek the names of any detainee. Instead, individuals other than Named Petitioners can be identified as Detainee 1, 2, 3 and so on. Identify Named Petitioners and Class Members by name, date of birth, and A-number.

**Response:** ICE is producing a document responsive to this request. Please see attached.

**INTERROGATORY NO. 11**
Identify each Detainee transferred from Krome, Glades or BTC from March 1, 2020 to the present and, for each such detainee, specify to where and on which date he or she was transferred. Except for any responsive information regarding Named Petitioners and Class Members, this Interrogatory does not seek the names of any detainee. Instead, individuals other than Petitioners can be identified as Detainees 1, 2, 3 and so on. Identify Named Petitioners and Class Members by name, date of birth, and A-number.

**Response:** ICE is producing a document responsive to this request. Please see attached.

**INTERROGATORY NO. 13**
Describe the policies and practices that governs Krome, Glades or BTC that was created or changed in response to COVID-19.

administration encourages both staff and the general population to use these cleaning supplies often and liberally. BTC provides hand sanitizer to staff upon entering the facility and dispensers are throughout the facility. Detainees are provided hand sanitizer upon entering and exiting the dining hall, medical unit, intake, and West unit. Further, BTC routinely refills soap dispensers (located in bathrooms) and hand sanitizer stations. Requests for soap and sanitizer refills are treated as an emergency request consistent with the PBNDS, because they impact the health and safety of detainees within the detention facility. BTC issues masks to every detainee at intake and replaces them once a week or upon detainee request if the mask becomes damaged or soiled. Detainees have been instructed on how to use the PPE.

Glades

Since May 1, 2020, Glades staff issues every detainee a surgical mask. Surgical masks are exchanged every Friday, or upon request if the mask becomes damaged or soiled. Instructions regarding the proper use of the surgical masks are posted in all housing units in English, Spanish and Creole. Glades provides, at no cost, adequate amounts of soap, water and cleaning materials to ICE detainees. Upon intake, ICE detainees are given an opportunity to shower and are issued clean clothing, bedding, towels and personal hygiene items, to include 4 oz of antibacterial soap, which is replenished upon request. Female detainees are issued the Dial non lye-based soap. All ICE detainees are issued a clean, pre-sanitized mattress upon arrival to the facility. All bedding is washed and exchanged once a week. Towels are washed and exchanged three times per week.

The dormitory units at Glades are all equipped with 2 antibacterial soap dispensers, 2 mounted hand sanitizer stations and running water. Glades cleans and disinfects surfaces and objects that are frequently touched in all common areas using Wepack disinfectant, a multi-surface cleaner and disinfectant which is an EPA registered disinfectant which comes in mint and lemon scents. Dormitories are sanitized three times a day (after meals).

**INTERROGATORY NO. 20**
Describe all action taken against guards or staff (including but not limited to reprimands, suspension, demotions and employment termination) for violating any COVID- 19 related rule or procedure, including without limitation rules regarding handwashing, social distancing, wearing masks or other PPE, providing soap to detainees, providing masks to detainees, assigning seats on transportation vehicles that allow social distancing, assigning beds to allow for social distancing, providing medical care to sick detainees and the like.

**Response:**
At all three facilities, any deviations from stated and/or written instructions, expectations, and directives with regard to COVID-19 protocols are addressed through progressive discipline. This process starts with verbal discussions/warnings, written

counseling, and so on. Thus far, there has not been any need to proceed beyond verbal discussions/warnings.

# VERIFICATION OF INTERROGATORY ANSWER

I, Liana Castano, am an Assistant Field Officer Director within Enforcement and Removal Operations, United States Immigration and Customs Enforcement, within the Department of Homeland Security. I believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information, and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2020.

_Digitally signed by LIANA J CASTANO_
_Date: 2020.07.28 20:27:17 -04'00'_

Liana J. Castano
Assistant Field Officer Director
Office of Enforcement and Removal Operations
Immigration and Customs Enforcement
Department of Homeland Security