**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S.
Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF ACTING OFFICER IN CHARGE
## LIANA J. CASTANO

I, Liana J. Castano, Acting Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting OIC of the Krome Service Processing Center (Krome).  I am also an Assistant Field Office Director (AFOD) at Krome. I have held this position since September 2, 2018.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to the request for a writ of habeas corpus relating to Alvaro Roa-Calicchio.

3. Petitioner, Alvaro Roa-Calicchio (Petitioner), is a native and citizen of Venezuela. On January 27, 2020, Petitioner was encountered following a traffic stop by the Broward Sheriff's Office, during which Petitioner admitted to being under the influence of marijuana and $500,000 was seized when BSO's canine unit alerted following the search of Petitioner's vehicle.  Following the seizure of the currency, which Petitioner advised he was paid to transport from Orlando to Miami, DHS officials determined that Petitioner had remained in the United States unlawfully.

4. DHS detained Petitioner and served him with a Notice to Appear, charging him with removability pursuant to Section 237(a)(1)(B) of the Immigration and Nationality Act, as amended, as an alien who remained in the United States for a time longer than permitted.

5. On February 20, 2020, the Immigration Judge issued a decision on Petitioner's request for release pursuant to a bond, finding Petitioner to be both a flight risk and a danger to the community. Petitioner appealed the decision to the Board of Immigration Appeals, which affirmed the Immigration Judge's findings in its decision of August 3, 2020.

6. The Immigration Judge denied Petitioner's applications for relief from removal on July 20, 2020.   Petitioner reserved appeal, although a Notice of Appeal has not yet been filed before the Board of Immigration Appeals, the administrative appellate body having jurisdiction over the matter.

7. DHS records reflect that Petitioner, through counsel, requested permission to marry on February 18, 2020.  I approved that request on March 2, 2020 in a letter which set forth the procedures under which detainees may marry at the detention center.

8. In accordance with Performance Based National Detention Standards, detainees who wish to marry at Krome are advised that:

   a. the ceremony shall take place inside the facility; the detainee may not leave the facility to make arrangements;
   b. all expenses relating to the marriage shall be borne by the detainee or person(s) acting on his/her behalf; and
   c. the ceremony shall be private with no media publicity. Only individuals essential for the marriage ceremony, such as required witnesses may attend; and
   d. The facility administrator or FOD reserves the right of final approval concerning the time, place and manner of all arrangements.

9. As of March 19, 2020, in accordance with DHS policies suspending social visitation, DHS advised Petitioner that marriage ceremonies were not being approved at this time, in order to mitigate the potential transmission of COVID 19 by introduction of outside visitors.

10. ERO continues to accept, review and approve marriage requests in accordance with the Performance Based National Detention Standards.

11. Petitioner does not meet the CDC criteria for medically-vulnerable detainees due to any health condition or advanced age.

DATED: August 5, 2020

_____
Liana J. Castano
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement