IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S.
Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF OFFICER IN CHARGE
## JUAN AGUDELO

I, Juan Agudelo, Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the OIC of the Broward Transitional Center (BTC). I have held this position since April 19, 2019.

1. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to Item 2(j) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

2. As of 10:00 a.m. on August 17, 2020, ICE detained 1185 detainees at Krome, BTC, and Glades.

3. ICE is housing 392 detainees at BTC; 468 detainees at Krome; and 325 at Glades.

4. Of the 1185 detainees, 953 detainees or 80% are considered to be subject to mandatory detention.

5. Of the 392 detainees housed at BTC, 98 have criminal convictions and 294 do not have criminal convictions. However, 111 of the 294 detainees with no criminal convictions are pending criminal charges.

6. Of the 468 detainees housed at Krome, 308 have criminal convictions and 160 do not have criminal convictions. However, 116 of the 160 detainees with no criminal convictions are pending criminal charges.

7. Of the 325 detainees housed at Glades, 234 have criminal convictions and 91 do not have criminal convictions. However, 81 of the 91 detainees with no criminal convictions are pending criminal charges.

DATED: August 17, 2020

Juan Agudelo
Officer in Charge
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement