Honorable Judge Marcia G. Cooke
Wilkie D. Ferguson Jr. United States Court House
400 N. Miami Ave. Room 11-2
Miami, Fl. 33128

8/10/20

Dear Judge Cooke,

My name is Valerie London, I am the mother of Rodney London. I am writing to let you know I desperately need my son home. His father passed away in January while he was detained, an I am left alone to take care of his young daughter while he is detained at Glades. I am 77 years old with my husband's passing this COVID-19 pandemic is making it hard. I cannot afford to get sick from his daughter going to school and bringing something home. School here is scheduled to open at the end of August. I suffer from hypertension among other things, and I had a kidney transplant years back. I cannot afford to get sick, if I do it will be a death sentence for me. I am not physically able to do the things around the house and yard like I use to , so I need his help both physically and financially. Your Honor I pray you assist us in this matter, and afford my son some form of relief so he can help his family.

Yours Respectfully,

Valerie London

*[signature: Valerie London]*

RE:
Rodney London
A# 036865939
Class Member of Gayle, et. al. V. Meade, et. al (Case No. 1:20-CV-21553)

8/13/2020  *[notary signature: Eva Margaret Archer]*

[Notary stamp: EVA MARGARET ARCHER, Notary Public - State of Florida, Commission # GG 362603, My Comm. Expires ... 30, 202_, Bonded through National Notary Assn.]

[Filed stamp: AUG 18 2020, ANGELA E. NOBLE, CLERK U.S. DIST. CT., S.D. OF FLA. - MIAMI]

TAMPA FL 335
SAINT PETERSBURG FL
AUG 18 2020 1:47 PM

RECEIVED
USMS INSPECTED

Ms Valerie R London
1822 Cattleman Dr
Brandon, FL 33511

Honorable Judge Marcia G. Cooke
Wilkie D. Ferguson Jr.
United States Courthouse
400 North Miami Avenue
Room 11-2
Miami, FL 33128

33128-181037