**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-21553-Civ-COOKE/GOODMAN

**PATRICK GAYLE**, *et al.*,

    Petitioners-Plaintiffs, on behalf of
    themselves and those similarly situated,

**v.**

**MICHAEL W. MEADE**, *et al.*,

    Respondents-Defendants.
_____/

**NOTICE OF HEARING**

PETITIONERS-PLAINTIFFS hereby give notice that a hearing on discovery matters is to be held before the Honorable Jonathan Goodman, United States Magistrate Judge, at 4:30 p.m. on Wednesday, September 16, 2020. The hearing will be conducted virtually via Zoom, and the Court will provide connection information in advance of the hearing.

Pursuant to the Court's Discovery Procedures Order [ECF 11; Attachment F], the following matters are to be heard:

1. Respondents-Defendants' invocation of the deliberative processes privilege, and Petitioners-Plaintiffs' contention that this privilege is inapplicable to this lawsuit because at least one of Petitioners-Plaintiffs' causes of action turns on governmental decision-making processes and Respondents-Defendants have contended that Petitioners-Plaintiffs bear the burden at trial to prove Respondents-Defendants' subjective intent;

2. Respondents-Defendants' invocation of the law enforcement privilege, and Petitioners-Plaintiffs' position that Respondents-Defendants have systematically failed to provide sufficient information to justify each invocation of this privilege, including the identity of the law enforcement agency at issue, a declaration from the head of that agency invoking the law enforcement privilege for that information, and a description of the sort of information withheld in each instance; and

3. Respondents-Defendants' use of the "Confidential" designation under the Stipulated Protective Order [ECF 146], and Petitioners-Plaintiffs' contention that Respondents-Defendants have violated the Court's prohibition against mass, indiscriminate or routinized designations; and

4. Petitioners-Plaintiffs' request to schedule a 30(b)(6), and Respondents-Defendants' failure to either provide available deposition dates or designate witness.

    Respectfully Submitted,

*/s/ Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, STE 200
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
sedson@kslaw.com

*Counsel for Petitioners-Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3) and the Court's Discovery Procedures Order [ECF 11; Attachment F], I hereby certify that counsel for Petitioners-Plaintiffs have conferred with counsel for Defendants-Respondents (including both via email and in a telephonic conference held on September 1, 2020) in a good faith effort to resolve the issues raised in this Notice of Hearing and have been unable to do so.

/s/ Scott M. Edson
Scott M. Edson

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Scott M. Edson*
Scott M. Edson, Esq.
Florida Bar No. 17258
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, STE 200
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
sedson@kslaw.com

*Attorney for Petitioners-Plaintiffs*