UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

 Petitioners,

v.

**MICHAEL W. MEADE, et al.,**

 Respondents.
_____/

**NOTICE OF DECLARATION IN RESPONSE TO THE COURT'S ORDER**

Respondents, by and through the undersigned counsel, file the Declaration of Acting Officer in Charge Liana J. Castano in reference to item 2(i) in the District Court's Omnibus Order [DE:158].

1. Declaration of Liana J. Castano, Acting Officer in Charge (OIC), *See* Exhibit A.

        **Respectfully submitted,**

        **ARIANA FAJARDO ORSHAN**
        **UNITED STATES ATTORNEY**

    By: s/ Dexter A. Lee
      DEXTER A. LEE
      Assistant U.S. Attorney
      Fla. Bar No. 0936693
      99 N.E. 4th Street, Suite 300
      Miami, Florida  33132
      (305) 961-9320
      E-mail: dexter.lee@usdoj.gov

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

ATTORNEYS FOR RESPONDENTS