

**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Siquina Sop, Julian          Alien Number ▮▮▮▮ 756   COC GUATEMALA

Date of Transfer 9/2/2020          Date of Review 9/2/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments XFER TO GLADES

XFER TO GLADES

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

INSTRUCTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | ☐ |  |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.1_ _9/2_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ✓   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO | N/A |
|---|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| **b.** Stop the Spread of Germs. | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☐ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A # | ALIEN'S SIGNATURE |
|---|---|---|
| SIQUINA SOP, JULIAN | ▮▮▮756 , GUATE | _[signature]_ |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | _[signature]_ | 9·2·20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Bravo-Gomez, Lorenzo Julian     Alien Number ███043   COC GUATEMALA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital   ☐
Within Field Office   ☐
Out of Field Office   ☐
Other   ☐          Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff at each step with the minimum steps required prior to transferring, removing, or releasing a detainee from ERO custody, and to further mitigate the spread of COVID-19.

|  | | YES | NO |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | | ☑ |
| **2)** is the detainee currently: | | | |
| • in medical isolation? | | ☐ | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ☑ |
| • Awaiting COVID-19 test results? | | ☐ | ☑ |
| • Cohorted due to COVID-19 exposure? | | ☐ | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.4_ _m_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

**b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

**b.** Did a family member or friend provide transportation?

**c.** Was the alien provided with a personal protective equipment mask upon release?

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BRAVO-GOMEZ, LORENZO | 043 | X Bravo Gomez L |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| COOPER, KELVIN | | KC | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name **Gomez, Ramon Enrique**   Alien Number ████**245**   COC **NICARAGUA**

Date of Transfer **9/2/2020**   Date of Review **9/2/2020**

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other ^237(a)(2)(A)(iii)

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐   Comments **IAO/OAK/NICARAGUA**
**IAO/OAK/NICARAGUA**

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by **R. OREZZOLI**

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N.A. |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑ ☐ ☐

**2)** Is the detainee currently:
- In medical isolation? — ☐ ☑ ☐
- Experiencing symptoms commonly associated with COVID-19? — ☐ ☑ ☐
- Awaiting COVID-19 test results? — ☐ ☑ ☐
- Cohorted due to COVID-19 exposure? — ☐ ☑ ☐

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and
the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☐ ☐ ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☐ ☐ ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 96.8 9/2 MM @ 0750
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel? — ☑ ☐ ☐
Record method of travel:   Ground ☑   ICE Air ☑   Commercial flight- ☐   (IAO)

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑ ☐ ☐

b. Stop the Spread of Germs. — ☑ ☐ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐ ☐

b. Did a family member or friend provide transportation? — ☐ ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GOMEZ,RAMON | ▉45,NICAR | [signature] |
| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
| ON | JA | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: Aguilar-Quintero, Brayan     Alien Number: ███993   COC: HONDURAS

Date of Transfer: 8/31/2020          Date of Review: 8/31/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐     Comments: XFER TO GLADES
XFER TO GLADES

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by: R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractor staff with minimum steps required prior to transfering, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO |
|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | |
| **2)** Is the detainee currently:<br>• In medical isolation?<br>• Experiencing symptoms commonly associated with COVID-19?<br>• Awaiting COVID-19 test results?<br>• Cohorted due to COVID-19 exposure? | | ✓<br>✓<br>✓<br>✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | |
|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 95.7 / due heart line to tell
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | |
|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | |
| **b.** Stop the Spread of Germs. | ✓ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | |
|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| **b.** Did a family member or friend provide transportation? | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| AGUILAR-QUINTERO,BRAYAN | ███ 993,HONDU | X Brcx/ey |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Soto Estrada, Isaias Omar      Alien Number ████520   COC GUATEMALA

Date of Transfer 8/31/2020                Date of Review 8/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐   Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _97.3 ___
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

  b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SOTO ESTRADA, ISAIAS | 520 | X Isaias Soto |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Chinchilla, Veni          Alien Number ███632    COC GUATEMALA

Date of Transfer 8/31/2020          Date of Review 8/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐          Comments XFER TO GLADES
XFER TO GLADES

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractors with a set of criteria to address steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.3__
For **transfers and removals only**, if the detainee does not clear the screening protocol, treat as a transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑  ICE Air ☐  Commercial flight ☐

*Esther Leong RN*
*ICE Health Service Corp.*
*Krome Detention Center*
*Miami, Florida*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 If You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| DETAINEE'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CHINCHILLA, VENI | 632 , GUATE | *Veni chinchilla* |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| J.W | J.W | 8/21/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Lopez, Oscar          Alien Number ███ 854    COC GUATEMALA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | ☐ | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _97.4 °F_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ✓   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| b. Stop the Spread of Germs. | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| RAMIREZ-LOPEZ, OSCAR | 854 | *Oscar Ramirez* | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE |
| KELLOM, ROXCHELLE | | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Paredes Mena, Karlo Maurizio     Alien Number ███648     COC PERU

