

**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Faapusa Teo, Aisoli</u>    Alien Number <u>███ 993</u>   COC <u>SAMOA</u>

Date of Transfer <u>9/1/2020</u>    Date of Review <u>9/1/2020</u>

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other <u>212a7Ail</u>

COVID 19 Risk Factors       Yes ☐        No ☑

Criminal History       Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging       ☐
Hospital       ☐
Within Field Office       ☑
Out of Field Office       ☐
Other       ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by <u>I. BLANCO D.O.</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

Purpose. This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ✓ | | |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ✓ | | |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **96-8 ρ 1900   YBT 9/1/20**

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO | N/A |
|---|---|---|---|
| ~~**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick;~~ and | ✓ | | |
| **b.** Stop the Spread of Germs. | | ✓ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| **b.** Did a family member or friend provide transportation? | | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| FAAPUSA TEO, AISOLI | 993 - SAMOA | X Refused | |
| **OFFICER'S/CONTRACTED STAFF'S PRINTED NAME** | **OFFICER'S/CONTRACTED STAFF'S SIGNATURE** | | **DATE** |
| J.N | JN | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Lopez-Ramirez, Ricardo     Alien Number ███████405  COC Guatemala

Date of Transfer 08/31/20                   Date of Review 08/31/20

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐     Comments_____

---

**Custody Decision** Release ☐     Continue Custody ☒

Reviewed by J. Echeverry_____

Rev. 06/2020





**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

    b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.5 F   Gracie_ — YES ✓
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — NO ✓
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓
Record method of travel:  Ground ✓    ICE Air ☐    Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

    b. Stop the Spread of Germs. — YES ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    a. Did ICE provide transportation? If yes, where was the alien transported to? _____

    b. Did a family member or friend provide transportation?

    c. Was the alien provided with a personal protective equipment mask upon release?

    d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LOPEZ-RAMIREZ,RICARDO | ▮▮▮405,GUATE | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Moore | | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Tomas Miguel, Gaspar          Alien Number ████848          COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                    Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other                              ☑          Comments OAKDALE Transfer

OAKDALE Transfer

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractors a list of the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ☑ NO ☐

**2)** Is the detainee currently:
- In medical isolation? — NO ☑
- Experiencing symptoms commonly associated with COVID-19? — NO ☑
- Awaiting COVID-19 test results? — NO ☑
- Cohorted due to COVID-19 exposure? — NO ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.2_ _____ — YES ☑
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ☑
For **transfers and removals only**, is the detainee medically cleared to travel? — YES ☑
Record method of travel:   Ground ☐      ICE Air ☑      Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ☒

   b. Stop the Spread of Germs. — YES ☒

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| TOMAS MIGUEL, GASPAR | ███ 848 - GUATE | X _____ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano, Brian | | |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Francisco Francisco, Jorge    Alien Number: ██████939    COC: GUATEMALA

Date of Transfer: 9/1/2020    Date of Review: 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by: I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

PURPOSE: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.     YES   NO   N/A

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.3 @ 1900   465   9/11/20
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

~~**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and~~

**b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

**b.** Did a family member or friend provide transportation?

**c.** Was the alien provided with a personal protective equipment mask upon release?

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| FRANCISCO FRANCISCO,JORGE | ▮39 , GUATE | x  Jorge, | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| J.W | J.W | | 9/11/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gomez-Lopez, Julio Cesar      Alien Number ████665      COC GUATEMALA

Date of Transfer 08/31/2020      Date of Review 08/31/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other _____

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐      Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff with the narrative steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

**YES   NO   N/A**

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _T 96.6_       **Tania Leon, RN**
   **ICE Health Service Corp**
   **Krome Detention Center**
   **Miami, Florida**
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GOMEZ-LOPEZ,JULIO | ███ 565 , GUATE | X |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 8 / 8 / 20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name _Tut-Cac, Pablo_          Alien Number ████ 583   COC _Guatemala_

Date of Transfer _08/31/2020_                Date of Review _08/31/2020_

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other _212a6Ai_

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☑     Comments _OAKDALE Transfer_
_OAKDALE Transfer_

**Custody Decision** Release ☐      Continue Custody ☐

Reviewed by _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: 97.3 ml
   For **transfers and removals** only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals** only, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | 583 | ALIEN'S SIGNATURE | |
|---|---|---|---|---|
| TUT-CAC, PABLO | | | | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE |
| KELLOM, ROXCHELLE | | | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Maritza-Mix, Alva          Alien Number ████353  COC Guatemala

Date of Transfer 08/31/20                    Date of Review 08/31/20

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors          Yes ☐      No ☑

