

**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Perez-Garcia, Salvador          Alien Number ███ 703          COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 09/06/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐     Comments Transfer to another AOR for removal
Transfer to another AOR for removal

**Custody Decision** Release ☐     Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

*BAKER*

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the necessary steps required prior to transfers, removals, or releases resulting from ERO custody and to facilitate mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *97.2 my*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐    ICE Air ☑    Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    a. Did ICE provide transportation? If yes, where was the alien transported to?

    b. Did a family member or friend provide transportation?

    c. Was the alien provided with a personal protective equipment mask upon release?

    d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PEREZ-GARCIA, SALVADOR | 703 - GUATE | X |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Moore | | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sontay-Cruz, Alvaro          Alien Number ████████0998   COC GUATEMALA

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | ☐ | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | ☐ | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ✓ | |
| • Awaiting COVID-19 test results? | | ☐ | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ☐ | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ☐ | ☐ | ✓ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☐ | ☐ | ✓ |

| | | YES | NO | N/A |
|---|---|---|---|---|
| **3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97 S 4/1_ | | ✓ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | ☐ | ☐ | ✓ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | ✓ | ☐ | |
| Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐ | | | | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ✓ | ☐ | |
| b. Stop the Spread of Germs. | | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | ☐ | ✓ |
| b. Did a family member or friend provide transportation? | | ☐ | ☐ | ✓ |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ | ✓ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ | ✓ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ | ✓ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SONTAY-CRUZ,ALVARO | 998,GUATE | X [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Augusto-Ortiz, Robelio     Alien Number ███ 362   COC Guatemala

Date of Transfer 08/31/2020     Date of Review 09/06/2020

### **Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a9Aii

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

### **Nature of Transfer**

IAO Flight Staging     ☑
Hospital     ☐
Within Field Office     ☐
Out of Field Office     ☐
Other     ☐     Comments Transfer to another AOR for removal
Transfer to another AOR for removal

**Custody Decision** Release ☐     Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

**Yes No**

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidelines. Record temperature here: _96.8 Mul_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
a. Did ICE provide transportation? If yes, where was the alien transported to? _____
b. Did a family member or friend provide transportation?
c. Was the alien provided with a personal protective equipment mask upon release?
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| AUGUSTO-ORTIZ, ROBELIO | 362 | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | CONTRACTED STAFF'S SIGNATURE | DATE |
| COOPER, KELVIN | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramirez-Mendoza, Rufino     Alien Number ████ 827     COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 09/06/2020

## __Detention Authority__

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a2Aill

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                    Yes ☑          No ☐

## __Nature of Transfer__

IAO Flight Staging          ☑
Hospital                          ☐
Within Field Office        ☐
Out of Field Office         ☐
Other                              ☐          Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID 19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history ☑

2) Is the detainee currently:
- In medical isolation? ☑ (NO)
- Experiencing symptoms commonly associated with COVID-19? ☑ (NO)
- Awaiting COVID-19 test results? ☑ (NO)
- Cohorted due to COVID-19 exposure? ☑ (NO)

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☑ (N/A)

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☑ (N/A)

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: ___98.1 mLf___ ☑ (YES)
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ (YES)
For **transfers and removals only**, is the detainee medically cleared to travel? ☑ (YES)
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ (YES)

  b. Stop the Spread of Germs. ☑ (YES)

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| RAMIREZ-MENDOZA, RUFINO | 827 | X (signature) |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | (signature) | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ba-Cac, Pedro          Alien Number ███████ 002   COC Guatemala

Date of Transfer 08/31/2020          Date of Review 09/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☐          Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractor staff with the common steps required prior to transferring, removing, or releasing aliens from ERO custody and to better mitigate the spread of COVID-19.

|  | Yes | No |
|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ☑ | ☑ |
| **2)** Is the detainee currently: | | |
| • In medical isolation? | ☐ | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ |
| • Awaiting COVID-19 test results? | ☐ | ☑ |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☐ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: ___ 97.0 Nela  n

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel? ☑

Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑

b. Stop the Spread of Germs. ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | Yes | No |
|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? ___ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BA-CAC,PEDRO | 002 | v Pedro B q Cac |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| COOPER, KELVIN | QC | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Hernandez-Sagastumes, Leonardo Favio</u>   Alien Number <u>████1792</u>   COC <u>HONDURAS</u>

Date of Transfer <u>08/31/2020</u>                    Date of Review <u>08/31/2020</u>

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐        Comments <u>GLADES TRANSFER</u>
<u>GLADES TRANSFER</u>

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by <u>DO M. SANCHEZ</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the common steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | | YES | NO |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: ___ Tania Leon ___
ICE Health Serv... Corp...
Krome Detenti... ...enter
Miami, Florida
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    a. Did ICE provide transportation? If yes, where was the alien transported to? _____

    b. Did a family member or friend provide transportation?

    c. Was the alien provided with a personal protective equipment mask upon release?

    d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ...TAINEE'S NAME | A... | ...N'S SIGNATURE |
|---|---|---|
| HERNANDEZ-SAGASTUMES,LEONARDO | 792,HONDU | K Leonardo L. H.S. |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Garcia-Lemus, Abel          Alien Number ▓▓▓683   COC Guatemala

Date of Transfer 08/31/2020                Date of Review 09/06/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐        Comments Transfer to another AOR for removal
Transfer to another AOR for removal


**Custody Decision** Release ☐        Continue Custody ☐


Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO, and officers to be used with the transferring or releasing office, to be prepared prior to transferring, removing, or releasing of alien from ERO custody, and to further mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _964 only_
For **transfers and removals only**, if the detainee docs not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

GARCIA-LEMUS, ABEL

COOPER, KELVIN                           683

8/31/2020



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Espinal-Rios, Wilson   Alien Number ████3685   COC HONDURAS

Date of Transfer 9/1/2020         Date of Review 9/1/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☑      No ☐

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐   Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.1 @ 1855 9BT  9/1/20

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. ~~Steps to Help Prevent the Spread of COVID-19 if You are Sick~~, and

   d.w   b. ~~Stop the Spread of Germs~~.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | | ALIEN'S SIGNATURE |
|---|---|---|
| ESPINAL-RIOS, WILSON | 685, HONDU | X [signature] |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| d.w | d.w | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Yat-Panu, Domingo          Alien Number ███ 190          COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☐
Other          ☑          Comments OAKDALE Transfer
OAKDALE Transfer

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

*This document is a checklist intended to provide U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, or removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.*

|  | YES | NO | N.A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   • In medical isolation?
   • Experiencing symptoms commonly associated with COVID-19?
   • Awaiting COVID-19 test results?
   • Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: __96.4__
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   • Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
   • Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| YAT-PANU, DOMINGO | 190 | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| KELLOM, ROXCHELLE | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Aguilar-Reyes, Elmar Danilo        Alien Number ████ 467    COC Guatemala

Date of Transfer 08/31/2020                 Date of Review 09/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a7Ail

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History              Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐        Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐        Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) personnel a checklist to work on the process of steps to guard prior to transfers, removals, or releases and help ERO's staff, and to stop the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _96.9_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | A# | OFFICER'S SIGNATURE | |
|---|---|---|---|
| AGUILAR-REYES, ELMAR | 467 | X | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | CONTRACTED STAFF'S SIGNATURE | DATE |
| COOPER, KELVIN | | | 8/31/2020 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Mencho, Mainor Vicente     Alien Number ███ 498   COC Guatemala

Date of Transfer 08/31/2020          Date of Review 09/06/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History           Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging     ☑
Hospital           ☐
Within Field Office    ☐
Out of Field Office    ☐
Other             ☐    Comments Transfer to another AOR for removal
Transfer to another AOR for removal

