

**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Guillo Casals, Michel      Alien Number ▮▮▮ 275      COC CUBA

Date of Transfer 09/02/2020                    Date of Review 09/02/2020

### Detention Authority

☑ INA 235      ☐ INA 236      ☐ INA 241      ☐ Other_____

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☐      No ☑

### Nature of Transfer

IAO Flight Staging      ☐
Hospital      ☐
Within Field Office      ☑
Out of Field Office      ☐
Other      ☐      Comments transfer to krome due to disciplinary infraction

transfer to krome due to disciplinary infraction

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by J. Gonzalez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:**

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

   For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __99.4__
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 If You are Sick; and   ☒ ☐

   b. Stop the Spread of Germs.   ☒ ☐

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome__   ☒ ☐

   b. Did a family member or friend provide transportation?   ☐ ☒

   c. Was the alien provided with a personal protective equipment mask upon release?   ☒ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?   ☒ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?   ☒ ☐

| Guillo, Michel | 275 | ⊗ Refused to sign |

X Flanagan RW   9/2/20



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Lobo-Funes, Herson Alside   Alien Number ████ 186   COC HONDURAS

Date of Transfer 09/02/2020                Date of Review 09/01/2020

## Detention Authority

☐ INA 235   ☑ INA 236   ☐ INA 241   ☐ Other _____

COVID 19 Risk Factors         Yes ☐         No ☑

Criminal History              Yes ☑         No ☐

## Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☑    Comments Transfer to OAK/AEX for removal to Honduras on 009/04/2020
Transfer to OAK/AEX for removal to Honduras on 009/04/2020

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by Chak Ng, DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Check!

### for AL/ICE ERO Transfers, Remov...

**1) Verify the detainee's current health status and exposure history.** ☐ ☑

**2) Is the detainee currently:**

- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answe... to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _98-7_ ☑ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐

For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐

Record method of travel: Ground ☐  ICE Air ☑  Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐

b. Stop the Spread of Germs. ☑ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _Honduras_ ☑ ☐

b. Did a family member or friend provide transportation? ☐ ☑

c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☑ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☑

**Lobo-Funes, Herson**

**D.O.B:** ▓▓▓  **Age:** ▓
▓▓▓ **Hondu  BTC  Male**

ALIEN'S SIGNATURE
_Gosson Lobo_

OFFICER'S / CONTRACTED STAFF'S PRINTED NAME
_Diana_  Diana A Joseph, RN
Broward Transitional Center

OFFICER'S / CONTRACTED STAFF'S SIGNATURE
_a Jan_

DATE
_9/2/20_



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Aguilar-Portillo, Patricia Nohemy   Alien Number ███ 943   COC EL SALVADOR

Date of Transfer 09/02/2020                          Date of Review 09/01/2020

## Detention Authority

☐ INA 235    ☑ INA 236    ☐ INA 241    ☐ Other _____

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☐        No ☑

## Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☑
Other                   ☐   Comments SUBJECT TRANSFERRED TO AEX FOR IAO REMOVAL
SUBJECT TRANSFERRED TO AEX FOR IAO REMOVAL

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by K. BUDD  DO _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ERO

# COVID-19 Checkli
## for All ICE ERO Transfers, Removi

**1)** Verify the detainee's current health status and exposure history.

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here:  97-9

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?

Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and

b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? Krome/Oak Lodge

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Aguilar-Portillo, Patrcia
D.O.B:            Age:
         943 ElSal BTC Female

ALIEN'S SIGNATURE:  +

OFFICER'S CONTRACTED STAFF'S SIGNATURE

Diana A Joseph, RN
Broward Transitional Center

DATE:  9/2/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name SOSA RIVERA, MARLON   Alien Number ███ 042   COC HONDURAS

Date of Transfer 09/01/2020          Date of Review 09/01/2020

## Detention Authority

☐ INA 235    ☐ INA 236    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors   Yes ☐   No ☑

