

Enforcement and Removal Operations

**U.S. Department of Homeland Security**

**Miami Field Office**

# PRE-Transfer Custody Review

Name PEREZ-PEREZ, RONALDO Alien Number [redacted] 299 COC Guatemala

Date of Transfer 08/31/2020 Date of Review 08/31/2020

## Detention Authority

☐ INA 235 ☐ INA 236(a) ☐ INA 236(c) ☑ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

## Nature of Transfer

IAO Flight Staging ☐

Hospital ☐

Within Field Office ☑

Out of Field Office ☐

Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

[redacted header row]

1) Verify the detainee's current health status and exposure history — ☑ ☐

2) Is the detainee currently:
   - In medical isolation? — ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19? — ☐ ☑
   - Awaiting COVID-19 test results? — ☐ ☑
   - Cohorted due to COVID-19 exposure? — ☐ ☑

   For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98__ — ☐ ☑
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☐ ☐
   For **transfers and removals only**, is the detainee medically cleared to travel? — ☑ ☐ ☐
   Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑ ☐
   b. Stop the Spread of Germs. — ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome__ — ☑ ☐
   b. Did a family member or friend provide transportation? — ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release? — ☑ ☐
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☑ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☑ ☐

Perez-Perez Rolando    A[redacted]299

J. Bonilla    Sgt. [signature] #338    8-31-2020



Enforcement and Removal Operations

**U.S. Department of Homeland Security**

**Miami Field Office**

# PRE-Transfer Custody Review

Name BERRIOS HERNANDEZ, JOSE Alien Number [redacted] 695 COC Honduras

Date of Transfer 08/31/2020 Date of Review 08/31/2020

## Detention Authority

☐ INA 235 ☐ INA 236(a) ☐ INA 236(c) ☑ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐ Comments________________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

[redacted section]

1) Verify the detainee's current health status and exposure history — ☑ ☐

2) Is the detainee currently:
   - In medical isolation? ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☑
   - Awaiting COVID-19 test results? ☐ ☑
   - Cohorted due to COVID-19 exposure? ☐ ☑

   For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☐

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☐

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.7__
   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For **transfers and removals only**, is the detainee medically cleared to travel? ☑
   Record method of travel: Ground ☑   ICE Air ☑   Commercial flight ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☑ ☐
   b. Stop the Spread of Germs. ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome__ ☑ ☐
   b. Did a family member or friend provide transportation? ☐ ☑
   c. Was the alien provided with a personal protective equipment mask upon release? ☑ ☐
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☑ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☑ ☐

Berrios Hernandez, Jose [redacted] 95

J. Bonilla                   Sgt. [signature] 338         8-31-2020



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name GOMEZ VANEGAS, SIMON Alien Number [REDACTED] 349 COC Colombia

Date of Transfer 09/02/2020 Date of Review 09/01/2020

## Detention Authority

☐ INA 235 ☐ INA 236(a) ☐ INA 236(c) ☑ INA 241 ☐ Other________

COVID 19 Risk Factors Yes ☑ No ☐

Criminal History Yes ☑ No ☐

## Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐ Comments________________________________

**Custody Decision** Release ☐ Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020



ICE | ERO

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For **released detainees**, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.6 2315 SWoeckR

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel: Ground ☒ ICE Air ☐ Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? Home

b. Did a family member or friend provide transportation?

c. Was the alien provided with a personal protective equipment mask upon release?

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

Gomez Vanegas, Simon | A[redacted]349 | Simon Gomez Vanegas

NCruz | NCruz 518 | 9/1/20