UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21553-COOKE/GOODMAN

PATRICK GAYLE, et al.,

      Plaintiffs,

v.

MICHAEL W. MEADE, et al.,

      Defendants.

_____/

**ORDER FOLLOWING SPECIAL MASTER'S NOTICE AND RECOMMENDATION**

This Order concerns Special Master Matthew Dates' Notice Made Pursuant to the Court's Order Regarding the Special Master's Report. [ECF No. 545].

By February 19, 2021, the Special Master's full, unredacted Report and Recommendations may be provided to a core group of no more than five of Plaintiffs' attorneys but must be provided under an "attorney's eyes only" protocol.

By the same February 19, 2021 deadline, a redacted version of the Special Master's Report and Recommendations (in accordance with the Special Master's recommendation in his Notice [ECF No. 545]) shall be publicly filed on CM/EMF.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 16, 2021.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All counsel of record