UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-Cooke/Goodman

PATRICK GAYLE, et al.,

    Petitioners-Plaintiffs, on behalf of
themselves and those similarly situated,

vs.

MICHAEL W. MEADE, et al.,

    Respondents-Defendants.

_____/



## NOTICE OF CONVENTIONAL FILING OF REDACTED EXHIBITS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION

In accordance with the Court's endorsed order granting leave to file exhibits conventionally [ECF No. 556], Special Master, Matthew C. Dates, gives notice of filing of the redacted exhibits attached to the Special Master's Report and Recommendation filed today. The redacted exhibits cited in the Special Master's Report and Recommendation are attached to this notice as Exhibit A on a flash drive.

Dated this 19th day of February 2021.

                Respectfully submitted,

                By: /s/ *Matthew C. Dates*
                MATTHEW C. DATES
                Florida Bar No. 90994
                Email: mdates@stearnsweaver.com
                Secondary: cveguilla@stearnsweaver.com
                STEARNS WEAVER MILLER WEISSLER
                  ALHADEFF & SITTERSON, P.A.
                Museum Tower, Suite 2200
                150 West Flagler Street
                Miami, Florida 33130
                Telephone: (305) 789-3200
                Facsimile: (305) 789-3395
                *Court Appointed Special Master*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2021, the foregoing was filed in person with the Clerk of Court and a Court stamped copy of the same will be emailed to all counsel of record.

/s/ *Matthew C. Dates*
MATTHEW C. DATES

## SERVICE LIST

**Plaintiff**
Patrick Gayle

**Petitioners**
Aparicio P. Jeronimo
Tolentino Martinez Rios
Wilder Perez Limones
Javier Antonio Arias- Martinez
Juan Carlos Alfaro Garcia
Fermin Tepetate-Martinez
Abdul Jalloh
Darwyn Yovanny
Navarrette Sanchez
Muhammad Alam Khan
Jose Chavez
Lazaro Ocana Guzman
Naim Arrak
Agane Warsame
Hassan Mohamed Farah
Ruben Orlando Flores Ramos
Mohamed Hasan
Eliseo Antonio Zamora Mendoza
Cesar Ariel Mendez Escobar
Roseline Ostine
Tahimi Perez
Franklin Ramon Gonzalez
Francisco Rivero Valeron
Irvin Medoza Silis
Geraldo Vargas
Dairon Barredo Sanchez
Rene Jonathan Rosas Cardenas
Adrian Sosa Fletes

**Andrea Montavon-McKillip**
Legal Aid Service of Broward County, Inc.
491 North State Road 7
Plantation, FL 33317
954-736-2493
Fax: 954-736-2484
Email: amontavon@legalaid.org
**Anthony Richard Dominguez**
Prada Urizar, PLLC
3191 Coral Way, Suite 500
Miami, FL 33145
Email: adominguez@pradaurizar.com
**Mark Andrew Prada**
Prada Urizar, PLLC
3191 Coral Way, Suite 500
Miami, FL 33145
Email: mprada@pradaurizar.com
**Romy Louise Lerner**
University of Miami School of
Law Immigration Clinic
1311 Miller Dr., E-261
Coral Gables, FL 33146
Email: rlerner@law.miami.edu
**Chad Andrew Peterson**
King and Spalding
1180 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
Email: cpeterson@kslaw.com
**Drew Thompson Bell**
6304 Bon Terra Drive, Suite 1800
Austin, TX 78731

