

**U.S. Immigration and Customs Enforcement**

**Enforcement and Removal Operations**
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Carcamo Mencias, Mario Javier   Alien Number: ███452   COC: Honduras
Date of Transfer: 03/31/2021   Date of Review: 03/21/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a7AiI

COVID 19 Risk Factors   Yes ☑   No ☐
Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐   Comments _____

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by: P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19. [YES / NO / N/A]

1) Verify the detainee's current health status and exposure history — ☑

2) Is the detainee currently:
   - In medical isolation? — No
   - Experiencing symptoms commonly associated with COVID-19? — No
   - Awaiting COVID-19 test results? — No
   - Cohorted due to COVID-19 exposure? — No

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.3__ ON 2345 — ☑
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A
   For transfers and removals only, is the detainee medically cleared to travel? — ☑
   Record method of travel: Ground ☐  ICE Air ☑  Commercial flight ☐

   *Ayana Valentin, LPN*
   *ICE Health Service Corps*
   *Krome Service Processing Center*
   *Miami, FL*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑
   b. Stop the Spread of Germs. — ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| CARCAMO MENCIAS, MARIO | ███ 452 - HONDU | *[signature]* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. TAVALES | *[signature]* | 3/31/20 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: Tavera Paula, Jonathan Javier   Alien Number: ▇▇▇ 271   COC: DOM REP

Date of Transfer: 03/31/2021   Date of Review: 03/21/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors   Yes ☑   No ☐

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐   Comments _____

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by: P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑

2) Is the detainee currently:
   - In medical isolation? — N/A
   - Experiencing symptoms commonly associated with COVID-19? — N/A
   - Awaiting COVID-19 test results? — N/A
   - Cohorted due to COVID-19 exposure? — N/A

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.8°F__ 0014 — ☑
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A
   For transfers and removals only, is the detainee medically cleared to travel? — ☑
   
   Ayana Valentin, LPN
   ICE Health Service Corps
   Krome Service Processing Center
   Miami, FL
   
   Record method of travel: Ground ☐   ICE Air ☑   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. *Steps to Help Prevent the Spread of COVID-19 if You are Sick*; and — ☑

   b. *Stop the Spread of Germs*. — ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| TAVERA PAULA, JONATHAN JAVIER, | ▓▓▓271-DR | Jonathan | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | | DATE |
| C. TAVALES | (signature) | | 3/30/20 |

31



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: Peralta-Carias, Henry Joel   Alien Number: [redacted] 219   COC: Honduras
Date of Transfer: 03/31/2021   Date of Review: 03/21/2021

**Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 8 USC 1326(a)

COVID 19 Risk Factors   Yes ☑   No ☐
Criminal History   Yes ☑   No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐   Comments _____

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history  ☑ ☐

2) Is the detainee currently:
   - In medical isolation?  ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19?  ☐ ☑
   - Awaiting COVID-19 test results?  ☐ ☑
   - Cohorted due to COVID-19 exposure?  ☐ ☑

For **transfers** and **removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:  ☐ ☐ ☑

   _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.  ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.8__ AV __2345__  ☑ ☐

   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.  ☐ ☑ ☑

   For transfers and removals only, is the detainee medically cleared to travel?  ☑ ☐

   Record method of travel:  Ground ☐   ICE Air ☑   Commercial flight- ☐

   Ayana Valentin, LPN
   ICE Health Service Corps
   Krome Service Processing Center
   Miami, FL

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and  ☑ ☐

   b. Stop the Spread of Germs.  ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____  ☐ ☐

   b. Did a family member or friend provide transportation?  ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release?  ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?  ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?  ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| PERALTA-CARIAS, HENRY | ███ 219 - HONDU | X [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. TADALES | [signature] | 3/5/21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: Nunez, Diego Omar     Alien Number: ███ 581     COC: DOM REP
Date of Transfer: 03/31/2021     Date of Review: 03/21/2021

**Detention Authority**

☐ INA 235  ☐ INA 236(a)  ☐ INA 236(c)  ☐ INA 241  ☑ Other 237a2Aiii

COVID 19 Risk Factors     Yes ☑    No ☐
Criminal History          Yes ☑    No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐     Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by: P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history — ☑ ☐

