

**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name VAZQUEZ-PADILLA, HERMAN   Alien Number ■■■■ 415   COC Mexico

Date of Transfer 03/30/2021   Date of Review 03/29/2021

### Detention Authority

☐ INA 235   ☑ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☐ Other_____

COVID 19 Risk Factors   Yes ☑   No ☐

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging ☐
Hospital ☐
Within Field Office ☑
Out of Field Office ☐
Other ☐   Comments_____

**Custody Decision**  Release ☐   Continue Custody ☑

Reviewed by Joseph Brown

Rev. 06/2020

**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ☑ | ☐ | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☑ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __97.4__ | ☑ | ☐ | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | ☐ | ☑ | ☐ |
| For **transfers and removals only**, is the detainee medically cleared to travel? Record method of travel: Ground ☑   ICE Air ☐   Commercial flight- ☐ | ☑ | ☐ | ☐ |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☑ | ☐ | |
| b. Stop the Spread of Germs. | ☑ | ☐ | |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome__ | ☑ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☑ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☑ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☑ | ☐ | ☐ |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☑ | ☐ | ☐ |

**ALIEN'S PRINTED NAME:** Vazquez-Padella Herman  
**A#:** A[redacted]415  
**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** NCruz  
**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** Ncruz 578  
**DATE:** 3-30-21



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: SAINT MELUS, SAINT MERIK    Alien Number: ███ 887    COC: Haiti

Date of Transfer: 03/30/2021    Date of Review: 03/29/2021

**Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☑    No ☐

Criminal History    Yes ☑    No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐    Comments: _____

**Custody Decision**    Release ☐    Continue Custody ☑

Reviewed by: Joseph Brown

Rev. 06/2020

# U.S. Immigration and Customs Enforcement
ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:
_____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **98.3**

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground [ ] / ICE Air [✓] / Commercial flight [ ]

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
  a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ✓
  b. Stop the Spread of Germs. — ✓

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
  a. Did ICE provide transportation? If yes, where was the alien transported to? **Krome** — ✓
  b. Did a family member or friend provide transportation? — ✗ (No)
  c. Was the alien provided with a personal protective equipment mask upon release? — ✓
  d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ✓
  e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ✓

**ALIEN'S PRINTED NAME:** Melus, Saint Merk  
**A#:** A[redacted]857  
**ALIEN'S SIGNATURE:** [signature]

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Bonilla, J.  
**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** Sgt. [signature]  
**DATE:** 3-30-21



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: MICHAUD, ASTER    Alien Number: ███ 967    COC: Haiti
Date of Transfer: 03/30/2021    Date of Review: 03/29/2021

**Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☒ INA 241   ☐ Other _____

COVID 19 Risk Factors    Yes ☒    No ☐
Criminal History         Yes ☒    No ☐

**Nature of Transfer**

IAO Flight Staging   ☒
Hospital             ☐
Within Field Office  ☐
Out of Field Office  ☐
Other                ☐   Comments _____

**Custody Decision**  Release ☐    Continue Custody ☒

Reviewed by: Joseph Brown

Rev. 06/2020



# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.1__

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?

Record method of travel:  Ground ☑  ICE Air ☐  Commercial flight- ☑

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ✓
   b. Stop the Spread of Germs. ✓

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome__ ✓
   b. Did a family member or friend provide transportation? ☐ ✓ (No)
   c. Was the alien provided with a personal protective equipment mask upon release? ✓
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ✓
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ✓

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| Michaud, Astrel | A[redacted]867 | [signature] | |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| Bonilla, J. | | Sgt. [signature] #335 | 3-30-21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name: SAINT MARC, RENE    Alien Number: [redacted] 991    COC: Haiti
Date of Transfer: 03/30/2021    Date of Review: 03/29/2021

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☑    No ☐
Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by: Joseph Brown

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history. — ☑ YES

2) Is the detainee currently:
   - In medical isolation? — ☑ NO
   - Experiencing symptoms commonly associated with COVID-19? — ☑ NO
   - Awaiting COVID-19 test results? — ☑ NO
   - Cohorted due to COVID-19 exposure? — ☑ NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.4_

   For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

   For **transfers and removals only**, is the detainee medically cleared to travel?
   Record method of travel: Ground ☑   ICE Air ☑   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☑
   b. Stop the Spread of Germs. — ☑

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? _Krome_ — ☑ YES
   b. Did a family member or friend provide transportation? — ☑ NO
   c. Was the alien provided with a personal protective equipment mask upon release? — ☑ YES
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? — ☑ YES
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? — ☑ YES

**ALIEN'S PRINTED NAME:** Mnt Msc, Rene    **A#:** [redacted]991    **ALIEN'S SIGNATURE:** K___

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Bonilla, J.    **OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** Sgt. ___#38    **DATE:** 3-30-21



