UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

    Petitioners,

v.

MICHAEL W. MEADE, *et. al.*,

    Respondents.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

**THIS MATTER** is before the Court on the Parties' Joint Notice of Settlement (ECF No. 634), filed April 13, 2021. In their Joint Notice, the Parties advised the Court that they have reached a proposed settlement. Moreover, the Joint Notice advised that: 1) the Parties are currently preparing a final proposed injunctive order that implements the terms of the settlement agreement and is consistent with Federal Rule of Civil Procedure 65(d); and 2) the Parties are preparing a class notice and are preparing to move the Court to schedule a fairness hearing, as required by Federal Rule of Civil Procedure 23(e). Accordingly, the Clerk of Courts is directed to **ADMINISTRATIVELY CLOSE** this case. All pending motions are **DENIED** as moot. And all pretrial deadlines, the upcoming Calendar Call, and the upcoming Trial Date are **CANCELED**.

    **DONE and ORDERED** in Chambers, in Miami, Florida, this 16th day of April 2021.

*[Signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*