UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

    Plaintiffs/Petitioners,

vs.

MICHAEL W. MEADE, *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR HEARING AND SETTING EVIDENTIARY HEARING ON VERIFIED PETITION FOR HABEAS CORPUS

**THIS MATTER** is before the Court upon Petitioner Miguel Angel Zetina's Opposed Motion for Hearing or Severance (the "Motion") (ECF No. 616), filed April 16, 2021. Having reviewed the Motion, the briefing related thereto, and being fully advised, it is hereby **ORDERED and ADJUDGED** that Said Motion is **GRANTED**.

It is further **ORDERED and ADJUDGED** that Petitioner Miguel Angel Zetina's Verified Petition for a Writ of Habeas Corpus (ECF No. 567) is hereby set for an evidentiary hearing, to be conducted via Zoom, on **April 28, 2021 at 10:45 am**. The Parties are advised that barring exceptional circumstances the hearing shall be limited to two hours in length.

**DONE and ORDERED** in Chambers at Miami, Florida this 23rd day of April 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:

*Jonathan Goodman, U.S. Magistrate Judge*
*All Counsel of Record*