UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21553-CIV-COOKE

PATRICK GAYLE, et al.

    Plaintiffs/Petitioners,

Vs.

MICHAEL W. MEADE, et al.,

    Defendants/Respondents
_____/

## DEFENDANTS' STATUS REPORT REGARDING VACCINATIONS OF DETAINEES

Defendants, by and through their undersigned counsel, file their Status Report Regarding Vaccinations of Detainees, and state:

1. On April 16, 2021, the Florida Department of Health administered vaccinations against COVID-19 to the detained population at Glades Detention Center. Exhibit A, Declaration of Liana J. Castano, ¶ 4. Twenty-three (23) ICE detainees received their first dose of vaccine. These detainees are scheduled to receive their second dose on May 14, 2021. Castano Decl., ¶ 5.

2. Sixty-two (62) detainees at Glades refused the administration of the COVID-19 vaccine. Id., ¶ 6. Those detainees have been advised that, if they change their minds and consent to be vaccinated, it will be provided based upon availability of the vaccine. Id.

3. Glades will maintain a running list of new intakes and current detainees who wish to receive the COVID-19 vaccination. The Florida Department of Health will return to Glades to administer COVID-19 vaccinations when there are ten (10) or more people on the list. Id., ¶ 7.

4. On April 22, 2021, the medical staff at Broward Transitional Center began

administering COVID-19 vaccinations to the detained population.  Exhibit B, Declaration of Juan Lopez Vega, ¶ 4.  Fifty-five (55) detainees received their first dose of vaccine.  Id., ¶ 5.

5.  Eighty-two (82) detainees at BTC refused the administration of the COVID-19 vaccine.  Id., ¶ 6.  Those detainees who refused have been advised that, if they change their minds and consent to be vaccinated, it will be provided based upon availability.

7.  All new intakes at BTC will be offered vaccination against COVID-19.  Those detainees that opt-in will be vaccinated while supplies are available.

DATED:        April 23, 2021              Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:     s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
(305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2021, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

                                                                                             _s/ Dexter A. Lee_
                                                                                             DEXTER A. LEE
                                                                                             Assistant U.S. Attorney