# GOVERNMENT EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

## DECLARATION OF OFFICER IN CHARGE LIANA J. CASTANO

I, Liana J. Castano, Officer in Charge (OIC), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the OIC of the Krome Service Processing Center (Krome). I have held this position since August 16, 2020.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3. This declaration provides the court with an update regarding vaccine administration at Glades County Detention Center (Glades).

4. On April 16, 2021, the Florida Department of Health administered vaccinations against COVID-19 to the detained population at Glades.

5. Twenty-three ICE detainees have received their first dose of the vaccine. These detainees are scheduled to receive their second dose of vaccine on May 14, 2021.

6. Sixty-two detainees have refused the administration of the COVID-19 vaccination. The detainees who have refused the vaccine have been advised that if, after refusing

the vaccine, they decide to consent to its administration, it will be provided based upon availability.

7. Glades will maintain a running list of new intakes and current detainees who wish to receive the COVID-19 vaccination. The Florida Department of Health will return to Glades to administer COVID-19 vaccinations when there are 10 or more people on the list.

DATED: April 23, 2021

_____
Liana J. Castano
Officer in Charge
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

Digitally signed by LIANA J CASTANO
Date: 2021.04.23 16:58:36 -04'00'