# GOVERNMENT

# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.                                             No. 20cv21553

MICHAEL W. MEADE,
Field Office Director, Miami Field Office,
U.S. Immigration and Customs Enforcement et al.,

Respondents.

---

## DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR JUAN A. LOPEZ VEGA

I, Juan A. Lopez Vega, Assistant Field Office Director (AFOD) make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as the Acting Officer in Charge (AIOC) of the Broward Transitional Center (BTC). I have held this position since February 1, 2019. I have been employed with DHS since April 1, 2003.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3. This declaration provides the court with an update regarding vaccine administration at BTC.

4. On April 22, 2021, medical staff at BTC began administering vaccinations against COVID-19 to the detained population.

5. Fifty-five detainees have received their first dose of vaccine.

6. Eighty-two detainees have refused the administration of the COVID-19 vaccination. The detainees who have refused the vaccine have been advised that if, after refusing the vaccine, they decide to consent to its administration, it will be provided based upon availability.

1

7. All new intakes at BTC will be offered vaccination against COVID-19. Those detainees that opt-in will be vaccinated while supplies are available.

Executed this 23rd day of April, 2021.

_____
Juan A. Lopez Vega
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement