UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

    Petitioners,

and

**MIGUEL ANGEL ZETINA,**

    **Petitioner-Intervenor**,

vs.

**FIELD OFFICE DIRECTOR**, MIAMI
FIELD OFFICE, U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT, *et al.*

    **Respondents**.
_____/

**INTERVENOR ZETINA'S
EXHIBIT LIST FOR EVIDENTIARY HEARING OF APRIL 28, 2021**

    The petitioner-intervenor, Miguel Angel Zetina, by and through the undersigned, files this Exhibit List to give notice to the Court of the documents upon which he intends to rely for the upcoming hearing that the Court scheduled (D.E. 650) for April 28, 2021, at 10:45 a.m. The following documents were previously filed through CM/ECF either by Mr. Zetina or by the government.

    The undersigned is currently in communication with counsel for the government to determine whether the parties will be able to stipulate to the authenticity of the following evidentiary filings. Briefs are noted below (and underlined) to clarify how the exhibits were introduced into the record.

| D.E. # | Document Description |
|---|---|
| <u>520</u> | <u>Respondent's Opposition to Petitioner Zetina's Motion to Intervene</u> |
| 520-1 | Detention History for Miguel Angel Zetina |

1

| D.E. # | Document Description—continued |
|---|---|
| <u>567</u> | <u>Verified Petition for Writ of Habeas Corpus</u> |
| 567-2 | Electronically Tabbed Appendix of Supporting Materials, Exhibits A–O |
| <u>598</u> | <u>Respondents' Return to Verified Petition for Writ of Habeas Corpus</u> (**sealed**)[1] |
| 598-1 | Department of Homeland Security Brief on Interlocutory Appeal (**sealed**) |
| 598-2 | Immigration Judge Order (Jan. 26, 2021) (**sealed**) |
| <u>599</u> | <u>Petitioner's Traverse</u> |
| 599-1 | Immigration Judge Order (Jan. 26, 2021) |
| 599-2 | Letter of the Solicitor General, *Demore* v. *Kim*, S. Ct. No. 01-1491 (Aug. 26, 2016) |
| <u>609</u> | <u>Intervenor Zetina's Oppose[d] Motion for Oral Argument</u> |
| 609-1 | Order (D.E. 67), *ASISTA* v. *Albence*, No. 20-cv-00206-JAM (D. Conn. Mar. 18, 2021) |
| 609-2 | Joint Motion to Hold in Abeyance (D.E. 67), *ASISTA* v. *Albence*, No. 20-cv-00206-JAM (D. Conn. Mar. 18, 2021) |

Dated: April 26, 2021

**s/ Mark Andrew Prada**
Fla. Bar No. 91997
Prada Urizar, PLLC
3191 Coral Way, Suite 500
Miami, FL 33145
c. 786.238.2222
o. 786.703.2061
mprada@pradaurizar.com

*Counsel for Intervenor Zetina*

---

[1] As the undersigned understands it, the government requested sealing to avoid potential liability under 8 U. S. C. § 1367(c) for any perceived violations of the confidentiality provisions applicable to U nonimmigrant status petitions. The confidentiality rules only apply to the Attorney General, the Department of Justice, and the Secretaries of Homeland Security and State and their officials and employees. § 1367(a).