UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,
    Plaintiffs,

and

WERLIN MARTINEZ,
    Plaintiff-Intervenor,

vs.

FIELD OFFICE DIRECTOR, MIAMI
FIELD OFFICE, U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT, *et al.*
    Defendants.
_____/

## CORRECTED JOINT STIPULATION OF DISMISSAL

The plaintiff-intervenor, Werlin Martinez, and the defendants, Michael Meade, *et al.*, by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal *without* prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Based upon the foregoing, the parties jointly stipulate to the dismissal of Mr. Martinez's habeas petition without prejudice, with each party bearing their own fees and costs.

Dated: May 12, 2021

Respectfully submitted,

**s/ Maggie Arias**
Maggie Arias
Fla. Bar No. 0011731
Arias & Pereira, PLLC
2600 S. Douglas Road, Ste. 1004
Coral Gables, FL 33134
c. 305.934.9024
o. 786.360.1341
maggie@ariasandpereira.com

*Counsel for Intervenor-Plaintiff*

**JUAN ANTONION GONZALEZ**
**ACTING UNITED STATES ATTORNEY**

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

*Counsel for Defendants*