UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    Petitioners,

v.

**MICHAEL W. MEADE, et al.,**

    Respondents.

_____/

## NOTICE OF DECLARATION IN RESPONSE TO THE PRELIMINARY INJUNCTION

Respondents, by and through the undersigned counsel, file the Declaration of Officer in Charge Liana J. Castano in reference to item 4(b) in response to the preliminary injunction issued by the Court [ECF158].

1.    Declaration of Liana J. Castano, Officer in Charge (OIC), *See* Exhibit A.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

By:   <u>Dexter A. Lee</u>
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
(305) 961-9320
E-mail: dexter.lee@usdoj.gov

<u>Natalie Diaz</u>
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306
ATTORNEYS FOR RESPONDENTS
