

**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Escano Flores, Gustavo          Alien Number ████ 859   COC Honduras

Date of Transfer 06/09/2021                  Date of Review 06/09/2021

## **Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 212a9Aii

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History               Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☑
Other                   ☐      Comments _____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history — ☑

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

   (NO column checked for each)

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ — N/A ☑

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — N/A ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **98.4 at 00:30   6/9/21** — YES ☑

   **Nelsaint Pierre, RN**
   **ICE Health Service Corp**
   **Krome Service Processing Cent**
   **Miami, FL**

   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer and follow the protocol for a suspected COVID-19 case. — YES ☑

   For transfers and removals only, is the detainee medically cleared to travel? — YES ☑

   Record method of travel: Ground ☐   ICE Air ☑   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. <u>Steps to Help Prevent the Spread of COVID-19 if You are Sick</u>; and — ☑

   b. <u>Stop the Spread of Germs</u>. — ☑

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ESCANO FLORES, GUSTAVO | ███ 859 - HONDU | Refused to sign |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| [handwritten] | [signature] | 6/8/21 |



**U.S. Immigration and Customs Enforcement**

### Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name: Jn Louis, Jackson Junior     Alien Number: ▮▮▮▮660     COC: Haiti

Date of Transfer: 06/09/2021     Date of Review: 06/09/2021

## **Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 237a2Aiii

COVID 19 Risk Factors     Yes ☑     No ☐

Criminal History     Yes ☑     No ☐

## **Nature of Transfer**

IAO Flight Staging     ☑
Hospital     ☐
Within Field Office     ☐
Out of Field Office     ☑
Other     ☐     Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by: P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

|  | Yes | No |
|---|---|---|
| 1) Verify the detainee's current health status and exposure history | ☒ | ☐ |
| 2) Is the detainee currently: | | |
| • In medical isolation? | | ☒ |
| • Experiencing symptoms commonly associated with COVID-19? | | ☒ |
| • Awaiting COVID-19 test results? | | ☒ |
| • Cohorted due to COVID-19 exposure? | | ☒ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | Yes | No | N/A |
|---|---|---|---|
| a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☒ |
| b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☒ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.6__  __06/09/21__  __00:30__

Katherine Forte-Ramos RN
Ice Health Service Corps
Krome Service Processing Center
Miami, FL

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.

|  | Yes | No | N/A |
|---|---|---|---|
| | ☒ | ☐ | ☒ |

For transfers and removals only, is the detainee medically cleared to travel?  ☒ Yes  ☐ No

Record method of travel: Ground ☐   ICE Air ☒   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

|  | Yes | No |
|---|---|---|
| a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| b. Stop the Spread of Germs. | ☒ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

|  | Yes | No | N/A |
|---|---|---|---|
| a. Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| b. Did a family member or friend provide transportation? | ☐ | ☐ | |
| c. Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | |
| e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | |

| ALIEN'S PRINTED NAME | ALIEN'S SIGNATURE |
|---|---|
| JN LOUIS, JACKSON | 660 - HAITI   X |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.L | J.L | 6 8 21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Hernandez Herrera, Hugo Rolando    Alien Number ▓▓▓ 815    COC Honduras

Date of Transfer 06/09/2021    Date of Review 06/09/2021

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a6Ai

COVID 19 Risk Factors    Yes ☑    No ☐

Criminal History    Yes ☑    No ☐

### Nature of Transfer

IAO Flight Staging    ☑
Hospital    ☐
Within Field Office    ☐
Out of Field Office    ☑
Other    ☐    Comments _____

**Custody Decision** Release ☐    Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contract staff with the minimum steps required prior to transferring, removing, or releasing detainees from ERO custody, to help minimize the spread of COVID-19.

