UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

Petitioners,

vs.

MICHAEL W. MEADE, *et. al.*,

Respondents.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 729), regarding the Parties' Joint Motion for Preliminary Approval of Settlement Agreement (ECF No. 727). On August 11, 2021, Respondents filed Objections to the R&R in which they requested that they be permitted twenty-one days from the date of the entry of the Order granting preliminary approval of the Settlement Agreement, to post translated versions of the Class Notice and Settlement Agreement. *See* ECF No. 732. In response to Respondents Objections, Petitioners requested that the Court not schedule the Fairness Hearing contemplated in the R&R until there has been sufficient time for the Petitioners to review the proposed Settlement Agreement and evaluate whether they have any objections to the same (i.e. permitting Petitioners to have until fourteen days before the Fairness Hearing to lodge any objections that they may have to the proposed Settlement Agreement).

I have reviewed the R&R, the Objections and responses thereto, as well as the record in this case. Having done so, I find Judge Goodman's Report to be clear, cogent, and compelling. Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report & Recommendation. Respondents shall have twenty-one days from the date of this Order to post translated version of the Class Notice and Settlement Agreement for Petitioners' review in their native languages. Judge Goodman shall conduct a fairness hearing on October 29, 2021 at 10:00 am. And Petitioners shall have until October 15, 2021 to lodge any objections

that they may have to the proposed Settlement Agreement.

      **DONE and ORDERED** in Chambers at Miami, Florida this 14th day of September 2021.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*