UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21553-CIV-COOKE

PATRICK GAYLE, et al.

    Plaintiffs/Petitioners,

Vs.

MICHAEL W. MEADE, et al.,

    Defendants/Respondents
_____/

### DEFENDANTS' NOTICE OF FILING DECLARATIONS REGARDING POSTING OF CLASS NOTICE AND PROPOSED SETTLEMENT AGREEMENT

Defendants, by and through their undersigned counsel, file their Notice of Filing Declarations Regarding Posting of Class Notice and Proposed Settlement Agreement, and state:

The Class Notice and Proposed Settlement Agreement, (Exhibit A), were translated into French (Exhibit B); Haitian Creole (Exhibit C); and Spanish (Exhibit D).

On September 28, 2021, the Class Notices and Proposed Settlement Agreements were posted in the English, French, Haitian Creole, and Spanish languages at the Broward Transitional Center (BTC) in every living unit, law library, and medical facilities.  Exhibit E, Declaration of Juan Lopez-Vega, ¶ 3.   On September 30, 2021, the Class Notices and Proposed Settlement Agreements were posted in the detainee tablet system maintained at BTC.  Lopez-Vega Decl., ¶ 4.

On September 29, 2021, the Class Notices and Proposed Settlement Agreements were posted in the English, French, Haitian Creole, and Spanish languages at the Krome Detention Center and Glades County Detention Center, in every living unit, law library, and the medical facilities.  Declaration of Liana J. Castano, ¶ 3.   Further, the Class Notices and Proposed

Settlement Agreements were posted to the electronic tablets available to every detainee at Krome and Glades. Id.

DATED: October 8, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
(305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

s/Natalie Diaz
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306

ATTORNEYS FOR DEFENDANTS/
RESPONDENTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

  s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney