UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Petitioners,

v.

MICHAEL W. MEADE, et al.,

    Respondents.

_____/

### NOTICE OF DECLARATION IN RESPONSE TO THE PRELIMINARY INJUNCTION

Respondents, by and through the undersigned counsel, file the Declaration of Jose M. Cano, Supervisory Detention and Deportation Officer (SDDO), regarding item 4(b) in response to the preliminary injunction issued by the Court. [ECF 158].

1.     Declaration of Jose M. Cano (SDDO). *See* Exhibit A.

                                              Respectfully submitted,

                                              JUAN ANTONIO GONZALEZ
                                              ACTING UNITED STATES ATTORNEY

                     By:    <u>Dexter A. Lee</u>
                               DEXTER A. LEE
                               Assistant U.S. Attorney
                               Fla. Bar No. 0936693
                               99 N.E. 4th Street, Suite 300
                               Miami, Florida 33132
                               (305) 961-9320
                               Fax: (305) 530-7139
                               E-mail: dexter.lee@usdoj.gov

      <u>Natalie Diaz</u>
      NATALIE DIAZ
      ASSISTANT U.S. ATTORNEY
      Florida Bar No. 85834
      E-mail: Natalie.Diaz@usdoj.gov
      99 N.E. 4th Street, Suite 300
      Miami, Florida 33132
      Telephone: (305) 961-9306
      ATTORNEY FOR RESPONDENTS