UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

PATRICK GAYLE, et al.,

    Petitioners,

v.

MICHAEL W. MEADE, et al.,

    Respondents.
_____/

## NOTICE OF DECLARATION IN RESPONSE TO THE PRELIMINARY INJUNCTION

Respondents, by and through the undersigned counsel, file the Declaration of Jose M. Cano, Supervisory Detention and Deportation Officer (SDDO), regarding item 2(i) in response to the preliminary injunction issued by the Court. [ECF 158].

1.     Declaration of Jose M. Cano (SDDO). *See* Exhibit A.

                      **Respectfully submitted,**

                      JUAN ANTONIO GONZALEZ
                      ACTING UNITED STATES ATTORNEY

By:   <u>Dexter A. Lee</u>
       DEXTER A. LEE
       Assistant U.S. Attorney
       Fla. Bar No. 0936693
       99 N.E. 4th Street, Suite 300
       Miami, Florida 33132
       (305) 961-9320
       Fax: (305) 530-7139
       E-mail: dexter.lee@usdoj.gov

        <u>Natalie Diaz</u>
        NATALIE DIAZ
        ASSISTANT U.S. ATTORNEY
        Florida Bar No. 85834
        E-mail: Natalie.Diaz@usdoj.gov
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Telephone: (305) 961-9306
        ATTORNEY FOR RESPONDENTS