IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

PATRICK GAYLE, et al.

Petitioners,

v.

MICHAEL W. MEADE,
Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement et al.,

Respondents.

Case No. 20cv21553

---

## DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER JOSE M. CANO

I, Jose M. Cano, Supervisory Detention and Deportation Officer (SDDO), make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and currently serve as a SDDO at the Krome Service Processing Center (Krome). I have held this position since August 30, 2020.

2. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business. This declaration responds to item 2(i) of the court's order of June 5, 2020 and is applicable to Krome, Broward Transitional Center (BTC), and Glades County Detention Center (Glades).

3. Between October 8, 2021 and October 14, 2021 at 11:59 p.m., ICE released, transferred or removed a total of 105 detainees. Those detainees were released, transferred or removed from the following facilities: 45 detainees from Krome, 13 detainees from Glades and 47 detainees from BTC.

4. The nature of the 45 cases from Krome are as follows:

    a. 2 detainees were turned over to another law enforcement agency.
    b. 1 detainee was released on bond.
    c. 19 detainees were removed from the United States.
    d. 1 detainee was released on an order of recognizance subsequent to a procedural ERO custody review.
    e. 1 detainee was released after the immigration judge granted relief.
    f. 1 detainee voluntarily departed the United States.
    g. 4 detainees were transported to a local hospital for medical evaluation and treatment.
    h. 16 detainees were transferred to be staged for a scheduled removal flight.

5. The nature of the 13 cases from Glades are as follows:

    a. 1 detainee was released on bond.
    b. 6 detainees were transferred from Glades to Krome based upon extenuating security concerns, clinical care needs or to prevent overcrowding.
    c. 6 detainees were transferred to be staged for a scheduled removal flight.

6. The nature of the 47 cases from BTC are as follows:

    a. 1 detainee was turned over to another law enforcement agency.
    b. 1 detainee was released on bond.
    c. 1 detainee was removed from the United States.
    d. 39 detainees were released on parole subsequent to a procedural ERO custody review.
    e. 3 detainees were transported to a local hospital for medical evaluation and treatment.
    f. 2 detainees were transferred to be staged for a scheduled removal flight.

DATED: October 15, 2021

Digitally signed by Jose M Cano, SDDO

Jose M. Cano
Supervisory Detention and Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement