UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21553-CIV-COOKE/GOODMAN

**PATRICK GAYLE, et al.,**

    Petitioners,

v.

**MICHAEL W. MEADE, et al.,**

    Respondents.

_____/

## NOTICE OF DECLARATION IN RESPONSE TO THE PRELIMINARY INJUNCTION

Respondents, by and through the undersigned counsel, file the Declaration of Jose M. Cano, Supervisory Detention and Deportation Officer (SDDO), regarding item 4(b) in response to the preliminary injunction issued by the Court. [ECF 158].

1.    Declaration of Jose M. Cano (SDDO). *See* Exhibit A.

                            **Respectfully submitted,**

                            JUAN ANTONIO GONZALEZ
                            ACTING UNITED STATES ATTORNEY

By:    <u>Dexter A. Lee</u>
        DEXTER A. LEE
        Assistant U.S. Attorney
        Fla. Bar No. 0936693
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        (305) 961-9320
        Fax: (305) 530-7139
        E-mail: dexter.lee@usdoj.gov

<u>Natalie Diaz</u>
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY
Florida Bar No. 85834
E-mail: Natalie.Diaz@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9306
ATTORNEY FOR RESPONDENTS
