UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21553-Civ-COOKE/GOODMAN

PATRICK GAYLE, *et al.*,

    Petitioners,

vs.

MICHAEL W. MEADE, *et. al.*,

    Respondents.

_____/

## AMENDED FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Court's Order Adopting and Affirming U.S. Magistrate Patrick A. Hunt's Report and Recommendation. ECF No. 824. This Amended Order supplants and replaces the initial Final Order of Dismissal entered at ECF No. 828. The Court hereby adopts and incorporates by reference the terms of the Parties' Settlement Agreement. ECF No. 697-1. This case is **DISMISSED WITH PREJUDICE**; however, the Court retains jurisdiction to enforce the terms of the Settlement Agreement. The Parties shall bear their own attorneys' fees and costs. All pending Motions are **DENIED AS MOOT**. Finally, the Clerk is directed to provide a copy of the docket sheet as well as copies of the orders entered at ECF Nos. 608, 729, 748, 810 and 824 to all *pro se* litigants in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of January 2022.

                                                        */s/ Marcia G. Cooke*
                                                        MARCIA G. COOKE
                                                        United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*