Date of Transfer 9/1/2020                              Date of Review 9/1/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other                            ☐          Comments XFER TO GLADES
XFER TO GLADES

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ *96.0* — YES ✓
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ✓  ICE Air ☐  Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

   b. Stop the Spread of Germs. — YES ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PAREDES MENA,KARLO MAURIZIO | ▮648 - PERU | X _(signature)_ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name _Velasco-Velasco, Juan Diego_   Alien Number ███ 136   COC _GUATEMALA_

Date of Transfer _8/31/2020_   Date of Review _8/31/2020_

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other _212a6Ai_

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐   Comments _IAO/OAK/GUATEMALA Velasco-Velasco, Juan Diego_

_IAO/OAK/GUATEMALA Velasco-Velasco, Juan Diego_

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by _R. OREZZOLI_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑ YES

**2)** Is the detainee currently:
- In medical isolation? — ☑ NO
- Experiencing symptoms commonly associated with COVID-19? — ☑ NO
- Awaiting COVID-19 test results? — ☑ NO
- Cohorted due to COVID-19 exposure? — ☑ NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☑ N/A

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.3_ — ☑
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☑
For **transfers and removals only**, is the detainee medically cleared to travel? — ☑
Record method of travel: Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑
   **b.** Stop the Spread of Germs. — ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? — ☐ ☐

   **b.** Did a family member or friend provide transportation? — ☐ ☐

   **c.** Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐

| ALIEN'S PRINTED NAME | AGE | ALIEN'S SIGNATURE |
|---|---|---|
| VELASCO-VELASCO,JUAN | 136 - GUATE | X [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Brian | X SERRANO B. | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name _Ortiz-Ramos De Aldana, Alba Concepcion_   Alien Number ▓▓▓186   COC _GUATEMALA_

Date of Transfer _8/31/2020_                Date of Review _8/31/2020_

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other _212a6Ai_

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments _IAO/OAK/GUATEMALA_

_IAO/OAK/GUATEMALA_

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by _R. OREZZOLI_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

*Gicicle (F)*

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the temporary steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ | |
| • Awaiting COVID-19 test results? | | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *97.8°F Apnea*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ✓
For **transfers and removals only**, is the detainee medically cleared to travel? ✓
Record method of travel: Ground ☐   ICE Air ✓   Commercial flight ☐   ✓

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ✓ | | |
| b. Stop the Spread of Germs. | | ✓ | | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | | |
| b. Did a family member or friend provide transportation? | | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ORTIZ-RAMOS DE ALDANA, ALBA | ███ 186 , GUATE | X *[signature]* |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| T JACKson | T Jackson | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name **Lanuza Ayerdis, Eleazar**     Alien Number ▮▮▮555   COC **NICARAGUA**

Date of Transfer **9/2/2020**     Date of Review **9/2/2020**

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other **237a1Di**

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

## Nature of Transfer

IAO Flight Staging     ☑
Hospital     ☐
Within Field Office     ☐
Out of Field Office     ☐
Other     ☐     Comments **IAO/OAK/NICARAGUA**

**IAO/OAK/NICARAGUA**

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by **R. OREZZOLI**

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.4 °F_ *9/1/20 @ 0730*

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?  ☑

Record method of travel:  Ground ☑   ICE Air ☑   Commercial flight- ☐   *(IAD)*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO | N/A |
|---|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| **b.** Stop the Spread of Germs. | ☑ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☐ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LANUZA AYERDIS,ELEAZAR | 555 - NICAR | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| *dn* | *SN* | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Pineyro, Yoe Michel          Alien Number ████ 311   COC CUBA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a2Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments XFER TO GLADES

XFER TO GLADES

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff a tool to ensure that the steps required prior to transferring, removing, or releasing an alien from ERO custody, and to better mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ~~T 98-7~~   *Yrma Leon, RN*
For **transfers and removals only**, if the detainee does not clear the screening conditions, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. *ICE Health Service Corps*   *Krome Detentions*   *Miami, Florida*
For **transfers and removals only**, is the/detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PINEYRO,YOE | | 811,CUBA |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Lopez Lopez, Antonio Rocael    Alien Number ▮▮▮729    COC GUATEMALA

Date of Transfer 8/31/2020    Date of Review 8/31/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

## Nature of Transfer

IAO Flight Staging    ☑
Hospital    ☐
Within Field Office    ☐
Out of Field Office    ☐
Other    ☐    Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and medical staff with the minimum steps required prior to transfers, removals, or release of detainees from ERO custody and to further mitigate the spread of COVID-19.