Criminal History               Yes ☐      No ☑

## Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments_____

**Custody Decision** Release ☐      Continue Custody ☒

Reviewed by J. Echeverry_____

Rev. 06/2020



 **U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further impede the spread of COVID-19.   YES | NO | N/A

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.7 F_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

**b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

**b.** Did a family member or friend provide transportation?

**c.** Was the alien provided with a personal protective equipment mask upon release?

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MARITZA-MIX, ALVA | ███353, GUATE | X maris armitos |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| C. Moore | | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Domingo-Garcia, Ismael        Alien Number █████242   COC Guatemala

Date of Transfer 08/31/20                    Date of Review 08/31/20

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐       Comments_____

**Custody Decision** Release ☐        Continue Custody ☒

Reviewed by J. Echeverry_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) central field staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.6  Nalini Ty_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐    ICE Air ☐    Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

  b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

ALIEN'S PRINTED NAME
DOMINGO-GARCIA, ISMAEL

A#
242

ALIEN'S SIGNATURE

OFFICER'S COMPLETED STATE'S PRINTED NAME
COOPER, KELVIN

OFFICER'S COMPLETED STATE'S SIGNATURE

DATE



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Oikonomidis, Eleftherios     Alien Number ███358     COC GREECE

Date of Transfer 9/1/2020          Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a1B

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐      Comments _____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

The purpose of this checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and its personnel with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. — [✓] [ ] [ ]

**2)** Is the detainee currently:
- In medical isolation? — [ ] [✓] [ ]
- Experiencing symptoms commonly associated with COVID-19? — [ ] [✓] [ ]
- Awaiting COVID-19 test results? — [ ] [✓] [ ]
- Cohorted due to COVID-19 exposure? — [ ] [✓] [ ]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — [ ] [ ] [✓]

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — [ ] [ ] [✓]

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.1 ⁰F__ — [✓] [ ]

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — [✓] [ ]

For **transfers and removals only**, is the detainee medically cleared to travel? — [✓] [ ]

Record method of travel:   Ground [✓]   ICE Air [ ]   Commercial flight- [ ]

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — [✓] [ ]

**b.** Stop the Spread of Germs. — [✓] [ ]

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ — [ ] [ ] [ ]

**b.** Did a family member or friend provide transportation? — [ ] [ ] [ ]

**c.** Was the alien provided with a personal protective equipment mask upon release? — [ ] [ ] [ ]

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — [ ] [ ] [ ]

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — [ ] [ ] [ ]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| OIKONOMIDIS NOUNIES SANTS,ELEFTHERIOS | 358 - GREEC | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ixcoy-Torres, Ramiro        Alien Number ███667   COC GUATEMALA

Date of Transfer 9/1/2020                  Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History        Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital        ☐
Within Field Office        ☑
Out of Field Office        ☐
Other        ☐        Comments _____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑ ☐ ☐

**2)** Is the detainee currently:
- In medical isolation? — ☐ ☑ ☐
- Experiencing symptoms commonly associated with COVID-19? — ☐ ☑ ☐
- Awaiting COVID-19 test results? — ☐ ☑ ☐
- Cohorted due to COVID-19 exposure? — ☐ ☑ ☐

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — ☐ ☐ ☑

  **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☐ ☐ ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.7 @ 1900   YBJ  9/11 20 — ☑ ☐ ☐
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel? — ☑ ☐ ☐
Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick, and — ☐ ☐ ☑

  **b.** Stop the Spread of Germs. — ☑ ☐ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐ ☐

  **b.** Did a family member or friend provide transportation? — ☐ ☐ ☐

  **c.** Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐ ☐

  **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐ ☐

  **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| IXCOY-TORRES,RAMIRO | ███667 - GUATE | X _Ramiro_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Escalante Torres, Jarry Orlando    Alien Number ███316    COC COLOMBIA

Date of Transfer 08/31/2020    Date of Review 08/31/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractors with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.3_

For **transfers and removals only,** if the detainee does not clear the screening protocol, do not transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only,** is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

*Taina Leon, RN*
*ICE Health Service Corp*
*Krome Detention Center*
*Miami, Florida*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

  b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| DETAINEE'S PRINTED NAME | A# | ALIEN SIGNATURE |
|---|---|---|
| ESCALANTE TORRES,JARRY | 316 , COLOM | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Perez-Gonzalez, Fidel          Alien Number ███912   COC Guatemala

Date of Transfer 08/31/20                    Date of Review 08/31/20

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐      Comments _____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the concrete steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history — [YES ✓]

2) Is the detainee currently:
- In medical isolation? — [NO ✓]
- Experiencing symptoms commonly associated with COVID-19? — [NO ✓]
- Awaiting COVID-19 test results? — [NO ✓]
- Cohorted due to COVID-19 exposure? — [NO ✓]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.2  — [YES ✓]