**Custody Decision** Release ☐     Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: The checklist is intended to be used by U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractor medical and non-medical personnel to ensure proper preparation of a detainee or alien through ERO custody, and to reduce the risks of the spread of COVID-19.

| | Yes | No | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.4 Nehy_
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐    ICE Air ☐    Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MENCHO,MAINOR | 498 , GUATE | X Mainor |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| C. Moore | | 8/30/20 |

## ISSUED BY:

OFFICER INITIALS: _47_     OFFICERS EMPLOYEE # _6534_

Effective:6/10/20



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Demorais, Ivan     Alien Number ███████6212   COC BRAZIL

Date of Transfer 9/1/2020      Date of Review 9/1/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors      Yes ☑      No ☐

Criminal History      Yes ☑      No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history   ☑ ☐

**2)** Is the detainee currently:
- In medical isolation?   ☐ ☑
- Experiencing symptoms commonly associated with COVID-19?   ☐ ☑
- Awaiting COVID-19 test results?   ☐ ☑
- Cohorted due to COVID-19 exposure?   ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:   ☑ ☐

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 96.6 o1855 YBT 9/11/20
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?   ☑ ☐
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ☑ ☐

   **b.** Stop the Spread of Germs.   ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DEMORAIS,IVAN | 212,BRAZI | X ~~~ |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| 9.W | 9.W | 9/1/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Jimenez-Maldonado, Luis Alfonso</u>   Alien Number <span style="background:black">████</span> 801   COC <u>Guatemala</u>

Date of Transfer <u>08/31/2020</u>                    Date of Review <u>09/06/2020</u>

## <u>Detention Authority</u>

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other <u>212a6Ai</u>

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## <u>Nature of Transfer</u>

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☐    Comments <u>Transfer to another AOR for removal</u>
<u>Transfer to another AOR for removal</u>

**Custody Decision** Release ☐      Continue Custody ☐

Reviewed by <u>P. Fernandez</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the information steps required prior to transferring, removing, or releasing an detainee from ERO custody, and to better mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _97.8_ _Nlcs J_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐   ICE Air ☑   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
  b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

AGENT'S PRINTED NAME
JIMENEZ-MALDONADO, LUIS

801

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME
COOPER, KELVIN

OFFICER'S/CONTRACTED STAFF'S SIGNATURE

8/31/2020



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Quinonez-Reynosa, Geremias    Alien Number ▮▮▮924    COC Guatemala

Date of Transfer 08/31/2020    Date of Review 09/06/2020

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☐    No ☑

## **Nature of Transfer**

IAO Flight Staging    ☑
Hospital    ☐
Within Field Office    ☐
Out of Field Office    ☐
Other    ☐    Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐    Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

*Glade*

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to better contain the spread of COVID-19.

| | YES | NO | N/A |

**1)** Verify the detainee's current health status and exposure history  — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — N/A ✓
- Experiencing symptoms commonly associated with COVID-19? — N/A ✓
- Awaiting COVID-19 test results? — N/A ✓
- Cohorted due to COVID-19 exposure? — N/A ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A ✓

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.3F *Celsius*___ — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓

Record method of travel: Ground ☐    ICE Air ✓    Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

   **b.** Stop the Spread of Germs. — YES ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| QUINONEZ-REYNOSA,GEREMIAS | 924 - GUATE | X *(signature)* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. Moore | *(signature)* | 8/30/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Bonilla Olarte, Hector     Alien Number ▉▉▉8722     COC MEXICO

Date of Transfer 9/1/2020     Date of Review 9/1/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 237a1B

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ☑ | | |
| **2)** | Is the detainee currently: | | | |
| | • In medical isolation? | | | ☑ |
| | • Experiencing symptoms commonly associated with COVID-19? | | | ☑ |
| | • Awaiting COVID-19 test results? | | | ☑ |
| | • Cohorted due to COVID-19 exposure? | | | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ☐ | ☐ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☐ | ☐ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *97.7 P 1865 405 9/1/20*

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?   ☑

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | |
|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 If You are Sick; and | ☑ | ☐ |
| **b.** Stop the Spread of Germs. | ☑ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | |
|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| **b.** Did a family member or friend provide transportation? | ☐ | ☐ |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BONILLA OLARTE, HECTOR ALEJANDRO | 722, MEXIC | *(signature)* |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Lopez-Sanchez, Julio     Alien Number ████ 418     COC Guatemala

Date of Transfer 08/31/2020     Date of Review 09/06/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a9Aii

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☐     No ☑

### Nature of Transfer

IAO Flight Staging     ☑
Hospital     ☐
Within Field Office     ☐
Out of Field Office     ☐
Other     ☐     Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐     Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ☐✓ | ☐ | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | ☐ | ☐✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ☐✓ | |
| • Awaiting COVID-19 test results? | | ☐ | ☐✓ | |
| • Cohorted due to COVID-19 exposure? | | ☐ | ☐✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ☐ | ☐ | ☐✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☐ | ☐ | ☐✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _967 Phli 2_   ☐✓  ☐
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?   ☐✓  ☐
Record method of travel:   Ground ☐   ICE Air ☐✓   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ☒ | ☐ | |
| **b.** Stop the Spread of Germs. | | ☒ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | ☐ | |
| **b.** Did a family member or friend provide transportation? | | ☐ | ☐ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LOPEZ-SANCHEZ,JULIO | ▓▓▓▓ 18,GUATE | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| SACO, Bria | [signature] | 8/27/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Cuyuch-Matom, Diego        Alien Number ███ 960   COC Guatemala

Date of Transfer 08/31/2020                    Date of Review 09/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Aii

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☐        No ☑

### Nature of Transfer

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☐
Other                     ☐        Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐        Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the actions to be taken prior to and when transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | Yes | No |
|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ☑ | |
| **2)** Is the detainee currently: | | |
| • in medical isolation? | | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | | ☑ |
| • Awaiting COVID-19 test results? | | ☑ |
| • Cohorted due to COVID-19 exposure? | | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | Yes | No |
|---|---|---|
| a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☑ |
| **3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check per CDC guidlines. Record temperature here: _9.8 Tylon_ ☑ | | ☑ |

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | Yes | No |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | |
| b. Stop the Spread of Germs. | ☑ | |
| **5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| b. Did a family member or friend provide transportation? | | |
| c. Was the alien provided with a personal protective equipment mask upon release? | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | |

| ALIEN'S PRINTED NAME | | ALIEN'S SIGNATURE | |
|---|---|---|---|
| CUYUCH-MATOM, DIEGO | | | |
| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | 060 | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
| COOPER, KELVIN | | | 8/31/2020 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name De Rivera-Vasquez, Eduardo    Alien Number ▋▋▋473    COC Guatemala

Date of Transfer 08/31/2020              Date of Review 09/06/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a7Ail

COVID 19 Risk Factors       Yes ☑      No ☐

Criminal History            Yes ☐      No ☑

### Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐    Comments Transfer to another AOR for removal

Transfer to another AOR for removal
_____

**Custody Decision** Release ☐      Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff with the necessary steps required prior to transferring, removing, or releasing a detainee from ERO custody and to halt the spread of COVID-19.

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
 • In medical isolation?
 • Experiencing symptoms commonly associated with COVID-19?
 • Awaiting COVID-19 test results?
 • Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

 a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

 b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 97.5 Milsol_____
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐  ICE Air ☑  Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

 a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

 b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

 a. Did ICE provide transportation? If yes, where was the alien transported to? _____

 b. Did a family member or friend provide transportation?

 c. Was the alien provided with a personal protective equipment mask upon release?

 d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

 e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

DE RIVERA-VASQUEZ,EDUARDO

73 , GUATE

C. Moore



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Lucas-Rivas, Amalio Romero    Alien Number ████ 909    COC Guatemala

Date of Transfer 08/31/2020    Date of Review 09/06/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

## Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐    Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐    Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



*Bakel*

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps to take prior to ICE Enforcement and Removal Operations (ERO) and transfers, removals, or releases of a detainee from ERO custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _970 m/z_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ✓   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to?