Criminal History   Yes ☐   No ☑

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐   Comments TFER TO KROME FOR ███████
TFER TO KROME FOR ████

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by V. DELGADO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checkli
### for All ICE ERO Transfers, Remov

**1)** Verify the detainee's current health status and exposure history.

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: __97.8__

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? ~~From~~

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Sosa-Rivera, Marlon
D.O.B:
042 Hondu BTC Male
Age:

ALIEN'S SIGNATURE
SOSA

Diana A Joseph, RN
Broward Transitional Center
a. Raju
9/2/00



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Chinchilla-Cantillano, Jeysin Johey   Alien Number ███ 789   COC HONDURAS

Date of Transfer 09/02/2020                    Date of Review 09/01/2020

## **Detention Authority**

☐ INA 235   ☑ INA 236   ☐ INA 241   ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☐
Other                   ☑   Comments Transfer to OAK/AEX for removal to Honduras on 009/04/2020
Transfer to OAK/AEX for removal to Honduras on 009/04/2020

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by Chak Ng, DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ERO

# COVID-19 Checkli
### for All ICE ERO Transfers, Remov...

**1)** Verify the detainee's current health status and exposure history. ☐ ☑

**2)** Is the detainee currently:
- In medical isolation? ☐ ☐ ☐
- Experiencing symptoms commonly associated with COVID-19? ☐ ☐ ☐
- Awaiting COVID-19 test results? ☐ ☐ ☐
- Cohorted due to COVID-19 exposure? ☐ ☐ ☐

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ ☐

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: 97.9 ☐ ☑
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☑ ☐ ☐
For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐ ☐
Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☐ ☑
**b.** Stop the Spread of Germs. ☐ ☑

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
**a.** Did ICE provide transportation? If yes, where was the alien transported to? Honduras ☐ ☐ ☐
**b.** Did a family member or friend provide transportation? ☐ ☑
**c.** Was the alien provided with a personal protective equipment mask upon release? ☐ ☑
**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☐
**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐ ☐

Chinchilla-Cantillano, Jeysin Johey
D.O.B: _____  Age: _____
789 Honduras BTC Male

ALIEN'S SIGNATURE
✗ JOHEY C2 D C2 11

Diana A Joseph, RN
Broward Transitional Center

OFFICER'S COMPLETED STATUS SIGNATURE          DATE
9/2/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name CASTILLO VALLADARES, ANGEL   Alien Number ▇▇703   COC CUBA

Date of Transfer 09/01/2020                 Date of Review 09/01/2020

## Detention Authority

[✓] INA 235      [ ] INA 236      [ ] INA 241      [ ] Other_____

COVID 19 Risk Factors      Yes [ ]      No [✓]

Criminal History      Yes [ ]      No [✓]

## Nature of Transfer

IAO Flight Staging      [ ]
Hospital      [ ]
Within Field Office      [✓]
Out of Field Office      [ ]
Other      [ ]      Comments TFER TO KROME FOR ▇▇▇
TFER TO KROME FOR ▇▇▇

**Custody Decision** Release [ ]      Continue Custody [✓]

Reviewed by V. DELGADO _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ERO

# COVID-19 Checkl~
### for All ICE ERO Transfers, Removal~ and ~

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answe~ to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___ 98.1

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? ~

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

~stillo Valladares Angell     703

Diana A Joseph, RN
~oward Transitional Center     ~ Raga     9/2/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name WILLIAMS, RICHARD       Alien Number ▇▇▇617   COC JAMAICA

Date of Transfer 09/01/2020          Date of Review 09/01/2020

## Detention Authority

☑ INA 235    ☐ INA 236    ☐ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☐    No ☑

Criminal History    Yes ☐    No ☑

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐    Comments TFER TO KROME FOR ▇▇▇
TFER TO KROME FOR ▇▇▇

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by V. DELGADO _____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ERO