2

| | |
|---|---|
| Alejandro Ferreira Borges<br>Maikel Betancourt<br>Gelber Sontay Funez<br>Sirvanildo Bibiano Soares<br>Maykel Valera Ramirez<br>Ervin David Rodas Pedro<br>Julio Edwards<br>Eitan Yefet<br>Fernando Goncalves<br>Manuel Lopez Perez<br>Ricardo Perezo Alonzo<br>Thomas Lenor<br>Alejandro Vincenzo<br>Mugaburu Tapia<br>Ariel Lucien<br>Mohamed Hassan Ali<br>Carlos Hedman Perdomo<br>Evarado Orantes Acevedo<br>Jose Galindo Montalvo Rodriguez<br>Abel Carrillo<br>Maikel Carrasco Polo<br>Miguel Angel Marroquin Perez<br>Maria Eugenia Rodriguez Claras<br>Crisley Sacrab-Bin<br>Danny Ruiz Garcia<br>Deivys Perez Valladares<br>Rolando Aguabella Martinez<br>Yaniel Machado Aguila<br>Omar Lopez-Jaramillo<br>Farhan Nawabit<br>Maxuel A De Souza | Email: dbell@kslaw.com<br>**Gregory P. Copeland**<br>Rapid Defense Network<br>11 Broadway, ite 615<br>New York, NY 10004<br>212-843-0910<br>Email: gregory@defensenetwork.org<br>**Kathryn Stewart Lehman**<br>King , Spalding LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Email: klehman@kslaw.com<br>**Lisa M Berlow-Lehner**<br>Americans for Immigrant Justice<br>Americans Immigrants Just<br>6355 NW 36th St., Ste. 2201<br>Miami, FL 33166<br>Email: llehner@aijustice.org<br>*ATTORNEY TO BE NOTICED*<br>**Paul R. Chavez**<br>Southern Poverty Law Center<br>2 S. Biscayne Blvd., Ste. 3200<br>Miami, FL 33101<br>(Email: paul.chavez@splcenter.org<br>**Sarah T. Gillman**<br>Rapid Defense Network<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Email: sarah@defensenetwork.org<br>**Scott Michael Edson**<br>King & Spalding LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Email: SEdson@kslaw.com<br>**Rebecca Ann Sharpless**<br>University of Miami School of Law<br>Immigration Clinic<br>1311 Miller Drive, E-273<br>Coral Gables, FL 33146<br>Email: rsharpless@law.miami.edu |
| **Petitioner**<br>Alvaro Roa Calicchio | **Gennaro Cariglio , Jr.**<br>8101 Biscayne Blvd., PH 701<br>Miami, FL 33138<br>305-899-0438<br>Fax: 305-373-3832 |

|  |  |
|---|---|
| **Petitioner**<br>Miryam Elizabeth Lopez Herrera | Email: Sobeachlaw@aol.com<br>**Drew Thompson Bell**<br>6304 Bon Terra Drive, Suite 1800<br>Austin, TX 78731<br>Email: dbell@kslaw.com<br>**Gregory Vincent Alcaro**<br>Gregory Vincent Alcaro, P.A.<br>8101 Biscayne Boulevard, PH-701<br>Miami, FL 33138<br>Email:gregory.alcaro@gmail.com<br><br>**Scott Michael Edson**<br>(See above for address)<br>**Drew Thompson Bell**<br>6304 Bon Terra Drive, Suite 1800<br>Austin, TX 78731<br>Email: dbell@kslaw.com<br>**Linda Marguerite Osberg-Braun**<br>Osberg Braun Immigration<br>10800 Biscayne Blvd., Suite 925<br>Miami, FL 33161<br>Email: osberg@osberglaw.com<br>**Scott Michael Edson**<br>(See above for address) |
| **Respondent**<br>Field Office Director, Miami Field Office, U.S. Immigration and Customs<br><br>**Enforcement**<br>Michael W. Meade<br><br>**Respondent**<br>U.S. Attorney General,<br>William P. Barr | Noticing 2241/Bivens US Attorney<br>Email: usafls-2255@usdoj.gov<br>**Dexter Lee**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, Florida 33132<br>Email: dexter.lee@usdoj.gov<br>**Natalie Diaz**<br>(See above for address)<br>Email: natalie.diaz@usdoj.gov<br>**Michael A. Celone**<br>(See above for address) |

#9242720 v1

4



GAYLE v. MEADE, et al
CASE #: 1:20-cv-21553-MGC

FOR THE CLERK

Notice Of Conventional Filing of Redacted Exhibits
to Special Master's Report and Recommendation

EXHIBIT
A



**United States District Court**
**Southern District of Florida**

Case Number: 20 CV 21553

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

✓ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 2-19-21

Revised: 2/20/2019