2) Is the detainee currently:
   - In medical isolation? — ☐ ☑
   - Experiencing symptoms commonly associated with COVID-19? — ☐ ☑
   - Awaiting COVID-19 test results? — ☐ ☑
   - Cohorted due to COVID-19 exposure? — ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — ☐ ☐ N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☐ ☐ N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.6 OK 0014 — ☑ ☐
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☐ ☑ N/A
   For transfers and removals only, is the detainee medically cleared to travel? — ☑ ☐
   Record method of travel: Ground ☐   ICE Air ☑   Commercial flight ☐

   Ayana Valentin, LPN
   ICE Health Service Corps
   Krome Service Processing Center
   Miami, FL

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑ ☐
   b. Stop the Spread of Germs. — ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ — ☐ ☐
   b. Did a family member or friend provide transportation? — ☐ ☐
   c. Was the alien provided with a personal protective equipment mask upon release? — ☐ ☐
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☐ ☐
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| NUNEZ, DIEGO OMAR | ▓▓▓81-DR | *Diego Nunez* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. TAVALES | *signature* | 3/31/2_ |



# U.S. Immigration and Customs Enforcement

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name: Solano, Jose Altagracia   Alien Number: ███ 446   COC: DOM REP

Date of Transfer: 03/31/2021   Date of Review: 03/21/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a2Aii

COVID 19 Risk Factors   Yes ☑   No ☐

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐   Comments: _____

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by: P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history — ☒ ☐

2) Is the detainee currently:
   - In medical isolation? ☐ ☒
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☒
   - Awaiting COVID-19 test results? ☐ ☒
   - Cohorted due to COVID-19 exposure? ☐ ☒

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ ☐ ☐ N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.6__ AV 0014 — ☒ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☐ ☒
For transfers and removals only, is the detainee medically cleared to travel? ☒ ☐
Record method of travel: Ground ☐  ICE Air ☒  Commercial flight ☐

*Ayana Valentin, LPN*
*ICE Health Service Corps*
*Krome Service Processing Center*
*Miami, FL*

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒ ☐

   b. Stop the Spread of Germs. — ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

   b. Did a family member or friend provide transportation? ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SOLANO, JOSE | ▓▓▓446,DR | x REFUSED |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Kellom, R. | [signature] | 3·30·21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: Romero Castillo, Marcial     Alien Number: ███ 790     COC: DOM REP
Date of Transfer: 03/31/2021     Date of Review: 03/21/2021

**Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 8 USC 1326(b)(1)

COVID 19 Risk Factors     Yes ☑     No ☐
Criminal History          Yes ☑     No ☐

**Nature of Transfer**

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☑
Other                 ☐    Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by: P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**
ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑ YES

2) Is the detainee currently:
   - In medical isolation? — NO
   - Experiencing symptoms commonly associated with COVID-19? — NO
   - Awaiting COVID-19 test results? — NO
   - Cohorted due to COVID-19 exposure? — NO

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.C__  BP __0014__ — ☑ YES
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — N/A
For transfers and removals only, is the detainee medically cleared to travel? — ☑ YES
Record method of travel: Ground ☐  ICE Air ☑  Commercial flight- ☐

Ayana Valentin, LPN
ICE Health Service Corps
Krome Service Processing Center
Miami, FL

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑ YES
   b. Stop the Spread of Germs. — ☑ YES

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ROMERO CASTILLO, MARCIAL | ▓▓▓90,DR | *Marcial Romero* |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. TAVACES | *(signature)* | 3/31/21 |



**U.S. Immigration and Customs Enforcement**

**Enforcement and Removal Operations**
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: Aguilar, Yeysen Antonio    Alien Number: ███766    COC: Honduras
Date of Transfer: 03/31/2021    Date of Review: 03/21/2021

**Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a2Aiii

COVID 19 Risk Factors    Yes ☑   No ☐
Criminal History         Yes ☑   No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☑
Other ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by: P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

   For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __97.8__  2345

   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   For transfers and removals only, is the detainee medically cleared to travel?
   Record method of travel: Ground ☐   ICE Air ✓   Commercial flight- ☐

   Ayana Valentin, LPN
   ICE Health Service Corps
   Krome Service Processing Center
   Miami, FL

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

   b. Stop the Spread of Germs.

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| AGUILAR, YEYSEN | 66, HONDU | X Refused |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| C. TAVALES | [signature] | 3/31/21 |