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: CLEOPHAT, JEAN     Alien Number: [redacted] 189     COC: Haiti
Date of Transfer: 03/30/2021     Date of Review: 03/29/2021

**Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☑ INA 241   ☐ Other____

COVID 19 Risk Factors     Yes ☑     No ☐
Criminal History          Yes ☑     No ☐

**Nature of Transfer**

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☐
Other                 ☐     Comments _____

**Custody Decision**  Release ☐     Continue Custody ☑

Reviewed by: Joseph Brown

Rev. 06/2020

# U.S. Immigration and Customs Enforcement
## ICE | ERO

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |
| 3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __96.9__ | | | |
| For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | |
| For **transfers and removals only**, is the detainee medically cleared to travel? | | | |
| Record method of travel: Ground ☐   ICE Air ☐   Commercial flight- ✓ | | | |
| 4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. Stop the Spread of Germs. | ✓ | | |
| 5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. Did ICE provide transportation? If yes, where was the alien transported to? __Krone__ | ✓ | | |
| b. Did a family member or friend provide transportation? | | ✓ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ✓ | | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ✓ | | |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| Meophat Jem | A[redacted]189 | [signature] |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| Bonilla, J. | Sgt. [signature] #338 | 3-30-21 |



## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name: GRANDIN, LARION    Alien Number: ▓▓▓▓ 486    COC: Haiti

Date of Transfer: 03/30/2021    Date of Review: 03/29/2021

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors     Yes ☑    No ☐

Criminal History          Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by: Joseph Brown

Rev. 06/2020

# COVID-19 Checklist
## for All ICE ERO Transfers, Removals, and Releases

**U.S. Immigration and Customs Enforcement**
ICE | ERO

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|
| 1) Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) Is the detainee currently: | | | |
| • In medical isolation? | | ✓ | |
| • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| • Awaiting COVID-19 test results? | | ✓ | |
| • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.1__

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

For **transfers and removals only**, is the detainee medically cleared to travel?
Record method of travel: Ground ✓   ICE Air ✓   Commercial flight ✓

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.
   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and
   b. Stop the Spread of Germs.

5) For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.
   a. Did ICE provide transportation? If yes, where was the alien transported to? __Krome__
   b. Did a family member or friend provide transportation?
   c. Was the alien provided with a personal protective equipment mask upon release?
   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?
   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

**ALIEN'S PRINTED NAME:** Bhandin, Lorien
**A#:** A[redacted]486
**ALIEN'S SIGNATURE:** [signature]
**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Benilla, J.
**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** [signature]
**DATE:** 3-30-21



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name: HERNANDEZ, ISAURA    Alien Number: ▮▮▮▮689    COC: Dom Rep
Date of Transfer: 03/30/2021    Date of Review: 03/29/2021

**Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☑ INA 241    ☐ Other _____

COVID 19 Risk Factors    Yes ☑    No ☐
Criminal History    Yes ☑    No ☐

**Nature of Transfer**

IAO Flight Staging ☑
Hospital ☐
Within Field Office ☐
Out of Field Office ☐
Other ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by: Joseph Brown

Rev. 06/2020

# COVID-19 Checklist

**U.S. Immigration and Customs Enforcement**
ICE | ERO

for All ICE ERO Transfers, Removals, and Releases

**DIRECTIONS:** This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| # | Item | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history. | ✓ | | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | | ✓ | |
| | • Experiencing symptoms commonly associated with COVID-19? | | ✓ | |
| | • Awaiting COVID-19 test results? | | ✓ | |
| | • Cohorted due to COVID-19 exposure? | | ✓ | |

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For **releases**, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | | | |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | | | |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | | | |
| 3) | Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 97.8 | | | |
| | For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | | | |
| | For **transfers and removals only**, is the detainee medically cleared to travel? ✓ Record method of travel: Ground ✓ ICE Air ☐ Commercial flight- ✓ | | | |
| 4) | Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | | |
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ✓ | | |
| b. | Stop the Spread of Germs. | ✓ | | |
| 5) | For **released aliens** only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | | |
| a. | Did ICE provide transportation? If yes, where was the alien transported to? Krome | ✓ | | |
| b. | Did a family member or friend provide transportation? | | ✓ | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ✓ | | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ✓ | | |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ✓ | | |

**ALIEN'S PRINTED NAME:** Hernandez Isaura
**A#:** [redacted]689
**ALIEN'S SIGNATURE:** Isaura Hernandez

**OFFICER'S/CONTRACTED STAFF'S PRINTED NAME:** Bonilla, J.
**OFFICER'S/CONTRACTED STAFF'S SIGNATURE:** [signature]
**DATE:** 3-30-21