1) Verify the detainee's current health status and exposure history ☑ ☐

2) Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☑

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☑

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.9 °F_ _WD_ _6/9/21_    Nelsaint Pierre, RN ☑ ☐
Ice Health Service Corps
For transfers and removals only, if the detainee does not clear the screening procedures, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.    Krome Processing Center ☐ ☐ ☑
Miami, FL
For transfers and removals only, is the detainee medically cleared to travel? ☑ ☐
Record method of travel:  Ground ☐    ICE Air ☑    Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if you are Sick; and ☑ ☐

b. Stop the Spread of Germs. ☑ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

b. Did a family member or friend provide transportation? ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ■

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| HERNANDEZ HERRERA,HUGO | ███ 315 , HONDU | ⨯ Hugo Hernandez | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| _(signature)_ | | | 6-9-21 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Sejour, Robin                Alien Number ████ 484    COC Haiti

Date of Transfer 06/09/2021                Date of Review 06/09/2021

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a2C

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History        Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging        ☑
Hospital        ☐
Within Field Office        ☐
Out of Field Office        ☑
Other        ☐        Comments _____

**Custody Decision** Release ☐        Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration
and Customs
Enforcement**

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum scope required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

| | Yes | No | N/A |

1) Verify the detainee's current health status and exposure history ☒ ☐

2) Is the detainee currently:
 - In medical isolation?
 - Experiencing symptoms commonly associated with COVID-19?
 - Awaiting COVID-19 test results?
 - Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

 a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____

 b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **97.8    06/09/21    00:30**    Katherine Porte-Ramos RN KP
 For transfers and removals only, if the detainee does not clear the screening process, defer onward transfer or removal and follow the protocol for a suspected COVID-19 case.    Ice Health Service Corps
 Immigration Service Processing Center
 Miami, FL
 For transfers and removals only, is the detainee medically cleared to travel? ☒
 Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

 a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☒

 b. Stop the Spread of Germs. ☒

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

 a. Did ICE provide transportation? If yes, where was the alien transported to? _____

 b. Did a family member or friend provide transportation?

 c. Was the alien provided with a personal protective equipment mask upon release?

 d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

 e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| SEJOUR,ROBIN | 884 - HAITI | X |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
| JL | JL | 6/8/21 |



**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Germinal, Jean Antonio Clauvenson   Alien Number ▮▮▮ 163   COC Haiti

Date of Transfer 06/09/2021                     Date of Review 06/09/2021

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a2Ail

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History              Yes ☑        No ☐

## Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☑
Other                   ☐      Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

1) Verify the detainee's current health status and exposure history ☒ ☐

2) Is the detainee currently:
   - In medical isolation? ☐ ☒
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☒
   - Awaiting COVID-19 test results? ☐ ☒
   - Cohorted due to COVID-19 exposure? ☐ ☒

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☒

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4_  _06/09/21_  _00:30_    **Katherine Forte-Ramos RN**  **Ice Health Service Corps**  **Krome Service Processing Center**  **Miami, FL** ☒ ☐
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☐ ☒
   For transfers and removals only, is the detainee medically cleared to travel? ☒ ☐
   Record method of travel:  Ground ☐  ICE Air ☒  Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☒ ☐

   b. Stop the Spread of Germs. ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

   b. Did a family member or friend provide transportation? ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
| --- | --- | --- |
| GERMINAL, JEAN ANTONIO | 63 , HAITI | X |

| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
| --- | --- | --- |
| | | 6 8 21 |



**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name Ortega, Marco Javier          Alien Number ████ 267   COC Ecuador

Date of Transfer 06/09/2021                    Date of Review 06/09/2021

## **Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a2Aiii

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History                    Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging        ☑
Hospital                  ☐
Within Field Office       ☐
Out of Field Office       ☑
Other                     ☐       Comments _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

Yes | No | N/A

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.4 at 1:00  6/9/21_
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight- ☐

Nelsaint Pierre, RN
Health Services Administrator
Krome Service Processing Center
Miami, FL

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and   ☒

   b. Stop the Spread of Germs.   ☒

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| ORTEGA,MARCO | 67 , ECUAD | X |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 6/9/21 |



**U.S. Immigration
and Customs
Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

### PRE-Transfer Custody Review

Name Masson, John Kerven          Alien Number ███████ 774    COC Haiti

Date of Transfer 06/09/2021                    Date of Review 06/09/2021

## Detention Authority

☐ INA 235      ☐ INA 236(a)      ☐ INA 236(c)      ☐ INA 241      ☑ Other 237a2Aiii

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History                    Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging          ☑
Hospital                         ☐
Within Field Office          ☐
Out of Field Office          ☑
Other                            ☐      Comments _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps necessary for the health, and safety of detainees in the age of COVID-19.