YES | NO

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: 96.4 mg
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| DETAINEE'S PRINTED NAME | | OFFICER'S SIGNATURE |
|---|---|---|
| LOPEZ LOPEZ, ANTONIO | | |
| OFFICER'S CONTACTED STATES PRINTED NAME | 729 | OFFICER'S/STAFF'S SIGNATURE |
| COOPER, KELVIN | | DATE 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Miranda Velasquez, Osman Filomeno   Alien Number ████002   COC GUATEMALA

Date of Transfer 8/31/2020   Date of Review 8/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐   Comments IAO/OAK/GUATEMALA

IAO/OAK/GUATEMALA

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020

BAKER



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |

**1)** Verify the detainee's current health status and exposure history — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.4 Then ↓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓

Record method of travel: Ground ☐  ICE Air ✓  Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

   b. Stop the Spread of Germs. — YES ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MIRANDA VELASQUEZ, OSMAN | 002 , GUATE | X _[signature]_ |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Moore | _[signature]_ | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Reynoso-Garcia, Wilmar Orbelio   Alien Number ███376   COC GUATEMALA

Date of Transfer 8/31/2020          Date of Review 8/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐   Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.9 °F/ing_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| REYNOSO-GARCIA, WILMAR | ███ 876 | X | |
| OFFICER'S /CONTRACTED STAFF'S PRINTED NAME | OFFICER'S /CONTRACTED STAFF'S SIGNATURE | | DATE |
| KELLOM, ROXCHELLE | | | 8/31/2020 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name _Mejia-Bravo, Federico_     Alien Number █████ 104   COC _GUATEMALA_

Date of Transfer _8/31/2020_               Date of Review _8/31/2020_

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other _212a6Ai_

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐     Comments _IAO/OAK/GUATEMALA_
_IAO/OAK/GUATEMALA_

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by _R. OREZZOLI_

Rev. 06/2020



# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

**U.S. Immigration and Customs Enforcement**

ICE | ERO

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps to prepare prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|   |   | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑ ☐ ☐

**2)** Is the detainee currently:
- In medical isolation?  ☐ ☑
- Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
- Awaiting COVID-19 test results?  ☐ ☑
- Cohorted due to COVID-19 exposure?  ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☐ ☐

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.6 F_ *Chinese*  ☑ ☐
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☑ ☐
For **transfers and removals only**, is the detainee medically cleared to travel?  ☑ ☐
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑ ☐

   **b.** Stop the Spread of Germs.  ☑ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____  ☐ ☐

   **b.** Did a family member or friend provide transportation?  ☐ ☐

   **c.** Was the alien provided with a personal protective equipment mask upon release?  ☐ ☐

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐ ☐

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐

| OFFICER'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MEJIA-BRAVO, FEDERICO | 104 - GUATE | *signature* |
| OFFICER'S CONTRACTED STATE'S PRINTED NAME | OFFICER'S CONTRACTED STATE'S SIGNATURE | DATE |
| C. Moore | *signature* | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Salucio Gaspar, Fredy Alonzo   Alien Number █████159   COC GUATEMALA

Date of Transfer 8/31/2020                Date of Review 8/31/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Aii

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging   ☑
Hospital             ☐
Within Field Office  ☐
Out of Field Office  ☐
Other                ☐   Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA


**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _97.7_ mulp
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐    ICE Air ☑    Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SALUCIO GASPAR, FREDY ALONZO | █████ 159 | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Vasquez, Miguel     Alien Number ███████ 159     COC GUATEMALA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐     Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**U.S. Immigration and Customs Enforcement**

ICE | ERO

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | | ☐ | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ✓ |
| • Awaiting COVID-19 test results? | | ☐ | ✓ |
| • Cohorted due to COVID-19 exposure? | | ☐ | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

| | YES | NO | N/A |
|---|---|---|---|
| **3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _97.1 mlz_ | ✓ | ☐ | |
| For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | |
| For transfers and removals only, is the detainee medically cleared to travel? | ✓ | ☐ | |
| Record method of travel:   Ground ☐    ICE Air ✓    Commercial flight- ☐ | | | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
| b. Stop the Spread of Germs. | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| RAMIREZ-VASQUEZ, MIGUEL | 159 | X. *[signature]* | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE |
| KELLOM, ROXCHELLE | *[signature]* | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Archila-Alvarez, Abner Abraham   Alien Number ███259   COC GUATEMALA