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — [YES ✓]

For **transfers and removals only**, is the detainee medically cleared to travel? — [YES ✓]

Record method of travel:  Ground [ ]   ICE Air [✓]   Commercial flight- [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — [YES ✓]

   b. Stop the Spread of Germs. — [YES ✗]

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PEREZ-GONZALEZ,FIDEL | ███ 912,GUATE | X _____ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Serrano | | |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Perez-Vasquez, Edgar          Alien Number ███931   COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐      No ☑

Criminal History              Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☑    Comments OAKDALE Transfer

OAKDALE Transfer

**Custody Decision** Release ☐      Continue Custody ☐

Reviewed by ____Echeverry_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transfer and/or removal, or release of an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete Questions 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.9F Garcia_ — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓

Record method of travel: Ground ☐  ICE Air ✓  Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 If You are Sick; and

**b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

**b.** Did a family member or friend provide transportation?

**c.** Was the alien provided with a personal protective equipment mask upon release?

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PEREZ-VASQUEZ,EDGAR | 931,GUATE | X Edgar Perez V. |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Moore | [signature] | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Contrereas, Alejandro   Alien Number ███ 867   COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                    ☐
Within Field Office         ☐
Out of Field Office         ☐
Other                       ☑     Comments OAKDALE Transfer

OAKDALE Transfer

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by  J Echeverry

Rev. 06/2020



# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

U.S. Immigration and Customs Enforcement

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractors staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to help mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.8°F Jense_
For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only,** is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | | ALIEN'S SIGNATURE |
|---|---|---|
| RAMIREZ-CONTRERREAS,ALEJANDRO | 367 - GUATE | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|  |  | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Calero-Obando, Enrique     Alien Number ████ 891     COC Nicaragua

Date of Transfer 09/02/20     Date of Review 09/02/20

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging     ☑
Hospital     ☐
Within Field Office     ☐
Out of Field Office     ☐
Other     ☐     Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Ero current (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *M.9 Apful 9/1/2020 @ 0120*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

  b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CALERO-OBANDO, ENRIQUE | 891, NICAR | ☒ |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| (L) | (L) | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Idrovo, Manuel          Alien Number ████ 008   COC Ecuador

Date of Transfer 09/02/20          Date of Review 09/022/20

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐          Comments _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and
the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ✓ | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ✓ | | |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature
check. Record temperature here: 97.4 @ 03:04   9/2/2020   VM  G.R.
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ✓   ICE Air ☐   Commercial flight- ☐

| | | |
|---|---|---|
| ✓ | | |
| | | ✓ |
| ✓ | | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | | | |
|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ☐ | ☐ | |
| b. Stop the Spread of Germs. | ✓ | ☐ | |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| IDROVO,MANUEL | 008 - ECUAD | Manuel Idrovo. |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Jameson, Sexton | G.N. | 9/2/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Lara-Lazaro, Jose Luis          Alien Number ███817   COC Guatemala

Date of Transfer 08/31/20                    Date of Review 08/31/20

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital   ☐
Within Field Office   ☐
Out of Field Office   ☐
Other   ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by J. Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the information steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | Yes | No |
|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

| | Yes | No |
|---|---|---|
| | ☐ | ✓ |
| | ☐ | ✓ |
| | ☐ | ✓ |
| | ☐ | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | Yes | No | N/A |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.0 Nilan 1_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐

| Yes | No |
|---|---|
| ✓ | |
| ✓ | |
| ✓ | |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | Yes | No |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ |
| b. Stop the Spread of Germs. | ✓ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | Yes | No |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| DETAINEE'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LARA-LAZARO,JOSE | ███████817 | ✓ |

| OFFICER/CONTRACTED STAFF'S PRINTED NAME | CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| COOPER, KELVIN | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Lopez, Bersain Gonzalo    Alien Number ████ 241    COC Guatemala

Date of Transfer 08/31/2020    Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☐
Out of Field Office    ☐
Other    ☑    Comments OAKDALE Transfer

OAKDALE Transfer

**Custody Decision** Release ☐    Continue Custody ☐

Reviewed by    Echeverry

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to

transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

   a. For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _97.3 mg_
For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only,** is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RAMIREZ-LOPEZ, BERSAIN | 241 | X |

| OFFICER'S/ CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/ CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Vi-Asicona, Alberto Silvestre      Alien Number 206 037 142      COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 212a9Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                        ☐
Within Field Office        ☐
Out of Field Office        ☐
Other                          ☑      Comments OAKDALE Transfer

OAKDALE Transfer

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by _____ Echeverry _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractors with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | ☐ | |