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

ALIEN'S PRINTED NAME
LUCAS-RIVAS, AMALIO

A# ▮▮▮ 909 - GUATE

ALIEN'S SIGNATURE
*Amolio Lucas*

OFFICER'S / CONTRACTED STAFF'S PRINTED NAME
*C. Moore*

OFFICER'S / CONTRACTED STAFF'S SIGNATURE

DATE



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Sales-Lopez, Henry          Alien Number ████6604     COC GUATEMALA

Date of Transfer 9/2/2020                    Date of Review 9/2/2020

## **Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES ✓

**2)** Is the detainee currently:
- In medical isolation? — NO ✓
- Experiencing symptoms commonly associated with COVID-19? — NO ✓
- Awaiting COVID-19 test results? — NO ✓
- Cohorted due to COVID-19 exposure? — NO ✓

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A ✓

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ✓

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 97.2 YPL — YES ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A ✓

For **transfers and removals only**, is the detainee medically cleared to travel? — YES ✓

Record method of travel: Ground [X]   ICE Air [ ]   Commercial flight- [ ]

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — YES ✓

    **b.** Stop the Spread of Germs. — YES ✓

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SALES-LOPEZ,HENRY | 604 , GUATE | X Henry ... Lope |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | | 9/.2) |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Quintana Sunol, Guillermo      Alien Number ██████0916   COC CUBA

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

## Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging          ☐
Hospital                    ☐
Within Field Office         ☑
Out of Field Office         ☐
Other                       ☐          Comments GLADES TRANSFER
GLADES TRANSFER


**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff best practices, such as self-quarantine and other measures, to mitigate the spread of COVID-19 when transferring, removing, or releasing an alien from ERO custody.

| | Yes | No |
|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | |
| **2)** Is the detainee currently: | | |
| • In medical isolation? | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ |
| • Awaiting COVID-19 test results? | | ✓ |
| • Cohorted due to COVID-19 exposure? | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | |
|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: **T97-9**
For **transfers and removals only**, if the detainee does not clear the screening, do not delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ✓   ICE Air ☐   Commercial flight ☐

*(handwritten stamp)* Name Comp
ICE Health Service Corp
Krome Detention Center
Miami, FL

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | |
|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | |
| **b.** Stop the Spread of Germs. | | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | |
|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | |
| **b.** Did a family member or friend provide transportation? | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| QUINTANA SUNOL,GUILLERMO | ████ 916,CUBA | *(signature)* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| *(signature)* | *(signature)* | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gomez-Lainez, Jose      Alien Number ██████1754   COC GUATEMALA

Date of Transfer 9/1/2020            Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 8 USC 1326(a)

COVID 19 Risk Factors        Yes ☐      No ☑

Criminal History             Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *97.3  0900  YBT  9/1/20*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    *(JW)*

    **a.** Steps to Help Prevent the Spread of COVID-19 If You are Sick; and

    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GOMEZ-LAINEZ,JOSE | 754 , GUATE | |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 9/1/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Vasquez-Sanchez, Enio          Alien Number ████4000   COC GUATEMALA

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐       Comments_____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020


**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.8 YP2_
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:   Ground ☐   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if you are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to?

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

ALIEN'S SIGNATURE

ALIEN'S PRINTED NAME: _____, GUATE    — XEnio x vasquez s

VASQUEZ-SANCHEZ, ENIO

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME    OFFICER'S/CONTRACTED STAFF'S SIGNATURE    DATE    9/1/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Cabrera-Sifuentes, Fredi Manolo   Alien Number ████3216   COC GUATEMALA

Date of Transfer 08/31/2020                              Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐        Comments GLADES TRANSFER
GLADES TRANSFER
_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

*DHS/ICE: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.*

YES | NO | N/A

1) Verify the detainee's current health status and exposure history [✓]

2) Is the detainee currently:
   - In medical isolation? [✓ in NO]
   - Experiencing symptoms commonly associated with COVID-19? [✓ in NO]
   - Awaiting COVID-19 test results? [✓ in NO]
   - Cohorted due to COVID-19 exposure? [✓ in NO]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98.6___ _Tania Leon, RN_ _ICE Health Service Cor___ [✓]
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. _Krome Detention Cen___ _Miami, Florida_
   For **transfers and removals only**, is the detainee medically cleared to travel? [✓]
   Record method of travel:  Ground [ ]  ICE Air [ ]  Commercial flight- [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CABRERA-SIFUENTES,FREDI | ████216,GUATE | x Arnoldo Cabrera. |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.L. | S.W. | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Theodore, Joel</u>          Alien Number <u>████ |457</u>   COC <u>HAITI</u>

Date of Transfer <u>9/1/2020</u>                Date of Review <u>9/1/2020</u>

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other <u>237a2Aiii</u>

COVID 19 Risk Factors          Yes ☑      No ☐

Criminal History               Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                    ☐
Within Field Office         ☑
Out of Field Office         ☐
Other                       ☐    Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by <u>I. BLANCO D.O.</u>

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97. 8 YP_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground-☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| THEODORE,JOEL | ___457 , HAITI | X | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name De Almeida, Nildo        Alien Number ████ l213    COC BRAZIL

Date of Transfer 9/1/2020              Date of Review 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☑    No ☐

Criminal History            Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐    Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

The purpose of this checklist is to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and its contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history  — YES ☑

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *97.2 @ 2855 YBJ 9/11/20*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DE ALMEIDA, NILDO | 213 - BRAZI | X |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 9/1/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Bess, Danroy          Alien Number ████3489   COC ST VINCENT

Date of Transfer 9/1/2020               Date of Review 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a1B

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This is a checklist intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N.A. |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ✓ | ☐ | ☐ |

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 96.8 p/855 YBJ 9/11/20
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 If You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BESS,DANROY | 489,STVIN | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Tercero Perez, Ector Ramon     Alien Number ███ 255     COC Nicaragua

Date of Transfer 09/02/2020                Date of Review 09/06/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital               ☐
Within Field Office    ☐
Out of Field Office    ☐
Other                  ☐      Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐          Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020

*Glades*



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | ☐ | ☐ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ☐ | |
| • Awaiting COVID-19 test results? | | ☐ | ☐ | |
| • Cohorted due to COVID-19 exposure? | | ☐ | ☐ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | ☐ | ☐ | |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☐ | ☐ | |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.3℉  9/2/2020  0230

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

| | | YES | NO | N/A |
|---|---|---|---|---|
| ☑ | | | | |
| ☐ | | | | |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | | ☑ | ☐ | |
| **b.** Stop the Spread of Germs. | | ☑ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | ☐ | |
| **b.** Did a family member or friend provide transportation? | | ☐ | ☐ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| TERCERO PEREZ,HECTOR RAMON | 55,NICAR | X _[signature]_ |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _[handwritten]_ | _[signature]_ | 9/1/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Idris, Ozair                Alien Number ███ 179   COC Pakistan

Date of Transfer 09/02/2020              Date of Review 09/06/2020

## Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 237a2Aiii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging       ☑
Hospital                 ☐
Within Field Office      ☐
Out of Field Office      ☐
Other                    ☐       Comments Transfer to another AOR for removal

Transfer to another AOR for removal

**Custody Decision** Release ☐        Continue Custody ☐

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further curtail the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history ☑

2) Is the detainee currently:
   - In medical isolation? ☑
   - Experiencing symptoms commonly associated with COVID-19? ☑
   - Awaiting COVID-19 test results? ☑
   - Cohorted due to COVID-19 exposure? ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.2 KD 9/2/2020 @0130_  ☑
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑
   For **transfers and removals only**, is the detainee medically cleared to travel? ☑
   Record method of travel:  Ground ☐  ICE Air ☑  Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑

   b. Stop the Spread of Germs. ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| IDRIS,OZAIR | 79,PAKIS | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gonzalez-Garcia, Byron        Alien Number ████3488   COC GUATEMALA

Date of Transfer 9/1/2020                Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

*DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.*

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal health screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.2 @/900 YBJ 9/1/20
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    ~~a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and~~

    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GONZALEZ-GARCIA,BYRON | 488 , GUATE | X [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | J.W | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Nabor-Hernandez, Misael       Alien Number ███████3507   COC MEXICO

Date of Transfer 9/2/2020                   Date of Review 9/2/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history  — ☑ ☐ ☐

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

☐ ☐ ☑
☐ ☐ ☑
☐ ☐ ☑
☐ ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  — ☐ ☐ ☑

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  — ☐ ☐ ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.2 TPC___  — ☑ ☐ ☐

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  — ☐ ☐ ☑

For **transfers and removals only**, is the detainee medically cleared to travel?  — ☑ ☐ ☐
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  — ☑ ☐ ☐

**b.** Stop the Spread of Germs.  — ☑ ☐ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? ___  — ☐ ☐ ☐

**b.** Did a family member or friend provide transportation?  — ☐ ☐ ☐

**c.** Was the alien provided with a personal protective equipment mask upon release?  — ☐ ☐ ☐

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  — ☐ ☐ ☐

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  — ☐ ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| NABOR-HERNANDEZ,MISAEL | ▓▓▓607 - MEXIC | X |

| OFFICER'S/ CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/ CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 9.2.20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Maldonado-Morales, Jose        Alien Number ████ 5489   COC MEXICO

Date of Transfer 9/2/2020                   Date of Review 9/2/2020

## __Detention Authority__

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☑        No ☐

## __Nature of Transfer__

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by  I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

Instructions: This sheet is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — YES

**2)** Is the detainee currently:
- In medical isolation? — NO
- Experiencing symptoms commonly associated with COVID-19? — NO
- Awaiting COVID-19 test results? — NO
- Cohorted due to COVID-19 exposure? — NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — N/A

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.1 YP_ — YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel? — YES

Record method of travel: Ground [X]   ICE Air [ ]   Commercial flight- [ ]

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — N/A

    **b.** Stop the Spread of Germs. — N/A

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MALDONADO-MORALES,JOSE | █89,MEXIC | X _[signature]_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _[handwritten]_ Taylor | _[signature]_ | 9/2/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gonzalez, Luis Antonio          Alien Number ████4861          COC VENEZUELA

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

## Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging     ☐
Hospital          ☐
Within Field Office     ☑
Out of Field Office     ☐
Other          ☐          Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff a tool to institute steps, to guard prior to

transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | | Yes | No | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and conduct temperature check. Record temperature here: _98.2_   *ICE Health Service Corps*   *Krome Detention Center*   *Miami, Florida*
   For **transfers and removals only**, if the detainee does not clear the screening, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and
   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S FULL NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GONZALEZ,LUIS | 861 , VENEZ | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name **Bazin, Phanuel**          Alien Number ▊▊2383   COC **HAITI**

Date of Transfer **08/31/2020**          Date of Review **08/31/2020**

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments **GLADES TRANSFER**

**GLADES TRANSFER**

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by **DO M. SANCHEZ**

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
#### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractor staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further reduce the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑

**2)** Is the detainee currently:
- In medical isolation? — ☑
- Experiencing symptoms commonly associated with COVID-19? — ☑
- Awaiting COVID-19 test results? — ☑
- Cohorted due to COVID-19 exposure? — ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and take temperature check. Record temperature here: __19T.3__
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel? — ☑
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight– ☐

*Tania Leon, RN*
*ICE Health Service Corps*
*Krome Detention Center*
*Miami, Florida*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and — ☑

    **b.** Stop the Spread of Germs. — ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| BAZIN,PHANUEL | ███ 383 – HAITI | X |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.L. |  | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name <u>Orellana, Alex</u>          Alien Number ▮▮▮▮7514 ___ COC <u>HONDURAS</u>

Date of Transfer <u>9/1/2020</u>          Date of Review <u>9/1/2020</u>

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other <u>237a1B</u>

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐     Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by <u>I. BLANCO D.O.</u>

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

The purpose of this checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ✓ | ☐ | ☐ |

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

|  |  |
|---|---|
| ☐ | ✓ |
| ☐ | ✓ |
| ☐ | ✓ |
| ☐ | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ✓ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _99.9  97.2_

| | YES | NO | N/A |
|---|---|---|---|
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ✓ | ☐ | ☐ |
| For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | ☐ | ☐ |

Record method of travel:  Ground ✓     ICE Air ☐     Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | ~~Steps to Help Prevent the Spread of COVID-19 If You are Sick~~; and | ✓ | ☐ | ☐ |
| b. | Stop the Spread of Germs. | ✓ | ☐ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | ☐ |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ | ☐ |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | ☐ |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ORELLANA,ALEX | 514,HONDU | _[signature]_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _[signature]_ | _[signature]_ | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ramos-Ramirez, Fernando     Alien Number A███████2802   COC GUATEMALA

Date of Transfer 08/31/2020                Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐        Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract officers with steps to confirm that the steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further manage the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _T98-3_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

*Tania Leon, RN*
*IHS Health Service Corp*
*Krome Detention Center*
*Miami, Florida*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    a. Did ICE provide transportation? If yes, where was the alien transported to? _____

    b. Did a family member or friend provide transportation?

    c. Was the alien provided with a personal protective equipment mask upon release?

    d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| OFFICER'S PRINTED NAME | A# | OFFICER'S SIGNATURE |
|---|---|---|
| RAMOS-RAMIREZ,FERNANDO | ▇▇▇802 - GUATE | K /fenan/ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|---|
| | | | 8/31/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Georges, Simabon          Alien Number ███████6956   COC HAITI

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

## __Detention Authority__

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☑      No ☐

Criminal History              Yes ☑      No ☐

## __Nature of Transfer__

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *98.7 @1900   9/1/20 YBO*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground [✓]   ICE Air [ ]   Commercial flight- [ ]

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    ~~a. Steps to Help Prevent the Spread of COVID-19 if You are Sick;~~ and

    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GEORGES, SIMABON | 956 , HAITI | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Dorvilus, Marc-Atty          Alien Number ▮▮▮▮ 049   COC HAITI

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                  ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

[redacted block of text] ... should be used to guide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) ... with the minimum steps required prior to ... transfer, removal or release an alien from ERO custody and to further mitigate the spread of COVID-19.

YES  NO

**1)** Verify the detainee's current health status and exposure history ☑ ☐

**2)** Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.0 °F_
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    ~~a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and~~

    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation? _____

    **c.** Was the alien provided with a personal protective equipment mask upon release? _____

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? _____

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? _____

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| DORVILUS,MARC-ATTY | [redacted]049,HAITI | Dorvilus Marc-atty |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | 9/1/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Jean, Ernest           Alien Number � 047   COC Haiti

Date of Transfer 09/02/2020           Date of Review 09/07/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☐        No ☑

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐        Comments BTC
BTC

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by J. Enriquez Deportation Officer

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff certain immediate steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |

**1)** Verify the detainee's current health status and exposure history ☑

**2)** Is the detainee currently:
- In medical isolation? ☑
- Experiencing symptoms commonly associated with COVID-19? ☑
- Awaiting COVID-19 test results? ☑
- Cohorted due to COVID-19 exposure? ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☑

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___97.4___ ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑

For **transfers and removals only**, is the detainee medically cleared to travel? ☑

Record method of travel: Ground ☐   ICE Air ☐   Commercial flight ☐ ☑

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑

   **b.** Stop the Spread of Germs. ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? ___BTC___ ☐

   **b.** Did a family member or friend provide transportation? ☐

   **c.** Was the alien provided with a personal protective equipment mask upon release? ☐

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| JEAN,ERNEST | ▉47,HAITI | ✗ Ernest Jean |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J. Nieves | | 9/2/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Julien, Martino _____     Alien Number ████ 046   COC HAITI _____

Date of Transfer 9/1/2020 _____          Date of Review 9/1/2020 _____

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a7Aii

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☐          No ☑

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐     Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history ☑ ☐ ☐

**2)** Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 96.9 ℉_____ ☑ ☐

For **transfers and removals only**, if a detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel? ☑ ☐
Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick, and

b. Stop the Spread of Germs. ☑ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. ☑ ☐

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| JULIEN,MARTINO | 046 - HAITI | Julien Martino |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 9/1/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Etienne, Sandro          Alien Number ███ 045   COC HAITI

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☐        No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐        Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This sheet list is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.0 YPL_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☑ ICE Air ☐ Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    a. Did ICE provide transportation? If yes, where was the alien transported to? _____

    b. Did a family member or friend provide transportation?

    c. Was the alien provided with a personal protective equipment mask upon release?

    d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ETIENNE,SANDRO | A216631045,HAITI | Etienne Sandro |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Jarquin-Rivas, Janiel          Alien Number ████████8015  COC NICARAGUA

Date of Transfer 9/2/2020                    Date of Review 9/2/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                    ☐
Within Field Office         ☑
Out of Field Office         ☐
Other                       ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ | |
| • Awaiting COVID-19 test results? | | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | | ✓ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.7 4/12_     ✓

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.     ✓ (N/A)

For **transfers and removals only**, is the detainee medically cleared to travel?     ✓

Record method of travel:  Ground [✓]   ICE Air [ ]   Commercial flight [ ]

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| ~~**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick;~~ and | | ✓ | | |
| **b.** Stop the Spread of Germs. | | ✓ | | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | | |
| **b.** Did a family member or friend provide transportation? | | | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| JARQUIN-RIVAS, JANIEL | ████ 015 - NICAR | _signature_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Taylor | _signature_ | 9.2.20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Santizo, Rudelmiro          Alien Number █████ 4253   COC GUATEMALA

Date of Transfer 9/2/2020                    Date of Review 9/2/2020

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a2Aii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history | | ☑ | ☐ | ☐ |
| 2) Is the detainee currently: | | | | |
| • In medical isolation? | | ☐ | ☐ | ☑ |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ☐ | ☑ |
| • Awaiting COVID-19 test results? | | ☐ | ☐ | ☑ |
| • Cohorted due to COVID-19 exposure? | | ☐ | ☐ | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. For **released detainees**, discuss the release with the relevant, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ☐ | ☐ | ☐ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ☐ | ☐ | ☐ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.3 °F__

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

| | | | | |
|---|---|---|---|---|
| | | ☑ | ☐ | ☐ |
| | | ☑ | ☐ | ☐ |

Record method of travel:  Ground ☒   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ☑ | ☐ | ☐ |
| b. Stop the Spread of Germs. | | ☑ | ☐ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | ☐ | ☐ |
| b. Did a family member or friend provide transportation? | | ☐ | ☐ | ☐ |
| c. Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ | ☐ |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SANTIZO, RUDELMIRO | 253 , GUATE | X _(signature)_ |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _Taylor_ | _(signature)_ | 9/7/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ruiz, Wilson Ariel                  Alien Number ███████7245   COC HONDURAS

Date of Transfer 08/31/2020                   Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                    Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other                            ☐          Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff guidance on the proper steps needed to take before transferring, removing, or releasing a detainee from ERO custody and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___T96-7___
For **transfers and removals** only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals** only, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| OFFICER'S PRINTED NAME | A# | OFFICER'S SIGNATURE | |
|---|---|---|---|
| RUIZ, WILSON | ___245 , HONDU | | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE 8 / 31 / 20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Cardenas Osorio, Diego Armando    Alien Number ▮▮▮▮3635    COC VENEZUELA

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractor detail with their status steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further reduce the spread of COVID-19.

| | | Yes | No | N/A |
|---|---|---|---|---|

1) Verify the detainee's current health status and exposure history ☑ ☐

2) Is the detainee currently:
   - In medical isolation? ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☑
   - Awaiting COVID-19 test results? ☐ ☑
   - Cohorted due to COVID-19 exposure? ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **T98.1**    *GC Health Service Corps* *Krome Detention Center* *Miami, Florida*
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☑    ICE Air ☐    Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. **Steps to Help Prevent the Spread of COVID-19 if You are Sick**; and ☑ ☐

   b. **Stop the Spread of Germs**. ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

   b. Did a family member or friend provide transportation? ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CARDENAS OSORIO, DIEGO | ▮▮▮535 - VENEZ | X DiegoCardenas |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Y.W | J.W | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Garcia Carrillo, Wilson Eduardo   Alien Number ███269   COC GUATEMALA

Date of Transfer 08/31/2020                     Date of Review 08/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History                   Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                      ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                         ☐        Comments GLADES TRANSFER
GLADES TRANSFER


**Custody Decision** Release ☐        Continue Custody ☑


Reviewed by DO M. SANCHEZ

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTOR'S: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractors, the steps required prior to transfering, removing, or releasing a detainee from ERO custody, and to further reduce the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | ☐ | ☐ |
| **2)** Is the detainee currently:<br>• In medical isolation?<br>• Experiencing symptoms commonly associated with COVID-19?<br>• Awaiting COVID-19 test results?<br>• Cohorted due to COVID-19 exposure? | ☐<br>☐<br>☐<br>☐ | ✓<br>✓<br>✓<br>✓ | ☐<br>☐<br>☐<br>☐ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | |
|---|---|---|---|
|    a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☐ |
|    b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☐ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___TK4___

Tania Leon, RN
ICE Health Service Corr
Krome Detention Cent
Miami, Florida

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|---|---|
|    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | ☐ | |
|    b. Stop the Spread of Germs. | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|---|---|
|    a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
|    b. Did a family member or friend provide transportation? | ☐ | ☐ | |
|    c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
|    d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
|    e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| NURSE'S PRINTED NAME | A# | NURSE'S SIGNATURE |
|---|---|---|
| GARCIA CARRILLO,WILSON | ████69 , GUATE | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Guzman-Madrigal, Jader       Alien Number ███ 270    COC NICARAGUA

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ✓ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐        No ✓

Criminal History              Yes ✓        No ☐

## Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ✓
Out of Field Office       ☐
Other                     ☐    Comments GLADES TRANSFER _____

GLADES TRANSFER
_____

**Custody Decision** Release ☐       Continue Custody ✓

Reviewed by DO M. SANCHEZ _____

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the outlined steps required prior to transfers, removals, or releasing of alien from ERO custody, and to further mitigate the spread of COVID-19.

| | | Yes | No |
|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ✓ | ☐ |

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: ___98·C___
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑  ICE Air ☐  Commercial flight- ☐

*Tania Leon, RN*
*ICE Health Service Corps (IHSC)*
*Krome Detention Center*
*Miami, Florida*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    a. Did ICE provide transportation? If yes, where was the alien transported to? _____

    b. Did a family member or friend provide transportation?

    c. Was the alien provided with a personal protective equipment mask upon release?

    d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GUZMAN-MADRIGAL,JADER | ███ 270 - NICAR | ✗ |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Velasquez Murcia, Jose        Alien Number ████████9573   COC VENEZUELA

Date of Transfer 9/1/2020        Date of Review 9/1/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a2Ci

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History        Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

If the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is

For **transfers and removals**, if any answer is "Yes," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.9 ºF_
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| VELASQUEZ MURCIA, JOSE | 573 , VENEZ | | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE: 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ortiz-Mencho, Eduardo       Alien Number ▮▮▮639       COC GUATEMALA

Date of Transfer 08/31/2020                   Date of Review 08/31/2020

## __Detention Authority__

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐       No ☑

Criminal History               Yes ☑       No ☐

## __Nature of Transfer__

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐       Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contractors in authenticating it has steps required prior to transferring, removing, or releasing a detainee from ERO custody, and to further mitigate the spread of COVID-19.

|  | | YES | NO |
|---|---|:---:|:---:|
| **1)** | Verify the detainee's current health status and exposure history | ☑ | ☐ |
| **2)** | Is the detainee currently: | | |
| | • In medical isolation? | ☐ | ☑ |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ |
| | • Awaiting COVID-19 test results? | ☐ | ☑ |
| | • Cohorted due to COVID-19 exposure? | ☐ | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|:---:|:---:|:---:|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☐ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ☐ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ ICE Health Service Corps
Krome Detention Center
Miami, Florida

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☑  ICE Air ☐  Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | |
|---|---|:---:|:---:|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ |
| b. | Stop the Spread of Germs. | ☑ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | |
|---|---|:---:|:---:|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ORTIZ-MENCHO,EDUARDO | 639,GUATE | Edoardo Oftiz |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Perez-Dubon, Erasmo Antonio    Alien Number ████ 0592    COC HONDURAS

Date of Transfer 08/31/2020    Date of Review 08/31/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | YES | NO |
|---|---|---|

**1)** Verify the detainee's current health status and exposure history — [x] [ ]

**2)** Is the detainee currently:
- In medical isolation? — [ ] [x]
- Experiencing symptoms commonly associated with COVID-19? — [ ] [x]
- Awaiting COVID-19 test results? — [ ] [x]
- Cohorted due to COVID-19 exposure? — [ ] [x]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — [ ] [ ]

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — [ ] [ ]

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: _98.2_

Tania Leon
ICE Health Service Corps
Krome Detention Process
Miami, Florida

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel? — [x] [ ]

Record method of travel: Ground [x]    ICE Air [ ]    Commercial flight- [ ]

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — [x] [ ]

   b. Stop the Spread of Germs. — [x] [ ]

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — [ ] [ ]

   b. Did a family member or friend provide transportation? — [ ] [ ]

   c. Was the alien provided with a personal protective equipment mask upon release? — [ ] [ ]

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — [ ] [ ]

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — [ ] [ ]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PEREZ-DUBON,ERASMO | ▇▇▇592 - HONDU | X |

| OFFICER'S/ CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Ordonez-Hernandez, Santos     Alien Number ████ 062     COC GUATEMALA

Date of Transfer 08/31/2020                                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                      ☐     Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract officers all of the minimum steps required prior to transferring, removing, or releasing a detainee from ERO custody, and to further mitigate the spread of COVID-19.

Yes   No   N/A

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

  a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

  b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **198.2**    Tania Leon, Rn / ICE Health Service Corp / Krome Detention Center / Miami, Florida
For **transfers and removals** only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals** only, is the detainee medically cleared to travel?
Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

  a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and

  b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

  a. Did ICE provide transportation? If yes, where was the alien transported to? _____

  b. Did a family member or friend provide transportation?

  c. Was the alien provided with a personal protective equipment mask upon release?

  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ORDONEZ-HERNANDEZ,SANTOS | ███062,GUATE | X Santos.O.15 |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| J.W | J.W | 8/21/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Gronlund-Moreno, Anthony    Alien Number: ███████3771    COC: VENEZUELA

Date of Transfer: 08/31/2020    Date of Review: 08/31/2020

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other_____

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History            Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments: GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by: DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract and staff with the minimal steps required prior to transferring a detainee, releasing a detainee from ERO custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

   **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: __ 9 6 . 7 __   For **transfers and removals only**, if the detainee does not clear the following process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground [✓]   ICE Air [ ]   Commercial flight [ ]

*(handwritten: ICE Health Service Corp. / Krome Detention Center / Miami, Florida)*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| DETAINEE'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GRONLUND-MORENO, ANTHONY | 771 , VENEZ | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.W | JW | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Hernandez, Erikson Antonio      Alien Number ████030      COC GUATEMALA

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

## __Detention Authority__

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ✔ INA 241    ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ✔

Criminal History               Yes ✔          No ☐

## __Nature of Transfer__

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ✔
Out of Field Office       ☐
Other                     ☐        Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐        Continue Custody ✔

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement' (ICE) Enforcement and Removal Operations (ERO) and contracted staff with key mandatory steps required prior to

transfers, removals, or releases, of an alien from ERO custody, and to further mitigate the spread of COVID-19.          YES   NO   N/A

1) Verify the detainee's current health status and exposure history   ☑ ☐

2) Is the detainee currently:
   - In medical isolation?   ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19?   ☐ ☑
   - Awaiting COVID-19 test results?   ☐ ☑
   - Cohorted due to COVID-19 exposure?   ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:   ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.   ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: T 98.6
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?   ☑ ☐
   Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐

   *Tania Leon*
   *ICE Health Service Corp*
   *Krome Detention Center*
   *Miami, Florida*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. <u>Steps to Help Prevent the Spread of COVID-19 if You are Sick</u>; and   ☐ ☐

   b. <u>Stop the Spread of Germs</u>.   ☐ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| HERNANDEZ,ERIKSON | ██████030,GUATE | X |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Luna, Otilio          Alien Number ███5683     COC MEXICO

Date of Transfer 08/31/2020          Date of Review 08/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                   ☐
Within Field Office        ☑
Out of Field Office        ☐
Other                      ☐          Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) personnel the steps required prior to...

...before transporting or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.0
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ☑    ICE Air ☐    Commercial flight- ☐

*Tania Leon, RN*
*ICE Health Service Corp*
*Krome Detention Center*
*Miami, Florida*

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| A DETAINEE'S NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| LUNA, OTILIO | 683 - MEXIC | |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Madrid Corea, Carlos Jazer     Alien Number ████0903     COC GUATEMALA

Date of Transfer 08/31/2020     Date of Review 08/31/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other _____

COVID 19 Risk Factors     Yes ☐     No ☑

Criminal History     Yes ☑     No ☐

### Nature of Transfer

IAO Flight Staging     ☐
Hospital     ☐
Within Field Office     ☑
Out of Field Office     ☐
Other     ☐     Comments GLADES TRANSFER
GLADES TRANSFER

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

This COVID-19 checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) personnel a reminder of all of the minimum steps required prior to transferring, removing, or releasing an alien from ICE custody, and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history ☑

**2)** Is the detainee currently:
- In medical isolation? ☑
- Experiencing symptoms commonly associated with COVID-19? ☑
- Awaiting COVID-19 test results? ☑
- Cohorted due to COVID-19 exposure? ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

 **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐

 **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: **98.2**   Ice Health Service Corp / Krome Detention Center   ☑
For **transfers and removals only**, if the detainee does not clear the screening, do not delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel? ☑
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

 **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑

 **b.** Stop the Spread of Germs. ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

 **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

 **b.** Did a family member or friend provide transportation? ☐ ☐

 **c.** Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

 **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

 **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| ALIEN'S PRINTED NAME | | A CLIMESTER SIGNATURE |
|---|---|---|
| MADRID COREA,CARLOS | 903 - GUATE | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| | | 8/24/26 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name De Lima, Osmarino      Alien Number ████2148   COC BRAZIL

Date of Transfer 9/2/2020                Date of Review 9/2/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Aii

COVID 19 Risk Factors        Yes ☐       No ☑

Criminal History        Yes ☑       No ☐

### Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑

**2)** Is the detainee currently:
- In medical isolation? — ☑
- Experiencing symptoms commonly associated with COVID-19? — ☑
- Awaiting COVID-19 test results? — ☑
- Cohorted due to COVID-19 exposure? — ☑

For **transfers and removals,** if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees,** discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96.6 YPL_ — ☑
For **transfers and removals only,** if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☐
For **transfers and removals only,** is the detainee medically cleared to travel? — ☑
Record method of travel:   Ground ☑    ICE Air ☐    Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑

   b. Stop the Spread of Germs. — ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐

   b. Did a family member or friend provide transportation? — ☐

   c. Was the alien provided with a personal protective equipment mask upon release? — ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐

| ALIEN'S PRINTED NAME | Age | ALIEN'S SIGNATURE |
|---|---|---|
| DE LIMA, OSMARINO | ███ 48, BRAZI | XOmarino De Lima |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| V Taylor | | 9.2.20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Josaphat, Vob          Alien Number ███ 591  COC HAITI

Date of Transfer 9/1/2020              Date of Review 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a7Ail

COVID 19 Risk Factors       Yes ☐       No ☑

Criminal History            Yes ☐       No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by  I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | | ☑ |
| | • Experiencing symptoms commonly associated with COVID-19? | | | ☑ |
| | • Awaiting COVID-19 test results? | | | ☑ |
| | • Cohorted due to COVID-19 exposure? | | | ☑ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | | ☑ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |

| | | YES | NO | N/A |
|---|---|---|---|---|
| 3) | Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _96·8 4/?O_ | | ☑ | |
| | For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ☑ |
| | For **transfers and removals only**, is the detainee medically cleared to travel? | | ☑ | |
| | Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight- ☐ | | | |
| 4) | Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | | |
| b. | Stop the Spread of Germs. | ☑ | | |
| 5) | For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| b. | Did a family member or friend provide transportation? | | | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | | | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| JOSAPHAT,VOB | ▓▓▓591,HAITI | X Vob JOSAPHAT |

| OFFICER'S/ CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| kW | d.W | 9/1/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sanchez-Morales, Alfredo          Alien Number A████9172   COC GUATEMALA

Date of Transfer 9/2/2020                    Date of Review 9/2/2020

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐        Comments_____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ✓ | ☐ | ☐ |

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

| | | | |
|---|---|---|---|
| | ☐ | ✓ | ☐ |
| | ☐ | ✓ | ☐ |
| | ☐ | ✓ | ☐ |
| | ☐ | ✓ | ☐ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

| ☐ | ☐ | ✓ |
|---|---|---|

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

| ☐ | ☐ | ✓ |
|---|---|---|

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.3 ⁴/²_

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:   Ground ✓   ICE Air ☐   Commercial flight- ☐

| ✓ | ☐ | ☐ |
|---|---|---|
| ✓ | ☐ | ☐ |
| ✓ | ☐ | ☐ |

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

~~a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and~~

| ✓ | ☐ | ☐ |
|---|---|---|

b. Stop the Spread of Germs.

| ✓ | ☐ | ☐ |
|---|---|---|

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

| ☐ | ☐ | ☐ |
|---|---|---|

b. Did a family member or friend provide transportation?

| ☐ | ☐ | ☐ |
|---|---|---|

c. Was the alien provided with a personal protective equipment mask upon release?

| ☐ | ☐ | ☐ |
|---|---|---|

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

| ☐ | ☐ | ☐ |
|---|---|---|

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ☐ | ☐ | ☐ |
|---|---|---|

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SANCHEZ-MORALES, ALFREDO | 172 , GUATE | X _[signature]_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| _[handwritten]_ | _[signature]_ | 9 2 20 |



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Morales-Herrera, Mario     Alien Number A&#x2588;&#x2588;2577     COC GUATEMALA

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital                         ☐
Within Field Office          ☑
Out of Field Office          ☐
Other                            ☐     Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by  I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *98·0 @ 1900 CBT 9/11/20*
For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MORALES-HERRERA, MARIO | 577, GUATE | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name Malpica-Leon, Angel          Alien Number ███████5541   COC MEXICO

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

## Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☐        No ☑

Criminal History             Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ☑
Out of Field Office     ☐
Other                   ☐      Comments _____

_____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.3 0190 0 960 9/11/20

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MALPICA-LEON, ANGEL | ▮41, MEXIC | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
|  |  | 9/1/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Harrell, Christopher          Alien Number A&#9608;&#9608;&#9608;9313   COC BERMUDA

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

## Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 8 USC 1326

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging        ☐
Hospital                  ☐
Within Field Office       ☑
Out of Field Office       ☐
Other                     ☐     Comments_____

_____

**Custody Decision** Release ☐       Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  |  | YES | NO | N.A |
|---|---|---|---|---|
| **1)** | Verify the detainee's current health status and exposure history | ✓ | | |
| **2)** | Is the detainee currently:<br>• In medical isolation?<br>• Experiencing symptoms commonly associated with COVID-19?<br>• Awaiting COVID-19 test results?<br>• Cohorted due to COVID-19 exposure? | | | ✓<br>✓<br>✓<br>✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  |  | | | |
|---|---|---|---|---|
| **a.** | For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ✓ | | |
| **b.** | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ✓ | | |

| **3)** | Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **97.5 @ 1900  YBS  9/1/20** | ✓ | | |
|---|---|---|---|---|
| | For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | ✓ |
| | For **transfers and removals only**, is the detainee medically cleared to travel? | ✓ | | |
| | Record method of travel:  Ground ✓  ICE Air ☐  Commercial flight- ☐ | | | |

| **4)** | Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
|---|---|---|---|---|
| **a.** | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| **b.** | Stop the Spread of Germs. | ✓ | | |

| **5)** | For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
|---|---|---|---|---|
| **a.** | Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| **b.** | Did a family member or friend provide transportation? | | | |
| **c.** | Was the alien provided with a personal protective equipment mask upon release? | | | |
| **d.** | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| **e.** | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| HARRELL,CHRISTOPHER | ████ 313 , BERMU | x _Christ___ | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE |
| | | | 9/1/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Vaiciulis, Deividas          Alien Number ████540   COC Lithuania

Date of Transfer 08/31/2020                    Date of Review 08/31/2020

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐      Comments GLADES TRANSFER
GLADES TRANSFER
_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and other staff a list of precautionary steps required prior to transferring or removing an alien in ICE custody, and to facilitate mitigate the spread of COVID-19.

| | | YES | NO |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: 98.2
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☑  ICE Air ☐  Commercial flight ☐

*Tania Leon, RN*
*ICE Health Service Corps*
*Krome Detention Center*
*Miami, Florida*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to?

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| VAICIULIS, DEIVIDAS | ████ 540 , LITHU | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



## U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Ramos-Murillo, Carlos     Alien Number: ███ 461     COC: HONDURAS

Date of Transfer: 9/1/2020          Date of Review: 9/1/2020

## <u>Detention Authority</u>

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☐          No ☑

## <u>Nature of Transfer</u>

IAO Flight Staging     ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐     Comments _____

_____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by  I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

RAMOS-MURILLO,CARLOS                461,HONDU                9/6/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sales Ortiz, Rigoberto     Alien Number ██████4266     COC GUATEMALA

Date of Transfer 08/31/2020          Date of Review 08/31/2020

### Detention Authority

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☑ INA 241     ☐ Other_____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☐
Hospital          ☐
Within Field Office          ☑
Out of Field Office          ☐
Other          ☐          Comments GLADES TRANSFER

GLADES TRANSFER

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by DO M. SANCHEZ

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the actions necessary to appropriately prepare detainees for transfer, removal, or release during the COVID-19 pandemic. It is important that all ICE ERO and contracted staff comply with the appropriate protocols for any transfer, removal, or release of a detainee to ensure continuity of care and to further reduce the spread of COVID-19.

YES | NO

1) Verify the detainee's current health status and exposure history.   [✓] [ ]

2) Is the detainee currently:
   - In medical isolation?   [ ] [✓]
   - Experiencing symptoms commonly associated with COVID-19?   [ ] [✓]
   - Awaiting COVID-19 test results?   [ ] [✓]
   - Cohorted due to COVID-19 exposure?   [ ] [✓]

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:   [ ] [ ]

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.   [ ] [ ]

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and temperature check. Record temperature here: ___98.4___
For **transfers and removals only**, if the detainee does not clear the screening, cancel the transfer or removal and follow the protocol for a suspected COVID-19 case.
For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel:   Ground [✓]   ICE Air [ ]   Commercial flight- [ ]

*(handwritten: ICE Health Service Corp / Krome Detention Cente / Miami, Florida)*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   [✓] [ ]

   b. Stop the Spread of Germs.   [✓] [ ]

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? ___   [ ] [ ]

   b. Did a family member or friend provide transportation?   [ ] [ ]

   c. Was the alien provided with a personal protective equipment mask upon release?   [ ] [ ]

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?   [ ] [ ]

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?   [ ] [ ]

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SALES ORTIZ, RIGOBERTO | ▇▇266 , GUATE | |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 8/31/20 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Chevelon, Watman          Alien Number ███████2074    COC HAITI

Date of Transfer 9/1/2020                    Date of Review 9/1/2020

## __Detention Authority__

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7Ail

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

## __Nature of Transfer__

IAO Flight Staging   ☐
Hospital   ☐
Within Field Office   ☑
Out of Field Office   ☐
Other   ☐   Comments _____

_____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by I. BLANCO D.O.

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ✓ | | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | | | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | | ✓ |
| • Awaiting COVID-19 test results? | | | ✓ |
| • Cohorted due to COVID-19 exposure? | | | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | | | |
|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | ✓ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | ✓ |
| **3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *96.9 °F* | ✓ | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel:  Ground ✓   ICE Air ☐   Commercial flight- ☐ | ✓ | | |
| **4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| **b.** Stop the Spread of Germs. | ✓ | | |
| **5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | |
| **b.** Did a family member or friend provide transportation? | | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CHEVELON, WATMAN | 074, HAITI | *Watman Chevelon* |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Gutierrez-Sapon, Rejino    Alien Number ████████9966    COC GUATEMALA

Date of Transfer 9/1/2020    Date of Review 9/1/2020

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 8 USC 1326

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments _____

_____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by I. BLANCO D.O. _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID 19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | | ✓ | ☐ | |
| **2)** Is the detainee currently: | | | | |
| • In medical isolation? | | ☐ | ☐ | ✓ |
| • Experiencing symptoms commonly associated with COVID-19? | | ☐ | ☐ | ✓ |
| • Awaiting COVID-19 test results? | | ☐ | ☐ | ✓ |
| • Cohorted due to COVID-19 exposure? | | ☐ | ☐ | ✓ |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| **a.** For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | | ✓ | ☐ | |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | ✓ | ☐ | |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.8 YBJ 4/11/20 ᴏ 1900

For **transfers and removals only**, if a detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ✓  ICE Air ☐  Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | | | |
|---|---|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 If You are Sick; and | | ✓ | ☐ | |
| **b.** Stop the Spread of Germs. | | ✓ | ☐ | |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | | | |
|---|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | | | | |
| **b.** Did a family member or friend provide transportation? | | | | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | | | | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | | | |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GUTIERREZ-SAPON,REJINO | ███ 966 , GUATE | *[signature]* |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 9/1/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Murillo Hernandez, Maycol     Alien Number ███-898   COC Honduras

Date of Transfer 08/31/2020                    Date of Review 09/07/2020

## **Detention Authority**

☐ INA 235    ☑ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History              Yes ☐          No ☑

## **Nature of Transfer**

IAO Flight Staging      ☐
Hospital               ☐
Within Field Office    ☑
Out of Field Office    ☐
Other                  ☐      Comments BTC _____
BTC
_____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by J. Enriquez Deportation Officer _____

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklis

### for All ICE ERO Transfers, Removals, and Release

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

YES NO N

1) Verify the detainee's current health status and exposure history.  ☑ ☐ ☐

2) Is the detainee currently:
   - In medical isolation?  ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
   - Awaiting COVID-19 test results?  ☐ ☑
   - Cohorted due to COVID-19 exposure?  ☐ ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☐ ☐ ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.8  ☑ ☐ ☐
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ☐ ☑
   For **transfers and removals only**, is the detainee medically cleared to travel?  ☑ ☐ ☐
   Record method of travel: Ground ☐  ICE Air ☐  Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑ ☐
   b. Stop the Spread of Germs.  ☑ ☐

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? BTC  ☑ ☐
   b. Did a family member or friend provide transportation?  ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release?  ☑ ☐
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐ ☑

ALIEN'S PRINTED NAME: MURILLO HERNANDEZ, MAYCOL  A#: 898

ALIEN'S SIGNATURE:

OFFICER'S/CONTRACTED STAFF'S PRINTED NAME: S. SERRANO

OFFICER'S/CONTRACTED STAFF'S SIGNATURE: S. Serr  6529

DATE: 8/31/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Jimenez-Baltasar, Jose          Alien Number ██████-839   COC Mexico

Date of Transfer 08/31/2020                     Date of Review 09/07/2020

### Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)   ✔ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ✔          No ✔

Criminal History               Yes ☐          No ✔

### Nature of Transfer

IAO Flight Staging      ☐
Hospital                ☐
Within Field Office     ✔
Out of Field Office     ☐
Other                   ☐        Comments BTC _____
BTC
_____

**Custody Decision** Release ☐          Continue Custody ✔

Reviewed by J. Enriquez Deportation Officer _____

Rev. 06/2020



U.S. Immigration
and Customs
Enforcement

ICE | ERO

# COVID-19 Checklis

for All ICE ERO Transfers, Removals, and Releas

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history. ☑

**2)** Is the detainee currently:

- In medical isolation? ☑
- Experiencing symptoms commonly associated with COVID-19? ☑
- Awaiting COVID-19 test results? ☑
- Cohorted due to COVID-19 exposure? ☑

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☑

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _____ 93.0 ☑

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑

For **transfers and removals only**, is the detainee medically cleared to travel? ☑

Record method of travel:  Ground ☐  ICE Air ☐  Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑

**b.** Stop the Spread of Germs. ☑

**5)** For **released aliens only**, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. ☑

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ BTC ☑

**b.** Did a family member or friend provide transportation? ☑

**c.** Was the alien provided with a personal protective equipment mask upon release? ☑

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☑

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☑

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Jimenez-Baltasar, Jose | 839 | x |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| S. Serrano | 6529 | 8/31/2 |