# COVID-19 Checkli

for All ICE ERO Transfers, Remov

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _____ **97.3**
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For transfers and removals only, is the detainee medically cleared to travel?
   Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ KONO
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Williams, Richard
D.O.B:
Age:
917/ Jamaica BTC Male

ALIEN'S SIGNATURE
*R. Williams*

OFFICER'S COMPLETED PRINTED NAME
Diana A Joseph, RN
Broward Transitional Center

OFFICER'S COMPLETED STATE SIGNATURE

DATE
9/4/20



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name GRAHAM, ONEQUE          Alien Number ▓▓▓ 776    COC JAMAICA

Date of Transfer 09/01/2020                Date of Review 09/01/2020

## Detention Authority

☑ INA 235      ☐ INA 236      ☐ INA 241      ☐ Other_____

COVID 19 Risk Factors      Yes ☐      No ☑

Criminal History      Yes ☐      No ☑

## Nature of Transfer

IAO Flight Staging    ☐
Hospital    ☐
Within Field Office    ☑
Out of Field Office    ☐
Other    ☐        Comments TFER TO KROME FOR ▓▓▓
TFER TO KROME FOR ▓▓▓

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by V. DELGADO_____

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Check
## for All ICE ERO Transfers, Remov

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___ 98-3

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For transfers and removals only, is the detainee medically cleared to travel?

Record method of travel: Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? KPMO

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Graham, Oneque Ciioni
D.O.B:_____ Age_____
_____/76 Jamai BTC Male

Diana A. Joseph, RN
Broward Transitional Center

Diana A. Joseph, RN
Broward Transitional Center

9/2/20



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

## Miami Field Office

### PRE-Transfer Custody Review

Name OVILUS, DIOMY          Alien Number ███████ 137   COC HAITI

Date of Transfer 09/01/2020                    Date of Review 09/01/2020

### Detention Authority

✓ INA 235   ☐ INA 236   ☐ INA 241   ☐ Other_____

COVID 19 Risk Factors     Yes ☐     No ✓

Criminal History          Yes ☐     No ✓

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ✓
Out of Field Office ☐
Other ☐          Comments TFER TO KROME FOR ██████
TFER TO KROME FOR ██████

**Custody Decision** Release ☐     Continue Custody ✓

Reviewed by V. DELGADO

Rev. 06/2020

 **U.S. Immigration and Customs Enforcement**

# COVID-19 Checkli

### for All ICE ERO Transfers, Remov

**1) Verify the detainee's current health status and exposure history**

**2) Is the detainee currently:**
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answe to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom check per CDC guidelines. Record temperature here: _97.8_
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
a. Did ICE provide transportation? If yes, where was the alien transported to? _Kroml_
b. Did a family member or friend provide transportation?
c. Was the alien provided with a personal protective equipment mask upon release?
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Ovilus, Diomy
D.O.B: ▇▇▇  Age: ▇▇
▇▇ 37 Haiti BTC Male

ALIEN'S SIGNATURE
_Ovilus Diomy_

Broward Transitional Center
Diana A Joseph, RN
Broward Transitional Center

OFFICER'S CONTRACTED STAFF SIGNATURE

DATE  _9/2/20_



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name PETIT, LUCNER          Alien Number ▉▉▉136   COC HAITI

Date of Transfer 09/01/2020                    Date of Review 09/01/2020

## **Detention Authority**

☑ INA 235     ☐ INA 236     ☐ INA 241     ☐ Other _____

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☐          No ☑

## **Nature of Transfer**

IAO Flight Staging    ☐
Hospital              ☐
Within Field Office   ☑
Out of Field Office   ☐
Other                 ☐    Comments TFER TO KROME FOR ▉▉▉
TFER TO KROME FOR ▉▉▉

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by V. DELGADO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ERO

# COVID-19 Checkl

## for All ICE ERO Transfers, Remov

**1)** Verify the detainee's current health status and exposure history.   ☐ ☑

**2)** Is the detainee currently:

- In medical isolation?   ☐ ☑
- Experiencing symptoms commonly associated with COVID-19?   ☐ ☑
- Awaiting COVID-19 test results?   ☐ ☑
- Cohorted due to COVID-19 exposure?   ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answe to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____   ☐ ☐ ☐

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.   ☐ ☐ ☐

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: _97.7_   ☑ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ☑ ☐ ☐

For transfers and removals only, is the detainee medically cleared to travel?   ☑ ☐ ☐

Record method of travel:  Ground ☑   ICE Air ☐   Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ☑ ☐

b. Stop the Spread of Germs.   ☑ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _Krono_   ☑ ☐

b. Did a family member or friend provide transportation?   ☐ ☑

c. Was the alien provided with a personal protective equipment mask upon release?   ☑ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?   ☐ ☐ ☑

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?   ☐ ☐ ☑

| ALIEN'S PRINTED NAME | | ALIEN'S SIGNATURE | | |
|---|---|---|---|---|
| Petit Lucner | ■■■ 136 | J. ___ | | |
| OFFICER'S OR NURSE'S PRINTED NAME | | OFFICER OR NURSE'S SIGNATURE | | DATE |
| Diana A Joseph, RN  Broward Transitional Center | | _M. Reyn_ | | 9/12/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name JOSEPH, JOHN          Alien Number ███ 141   COC HAITI

Date of Transfer 09/01/2020              Date of Review 09/01/2020

## **Detention Authority**

[✓] INA 235      [ ] INA 236      [ ] INA 241      [ ] Other_____

COVID 19 Risk Factors      Yes [ ]      No [✓]

Criminal History            Yes [ ]      No [✓]

## **Nature of Transfer**

IAO Flight Staging    [ ]
Hospital              [ ]
Within Field Office   [✓]
Out of Field Office   [ ]
Other                 [ ]        Comments TFER TO KROME FOR ███
TFER TO KROME FOR ███

**Custody Decision** Release [ ]      Continue Custody [✓]

Reviewed by V. DELGADO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Check!

for All ICE ERO Transfers, Remov

1) Verify the detainee's current health status and exposure history.

2) Is the detainee currently:
- In medical Isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___98·1___
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:   Ground ☑   ICE Air ☐   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to?  _Kroml_

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Joseph, John
D.O.B:                Age:
[4] Hall BTC Male

ALIEN'S SIGNATURE
Jose ## John

Diana A Joseph, RN
Broward Transitional Center

9/2/2[



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Cortez-Amaya, William Alberto   Alien Number ███984   COC EL SALVADOR

Date of Transfer 09/02/2020                    Date of Review 09/01/2020

## **Detention Authority**

☐ INA 235      ☐ INA 236      ☑ INA 241      ☐ Other_____

COVID 19 Risk Factors          Yes ☐        No ☑

Criminal History               Yes ☐        No ☑

## **Nature of Transfer**

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☑
Other                   ☐      Comments SUBJECT TRANSFERRED TO AEX FOR IAO REMOVAL
SUBJECT TRANSFERRED TO AEX FOR IAO REMOVAL

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by K. BUDD  DO

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ERO

# COVID-19 Checkli
## for All ICE ERO Transfers, Remov

**1)** Verify the detainee's current health status and exposure history.

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, perform verbal symptom screening and a temperature check per CDC guidelines. Record temperature here: ___ 98.2
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:   Ground ☐    ICE Air ☑    Commercial flight ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
b. Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
a. Did ICE provide transportation? If yes, where was the alien transported to? Krome Dakdul
b. Did a family member or friend provide transportation?
c. Was the alien provided with a personal protective equipment mask upon release?
d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| | |
|---|---|
| Cortez-Amaya, William | ALIEN'S SIGNATURE |
| D.O.B | |
| 984  Elsal  BTC   Age: | |
| | OFFICER'S CONTRACTED STATE'S SIGNATURE |
| Broward Transitional Center | DATE |
| Diana A Joseph, RN | 9/2/20 |

**Broward Transitional Center**