1) Verify the detainee's current health status and exposure history ☒ ☐

2) Is the detainee currently:
- In medical isolation? ☒
- Experiencing symptoms commonly associated with COVID-19? ☒
- Awaiting COVID-19 test results? ☒
- Cohorted due to COVID-19 exposure? ☒

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☒

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.8_ _06/09/21_ _00:30_
Katherine Forte-Ramos RN
Ice Health Service Corps
Krome Service Processing Center
Miami, FL
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. ☒ ☐
For transfers and removals only, is the detainee medically cleared to travel? ☒ ☐ ☒
Record method of travel: Ground ☐ ICE Air ☒ Commercial flight ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☒ ☐

b. Stop the Spread of Germs. ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

b. Did a family member or friend provide transportation? ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| ICE'S PRINTED NAME | A# | ICE'S SIGNATURE | |
|---|---|---|---|
| MASSON,JOHN | 74,HAITI | X | |
| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | | DATE |
| J.M | J.M | | 6 8 21 |



**U.S. Immigration and Customs Enforcement**

### Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name Louis, Johnson          Alien Number ████ 762    COC Haiti

Date of Transfer 06/09/2021          Date of Review 06/09/2021

## **Detention Authority**

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a2C

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☑
Other          ☐          Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with information regarding transfers, removals, and releases during the COVID-19 pandemic.

| | | Yes | No |
|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ☒ | ☐ |
| 2) | Is the detainee currently: | | |
| | • In medical isolation? | ☐ | ☒ |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☒ |
| | • Awaiting COVID-19 test results? | ☐ | ☒ |
| | • Cohorted due to COVID-19 exposure? | ☐ | ☒ |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | | N/A | | |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: _____ | ☐ | ☐ | ☒ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☒ |

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **98.2   06/09/21   00:30**    Katherine Forte-Ramos RN
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.    Ice Health Service Corps / Krome Service Processing Cent / Miami, FL

For transfers and removals only, is the detainee medically cleared to travel?   ☒ Yes  ☐
Record method of travel:   Ground ☐   ICE Air ☒   Commercial flight ☐

| | Yes | No |
|---|---|---|
| | ☒ | ☐ |
| | ☐ | ☒ |
| | ☒ | ☐ |

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | | Yes | No |
|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | ☒ | ☐ |
| b. | Stop the Spread of Germs. | ☒ | ☐ |

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | | Yes | No |
|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ |
| b. | Did a family member or friend provide transportation? | ☐ | ☐ |
| c. | Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ |

| DETAINEE'S PRINTED NAME | A# | DETAINEE'S SIGNATURE | |
|---|---|---|---|
| LOUIS,JOHNSON | 762,HAITI | X Refused tōsign | |
| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
| ᒍᒐ | | ᒐᒐ | 6  8  21 |



**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name Marcelus, Iberson          Alien Number ▓▓▓▓944   COC Haiti

Date of Transfer 06/09/2021                Date of Review 06/09/2021

### Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a9Aii

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital                   ☐
Within Field Office        ☐
Out of Field Office        ☑
Other                      ☐          Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further curb the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

1) Verify the detainee's current health status and exposure history    ☒ ☐

2) Is the detainee currently:
- In medical isolation?    ☐ ☒
- Experiencing symptoms commonly associated with COVID-19?    ☐ ☒
- Awaiting COVID-19 test results?    ☐ ☒
- Cohorted due to COVID-19 exposure?    ☐ ☒

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:    ☐ ☐ ☒

b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.    ☐ ☐ ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _98.2_  _06/09/21_  _00:30_

*Katherine Forte-Ramos RN*
*Ice Health Service Corps*
*Krome Service Processing Center*
*Krome, FL*

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer/removal and follow the protocol for a suspected COVID-19 case.    ☒ ☐

For transfers and removals only, is the detainee medically cleared to travel?    ☒ ☐ ☒

Record method of travel: Ground ☐   ICE Air ☒   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and    ☒ ☐

b. Stop the Spread of Germs.    ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

a. Did ICE provide transportation? If yes, where was the alien transported to? _____    ☐ ☐

b. Did a family member or friend provide transportation?    ☐ ☐

c. Was the alien provided with a personal protective equipment mask upon release?    ☐ ☐

d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?    ☐ ☐

e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?    ☐ ☐

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MARCELUS,IBERSON | 044 – HAITI | X |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 6/8/21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Dominique, Jean Waldo Waldo   Alien Number ████ 034   COC Haiti

Date of Transfer 06/09/2021   Date of Review 06/09/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 237a2Aiii

COVID 19 Risk Factors      Yes ☑      No ☐

Criminal History      Yes ☑      No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital      ☐
Within Field Office      ☐
Out of Field Office      ☑
Other      ☐      Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and joint detention officials the information and knowledge needed to transfer, remove, or release an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| 1) | Verify the detainee's current health status and exposure history | ☒ | ☐ | |
| 2) | Is the detainee currently: | | | |
| | • In medical isolation? | ☐ | ☒ | |
| | • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☒ | |
| | • Awaiting COVID-19 test results? | ☐ | ☒ | |
| | • Cohorted due to COVID-19 exposure? | ☐ | ☒ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

|  | | YES | NO | N/A |
|---|---|---|---|---|
| a. | For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☒ |
| b. | Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☒ |

| 3) | Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.4__ __06/09/21__ __0030__ | Katherine Forte-Ramos RN Ice Health Service Corps ~~KFR~~ | ☒ | ☐ | |
|---|---|---|---|---|---|
| | For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. | Krome Service Processing Center Miami, FL | | | ☒ |
| | For transfers and removals only, is the detainee medically cleared to travel? | | ☒ | ☐ | ☐ |
| | Record method of travel: Ground ☐ ICE Air ☒ Commercial flight- ☐ | | | | |

| 4) | Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available. | | YES | NO | |
|---|---|---|---|---|---|
| a. | Steps to Help Prevent the Spread of COVID-19 if You are Sick; and | | ☒ | ☐ | |
| b. | Stop the Spread of Germs. | | ☒ | ☐ | |

| 5) | For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made. | | YES | NO | N/A |
|---|---|---|---|---|---|
| a. | Did ICE provide transportation? If yes, where was the alien transported to? _____ | | ☐ | ☐ | |
| b. | Did a family member or friend provide transportation? | | ☒ | ☐ | |
| c. | Was the alien provided with a personal protective equipment mask upon release? | | ☐ | ☐ | |
| d. | Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | | ☐ | ☐ | ☐ |
| e. | Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | | ☐ | ☐ | |

| DETAINEE'S PRINTED NAME | A-NUMBER | DETAINEE'S SIGNATURE |
|---|---|---|
| DOMINIQUE,JEAN WALDO | ████034 , HAITI | X. Jean B. |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.L | J.L | 6/8/21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

**PRE-Transfer Custody Review**

Name Charles, Emmanuel          Alien Number ████ 429     COC Haiti

Date of Transfer 06/09/2021          Date of Review 06/09/2021

**Detention Authority**

☐ INA 235     ☐ INA 236(a)     ☐ INA 236(c)     ☐ INA 241     ☑ Other 237a2C

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

**Nature of Transfer**

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☑
Other          ☐          Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIVE: Fatch individual is required to provide this information and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and state to complete...

1) Verify the detainee's current health status and exposure history ☒ ☐

2) Is the detainee currently:
   - Is in medical isolation? ☐ ☒
   - Experiencing symptoms commonly associated with COVID-19? ☐ ☒
   - Awaiting COVID-19 test results? ☐ ☒
   - Cohorted due to COVID-19 exposure? ☐ ☒

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☒

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☒

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.2__ __06/09/21__ __00:30__ ☒ ☐
   
   **Katherine Forte-Ramos RN**
   **Ice Health Service Corps**
   **Krome Service Processing Center**
   **Miami, FL**
   
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow protocol for a suspected COVID-19 case. ☐ ☐ ☒
   For transfers and removals only, is the detainee medically cleared to travel? ☒ ☐ ☐
   Record method of travel: Ground ☐ ICE Air ☒ Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and ☒ ☐

   b. Stop the Spread of Germs. ☒ ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

   b. Did a family member or friend provide transportation? ☐ ☐

   c. Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ▪

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| DETAINEE'S PRINTED NAME | A | STAFF SIGNATURE |
|---|---|---|
| CHARLES,EMMANUEL | 429 , HAITI | X _signature_ |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| J.L | _signature_ | 6 8 21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Hernandez, Moises          Alien Number ▮▮▮ 541   COC Honduras

Date of Transfer 06/09/2021                Date of Review 06/09/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 212a6Ai

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging    ☑
Hospital              ☐
Within Field Office   ☐
Out of Field Office   ☑
Other                 ☐    Comments _____

---

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | YES | NO | N/A |
|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *98.6 at 1:00  6/9/21*
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel: Ground ☐   ICE Air ☑   Commercial flight- ☐

**Nelsaint Pierre, RN**
**Ice Health Service Corps**
**Krome Service Processing Center**
**Miami, FL**

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

**b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

**b.** Did a family member or friend provide transportation?

**c.** Was the alien provided with a personal protective equipment mask upon release?

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| HERNANDEZ,MOISES | 541 , HONDU | | |
| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | DATE |
| | | | 6-8-21 |



**U.S. Immigration and Customs Enforcement**

### Enforcement and Removal Operations
### U.S. Department of Homeland Security

### Miami Field Office

## PRE-Transfer Custody Review

Name Auplan, Olden          Alien Number ███ 116   COC Haiti

Date of Transfer 06/09/2021          Date of Review 06/09/2021

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 237a2Bi

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging          ☑
Hospital                   ☐
Within Field Office        ☐
Out of Field Office        ☑
Other                      ☐    Comments _____

---

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required to transfer, remove, or release an alien from ERO custody, and to help prevent the spread of COVID-19.

| | YES | NO | N/A |

**1)** Verify the detainee's current health status and exposure history ☑ ☐

**2)** Is the detainee currently:
- In medical isolation? ☐ ☑
- Experiencing symptoms commonly associated with COVID-19? ☐ ☑
- Awaiting COVID-19 test results? ☐ ☑
- Cohorted due to COVID-19 exposure? ☐ ☑

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: ☐ ☐ ☑

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. ☐ ☐ ☑

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: **98.6 at 00:30 06/09/21** ☑ ☐
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. **Nelsaint Pierre, RN** ☐ ☐ ☑
For transfers and removals only, is the detainee medically cleared to travel? **Krome Service Processing Center** ☑ ☐
Record method of travel: Ground ☐ ICE Air ☑ Commercial flight- ☐ **Miami, FL**

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and ☒ ☐

**b.** Stop the Spread of Germs. ☒ ☐

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ ☐ ☐

**b.** Did a family member or friend provide transportation? ☐ ☐

**c.** Was the alien provided with a personal protective equipment mask upon release? ☐ ☐

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? ☐ ☐ ☐

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? ☐ ☐

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | A# | OFFICER'S SIGNATURE |
| --- | --- | --- |
| AUPLAN,OLDEN | 16 , HAITI | x Refused to sign |

| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| --- | --- | --- |
| | | 6 8 21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Garcia Gonzalez, Francisco     Alien Number ▮▮▮854     COC Honduras

Date of Transfer 06/09/2021          Date of Review 06/09/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 8 USC 1326

COVID 19 Risk Factors        Yes ☑        No ☐

Criminal History             Yes ☑        No ☐

### Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☑
Other                   ☐     Comments _____

**Custody Decision** Release ☐     Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

YES  NO  N/A

1) Verify the detainee's current health status and exposure history

2) Is the detainee currently:
   - In medical isolation?
   - Experiencing symptoms commonly associated with COVID-19?
   - Awaiting COVID-19 test results?
   - Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

   a. For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

   b. Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

3) Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: _97.8_  _10 0_  _6/9/21_
   For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
   Nelsaint Pierre, RN
   Ice Health Service Corps
   Krome Service Processing Center
   Miami, FL
   Nelsaint Pierre, RN
   Ice Health Service Corps
   For transfers and removals only, is the detainee medically cleared to travel?
   Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight- ☐

4) Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   a. Steps to Help Prevent the Spread of COVID-19 if You are Sick; and      X ☐

   b. Stop the Spread of Germs.      X ☐

5) For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   a. Did ICE provide transportation? If yes, where was the alien transported to? _____

   b. Did a family member or friend provide transportation?

   c. Was the alien provided with a personal protective equipment mask upon release?

   d. Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   e. Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| GARCIA GONZALEZ, FRANCISCO | 854 HONDU | x |
| OFFICER'S/CONTRACTED STAFF'S PRINTED NAME | OFFICER'S/CONTRACTED STAFF'S SIGNATURE | DATE |
| T.S. JACKSON | T. Jackson | 6/9/2021 |



**U.S. Immigration and Customs Enforcement**

## Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

## PRE-Transfer Custody Review

Name De La Cruz, Amaury          Alien Number ████ 474     COC DOM REP

Date of Transfer 06/09/2021                  Date of Review 06/09/2021

## **Detention Authority**

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a2AiII

COVID 19 Risk Factors          Yes ☐          No ☑

Criminal History               Yes ☑          No ☐

## **Nature of Transfer**

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☑
Other                   ☐      Comments _____

**Custody Decision** Release ☐      Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

ICE | ERO

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further curtail the spread of COVID-19.

| | Yes | No | N/A |

**1)** Verify the detainee's current health status and exposure history — ☑ No

**2)** Is the detainee currently:
- In medical isolation? — ☑ No
- Experiencing symptoms commonly associated with COVID-19? — ☑ No
- Awaiting COVID-19 test results? — ☑ No
- Cohorted due to COVID-19 exposure? — ☑ No

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 - 5.

   **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☑ N/A

   **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☑ N/A

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: *99.8 at 00:30  06/09/21* — ☑ Yes

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☑ N/A

*Nelsaint Pierre, RN*
*Ice Health Service Corps*
*Krome Service Processing Center*
*Miami, FL*

For transfers and removals only, is the detainee medically cleared to travel? — ☑ Yes

Record method of travel:  Ground ☐  ICE Air ☑  Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

   **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒ Yes

   **b.** Stop the Spread of Germs. — ☒ Yes

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

   **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

   **b.** Did a family member or friend provide transportation?

   **c.** Was the alien provided with a personal protective equipment mask upon release?

   **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

   **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| DE LA CRUZ,AMAURY | ▮474,DR | X | |
| OFFICER'S /CONTRACTED STAFF'S PRINTED NAME | OFFICER'S /CONTRACTED STAFF'S SIGNATURE | | DATE |
| | | | 06/09/21 |



**U.S. Immigration and Customs Enforcement**

### Enforcement and Removal Operations
## U.S. Department of Homeland Security

## Miami Field Office

# PRE-Transfer Custody Review

Name Mejia, Jose Rolando                Alien Number ████ 662    COC DOM REP

Date of Transfer 06/09/2021                Date of Review 06/09/2021

## Detention Authority

☐ INA 235    ☐ INA 236(a)    ☐ INA 236(c)    ☐ INA 241    ☑ Other 212a2Aill

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History              Yes ☑          No ☐

## Nature of Transfer

IAO Flight Staging      ☑
Hospital                ☐
Within Field Office     ☐
Out of Field Office     ☑
Other                   ☐      Comments _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

**1)** Verify the detainee's current health status and exposure history

**2)** Is the detainee currently:
- In medical isolation?
- Experiencing symptoms commonly associated with COVID-19?
- Awaiting COVID-19 test results?
- Cohorted due to COVID-19 exposure?

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

    **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable:

    **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination.

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __97.9 at 00:30   06/09/21__
For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.
For transfers and removals only, is the detainee medically cleared to travel?
Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight ☐

    Nelsaint Pierre, RN
    Ice Health Service Corps
    Krome Service Processing Center
    Miami, FL

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

    **a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and

    **b.** Stop the Spread of Germs.

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

    **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

    **b.** Did a family member or friend provide transportation?

    **c.** Was the alien provided with a personal protective equipment mask upon release?

    **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

    **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE |
|---|---|---|
| MEJIA,JOSE | 662,DR | X |

| OFFICER'S CONTRACTED STAFF'S PRINTED NAME | OFFICER'S CONTRACTED STAFF'S SIGNATURE | DATE |
|---|---|---|
| | | 06.09.21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Castillo-Garcia, Vidal          Alien Number ████ 309          COC DOM REP

Date of Transfer 06/09/2021                    Date of Review 06/09/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 8 USC 1326(a)

COVID 19 Risk Factors          Yes ☑          No ☐

Criminal History          Yes ☑          No ☐

### Nature of Transfer

IAO Flight Staging          ☑
Hospital          ☐
Within Field Office          ☐
Out of Field Office          ☑
Other          ☐          Comments _____

**Custody Decision** Release ☐          Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist

### for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS: This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody and to further mitigate the spread of COVID-19.

|  | YES | NO | N/A |
|---|---|---|---|
| **1)** Verify the detainee's current health status and exposure history | ☑ | ☐ | |
| **2)** Is the detainee currently: | | | |
| • In medical isolation? | ☐ | ☑ | |
| • Experiencing symptoms commonly associated with COVID-19? | ☐ | ☑ | |
| • Awaiting COVID-19 test results? | ☐ | ☑ | |
| • Cohorted due to COVID-19 exposure? | ☐ | ☑ | |

For transfers and removals, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: | ☐ | ☐ | ☑ |
| **b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. | ☐ | ☐ | ☑ |

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: 98.4 at 00:30  06/09/21  ☑ ☐

For transfers and removals only, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case.   ☐ ☐ ☑

Nelsaint Pierre, RN
Ice Health Service Corps
Krome Service Processing Center
Miami, FL

For transfers and removals only, is the detainee medically cleared to travel?   ☑ ☐ ☐

Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight- ☐

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

| | YES | NO |
|---|---|---|
| **a.** Steps to Help Prevent the Spread of COVID-19 if You Are Sick; and | ☒ | ☐ |
| **b.** Stop the Spread of Germs. | ☒ | ☐ |

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

| | YES | NO | N/A |
|---|---|---|---|
| **a.** Did ICE provide transportation? If yes, where was the alien transported to? _____ | ☐ | ☐ | |
| **b.** Did a family member or friend provide transportation? | ☐ | ☐ | |
| **c.** Was the alien provided with a personal protective equipment mask upon release? | ☐ | ☐ | |
| **d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care? | ☐ | ☐ | ☐ |
| **e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis? | ☐ | ☐ | ☐ |

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| CASTILLO-GARCIA, VIDAL | 309.DR | x Vy'd | |
| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | | DATE |
| | | | 06/08/21 |



**U.S. Immigration and Customs Enforcement**

Enforcement and Removal Operations
**U.S. Department of Homeland Security**

**Miami Field Office**

## PRE-Transfer Custody Review

Name Mora Alcantara, Ricardo Jesus   Alien Number ███████486   COC DOM REP

Date of Transfer 06/09/2021   Date of Review 06/09/2021

### Detention Authority

☐ INA 235   ☐ INA 236(a)   ☐ INA 236(c)   ☐ INA 241   ☑ Other 8 USC 1326(b)(1)

COVID 19 Risk Factors   Yes ☑   No ☐

Criminal History   Yes ☑   No ☐

### Nature of Transfer

IAO Flight Staging   ☑
Hospital   ☐
Within Field Office   ☐
Out of Field Office   ☑
Other   ☐   Comments _____

**Custody Decision** Release ☐   Continue Custody ☑

Reviewed by P. Fernandez

Rev. 06/2020



**U.S. Immigration and Customs Enforcement**

# COVID-19 Checklist
for All ICE ERO Transfers, Removals, and Releases

ICE | ERO

DIRECTIONS. This checklist is intended to provide U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and contracted staff with the minimum steps required prior to transferring, removing, or releasing an alien from ERO custody, and to further mitigate the spread of COVID-19.

| | | YES | NO | N/A |
|---|---|---|---|---|

**1)** Verify the detainee's current health status and exposure history — ☑ YES

**2)** Is the detainee currently:
- In medical isolation? — ☑ NO
- Experiencing symptoms commonly associated with COVID-19? — ☑ NO
- Awaiting COVID-19 test results? — ☑ NO
- Cohorted due to COVID-19 exposure? — ☑ NO

For **transfers and removals**, if the answer to any of the questions above is "Yes," do not transfer or remove and if the answer to all these questions is "No," proceed to Questions 3 and 4 only. For releases, if any answer is "Yes," complete 2a, 2b and the remaining questions and if the answers are "No," complete Questions 3 – 5.

**a.** For released detainees, discuss the release with the relevant state, local, tribal, and/or territorial public health department to coordinate continuation of care. Notate the public health department here, if applicable: — ☑ N/A

**b.** Provide the health department with the released detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination. — ☑ N/A

**3)** Before the detainee leaves the facility or is removed, do verbal symptom screening (fever, cough, shortness of breath or difficulty breathing, chills, muscle pain, sore throat, new loss of taste or smell) and a temperature check. Record temperature here: __98.6 at 0030 06/09/21__ — ☑ YES

For **transfers and removals only**, if the detainee does not clear the screening process, delay the transfer or removal and follow the protocol for a suspected COVID-19 case. — ☑ N/A

For **transfers and removals only**, is the detainee medically cleared to travel? — ☑ YES

Record method of travel:  Ground ☐   ICE Air ☒   Commercial flight ☐

Nelsaint Pierre, RN
ICE Health Service Corps
Service Processing Center
Miami, FL

**4)** Provide the detainee with the following forms and fact sheets in the detainee's preferred language, as available.

**a.** Steps to Help Prevent the Spread of COVID-19 if You are Sick; and — ☒ YES

**b.** Stop the Spread of Germs. — ☒ YES

**5)** For released aliens only, facilitate safe transport, continued shelter, and medical care, as part of release planning. Document what arrangements for transportation were made.

**a.** Did ICE provide transportation? If yes, where was the alien transported to? _____

**b.** Did a family member or friend provide transportation?

**c.** Was the alien provided with a personal protective equipment mask upon release?

**d.** Was the alien provided with information on or access to community resources to ensure continued shelter and medical care?

**e.** Was the alien advised to avoid public transportation, commercial ride sharing (e.g. Uber, Lyft), and taxis?

| ALIEN'S PRINTED NAME | A# | ALIEN'S SIGNATURE | |
|---|---|---|---|
| MORA ALCANTARA,RICARDO | ▮86,DR | X Tur~ ~~ | |
| OFFICER'S / CONTRACTED STAFF'S PRINTED NAME | OFFICER'S / CONTRACTED STAFF'S SIGNATURE | | DATE |
| | | | 06/09/21 |