Date of Transfer 8/31/2020     Date of Review 8/31/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

## Nature of Transfer

IAO Flight Staging    ☑
Hospital    ☐
Within Field Office    ☐
Out of Field Office    ☐
Other    ☐    Comments IAO/OAK/GUATEMALA

IAO/OAK/GUATEMALA

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ✓

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.2 m.g_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel? — ✓
Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ✓
   b. Stop the Spread of Germs. — ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? _____
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| AGENT'S PRINTED NAME | A# | AGENT'S SIGNATURE | |
|---|---|---|---|
| ARCHILA-ALVAREZ, ABNER | ███ 259 | X | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| COOPER, KELVIN | | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sacul-Chub, Ricardo          Alien Number ████ 087   COC GUATEMALA

Date of Transfer 8/31/2020                Date of Review 8/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐      Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA


**Custody Decision** Release ☐      Continue Custody ☑


Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ✓

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: ___97.6 m.p.___
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SACUL-CHUB, RICARDO | ███ 087 | X |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name **Reymundo-Reymundo, Nicolas Abel**   Alien Number ████ **774**   COC **GUATEMALA**

Date of Transfer **8/31/2020**                Date of Review **8/31/2020**

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other **212a7Aii**

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital             ☐
Within Field Office  ☐
Out of Field Office  ☐
Other                ☐   Comments **IAO/OAK/GUATEMALA**

**IAO/OAK/GUATEMALA**

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by **R. OREZZOLI**

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | ☐ | ☐ |
| **2)** Is the detainee currently:<br>• In medical isolation?<br>• Experiencing symptoms commonly associated with COVID-19?<br>• Awaiting COVID-19 test results?<br>• Cohorted due to COVID-19 exposure? | ☐<br>☐<br>☐<br>☐ | ☐<br>☐<br>☐<br>☐ | ✓<br>✓<br>✓<br>✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

| | YES | NO | N/A |
|---|---|---|---|
| **3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidelines. Record temperature here: ___9 7 0   mg___ | | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight ☐ | | | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | ☐ |
| b. Stop the Spread of Germs. | ✓ | ☐ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| REYMUNDO-REYMUDO, NICOLAS | ███774 | *[signature]* | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | *[signature]* | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Castaneda-Juan, Ismael      Alien Number ███ 224    COC GUATEMALA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Aii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐        Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transfer, removal, or release from ICE custody, and to further minimize the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.4_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

ALIEN'S PRINTED NAME
CASTANEDA-JUAN, ISMAEL

A#
224

ALIEN'S SIGNATURE
X

OFFICER'S / CONTRACTED STAFF'S PRINTED NAME
COOPER, KELVIN

OFFICER'S / CONTRACTED STAFF'S SIGNATURE
KC

DATE
8/31/2020



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Bravo Perez, Rosario Santos   Alien Number ███ 253   COC GUATEMALA

Date of Transfer 8/31/2020          Date of Review 8/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: this checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   • In medical isolation?
   • Experiencing symptoms commonly associated with COVID-19?
   • Awaiting COVID-19 test results?
   • Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.6 Male X_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| BRAVO PEREZ, ROSARIO | | | |
| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | 253 | CONTRACTED STAFF'S SIGNATURE | DATE |
| COOPER, KELVIN | | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Tayun Herrera, Byron        Alien Number ▮▮▮914   COC GUATEMALA

Date of Transfer 9/1/2020                  Date of Review 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History                Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐     Comments XFER TO GLADES

XFER TO GLADES

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE ⎪ ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and ~~with the minimum steps required prior to~~ transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N-A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 96.9 °F_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

(J.W)   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| TAYUN HERRERA, BYRON | ███914 , GUATE | X _Byron Tayun_ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| (J.W) | (J.W) | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Ramirez, Roberto   Alien Number ███069   COC GUATEMALA

Date of Transfer 8/31/2020   Date of Review 8/31/2020

## __Detention Authority__

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a9Ai

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☑   No ☐

## __Nature of Transfer__

IAO Flight Staging   ☑
Hospital   ☐
Within Field Office   ☐
Out of Field Office   ☐
Other   ☐   Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract personnel with the common steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| **2)** | Is the detainee currently: | | | |
| | • In medical isolation? | ☐ | ☑ | |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| | • Awaiting COVID-19 test results? | ☐ | ☑ | |
| | • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **a.** | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| **b.** | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ____ 97.3 *nly* ☑ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel? ☑ ☐

Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO |
|---|---|---|---|
| **a.** | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| **b.** | Stop the Spread of Germs. | ☒ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **a.** | Did ICE provide transportation? If yes, where was the alien transported to? ____ | ☐ | ☐ | ☐ |
| **b.** | Did a family member or friend provide transportation? | ☐ | ☐ | ☐ |
| **c.** | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | ☐ |
| **d.** | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| **e.** | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RAMIREZ-RAMIREZ, ROBERTO | 069, GUATE | X *[signature]* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Brian | *[signature]* | |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramkellawan, Vinda       Alien Number ███ 121   COC TRINIDAD

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                    ☐
Within Field Office         ☑
Out of Field Office         ☐
Other                       ☐          Comments XFER TO GLADES
XFER TO GLADES

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☑ | ☐ | ☐ |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ☑ |
| • Awaiting COVID-19 test results? | | | ☑ |
| • Cohorted due to COVID-19 exposure? | | | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ☑ |
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.6 °F_  For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☑ | ☐ | ☐ |

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

| | | | |
|---|---|---|---|
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | | |
| b. Stop the Spread of Germs. | ☑ | | |
| 5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. _____ | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | ☑ |
| b. Did a family member or friend provide transportation? | | | ☑ |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | ☑ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | ☑ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | ☑ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| RAMKELLAWAN, VINDA | 121 - TRINI | _[signature]_ | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| _[signature]_ | _[signature]_ | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Ordonez, David Lucas          Alien Number ███630   COC GUATEMALA

Date of Transfer 8/31/2020                   Date of Review 8/31/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a2Aii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐     Comments IAO/OAK/GUATEMALA

IAO/OAK/GUATEMALA


**Custody Decision** Release ☐          Continue Custody ☑


Reviewed by R. OREZZOLI

Rev. 06/2020



 **U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the necessary steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

YES | NO | N/A

1) Verify the detainee's current health status and exposure history ☑ ☐

2) Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☑

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.6 F Gracia_ ☑ ☐
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel? ☑ ☐
Record method of travel: Ground ☐  ICE Air ☑  Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

  b. Stop the Spread of Germs. ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

  b. Did a family member or friend provide transportation? ☐ ☐

  c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| A - CE's PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ORDONEZ,DAVID | 630  GUATE | X |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| F Moore 4147 | | 8/30/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Esteban-Francisco, Fredy        Alien Number ███670    COC GUATEMALA

Date of Transfer 8/31/2020            Date of Review 8/31/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐    Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the necessary steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.8_ _____ and a temperature
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐  ICE Air ☑  Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

ALIEN'S PRINTED NAME: ESTEBAN-FRANCISCO, FREDY

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: COOPER, KELVIN

A#: ███ 870

DATE: 8/31/2020



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Flores-Hernandez, Miguel Eduardo   Alien Number ███294   COC MEXICO

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments XFER TO GLADES

XFER TO GLADES

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ✓

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

(N/A ✓ for all)

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.8°? 1900 YBT 9/1/20

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| FLORES-HERNANDEZ, MIGUEL EDUARDO | ███ 294 , MEXIC | x _____ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| (_.W) | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Mendez-Sanchez, Yoni          Alien Number ▋▋▋679   COC GUATEMALA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐          Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

**U.S. Immigration and Customs Enforcement**

ICE | ERO

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the consistent steps required prior to transferring, removing, or releasing aliens from ERO custody and to better mitigate the spread of COVID-19.

|  | YES | NO |
|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | |
| **2)** Is the detainee currently: | | |
| • In medical isolation? | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ |
| • Awaiting COVID-19 test results? | | ✓ |
| • Cohorted due to COVID-19 exposure? | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

| | YES | NO |
|---|---|---|
| **3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.7 Gross_ | ✓ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | |
| Record method of travel: Ground ☐  ICE Air ☑  Commercial flight- ☐ | | |

| | YES | NO |
|---|---|---|
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | |
| (N/A) **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ✓ |
| (N/A) **b.** Stop the Spread of Germs. | | ✓ |

| | YES | NO | |
|---|---|---|---|
| **5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| **b.** Did a family member or friend provide transportation? | | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | | OFFICER'S SIGNATURE |
|---|---|---|
| MENDEZ-SANCHEZ, YONI | 679 , GUATE | X |
| **OFFICER'S CONTRACTED STAFF'S PRINTED NAME** | | **OFFICER'S CONTRACTED STAFF'S SIGNATURE** |
| C. Moore | | 8/30/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Tomas-Sebastian, Sebastian Bartolome   Alien Number ███ 339   COC GUATEMALA

Date of Transfer 8/31/2020     Date of Review 8/31/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐     Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| **2)** | Is the detainee currently: | | | |
| | • In medical isolation? | ☐ | ☐ | ☑ |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☐ | ☑ |
| | • Awaiting COVID-19 test results? | ☐ | ☐ | ☑ |
| | • Cohorted due to COVID-19 exposure? | ☐ | ☐ | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _97·3_ 

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☐ ICE Air ☑ Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ☑ | ☐ | |
| | ☑ | ☐ | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. | Stop the Spread of Germs. | ☑ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| TOMAS-SEBASTIAN, SEBASTIAN | ███ 339 | X _(signature)_ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | _(signature)_ | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sanchez Lopez, Walter          Alien Numbe ▇▇▇ 223   COC GUATEMALA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐     Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ✓

2) Is the detainee currently:
- In medical isolation? — NO
- Experiencing symptoms commonly associated with COVID-19? — NO
- Awaiting COVID-19 test results? — NO
- Cohorted due to COVID-19 exposure? — NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _970 MLG_ — ✓
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel? — ✓
Record method of travel:  Ground ☐  ICE Air ✓  Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 If You are Sick; and — ✓

b. Stop the Spread of Germs. — ✓

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SANCHEZ LOPEZ, WALTER | 223 | X WALTER 10 pa |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Hernandez-Perez, Raul      Alien Number ████ 544      COC MEXICO

Date of Transfer 8/31/2020      Date of Review 8/31/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☑      No ☐

## Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐      Comments XFER TO GLADES
XFER TO GLADES

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

ERO GUIDANCE: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing a detainee from custody to mitigate the risks to staff, to detainees, or to the surrounding communities upon release, and to further reduce the spread of COVID-19.

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: T 96.4
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:  Ground [✓]   ICE Air [ ]   Commercial flight [ ]

   *Tania Leyva, RN*
   *ICE Health Service Corp*
   *Krome Detention Center*
   *Miami, Florida*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| DETAINEE'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| HERNANDEZ-PEREZ,RAUL | 544 - MEXIC | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Bonilla, Yader        Alien Number ███ 378   COC NICARAGUA

Date of Transfer 8/31/2020        Date of Review 8/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a2AiII

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History        Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital        ☐
Within Field Office        ☑
Out of Field Office        ☐
Other        ☐        Comments XFER TO GLADES

XFER TO GLADES

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.0___

Yania Leon, RN
ICE Health Service Corps
Krome Detention Center
Miami, Florida

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S/DETAINEE'S NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BONILLA, YADER | 878, NICAR | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W. | J.W. | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Bautista-Juan, Santos        Alien Number ████787   COC GUATEMALA

Date of Transfer 8/31/2020                    Date of Review 8/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History        Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐        Comments IAO/OAK/GUATEMALA
IAO/OAK/GUATEMALA

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by R. OREZZOLI

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the necessary steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

Yes | No

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: __96.6__

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BAUTISTA-JUAN, SANTOS | ███ 787 | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| COOPER, KELVIN | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Fuentes Perez, Fredy</u>        Alien Number ███336   COC <u>GUATEMALA</u>

Date of Transfer <u>8/31/2020</u>                    Date of Review <u>8/31/2020</u>

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other <u>212a2Ail</u>

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐    Comments <u>IAO/OAK/GUATEMALA</u>
<u>IAO/OAK/GUATEMALA</u>

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by <u>R. OREZZOLI</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) officers and staff with a minimum set of standards required prior to transfers, removals, or releases from ERO custody, and to further reduce the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _G 7.1 Maker_
For **transfers and removals only**, if the detainee docs not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

DETAINEE NAME
FUENTES PEREZ, FREDY

OFFICER / CONTRACTED STAFF'S SIGNED NAME
COOPER, KELVIN

336



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Perez-Roblero, Huver Darniel   Alien Number ██████925   COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors           Yes ☐        No ☑

Criminal History                Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☑     Comments OAKDALE Transfer

OAKDALE Transfer
_____

**Custody Decision** Release ☐        Continue Custody ☐

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |

**1)** Verify the detainee's current health status and exposure history — [✓] [ ] [ ]

**2)** Is the detainee currently:
- In medical isolation? — [ ] [✓]
- Experiencing symptoms commonly associated with COVID-19? — [ ] [✓]
- Awaiting COVID-19 test results? — [ ] [✓]
- Cohorted due to COVID-19 exposure? — [ ] [✓]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — [ ] [ ] [✓]

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — [ ] [ ] [✓]

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **96.5℉** — [✓] [ ] [ ]
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — [ ] [✓]
For **transfers and removals only**, is the detainee medically cleared to travel? — [✓] [ ]
Record method of travel: Ground [ ]   ICE Air [✓]   Commercial flight- [ ]

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — [✓] [ ]

   **b.** Stop the Spread of Germs. — [✓] [ ]

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? — [ ] [ ] [ ]

   **b.** Did a family member or friend provide transportation? — [ ] [ ] [ ]

   **c.** Was the alien provided with a personal protective equipment mask upon release? — [ ] [ ] [ ]

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — [ ] [ ] [ ]

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — [ ] [ ] [ ]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PEREZ-ROBLERO,HUVER | ▨25 - GUATE | X *Perez Roblero* |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| *C. Moore* | *(signature)* | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Mendez Lopez, Antonio      Alien Number ████ 805   COC MEXICO

Date of Transfer 9/2/2020         Date of Review 9/2/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐   Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ☑

**2)** Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.0 YP2

For **transfers and removals only**, if detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — YES ☑

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick, and — YES ☑

   b. Stop the Spread of Germs. — YES ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MENDEZ LOPEZ, ANTONIO | 805, MEXIC | X _____ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | | 9.2.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
## U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name Ortiz-Perez, Elubio          Alien Number ████523   COC Guatemala

Date of Transfer 08/31/20                    Date of Review 08/31/20

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐       Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☒

Reviewed by J. Echeverry _____

Rev. 06/2020



 **U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the necessary steps to take to take prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

YES | NO | N/A

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.5° F area_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐ ICE Air ☑ Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| AGENT'S PRINTED NAME | A# | AGENT'S SIGNATURE |
|---|---|---|
| ORTIZ-PEREZ,ELUBIO | 523 , GUATE | XElurco |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Moore | | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Torres-Ramirez, Salomon     Alien Number ▮▮▮256   COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐       No ☑

Criminal History               Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☑     Comments OAKDALE Transfer
OAKDALE Transfer

**Custody Decision** Release ☐       Continue Custody ☐

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement: (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ✔

**2)** Is the detainee currently:
- In medical isolation? — NO ✔
- Experiencing symptoms commonly associated with COVID-19? — NO ✔
- Awaiting COVID-19 test results? — NO ✔
- Cohorted due to COVID-19 exposure? — NO ✔

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✔

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✔

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _972_ *nlng* — YES ✔
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ✔
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✔
Record method of travel: Ground ☐  ICE Air ✔  Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✔

   **b.** Stop the Spread of Germs. — YES ✔

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| TORRES-RAMIREZ, SALOMON | 256 | X | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE |
| KELLOM, ROXCHELLE | | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Us Lopez, Miguel          Alien Number ███964  COC Guatemala

Date of Transfer 08/31/2020          Date of Review 08/31/2020

## Detention Authority

☐ INA 235  ☐ INA 236(a)  ☐ INA 236(c)  ☐ INA 241  ☑ Other 241a5

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☑          Comments OAKDALE Transfer

OAKDALE Transfer

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ | |
| • Awaiting COVID-19 test results? | | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.3_ ___

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground [ ]   ICE Air [✓]   Commercial flight [ ]

| | | | |
|---|---|---|---|
| | ✓ | | |
| | ✓ | | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ✗ | | |
| **b.** Stop the Spread of Germs. | | ✓ | | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | | |
| **b.** Did a family member or friend provide transportation? | | | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| US LOPEZ,MIGUEL | ___964,GUATE | X [signature] |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| [handwritten] Brian | [signature] | |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Morales-Esteban, Nelfi        Alien Number ████461   COC Guatemala

Date of Transfer 08/31/20          Date of Review 08/31/20

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☐        No ☑

## Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐    Comments_____

---

**Custody Decision** Release ☐      Continue Custody ☑X

Reviewed by J. Echeverry_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with discrimination steps required prior to transfer, removal, or release of a single alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ | |
| • Awaiting COVID-19 test results? | | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | YES | NO | N/A |
|---|---|---|---|
| a. **For released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.2 *min*__

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.    ✓

For **transfers and removals only**, is the detainee medically cleared to travel?    ✓

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if you are Sick; and | X | | |
| b. Stop the Spread of Germs. | X | | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | YES | NO | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. Did a family member or friend provide transportation? | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MORALES-ESTEBAN, NELFI | 461 , GUATE | X _signature_ |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| Serrano | _signature_ | |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Ortiz, Mixar Magdiel   Alien Number ████890   COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☑      Comments OAKDALE Transfer

OAKDALE Transfer

**Custody Decision** Release ☐       Continue Custody ☐

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the mandatory steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑ ☐

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.0___ ☑ ☐
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☑
For **transfers and removals only**, is the detainee medically cleared to travel? ☑ ☐
Record method of travel: Ground ☐ ICE Air ☑ Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☒ ☐

   b. Stop the Spread of Germs. ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐ ☐

   b. Did a family member or friend provide transportation? ☐ ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RAMIREZ-ORTIZ,MIXAR | ___90,GUATE | X _____ |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Bric | _____ | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name _Ijom-Caba, Gaspar_     Alien Number ▮▮▮523   COC _Guatemala_

Date of Transfer _08/31/20_      Date of Review _08/31/20_

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors     Yes ☐    No ☑

Criminal History     Yes ☐    No ☑

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☒

Reviewed by _J. Echeverry_

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractual staff with the necessary steps required prior to transferring, removing, or releasing an detainee from ICE custody, in an further reduce the spread of COVID-19.

|  | Yes | No |
|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | |
| **2)** Is the detainee currently: | ✓ | ☐ |
| • In medical isolation? | ☐ | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ |
| • Awaiting COVID-19 test results? | ☐ | ✓ |
| • Cohorted due to COVID-19 exposure? | | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | Yes | No |
|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ ☐ | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ ☐ | ✓ |
| **3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.4_ | ☐ ☐ | ✓ |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

| | Yes | No |
|---|---|---|
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | ☐ |
| Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight ☐ | ☐ | ✓ |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | ☐ | ✓ |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | |
| **b.** Stop the Spread of Germs. | | |
| **5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | ✓ | ☐ |
| | ✓ | ☐ |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| **b.** Did a family member or friend provide transportation? | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

IJOM-CABA, GASPAR

23, GUATE

OFFICER'S CONTRACTED STAFF'S PRINTED NAME: C. Moore

DATE: 8/20/20



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Salvador-Lopez, Hermenegildo Sebastian   Alien Number ███498   COC GUATEMALA

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

## <u>Detention Authority</u>

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History          Yes ☑     No ☐

## <u>Nature of Transfer</u>

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to better mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: 98.5
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑  ICE Air ☐  Commercial flight ☐

*ICE Health Service Corps*
*Krome Detention Center*
*Miami, Florida*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| DETAINEE'S NAME | A# | ABBREVIATION |
|---|---|---|
| SALVADOR-LOPEZ, HERMENEGILDO | 498 , GUATE | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.N | J.N | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Perez-Jeronimo, Aparicio        Alien Number ███ 948   COC Guatemala

Date of Transfer 08/31/20                    Date of Review 08/31/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐    Comments_____

---

**Custody Decision** Release ☐     Continue Custody ☒

Reviewed by J. Echeverry_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractor staff with discrimination steps required prior to transfer in, continuing, or removing an alien from ICE's custody, in an effort to mitigate reduce the spread of COVID-19.

YES | NO | N/A

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.2 ml_
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PEREZ-JERONIMO, APARICIO | 948, GUATE | X |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| Soriano · Bonia | | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ortiz, Macley          Alien Number ████338   COC BRAZIL

Date of Transfer 9/1/2020                  Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                   ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                      ☐          Comments _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIVE: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.9 °F_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑  ICE Air ☐  Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ORTIZ,MACLEY | 838 - BRAZI | X _(signature)_ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Robledo-Ortiz, Ricardo          Alien Number ███343   COC Guatemala

Date of Transfer 08/31/20                    Date of Review 08/31/20

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐          Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☒

Reviewed by J. Echeverry _____



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — YES ☑

2) Is the detainee currently:
- In medical isolation? — NO
- Experiencing symptoms commonly associated with COVID-19? — NO
- Awaiting COVID-19 test results? — NO
- Cohorted due to COVID-19 exposure? — NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: ___972___ *(handwritten)*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A
For **transfers and removals only**, is the detainee medically cleared to travel? — YES
Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and — YES ☑

b. Stop the Spread of Germs. — YES ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ROBLEDO-ORTIZ, RICARDO | ▉343 | X *(signature)* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | *(signature)* | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Macz-Pop, Jesus          Alien Number ███278   COC Guatemala

Date of Transfer 08/31/20              Date of Review 08/31/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐    Comments _____

**Custody Decision** Release ☐      Continue Custody ☒

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

Giccles

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

a. For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.8 F Grace_

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only,** is the detainee medically cleared to travel?

Record method of travel:  Ground ☐  ICE Air ☑  Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MACZ-POP,JESUS | ▮▮▮278,GUATE | X _Jerron_ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Moore | C. ___ | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Chuck, Jordan          Alien Number ████ 642    COC JAMAICA

Date of Transfer 9/2/2020          Date of Review 9/2/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ☑ | ☐ | ☐ |

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _92.5 ℉_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ☒   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

~~a. Steps to Help Prevent the Spread of COVID-19 if You are Sick, and~~

b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CHUCK,JORDAN | 642,JAMAI | X Refusal |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y Taylor | | 9.2.20 |