**2)** Is the detainee currently:

| | YES | NO | N/A |
|---|---|---|---|
| • In medical isolation? | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☐ | ☐ | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _972 Maw_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

| | YES | NO | N/A |
|---|---|---|---|
| | ✓ | ☐ | |
| | ✓ | ☐ | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | | ✓ | ☐ | |
| b. Stop the Spread of Germs. | | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | | |
| b. Did a family member or friend provide transportation? | | | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| VI-ASICONA,ALBERTO | 142 - GUATE | X _____ |

| OFFICER'S OR CONTRACTED STAFF'S PRINTED NAME | OFFICER'S OR CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Selicae , Brian | _____ | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Perez, Luis          Alien Number ▮▮▮▮090   COC GUATEMALA

Date of Transfer 9/1/2020          Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐   Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N.A. |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑

**2)** Is the detainee currently:
- In medical isolation? — ☑ N.A.
- Experiencing symptoms commonly associated with COVID-19? — ☑ N.A.
- Awaiting COVID-19 test results? — ☑ N.A.
- Cohorted due to COVID-19 exposure? — ☑ N.A.

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97·6 YP_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑

    **b.** Stop the Spread of Germs. — ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PEREZ,LUIS | ███████090,GUATE | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Paxtor-Gomez, Alberto          Alien Number ███████093   COC GUATEMALA

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES

**2)** Is the detainee currently:
- In medical isolation? — NO
- Experiencing symptoms commonly associated with COVID-19? — NO
- Awaiting COVID-19 test results? — NO
- Cohorted due to COVID-19 exposure? — NO

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _77.6 9/1_ — YES

For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A

For **transfers and removals only,** is the detainee medically cleared to travel? — YES
Record method of travel:  Ground ☒   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 If You are Sick; and — YES

   **b.** Stop the Spread of Germs. — YES

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PAXTOR-GOMEZ,ALBERTO | 093,GUATE | x |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Williams, Vaden Delroy          Alien Number ███ 385   COC Bahamas

Date of Transfer 09/02/20          Date of Review 09/022/20

### Detention Authority

☐ INA 235   ☑ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments_____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by J. Echeverry

Rev. 06/2020

 385

# MISSING COVID SHEET

# MIAMI/HUB TO BTC on 09/02/2020



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gallardo-Mencus, Cristian        Alien Number ███ 085        COC Guatemala

Date of Transfer 08/31/2020                Date of Review 09/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History        Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging    ☑
Hospital    ☐
Within Field Office    ☐
Out of Field Office    ☐
Other    ☐        Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐        Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.2__ _____

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?

Record method of travel:   Ground ☐     ICE Air ☑     Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

  b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

GALLARDO-MENCUS,CRISTIAN

085 - GUATE

T.Jackson

T.Jackson



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Alvarado-Cruz, Josue Javier     Alien Number ████7479     COC HONDURAS

Date of Transfer 08/31/2020          Date of Review 08/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐    Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) personnel ... steps prepared prior to transferring, removing, or releasing a detainee from ERO custody, in an effort to mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history ☑

2) Is the detainee currently:
   - In medical isolation?  ☑
   - Experiencing symptoms commonly associated with COVID-19?  ☑
   - Awaiting COVID-19 test results?  ☑
   - Cohorted due to COVID-19 exposure?  ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening for fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell. Conduct a temperature check. Record temperature here: _196.4_

   For **transfers and removals only**, if the detainee does not clear the screening, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

   For **transfers and removals only**, is the detainee medically cleared to travel?  ☑

   Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight- ☐

   *Tania Leon, RN*
   *ICE Health Service Corps*
   *Krome Detention Center*
   *Miami, Florida*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑

   b. Stop the Spread of Germs.  ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? ____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ALVARADO-CRUZ,JOSUE | 479,HONDU | X _Jose Al_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Rivas-Garcia, Wilson          Alien Number ████████7815   COC HONDURAS

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                           ☐
Within Field Office          ☑
Out of Field Office          ☐
Other                             ☐          Comments_____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ✓ | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | | ✓ |
| | • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| | • Awaiting COVID-19 test results? | | | ✓ |
| | • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |

| 3) | Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.8 °F_ | ✓ | | |
| | For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| | For **transfers and removals only**, is the detainee medically cleared to travel? | | | ✓ |

Record method of travel:   Ground ✓   ICE Air ☐   Commercial flight- ☐

| 4) | Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| | a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and. | ✓ | | |
| | b. Stop the Spread of Germs. | ✓ | | |

| 5) | For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| | a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| | b. Did a family member or friend provide transportation? | | | |
| | c. Was the alien provided with a personal protective equipment mask upon release? | | | |
| | d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| | e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RIVAS-GARCIA, WILSON | 815, HONDU | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |